# EXHIBIT B
# Declaration of Raf De Meester - EXXON_00000001 - EXXON_00000006

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NSX OPERATING CO., LLC, <br><br> Plaintiff and counterclaim-defendant, <br><br> v. <br><br> SPRING COATING SYSTEMS-AMDERICAS CORP. (D/B/A SPRING COATING SYSTEMS USA AND SPRING COATING SYSTEMS), <br><br> Defendant and counterclaim-plaintiff | Civil Action No. 2:25-cv-02129-GAW |

## DECLARATION OF RAF DE MEESTER

I, Raf De Meester hereby declare as follows:

1. I am more than 18 years of age, and I am competent to make this Declaration. I have personal knowledge of the facts contained in this Declaration, and I am competent to testify on the matters set forth below.

2. I am employed by ExxonMobil Petroleum & Chemical BV, which is wholly owned by Exxon Mobil Corporation ("ExxonMobil"). My duties in this position for ExxonMobil include being a principal engineer in hydrocarbon fluids.

3. Table 1, below, provides the typical Isopar$^{TM}$ L fluid aromatic content, based on the representative documents. "FAAG" refers to "Fluids at a glance", a document containing typical properties in our Fluids portfolio, including aromatic content for Isopar$^{TM}$ L fluid. Typical

aromatic content is lower than corresponding Specs (maximum values), with a considerable margin. Note: 1 mg/kg = 1 (w)ppm = 0.0001 wt%

### Table 1

| Document | Typical Isopar<sup>TM</sup> L aromatic content [Spec] (wt%) |
|---|---|
| Isopar L Specs and Typicals 1999 | 0.06  [0.5 max] |
| FAAG 2007 EMEA | 0.003 |
| FAAG 2009 APAC | < 0.01 |
| FAAG 2011 NA | 0.002 |
| FAAG 2014 EMEA | 0.002 |
| FAAG 2014 NA | 0.003 |
| FAAG 2020 EMEA | 0.002 |
| Isopar L Sales Spec 2025 | [0.01 max] |

4. Table 2, below, describes the synthetic nature of ExxonMobil's Isopar<sup>TM</sup> fluids, including Isopar L fluid, based on the representative documents.

### Table 2

| Document | Relevant content |
|---|---|
| Isopar fluids for personal care | p. 1: "Isopar<sup>TM</sup> fluids are high purity, virtually odorless synthetic isoparaffinic fluids". <br> p. 2: "Isopar<sup>TM</sup> fluids are produced by an oligomerization or alkylation process from purified monomers, making them fully synthetic." |
| Isopar L fluid facts 2010 | p. 2: "Unlike conventional petroleum solvents, Isopar<sup>TM</sup> L Fluid is catalytically synthesized from selected petroleum stocks, yielding a fluid that is predominantly isoparaffinic through stringent, controlled finishing processes. |
| ACS 2025 | Slide 4: alkylation chemistry |

5. Table 3, below, describes the compositional nature of ExxonMobil's Isopar<sup>TM</sup> fluids, including Isopar L fluid, based on the representative documents.

Table 3

| Document | Relevant content |
|---|---|
| Xerox 1999 | Slide 3: C11 and C12<br>Slide 6: manufacture |
| SDS | 3.1 specifies that Isopar L fluid is identified under EC 920-901-0, i.e. C11-C13 isoalkanes with < 2% aromatics.<br><br>Note: "Hydrocarbons, C11-C13, isoalkanes, < 2% aromatics" is the general name for substances under EC number 920-901-0 (see ECHA EC 920-901-0 document). The name indicates an aromatic content of less than 2%, no other conclusions on aromatic content can be made solely based on the name. |
| ECHA EC 920-901-0 | European Chemicals Agency database entry for substance EC 920-901-0 |

6.      Table 4, below, distinguishes between mineral spirits and ExxonMobil's Isopar$^{TM}$ fluids based on the representative documents.

Table 4

| Document | Relevant content |
|---|---|
| Distributor Workshop 2025 | Slide 6: Distinction is made between Synthetic Isoparaffinic fluids and White Spirit |
| CA Regulation | p. 1: "Isopar$^{TM}$ Fluids are suitable replacements for the mineral spirits and other VOC solvents currently used." |

I declare under penalty of perjury that the statements made in this Declaration are based on my own knowledge and that all opinions given are my own.

DocuSigned by:

*Raf De Meester*

Raf De Meester
Principal Engineer
ExxonMobil Petroleum & Chemical BV, wholly owned by Exxon Mobil Corporation

| Certificate Of Completion | | |
|---|---|---|
| Envelope Id: B40D532A-C389-486A-B0DC-469356F3D568 | | Status: Completed |
| Subject: Complete with Docusign: Spring Coating Declaration-FINAL.pdf | | |
| Source Envelope: | | |
| Document Pages: 3 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 3 | Initials: 0 | MONICA STANSBERRY |
| AutoNav: Enabled | | Address Redacted |
| EnvelopeId Stamping: Disabled | | monica.j.stansberry@exxonmobil.com |
| Time Zone: (UTC+01:00) Brussels, Copenhagen, Madrid, Paris | | IP Address: 136.228.238.65 |

| Record Tracking | | |
|---|---|---|
| Status: Original<br>09-Oct-2025 \| 16:36 | Holder: MONICA STANSBERRY<br>monica.j.stansberry@exxonmobil.com | Location: DocuSign |
| Security Appliance Status: Connected | Pool: Main SecApp 1 | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| RAF DE MEESTER<br>raf.demeester@exxonmobil.com<br>EMTEC Process Improve Engineer Hydrocarbon Fluids<br>ExxonMobil General<br>Security Level: Email, Account Authentication (None), Login with SSO | DocuSigned by:<br>*RAF DE MEESTER*<br>B361BBD0C74F40C...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 136.228.240.29 | Sent: 09-Oct-2025 \| 16:39<br>Viewed: 10-Oct-2025 \| 08:40<br>Signed: 10-Oct-2025 \| 08:41 |
| **Electronic Record and Signature Disclosure:**<br>Accepted: 05-Dec-2023 \| 13:42<br>ID: 1289e395-4b46-44e6-8cdd-578d7b9c8352<br>Company Name: Exxon Mobil Corporation | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Joseph E. Wrkich<br>joseph.e.wrkich@exxonmobil.com<br>Senior Counsel<br>ExxonMobil General<br>Security Level: Email, Account Authentication (None), Login with SSO | COPIED | Sent: 09-Oct-2025 \| 16:39<br>Viewed: 10-Oct-2025 \| 14:28 |
| **Electronic Record and Signature Disclosure:**<br>Accepted: 17-Feb-2023 \| 22:17<br>ID: 696505fa-a7f3-40ed-898c-a40197999bce<br>Company Name: Exxon Mobil Corporation | | |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 09-Oct-2025 \| 16:39 |

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Certified Delivered | Security Checked | 10-Oct-2025 \| 08:40 |
| Signing Complete | Security Checked | 10-Oct-2025 \| 08:41 |
| Completed | Security Checked | 10-Oct-2025 \| 08:41 |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

Case 2:25-cv-02129-GAW    Document 41-2    Filed 12/12/25    Page 7 of 7

EXXON_00000006

Electronic Record and Signature Disclosure created on: 24-Feb-2022 | 07:08
Parties agreed to: RAF DE MEESTER, Joseph E. Wrkich

**ELECTRONIC RECORD AND SIGNATURE DISCLOSURE** ExxonMobil Global Services Company and ExxonMobil Affiliates ("ExxonMobil") [1] may use the DocuSign service to collect signatures, endorsements, and approvals for corporate purposes. DocuSign may be used by ExxonMobil to conduct corporate business endorsements and approvals or to gather electronic signatures from 3rd parties for business purposes in accordance with local law and contracting guidelines. Please read the information below and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button.

**Acknowledging your access and consent to receive materials electronically** By checking the 'I agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and
- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference.
- I am authorized to do the specific type of work (approve, endorse, etc.) in the country where I am physically located when using DocuSign

**Getting paper copies** You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after signing the document.

**How to contact Exxon Mobil Corporation:** For email address changes or if you have questions about a document you receive please contact the sending ExxonMobil Business organization.

[1] ExxonMobil and/or ExxonMobil Affiliates mean (a) Exxon Mobil Corporation or any parent of Exxon Mobil Corporation, (b) any company or partnership in which Exxon Mobil Corporation or any parent of Exxon Mobil Corporation now or hereafter, directly or indirectly (1) owns or (2) controls, more than fifty per cent (50%) of the ownership interest having the right to vote or appoint its directors or functional equivalents ("Affiliated Company") and (c) any joint venture in which Exxon Mobil Corporations, any parent of Exxon Mobil Corporation or an Affiliated Company has day to day operational control. Note, nothing contained herein is intended to override the corporate separateness of affiliated companies. Working relationships discussed in this material do not necessarily represent a reporting connection, but may reflect a functional guidance, stewardship, or service relationship. Where shareholder consideration of a local entity matter is contemplated by this material, responsibility for action remains with the local entity. All actions contemplated herein are subject to observance of corporate separateness principles and other requirements of applicable laws and contractual arrangements.