# EXHIBIT 14




NSX_00000408

# Atomic Weights of Elements ($^{12}C$ = 12.0000 amu)

| Element | Symbol | Atomic number | Atomic weight |
|---|---|---|---|
| *Actinium* | Ac | 89 | (227) |
| *Aluminum* | Al | 13 | 26.9815 |
| *Americium* | Am | 95 | (243) |
| *Antimony* | Sb | 51 | 121.75 |
| *Argon* | Ar | 18 | 39.948 |
| *Arsenic* | As | 33 | 74.9216 |
| *Astatine* | At | 85 | (210) |
| *Barium* | Ba | 56 | 137.34 |
| *Berkelium* | Bk | 97 | (249) |
| *Beryllium* | Be | 4 | 9.01218 |
| *Bismuth* | Bi | 83 | 208.9806 |
| *Boron* | B | 5 | 10.81 |
| *Bromine* | Br | 35 | 79.904 |
| *Cadmium* | Cd | 48 | 112.40 |
| *Calcium* | Ca | 20 | 40.08 |
| *Californium* | Cf | 98 | (251) |
| *Carbon* | C | 6 | 12.011 |
| *Cerium* | Ce | 58 | 140.12 |
| *Cesium* | Cs | 55 | 132.9055 |
| *Chlorine* | Cl | 17 | 35.453 |
| *Chromium* | Cr | 24 | 51.996 |
| *Cobalt* | Co | 27 | 58.9332 |
| *Copper* | Cu | 29 | 63.546 |
| *Curium* | Cm | 96 | (247) |
| *Dysprosium* | Dy | 66 | 162.50 |
| *Einsteinium* | Es | 99 | (254) |
| *Erbium* | Er | 68 | 167.26 |
| *Europium* | Eu | 63 | 151.96 |
| *Fermium* | Fm | 100 | (253) |
| *Fluorine* | F | 9 | 18.9984 |
| *Francium* | Fr | 87 | (223) |
| *Gadolinium* | Gd | 64 | 157.25 |
| *Gallium* | Ga | 31 | 69.72 |
| *Germanium* | Ge | 32 | 72.59 |
| *Gold* | Au | 79 | 196.9665 |
| *Hafnium* | Hf | 72 | 178.49 |
| *Hahnium* | Ha | 105 | (260) |
| *Helium* | He | 2 | 4.00260 |
| *Holmium* | Ho | 67 | 164.9303 |
| *Hydrogen* | H | 1 | 1.0080 |
| *Indium* | In | 49 | 114.82 |
| *Iodine* | I | 53 | 126.9045 |
| *Iridium* | Ir | 77 | 192.22 |
| *Iron* | Fe | 26 | 55.847 |
| *Krypton* | Kr | 36 | 83.80 |
| *Kurchatovium* | Ku | 104 | (257) |
| *Lanthanum* | La | 57 | 138.9055 |
| *Lawrencium* | Lr | 103 | (257) |
| *Lead* | Pb | 82 | 207.2 |
| *Lithium* | Li | 3 | 6.941 |
| *Lutetium* | Lu | 71 | 174.97 |
| *Magnesium* | Mg | 12 | 24.305 |
| *Manganese* | Mn | 25 | 54.9380 |
| *Mendelevium* | Md | 101 | (256) |
| *Mercury* | Hg | 80 | 200.59 |
| *Molybdenum* | Mo | 42 | 95.94 |
| *Neodymium* | Nd | 60 | 144.24 |
| *Neon* | Ne | 10 | 20.179 |
| *Neptunium* | Np | 93 | 237.0482 |
| *Nickel* | Ni | 28 | 58.71 |
| *Niobium* | Nb | 41 | 92.9064 |
| *Nitrogen* | N | 7 | 14.0067 |
| *Nobelium* | No | 102 | (254) |
| *Osmium* | Os | 76 | 190.2 |
| *Oxygen* | O | 8 | 15.9994 |
| *Palladium* | Pd | 46 | 106.4 |
| *Phosphorus* | P | 15 | 30.9738 |
| *Platinum* | Pt | 78 | 195.09 |
| *Plutonium* | Pu | 94 | (242) |
| *Polonium* | Po | 84 | (210) |
| *Potassium* | K | 19 | 39.102 |
| *Praseodymium* | Pr | 59 | 140.9077 |
| *Promethium* | Pm | 61 | (145) |
| *Protactinium* | Pa | 91 | 231.0359 |
| *Radium* | Ra | 88 | 226.0254 |
| *Radon* | Rn | 86 | (222) |
| *Rhenium* | Re | 75 | 186.2 |
| *Rhodium* | Rh | 45 | 102.9055 |
| *Rubidium* | Rb | 37 | 85.4678 |
| *Ruthenium* | Ru | 44 | 101.07 |
| *Samarium* | Sm | 62 | 150.4 |
| *Scandium* | Sc | 21 | 44.9559 |
| *Selenium* | Se | 34 | 78.96 |
| *Silicon* | Si | 14 | 28.086 |
| *Silver* | Ag | 47 | 107.868 |
| *Sodium* | Na | 11 | 22.9898 |
| *Strontium* | Sr | 38 | 87.62 |
| *Sulfur* | S | 16 | 32.06 |
| *Tantalum* | Ta | 73 | 180.9479 |
| *Technetium* | Tc | 43 | 98.9062 |
| *Tellurium* | Te | 52 | 127.60 |
| *Terbium* | Tb | 65 | 158.9254 |
| *Thallium* | Tl | 81 | 204.37 |
| *Thorium* | Th | 90 | 232.0381 |
| *Thulium* | Tm | 69 | 168.9342 |
| *Tin* | Sn | 50 | 118.69 |
| *Titanium* | Ti | 22 | 47.90 |
| *Tungsten* | W | 74 | 183.85 |
| *Uranium* | U | 92 | 238.029 |
| *Vanadium* | V | 23 | 50.9414 |
| *Xenon* | Xe | 54 | 131.30 |
| *Ytterbium* | Yb | 70 | 173.04 |
| *Yttrium* | Y | 39 | 88.9059 |
| *Zinc* | Zn | 30 | 65.37 |
| *Zirconium* | Zr | 40 | 91.22 |

# Periodic Table of the Elements

| Group | I | II | | | | | | | | | | | III | IV | V | VI | VII | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Period 1 | H 1 | | | | | | | | | | | | | | | | | He 2 |
| 2 | Li 3 | Be 4 | | | | | | | | | | | B 5 | C 6 | N 7 | O 8 | F 9 | Ne 10 |
| 3 | Na 11 | Mg 12 | Transition elements | | | | | | | | | | Al 13 | Si 14 | P 15 | S 16 | Cl 17 | Ar 18 |
| 4 | K 19 | Ca 20 | Sc 21 | Ti 22 | V 23 | Cr 24 | Mn 25 | Fe 26 | Co 27 | Ni 28 | Cu 29 | Zn 30 | Ga 31 | Ge 32 | As 33 | Se 34 | Br 35 | Kr 36 |
| 5 | Rb 37 | Sr 38 | Y 39 | Zr 40 | Nb 41 | Mo 42 | Tc 43 | Ru 44 | Rh 45 | Pd 46 | Ag 47 | Cd 48 | In 49 | Sn 50 | Sb 51 | Te 52 | I 53 | Xe 54 |
| 6 | Cs 55 | Ba 56 | * 57–71 | Hf 72 | Ta 73 | W 74 | Re 75 | Os 76 | Ir 77 | Pt 78 | Au 79 | Hg 80 | Tl 81 | Pb 82 | Bi 83 | Po 84 | At 85 | Rn 86 |
| 7 | Fr 87 | Ra 88 | † 89–103 | Ku 104 | Ha 105 | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * | La 57 | Ce 58 | Pr 59 | Nd 60 | Pm 61 | Sm 62 | Eu 63 | Gd 64 | Tb 65 | Dy 66 | Ho 67 | Er 68 | Tm 69 | Yb 70 | Lu 71 |
| † | Ac 89 | Th 90 | Pa 91 | U 92 | Np 93 | Pu 94 | Am 95 | Cm 96 | Bk 97 | Cf 98 | Es 99 | Fm 100 | Md 101 | No 102 | Lr 103 |

# CHEMISTRY

# CHEMISTRY

Fifth Edition

Michell J. Sienko
*Professor of Chemistry*
*Cornell University*

Robert A. Plane
*Professor of Chemistry*
*and President, Clarkson College*

**McGraw-Hill Book Company**
*New York St. Louis San Francisco Auckland Düsseldorf Johannesburg Kuala Lumpur London Mexico Montreal New Delhi Panama Paris São Paulo Singapore Sydney Tokyo Toronto*

THE COVER

The photomicrograph that appears on the cover shows an organic reaction in process—the formation of a polyester. Polymers of ester compounds include many useful synthetic polymers, among the better known being Dacron. The micrograph was made by Dr. Roman Vishniac.

CHEMISTRY

Copyright © 1957, 1961, 1966, 1971, 1976 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the publisher.

1 2 3 4 5 6 7 8 9 0 VHVH 7 9 8 7 6 5

This book was set in Melior by York Graphic Services, Inc. The editors were Thomas A. P. Adams and Michael LaBarbera; the designer was Merrill Haber; the production supervisor was Dennis J. Conroy.
Von Hoffmann Press, Inc., was printer and binder.

**Library of Congress Cataloging in Publication Data**

Sienko, Michell J
Chemistry.

Includes bibliographical references and index.
1. Chemistry. I. Plane, Robert A., joint author.
II. Title.
QD31.2.S56 1976 540 75-22142
ISBN 0-07-057335-2

# Contents


| | | |
|---|---|---|
| | Preface | vii |
| 1 | Study of Matter | 1 |
| 2 | The Nuclear Atom | 18 |
| 3 | Electrons in Atoms | 44 |
| 4 | Electrons in Molecules: The Chemical Bond | 74 |
| 5 | Chemical Formulas and Equations | 97 |
| 6 | Gases | 116 |
| 7 | The Solid State | 145 |
| 8 | Liquids, Amorphous Materials, and Colloids | 164 |
| 9 | Changes of State and Thermodynamics | 182 |
| 10 | Solutions | 199 |
| 11 | Chemical Dynamics | 230 |
| 12 | Chemical Equilibrium | 247 |

| | | |
|---|---|---|
| 13 | Electrochemistry | 281 |
| 14 | Hydrogen, Oxygen, and Water | 307 |
| 15 | The Nontransition Metals | 331 |
| 16 | The Transition Elements | 363 |
| 17 | Carbon, Silicon, and Boron | 403 |
| 18 | Nonmetals | 423 |
| 19 | Organic Compounds | 455 |
| 20 | Organic Reactions | 490 |
| 21 | Fats and Carbohydrates | 512 |
| 22 | Proteins | 534 |
| 23 | Nucleic Acids | 548 |
| 24 | Bioenergetics and the Origin of Life | 558 |

*Appendix*

| | | |
|---|---|---|
| 1 | Chemical Nomenclature | 574 |
| 2 | Mathematical Operations | 579 |
| 3 | Definitions from Physics | 586 |
| 4 | Conversion Factors and SI Units | 591 |
| 5 | Vapor Pressure of Water | 594 |
| 6 | Reduction Potentials | 595 |
| 7 | Equilibrium Constants, $K_c$ | 599 |
| 8 | Atomic and Ionic Radii | 601 |
| 9 | References | 604 |
| 10 | Answers to Selected Questions | 606 |

Index 611

# Preface

Today's students, confronted by more subject matter than faced their predecessors, ask not only "what" but "why." Dedicated teachers welcome this expanded curiosity, but realize that it has two implications. The first is the desire to understand the reasons behind the facts. The second is the student concern that since they can't possibly learn everything, why should they learn this subject. These two implications of "why" form the basis for this extensively revised fifth edition of *Chemistry*.

Our approach is to justify to the student the subject matter of chemistry by reducing it to its most basic fundamentals. By building on these fundamentals, the collection of separate subjects, important for any general chemistry course, hang together naturally. Furthermore, we as teachers are guided as to the depth necessary for the coverage of each topic. Certainly, the most difficult task in presenting the introductory course is the determination of how far to go. At each turn, we have been guided by the principles that the coverage should be intellectually correct in terms that a college freshman can understand, and that it should be sufficient for further development and understanding of the material to be covered in this introductory course.



NSX_00000417

In preparing this revision, material not required for a chemical understanding of our physical world has been omitted. At the beginning, the students are told the kind of questions which will be discussed and how we will proceed to answer them, and then are lead through the development of the subject. The text thus contains the essential coverage needed for any true introductory chemistry course.

Even so, we recognize fully that not all instructors agree on the chemical applications that should comprise the introductory course. For example, there is little agreement as to what balance between organic and inorganic chemistry should be included. Increasingly, biochemistry is included in general chemistry, a development which parallels the growing biological interests of chemical researchers and of today's students. Thus, it seems perfectly in order for the chemistry teacher to illustrate the subject with examples from biology, a science of great current interest that is directly dependent on the application of principles of chemistry.

In order to provide flexibility for individual instructors to design a course most appropriate for their students' needs, the general outline of the book places the fundamental principles first (Chapters 1–13) with sufficient applications to illustrate the various principles as they are encountered. The chapters contain worked-out examples, with each step of the reasoning explicitly spelled out. There are more questions than previously at the ends of chapters, all of which are different from earlier editions. As in previous editions, a majority of these are qualitative, designed to test the student's thought processes and comprehension. The remainder are quantitative. Of these, numerical answers to about half (the odd-numbered questions) are listed as Appendix 10.

The chemical applications start with Chapter 14, which covers the chemistry of hydrogen, oxygen, and water, fundamental for any of the descriptive chemistry which follows. Inorganic descriptive chemistry, making full use of previously developed principles, comprises Chapters 15–18. Although less frequently encountered elements are but briefly discussed, in shorter courses time may not be sufficient for inclusion of each of these chapters. They are written so that they can be covered in any order or omitted according to individual needs.

Organic chemistry is the topic of Chapters 19 and 20. In recognition of diverse student needs and individual instructor preference, these chapters may be covered in several ways. Both may be used to give a comprehensive introduction to both the classical, systematic approach to organic chemistry (Chapter 19) plus the mechanistic approach (Chapter 20). Conversely, either approach may be used separately because the two chapters each stand alone. For the instructor who prefers a mechanistic approach with minimum emphasis on nomenclature, Chapter 20 begins with a table summarizing the names of functional groups needed for this approach.

Finally, the principles of chemistry as embodied in organic reactions

Case 2:25-cv-02129-GAW Document 45-2 Filed 01/23/26 Page 13 of 101



and structures are applied to biological systems and the life processes in the concluding chapters (21–24). Classroom experience has shown that completion of the entire development is a rewarding experience for students with a variety of backgrounds, interests, and futures. However, it was recognized in preparing this text that individual classes differ as to the best selection of topics to be covered. Thus, we have endeavored to provide individual instructors with a maximum degree of flexibility.

We acknowledge the help we have received in preparing this manuscript from our able assistant at Cornell, Florence Bernard, and from Karl Bratin, an able chemistry student at Clarkson.

**Michell J. Sienko**
**Robert A. Plane**

NSX_00000419

# CHEMISTRY

# 19 Organic Compounds

Carbon and hydrogen form a vast variety of molecules which are the basis of organic compounds. The close connection between these compounds and organic matter was once interpreted as meaning that organic compounds could be synthesized only by living systems. Since 1828 when Friedrick Wöhler showed that organic compounds can be synthesized in the laboratory, tremendous research effort has been directed toward understanding these compounds and in recent years toward a replication by scientists of natural processes. Through such attempts our knowledge of organic chemistry is probably greater than our knowledge of any other branch of chemistry.

The chemical properties of organic compounds may seem to be special, but no single characteristic is unique to these compounds. However, many of the characteristic properties are shown in greater degree by organic compounds, and the *combination* of necessary chemical properties for life as we know it seems to be uniquely exhibited by the hydrocarbons and their derivatives. In particular, the ability of carbon to form long-chain molecules is greater than that of any other element. Also noteworthy is the fact that organic compounds are slow to undergo chemical change; an unstable atomic arrangement can persist for long periods of time, awaiting the next reaction that will convert it to an even more useful product for some role in a natural process. When reaction occurs, generally most of the molecule remains intact, with reaction occurring only at one site within the molecule.



NSX_00000421

In this chapter we will discuss first the parent hydrocarbons, of the three types: saturated, unsaturated, and aromatic. Then we will turn to the hydrocarbon derivatives, which can be viewed as hydrocarbon molecules in which one or more hydrogen atoms have been replaced by atoms of other elements. The result of such replacement is to produce a molecule containing *a group of substituent atoms* which bestows characteristic properties on the organic molecule and is called a *functional group*. As a specific example, —O—H is a functional group which when joined to various hydrocarbon residues (i.e., the C and H arrangement that, together with the functional group, comprises the molecule) gives molecules with properties characteristic of alcohols.

Our discussion of hydrocarbon derivatives as defined by their functional groups will concentrate on the general properties bestowed by the functional groups. It is these properties that contribute to the prime role that organic compounds play in living systems. Not only are these compounds important for life but, by working with them, scientists have uncovered a variety of principles and techniques that apply to the production of industrial chemicals and have had a marked influence on the quality of life in today's society.

## 19.1 Saturated Hydrocarbons

The carbon atom has four valence electrons and is expected to form four covalent bonds directed to the corners of a tetrahedron. It matters little whether the bonds are formed to other carbon atoms or to hydrogen atoms, because C and H are very nearly the same in electronegativity. This means that, instead of being restricted to the simplest hydrocarbon $CH_4$ (methane), a whole series of compounds is possible such as $C_2H_6$ (ethane), $C_3H_8$ (propane), and $C_4H_{10}$ (butane). The structural formulas of these are usually written as in Figure 19.1, but of course the molecules are three-dimensional.

Figure 19.1
Some hydrocarbons.



Case 2:25-cv-02129-GAW Document 45-2 Filed 01/23/26 Page 17 of 101



as shown in the drawings below the structural formulas. The series of hydrocarbons of this type does not stop with butane but continues almost indefinitely, with each member of the series having the general formula $C_nH_{2n+2}$. In all the molecules of this series, each carbon atom forms bonds to four other atoms (either hydrogen or carbon). This is the maximum number of atoms to which a carbon atom bonds in its usual compounds; hence, this series of compounds is said to be *saturated*, and the compounds in the series are called *saturated hydrocarbons*. The saturated hydrocarbons are also called *alkanes*, with the ending *-ane* appearing in all their names. Some typical saturated hydrocarbons are listed in Figure 19.2, along with a representative set of physical properties. (Note that after butane these hydrocarbons are named for the number of carbon atoms they contain.) The gradual increase in boiling points makes possible separation of the hydrocarbons.

All the hydrocarbons listed in Figure 19.2 occur in natural gas and petroleum. However, petroleum consists of many more compounds than are

**Figure 19.2 SOME STRAIGHT-CHAIN SATURATED HYDROCARBONS, $C_nH_{2n+2}$**

| *n* | Name | Boiling Point, °C | Melting Point, °C |
|---|---|---|---|
| 1 | Methane | −161 | −182 |
| 2 | Ethane | −89 | −183 |
| 3 | Propane | −42 | −188 |
| 4 | Butane | −1 | −138 |
| 5 | Pentane | 36 | −130 |
| 6 | Hexane | 69 | −95 |
| 7 | Heptane | 98 | −91 |
| 8 | Octane | 126 | −57 |
| 9 | Nonane | 151 | −54 |
| 10 | Decane | 174 | −30 |

listed in the table.† For example, it includes compounds with 40 or more carbon atoms per molecule. Not only does petroleum contain compounds with formulas not listed in the table, but there may be several different compounds corresponding to the same formula.

† The distribution of hydrocarbons in petroleum differs with the age of its formation. Oil shales that are millions of years old, as opposed to those billions of years old, show a preponderance of odd-numbered hydrocarbons over even-numbered ones. The explanation is that, after the appearance of life, petroleum was formed from once-living organisms which, we will see, synthesize organic compounds of only certain compositions.

## 19.2 Isomers

The formula $C_4H_{10}$ denotes not only the compound *normal butane* (*n-butane*), shown in Figure 19.1 and having physical properties as listed in Figure 19.2, but also the different compound *isobutane*. The difference between these two compounds is shown by their conventional (two-dimensional) structural formulas



*Normal butane* *Isobutane*

Although each compound has 4 carbon atoms and 10 hydrogen atoms, the molecular structures are clearly different. Whereas the central carbon atoms in normal butane are each joined to but two other carbon atoms, the central carbon atom in isobutane is joined to three other carbons. As a result of the difference of structure, the two compounds have different properties (isobutane has a boiling point of −12°C and a melting point of −160°C, compared with −1°C and −138°C, respectively, for normal butane).

*Different compounds having the same molecular formula* are called *isomers* and to keep track of them the "straight-chain" hydrocarbon is called *normal butane* and its isomer is called *isobutane*. Although it may seem possible that there are other isomers of $C_4H_{10}$, these are the only ones. Other two-dimensional formulas can be written but they can be shown to be equivalent to one or the other of the above. The problem arises because the two-dimensional formulas do not take into account the three-dimensional nature of these molecules. In a saturated hydrocarbon, each carbon is tetrahedrally surrounded by four atoms, and the molecules can assume various configurations by rotation about individual bonds. The spatial relations can best be seen by the use of molecular models such as those diagramed in Figure 19.3. Of the five atomic arrangements shown, the first four correspond to the same molecule (normal butane) twisted into different shapes; the fifth corresponds to a different molecule (isobutane), and no amount of twisting can convert it to the normal isomer. Isomers always differ in properties but sometimes the differences are so slight that separation is difficult.

For the hydrocarbons having fewer than four carbon atoms there are no isomers. However, for those hydrocarbons with more than four carbon atoms there are increasing numbers of isomers. For example, $C_5H_{12}$ stands for three different isomeric compounds; $C_6H_{14}$ for five; $C_7H_{16}$ for nine. As




**Figure 19.3**
Atomic arrangements of butane molecules. (Small balls represent hydrogen atoms; large balls, carbon atoms.)

**Figure 19.4 PROPERTIES OF HEXANE ISOMERS**

| Name | Formula | Boiling Point, °C | Melting Point, °C | Density, g/ml 25°C |
|---|---|---|---|---|
| Normal hexane |  | 69 | −95 | 0.655 |
| 3-Methylpentane |  | 63 | −118? | 0.660 |
| 2-Methylpentane |  | 60 | −154 | 0.649 |
| 2,3-Dimethylbutane |  | 58 | −129 | 0.657 |
| 2,2-Dimethylbutane |  | 50 | −100 | 0.644 |

the number of carbon atoms increases, the number of isomers increases even faster. There are 75 decanes ($C_{10}H_{22}$), and by the time one reaches $C_{40}H_{82}$ it has been calculated that more than 61 trillion isomers are possible.

It is instructive to consider the differences between the five hexane molecules. These are listed in Figure 19.4. The names given for the isomers reflect structural differences. For the second isomer listed, the name 3-methylpentane implies that there are five carbons in a "straight chain" (pentane) and to the third carbon is attached a methyl group (that is, $CH_3$ derived from methane). The third isomer differs only in that the methyl group is attached not to the third but to the second carbon from the end. The last two isomers in the table are derived from a "straight chain" of four carbon atoms (butane) with two methyl groups attached either to the second and third carbon atoms or both methyl groups to the second carbon atom. The differences in boiling points are small but the differences are significant. On the other hand, it is seen that the melting points differ more markedly. The reason for this is that molecular shape is extremely important in determining the repeat structure a crystalline solid will adopt, which in turn influences the stability of the solid and hence its melting point. Finally, although there is a difference in density between the isomers it is certainly not very large, as the table shows.

For higher-molecular-weight hydrocarbons (and some other compounds as well) there is, besides the *structural isomerism* just described, another kind of isomerism which can be important. This kind of isomerism is called *optical isomerism* and arises as follows: Consider the hydrocarbon of structural formula



which can be abbreviated as



This compound, called 3-methylhexane, is one of the nine structural isomers of heptane, but it in turn consists of two *optical* isomers. To understand this, note that the starred carbon atom is bound to four different groups ($C_2H_5$, ethyl; $CH_3$, methyl; $C_3H_7$, propyl; H, hydrogen). As with any carbon atom in saturated hydrocarbons, the starred carbon is tetrahedral, and its bond arrangement is like that shown in Figure 19.5. The figure shows both optical

NSX_00000426

Case 2:25-cv-02129-GAW Document 45-2 Filed 01/23/26 Page 21 of 101






Figure 19.5
Optical isomers of 3-methylheptane.

isomers, one of which is the mirror image of the other. It is not possible to convert one of the isomers into the other by any amount of twisting or rotating in space. For example, if the molecule on the left is rotated 180° about the $CH_3$—C* bond, the $C_3H_7$ and $C_2H_5$ groups change places as in the structure on the right, but the H now projects forward and not backward as in the molecule on the right. The isomer on the left is the mirror image of that on the right in the same way that your left hand is the mirror image of your right. Anyone who has struggled to put on his gloves in the dark knows that no amount of twisting or rotation can convert one hand into its mirror image, the other hand. The two possible configurations are frequently distinguished as D (from *dextro*, right) and L (from *levo*, left).

Optical isomers are so named because they rotate the plane of polarized light differently. This effect on polarized light can be used to show the presence of an optical isomer. However, it is extremely difficult to separate one optical isomer from the other. The reason for this is that, unlike the other isomers that we have been considering, a pair of optical isomers have identical melting and boiling points and identical chemical properties except when reacting with molecules that also show optical isomerism. For example, the solubility of two optical isomers is the same in most solvents but is different in a solvent which is composed of a single optical isomer. In a few cases optical isomers separate themselves by crystallizing into separate kinds of crystals, one kind containing one of the isomers and the other kind containing the other optical isomer. This phenomenon was originally discovered by Louis Pasteur while working on compounds derived from grapes. It preceded his later work on fermentation in which he picked up the challenge of Lavoisier (Chapter 1) to understand fermentation, and in doing so laid the groundwork for modern biochemistry.

Before leaving saturated hydrocarbons, we should note that it is also possible for carbon atoms to form rings, or cycles. The simplest cyclic hydrocarbon is cyclopropane




the physical properties of which are listed along with those of some other cyclic hydrocarbons in Figure 19.6. Although the tetrahedral angle preferred by carbon in its saturated hydrocarbons is 109°28′, the $C_3$ and $C_4$ cyclic

Figure 19.6 CYCLIC SATURATED HYDROCARBONS

| Name | Formula | Boiling Point, °C | Melting Point, °C |
|---|---|---|---|
| Cyclopropane | $C_3H_6$ | −33 | −127 |
| Cyclobutane | $C_4H_8$ | 13 | −50 |
| Cyclopentane | $C_5H_{10}$ | 49 | −94 |
| Cyclohexane | $C_6H_{12}$ | 81 | 7 |
| Cycloheptane | $C_7H_{14}$ | 118 | −12 |
| Cyclooctane | $C_8H_{16}$ | 149 | 14 |

hydrocarbons show a bond angle at carbon within the ring considerably less than this, 60°, and on an average less than 90°, respectively. As a result, such molecules are said to be "strained" and are less stable than other saturated hydrocarbons. Cyclopropane, for example, needs to be handled with care because its mixtures with air (like all hydrocarbon-air mixtures) are explosive.

It is characteristic that all the hydrocarbons will burn in air. A typical reaction is

$$C_7H_{16} + 11O_2 \longrightarrow 7CO_2 + 8H_2O$$

Perhaps the principal use of hydrocarbons is as fuels in supplying our present energy needs. Large deposits of hydrocarbons (natural gas and petroleum) are buried in the earth, and these supplies are tapped by oil and gas wells. Because these deposits are limited, new sources of energy must be found before the hydrocarbons are all burned up and we are deprived not only of fuel but of all the useful organic compounds made from petroleum.

Case 2:25-cv-02129-GAW Document 45-2 Filed 01/23/26 Page 23 of 101



Because the hydrocarbons differ in boiling points they can be separated into a number of fractions for different uses. The lightest ones (containing one or two carbon atoms) constitute natural gas and as such are used without further purification. The next higher hydrocarbons (three and four carbon atoms) are used in bottled gas for supplying cooking and heating needs. The rather wide range of hydrocarbons boiling between 40 and 180°C, consisting of more than a hundred different compounds varying in carbon content from 6 to 10 carbon atoms per molecule, constitute various qualities of gasoline. The best hydrocarbon for use in gasoline for internal-combustion engines contains eight carbon atoms per molecule (octane). Furthermore, if the hydrocarbon chain is branched, it seems that the burning is smoother and hence has better "antiknock" qualities.

It has been found that hydrocarbons can be caused to burn more smoothly in engines if tetraethyllead, $(C_2H_5)_4Pb$, is added to them in quantities of a few milliliters per gallon. It has also been found that the use of tetraethyllead in gasoline is harmful because of the buildup of lead deposits in the combustion chamber. These deposits, however, can be greatly reduced by addition of ethylenedibromide ($C_2H_4Br_2$). This forms lead halides which serve to remove the lead from the engine but sweep it out into the atmosphere where dangerously high concentrations of lead may accumulate, especially in heavy traffic areas. Therefore, rather than adding tetraethyllead, the less suitable hydrocarbons can be converted to more desirable ones for use as gasoline.

Along with the conversion to more desirable hydrocarbons, the fractional yield of gasoline hydrocarbons from petroleum can be increased. This can be done by breaking down even larger molecules (more than 10 carbon atoms) in a process called *catalytic cracking*. Also, small molecules (fewer than six carbon atoms) can be combined in a process called *catalytic reforming*. For all these hydrocarbon-rearrangement processes, platinum is generally the catalyst, and a major fraction of the world's platinum is used in making catalysts for the petroleum industry.

The fraction of petroleum which boils above 180° is used as kerosene, diesel, and furnace fuel. From this fraction also comes jet fuel, which because it is less volatile is safer to handle than gasoline. The highest boiling fraction (hydrocarbons containing about 18 carbon atoms per molecule and more) is used for lubricants.

## 19.3 Unsaturated Hydrocarbons

As we saw in Chapter 4, two carbon atoms can share more than two electrons in the formation of multiple, or $\pi$ (pi), bonds. Molecules which contain carbon-carbon double or triple bonds are called *unsaturated hydrocarbons*. Those containing one or more double bonds are called *alkenes*, or *olefins*

NSX_00000429

(from Latin *oleum*, oil, since vegetable oils contain double bonds). The simplest example of an alkene is ethylene



The substitution of a methyl group for one of the hydrogens in ethylene would give *propene*. Substitution for a second hydrogen would give an isomer of *butene*. There are four isomers of butene which are designated as follows:



*cis*-2-Butene



*trans*-2-Butene



1-Butene



2-Methylpropene

In considering these isomers it is important to note that, whereas rotation about a carbon-to-carbon single bond is relatively easy, rotation about a carbon-carbon double bond is extremely difficult. Two molecules which differ in their configuration about a double bond are not easily convertible from one to the other and so are separate substances. For the butenes shown above, the first two differ only in that the two methyl groups lie either on the same side of the double bond or on opposite sides of the double bond. If rotation were as easy about a double bond as it is about a single bond, these two would be identical. However, for double bonds, rotation is not possible at ordinary temperatures and so the molecules are separate isomers. In naming them, the molecule in which the two methyl groups are on the same side is called *cis* and that in which the methyl groups are on opposite sides is called *trans*. In writing the name of the compound, that of the corresponding saturated hydrocarbon is used except that the ending *-ane* is changed to *-ene*. In order to denote the position of the double bond, a number is used. This number is found by counting the carbon-carbon bonds along the chain from the end closest to the double bond. For the *cis* and *trans* butenes, the number is 2. For the third isomer shown, it is the first bond that is double; hence, this isomer is called 1-butene. Finally, the fourth isomer shown consists of a branched chain. To name this isomer, the convention is to pick the longest carbon chain (in this case three) and name the compound accordingly (propene). The position of the branch is shown

by a number preceding the name of the substituent hydrocarbon group. The numbering proceeds from the end nearest the double bond. For example,

$$\begin{array}{l} \qquad\qquad\qquad\quad CH_3 \\ \qquad\qquad\qquad\quad | \\ CH_3{-}CH{=}CH{-}CH{-}CH_3 \end{array}$$

is 4-methyl-2-pentene. The series of hydrocarbons containing a single double bond can be represented by the general formula $C_nH_{2n}$.

The presence of a double bond in a hydrocarbon introduces several other differences in the structure of the overall molecule. In the first place, the bond angles are affected. Whereas the joining of four groups to a carbon atom places them all at the corners of a tetrahedron, the joining of three groups to a carbon atom, as by formation of one double bond and two single bonds, places the three attached groups at the corners of a triangle, obviously all in the same plane. As an example, ethylene is a planar molecule, in that all six atoms lie in a plane; the bond angles are all 120°. Furthermore, the carbon-carbon distance is shorter for double bonds than for single bonds. In ethane it is 0.154 nm; in ethylene, 0.133 nm. Also, carbon-carbon double bonds are stronger than carbon-carbon single bonds in the sense that more energy is required to break a double bond than to break a single bond. In terms of kilojoules per mole, the energy required to break a carbon-carbon single bond averages about 350 kilojoules whereas that for a double bond averages some 610 kilojoules/mole.

Just as two pairs of electrons can be shared between carbon atoms, three pairs can also be shared to form triple bonds. Compounds containing carbon-carbon triple bonds are called *alkynes*. The simplest such compound is acetylene $HC{\equiv}CH$. In this case all four of the atoms lie in a straight line. The triple bond is shorter still (0.120 nm) than the double bond, and higher energies are required to break it (840 kilojoules/mole). Although the question of rotation about the carbon-carbon triple bond does not arise because only one group can be joined to the carbon at each end of the bond, it should be noted that, as with double bonds, the presence of triple bonds in molecules can create the possibility of isomers differing in the position of the multiple bond. For example, in the triple-bonded molecule $C_4H_6$, there are two isomers: $HC{\equiv}C{-}CH_2CH_3$ and $CH_3{-}C{\equiv}C{-}CH_3$. The first of these compounds is called 1-butyne (or ethylacetylene); it has a normal boiling point of 8° and a melting point of −126°. The second is called 2-butyne (or dimethylacetylene); it has a boiling point of 27° and a melting point of −32°. It is interesting that within experimental error the heats of combustion of these two compounds are the same, that is, $\Delta H$ for the reaction

$$C_4H_6 + {}^{11}\!/_2\, O_2 \longrightarrow 4CO_2 + 3H_2O$$

is −2596 kilojoules/mole for either isomer. One can begin to realize the complexities of organic chemistry by noting that a particular hydrocarbon molecule can contain many multiple bonds, some of which may be double and some triple. The number of isomeric possibilities becomes tremendous as the number of carbon atoms increases. Fortunately, it is not necessary to consider in detail all the complexities of the subject in order to obtain a good appreciation for its importance.

## 19.4 Nomenclature

Before proceeding further, it will be advisable to review the nomenclature used for the hydrocarbons discussed thus far. The systematic nomenclature of organic compounds is based on that for the parent hydrocarbon. Thus, we will summarize the rules which have been agreed upon by IUPAC (International Union of Pure and Applied Chemistry) to untangle most of the problems associated with the naming of complicated compounds. Through the use of such rules, all compounds can be named. Unfortunately, some of the names become more involved than the formulas themselves. In such cases, a "common" or "trivial" name is used instead. Systematic nomenclature has the advantage that only a few rules must be remembered in order to name millions of compounds.

1 The longest hydrocarbon chain in the molecule serves as the basis for the name.

2 If the compound has no double or triple bonds, the ending *-ane* is used; if a double bond is present, *-ene* is used; if two double bonds, *-diene*; if three double bonds, *-triene*; if a triple bond, *-yne*.

3 Carbon atoms of the parent structure are numbered beginning at the end nearest a multiple bond if one is present, or branches (attached hydrocarbon groups) if no multiple bonds are present.

4 Numbers are placed before the name of the parent structure to show the location of multiple bonds, and before each different substituent to show its location.

5 Substituent hydrocarbon groups are named by dropping the suffix *-ane* from the name of the corresponding alkane and adding *-yl*.

6 If more than one substituent is present, they are placed in alphabetical order.

These rules are illustrated by the systematic naming of the following hydrocarbons:

Case 2:25-cv-02129-GAW Document 45-2 Filed 01/23/26 Page 27 of 101





*3-Methylhexane*

$CH_3{=}CHCH{=}CHCH_3$

*1,3-Pentadiene*



*3-Methyl-1-butyne*



*5-Ethyl-3-methyloctane*

Note that in each of these cases, the molecule is first "stretched out" to give the longest chain possible. In the first example, the molecule can be pictured as



or



but neither of these gives the longest hydrocarbon chain (6 C's) and so neither is acceptable for naming.

For the second molecule shown, numbering might start from the other end, making it 2,4-pentadiene. This however is wrong since numbering starts at the end closest to a multiple bond, or in the first example where there is none, nearest the branching. If both unsaturation and branching are present, as in the third example, the end nearer the multiple bond is picked to start numbering. Thus 3-methyl-1-butyne is correct, not 2-methyl-3-butyne.

Finally, the last example illustrates that even though the methyl group (as the branch closer to an end of the longest chain) determines the end from which numbering starts, it is placed after "ethyl" in the name since substituents are placed alphabetically.

NSX_00000433

## 19.5 Aromatic Hydrocarbons

The combination of multiple bonds and cyclization can produce an important class of compounds called *aromatic hydrocarbons*. They are so named because they are generally characterized by a pleasant aroma. However, the aroma is deceptive in that most of the compounds are extremely poisonous and many are potent carcinogens.

A key to understanding these hydrocarbons is provided by the basic member of the group, benzene, $C_6H_6$. In the benzene molecule the six carbon atoms are at the corners of a hexagon with the six hydrogen atoms attached to each carbon so that all twelve atoms lie in one plane. The carbon-carbon bonds are all equivalent, and therefore the molecule can be considered as a resonance hybrid (Section 4.5). The contributing structures are usually written as shown in Figure 19.7. It is important to note that the carbon-carbon distances do not alternate between being short and long but are all equal



Figure 19.7
Contributing resonance structures of benzene.

to 0.140 nm, intermediate between a single and a double bond. The heat of combustion for benzene has been determined to be 3301 kilojoules/mole, or 146 kilojoules less than would be anticipated for a cyclic compound consisting of alternate single and double bonds. These special properties of benzene have led not only to the original theory of resonance but to a variety of molecular-orbital theories for bonding in these and related compounds (Section 4.7). For simplicity, only one resonance structure is normally drawn for benzene and related compounds, or sometimes the representation of Figure 4.13c is used. In any case, the benzene grouping of atoms is an especially important one which shows up in a number of aromatic compounds.

Hydrocarbon derivatives of benzene consist of molecules in which one or more of the hydrogen atoms have been replaced by hydrocarbon groups. The simplest of these derivatives is toluene ($C_6H_5CH_3$, methylbenzene) in which one of the hydrogens has been replaced by a methyl group. The formulas for several benzene derivatives are illustrated in Figure 19.8. For simplicity only one of the contributing structures of the benzene ring is shown. A further abbreviation is used in the figure in that the C and H atoms of the benzene ring are omitted. These abbreviations are in common usage.

Case 2:25-cv-02129-GAW Document 45-2 Filed 01/23/26 Page 29 of 101






**Figure 19.8**
Aromatic hydrocarbons.

It is interesting to note that we have here another example of isomerism in the hydrocarbons. Ethylbenzene and the three dimethylbenzenes are all isomers of molecular formula $C_8H_{10}$. Although the difference between ethylbenzene and dimethylbenzene is obvious, that between the three dimethylbenzenes lies in the fact that the two methyl groups are, respectively, on adjacent carbon atoms (1,2-dimethylbenzene), on carbon atoms separated by an intervening carbon (1,3-dimethylbenzene), or on carbon atoms which lie directly across the ring from each other (1,4-dimethylbenzene). The numbers designate which C atoms of the ring bear the methyl groups. The isomers are sometimes called *ortho-*, *meta-*, and *para*dimethylbenzene, respectively. That these are indeed isomers and not identical compounds is shown by the fact that their boiling points are different, 144, 139, and 138°C, respectively, as compared with 136°C for ethylbenzene. As in the earlier isomer examples mentioned, there is an even greater difference in the melting points. The melting point of paradimethylbenzene is 13° whereas all the other isomers melt well below zero.

Figure 19.8 also includes the compound naphthalene which consists of two benzene rings fused together along a common edge. This is just one of many examples of compounds which consist of networks of benzene rings. It might be added that in the process of fusing the rings hydrogen atoms

NSX_00000435

are lost, so that as more and more rings are joined together one reaches, in the limit, a substance containing only carbon atoms joined in rings with no hydrogens remaining. This is the substance graphite which consists of sheets of carbon atoms each of which is joined to three other carbons (Figure 17.2).

In naming aromatic compounds, the name of the parent cyclic structure (e.g., benzene, naphthalene) is frequently used. However, it is common practice to call a singly substituted benzene, $C_6H_5X$, by a name which reflects the presence of the $C_6H_5$ or *phenyl* group.

## 19.6 Alcohols and Ethers

As we mentioned at the beginning of this chapter, in addition to the hydrocarbons, organic compounds consist of derivatives of hydrocarbons in which one or more H atoms are replaced by atoms of other elements. Such substitution, to form a functional group attached to a hydrocarbon residue, alters the properties markedly. A good first example is the class of organic compounds called *alcohols*, represented by the shorthand notation ROH. R stands for the hydrocarbon residue that is attached to the OH functional group. We should note that the identity of the hydrocarbon residue R fixes the specific name of the compound and also may modify the class properties. Thus, if the hydrocarbon residue in ROH is the methyl group, $CH_3$, related to the hydrocarbon methane, the alcohol $CH_3OH$ is called methyl alcohol, or methanol. Figure 19.9 lists a few of the simpler alcohols and describes some of their properties. The names of the last three alcohols in the table

Figure 19.9
ALCOHOLS

| Formula | Name | Boiling Point, °C | Melting Point, °C |
|---|---|---|---|
| $CH_3OH$ | Methyl alcohol | 65 | −98 |
| $CH_3CH_2OH$ | Ethyl alcohol | 79 | −117 |
| $CH_3CH_2CH_2OH$ | n-Propyl alcohol | 97 | −127 |
| $CH_3CH_2CH_2CH_2OH$ | n-Butyl alcohol | 118 | −90 |
| $CH_3CH_2CH_2CH_2CH_2OH$ | n-Pentyl alcohol | 137 | −79 |

are prefixed by a small letter *n* which stands for *normal*. This means that the alcohol has a structure in which the OH functional group is attached at the end of the chain of carbon atoms. In each case other isomers are possible. For example, there is an isomer of n-propyl alcohol called isopropyl alcohol (frequently used as rubbing alcohol) in which the OH functional group is attached not at the end of the string of three carbon atoms but at the middle:



In the IUPAC system of nomenclature discussed in Section 19.4, alcohols are named by replacing the terminal *-e* of the hydrocarbon name by *-ol* and prefixing it with a number to indicate the position of the OH group. Thus, *n*-propyl alcohol is 1-propanol; isopropyl alcohol is 2-propanol. (Organic nomenclature is summarized in Appendix 1.2.)

Alcohols in which the OH group is attached at the end of the chain are called *primary alcohols* and contain the group $—CH_2OH$. Alcohols in which the OH is attached as in isopropyl alcohol are called *secondary alcohols* and contain the grouping $\mathrm{H\overset{|}{\underset{|}{C}}OH}$. If the hydrocarbon residue contains four or more carbon atoms, a third class of alcohols is possible in which the functional group is joined to a carbon atom that is bound in turn to three other carbons. Such an alcohol is called a *tertiary alcohol;* the simplest of these is tertiary butyl alcohol (or 2-methyl-2-propanol) the structural formula of which can be represented



It is seen from Figure 19.9 that alcohols have a characteristically large liquid range. Compared with a hydrocarbon of similar structure, the alcohol will always have the higher boiling point. In this regard alcohols resemble water, from which they can be considered to be derived through substitution of a hydrocarbon residue for one of the hydrogen atoms. Therefore, it is possible for alcohols, like water, to form hydrogen bonded structures that stabilize the liquid state with respect to the gaseous state. This situation is less complex than in water (Section 14.11) because, as shown in Figure 19.10,



**Figure 19.10**
Hydrogen bonding in alcohol.

the hydrogen atoms of the methyl groups do not form hydrogen bonds to any appreciable extent.

Because of the possibility of hydrogen bonding, alcohols are among the relatively few nonionic substances that are soluble in water. The first three alcohols listed in the table are completely miscible with water. However, once the hydrocarbon residue becomes larger it exerts greater influence and solubility becomes limited. Thus for pentanol the solubility is but 0.3 mole per liter of water. Higher alcohols are even less soluble.

From the general formula ROH an alcohol might appear to be a base. However, the R—O bond has very little tendency to dissociate in solution. In fact, it has less tendency to dissociate than does the O—H bond. If anything, alcohols are weak acids. However, the acidity of alcohols is even less than that of water. For ethanol the dissociation constant is approximately $7.3 \times 10^{-20}$. Weak as it is, it is possible to make salts from alcohols. For example, if sodium is dissolved in an alcohol, hydrogen is liberated:

$$2Na(s) + 2C_2H_5OH \longrightarrow H_2(g) + 2Na^+ + 2C_2H_5O^-$$

Evaporation of the excess alcohol produces a white solid, sodium ethoxide ($NaOC_2H_5$). In water it is completely hydrolyzed to $C_2H_5OH$:

$$NaOC_2H_5(s) + H_2O \longrightarrow Na^+ + OH^- + C_2H_5OH$$

Just as alcohols can be considered in a formal way to be related to water through replacement of one of the H atoms by a hydrocarbon residue, ethers, a second class of organic compounds, can be considered as related to water through replacement of both of the H atoms. Ethers have the general formula R—O—R. In R—O—R the molecule is bent at the oxygen just as it is in H—O—H and R—O—H. Hence ethers, like alcohols and water, must possess a dipole moment. Despite this fact, ethers do not have the waterlike properties characteristic of the lower alcohols. For example, dimethyl ether, $CH_3OCH_3$, which incidentally is a structural isomer of ethanol, has a boiling point of −25°C. The more common diethyl ether, $C_2H_5OC_2H_5$, also has a relatively low boiling point, 35°C, and neither of them is appreciably soluble in water. The lack of waterlike properties results from the lack of hydrogen bonding and indicates the importance of hydrogen bonding in such properties.

In much of our discussion thus far we have emphasized the relationship between the structure of derivative organic molecules and their parent hydrocarbons. However, we should not draw the false conclusion that this is the method whereby hydrocarbon derivatives are prepared. Methanol, for example, is prepared on a large scale by combining carbon monoxide and hydrogen at high pressures (200 to 300 atm) and high temperatures (300 to 400°C) in the presence of catalysts such as $ZnO\text{-}Cr_2O_3$ mixtures:

$$CO(g) + 2H_2(g) \longrightarrow CH_3OH(g)$$

Ethanol, which is sometimes called grain alcohol, results from the fermentation of sugars. In the fermentation process, enzymes, e.g., zymase, which are secreted by yeast cells, act as catalysts for the breakdown of sugar molecules. For the sugar glucose the reaction is

$$C_6H_{12}O_6 \xrightarrow[\text{zymase}]{} 2CO_2(g) + 2C_2H_5OH$$

The fermentation reaction is carried out on a tremendous scale in the production of alcoholic beverages. The process is a very old one; in fact, the oldest document extant is a Babylonian tablet that gives a recipe for making beer. We have seen (Chapter 1) the importance of the reaction in the development of chemistry.

Beer is essentially a dilute solution of ethyl alcohol and carbohydrates in water; a typical American beer might analyze 4% ethanol, 5% carbohydrates, and 91% $H_2O$. Beer can be made by fermenting sugar, as from sprouted barley (called malt), and adding sufficient hops (dried flowers of the hop plant) to produce the characteristic flavor. If the sugar comes instead from grape juice, the product is wine. In both cases, the yeast necessary to catalyze the sugar fermentation is eventually killed by the product alcohol so that the percentage content of ethanol is limited. Most wines are about 12 to 14% alcohol by volume; higher alcohol content can be achieved by adding alcohol (to give a "fortified wine" such as sherry) or by distillation. Distillation of wine produces brandy; distillation of fermented grain produces whiskey.†

Numerous organic compounds contain more than one functional group. A simple example is ethylene glycol (1,2-ethanediol, $HOCH_2CH_2OH$), which when drawn is:



The molecule contains two alcohol functional groups, and therefore it is not surprising that ethylene glycol is extremely soluble in water. This solubility

†Although history records numerous attempts to stamp out the consumption of alcoholic beverages, history also records the importance assigned to alcoholic beverages by various cultures. An illustrative fact from the log of the *Mayflower* is that the Pilgrims landed at Plymouth Rock because "we could not take time for further search . . . our victuals being much spent . . . especially our beer."

allows its extensive use as "permanent antifreeze." The trialcohol glycerol (1,2,3-propanetriol)



plays an important biological role, as we shall see in Chapter 21, in the formation of fats, or lipids. Although glycerol can be prepared from these natural sources, ethylene glycol is made synthetically by some rather interesting reactions. In the first step, ethylene is oxidized in the presence of silver catalyst.



The product, ethylene oxide, is an example of an ether in which the oxygen functional group forms part of a cycle. Ethylene oxide is then hydrated to form ethylene glycol



In this reaction a rather special ether has reacted with water to form an alcohol. It is much more usual, in general, to have the reverse change in which an alcohol is dehydrated to give an ether. In this kind of dehydration reaction two molecules react in the presence of strong acids, which serve both to catalyze the reaction and to remove the product water.

$$C_2H_5OH + HOC_2H_5 \xrightarrow[H_2SO_4]{conc.} C_2H_5{-}O{-}C_2H_5 + H_2O$$

On prolonged standing in air, ethyl ether can become extremely hazardous because it begins to form an explosive peroxide. Consequently before an ether is distilled it should be tested for the presence of peroxides. The presence of peroxides can be detected by formation of a red color (due to $FeNCS^{2+}$) on addition of ferrous sulfate and potassium thiocyanate. The peroxides can be destroyed by addition of reducing agents such as $FeSO_4$. To prevent peroxide formation, ether is often stored with iron wire in it.

Alcohols also can undergo oxidation reactions. Specifically they can be oxidized by oxidizing agents such as sodium dichromate. That the reaction

NSX_00000440

Case 2:25-cv-02129-GAW Document 45-2 Filed 01/23/26 Page 35 of 101



is an oxidation can be seen from the fact that in the process hydrogen atoms are removed from the alcohol. As a specific example, when ethyl alcohol is so oxidized it forms acetaldehyde




*Ethyl alcohol* *Acetaldehyde*

for which the balanced equation with aqueous dichromate is

$$3CH_3CH_2OH + Cr_2O_7^{2-} + 8H^+ \longrightarrow 3CH_3CHO(g) + 2Cr^{3+} + 7H_2O$$

In carrying out the reaction the mixture is heated, partly because the reaction is a slow one and partly so that the volatile aldehyde product will leave the reaction mixture before it can be oxidized further. (As we shall see, aldehydes themselves are oxidized by the same oxidizing agent sodium dichromate to form carboxylic acids.) A similar oxidation reaction occurs for secondary alcohols; however, the products formed represent a different class of organic molecules. For example, if isopropyl alcohol is oxidized it will form acetone

$$CH_3{-}\overset{O}{\overset{\|}{C}}{-}CH_3$$

The product here is called a *ketone* and differs from the product of the oxidation of primary alcohol in that it contains the functional group $-\overset{O}{\overset{\|}{C}}-$ characteristic of ketones instead of the functional group $-\overset{O}{\overset{\|}{C}}H$ characteristic of aldehydes. Tertiary alcohols do not undergo a corresponding oxidation. The reason for this is that oxidation cannot occur at the functional group without breaking the carbon-carbon chain.

Finally, we should note one other compound which appears to be an alcohol but in which the hydrocarbon residue has such profound influence on its properties that it is usually not even considered to be an alcohol. This is the compound phenol




NSX_00000441

Because the functional group is attached directly to the aromatic ring, the properties of phenol are quite different from those of typical alcohols. Specifically it is much more acidic than an alcohol, having a dissociation constant of $1.3 \times 10^{-10}$. In recognition of this fact, phenol is often called carbolic acid. It is used as a general disinfectant, and gram amounts may prove fatal to human beings.

## 19.7 Aldehydes and Ketones

Aldehydes and ketones, which are obtained by the oxidation of alcohols, contain the C=O, or *carbonyl*, grouping. The carbonyl double bond is a very strong one. It has a bond energy of 750 kilojoules/mole. This is indeed more than twice the bond energy of a carbon-oxygen single bond (370 kilojoules/mole). In contrast, the carbon-carbon double bond has a bond energy of 610 kilojoules/mole, which is less than twice that of the carbon-carbon single bond, 350 kilojoules/mole. Part of the reason for the great strength of the carbonyl bond is the fact that electrons are shared unequally, due to the greater electronegativity of oxygen; the oxygen end is more negative than the carbon end, so that there is additional attraction. This polar character is reflected in the fact that carbonyls are, in general, relatively reactive, despite the strong bond.

The simplest of the carbonyl compounds is formaldehyde, $H_2CO$, also written HCHO. Like the other lower aldehydes, formaldehyde has a sharp irritating odor. The higher aldehydes, on the other hand, such as $C_8H_{17}CHO$, have flowery odors and so are used in perfumery. Formaldehyde is produced by oxidation of methanol, as by air in the presence of hot copper catalyst. It is a gas at room temperature, having a boiling point of −21°C. However, it has a great tendency to polymerize, sometimes with explosive violence, to form a solid:



The question might arise as to how the ends of the polymeric chain (which may contain up to 100 units) are terminated. Usually sufficient water is present to add an OH at one end and an H at the other. However, if organic groups are used to cap the ends of the chain, more useful polymers are obtained. Formaldehyde is not unique among the aldehydes in forming polymers.

Formaldehyde is probably best known as its aqueous solution called

*formalin*. Because $H_2CO$ is toxic to lower forms of life, formalin finds wide application as a disinfectant and for the preservation of biological specimens. Formaldehyde has been detected in interstellar dust clouds where its presence has been taken to indicate that organic compounds not only can exist in the absence of life but compounds such as formaldehyde may be involved in the emergence of life.

Like other aldehydes, but not ketones, formaldehyde is easily oxidized to a *carboxylic acid* which contains the acid functional group $-\overset{\overset{\displaystyle O}{\|}}{C}-OH$, also written COOH. The oxidation occurs readily in basic solution even with mild oxidizing agents such as silver ion. Reaction with silver ion is frequently employed to determine the presence of aldehyde functional groups in organic molecules. In performing the test, it is necessary to have the silver ion dissolved in a basic solution, as through formation of the complex $Ag(NH_3)_2^+$. On reduction, the silver is deposited as a mirror on the surface of the container. The silver mirror test is thus conveniently employed to distinguish aldehydes. In an alternative test, a reddish deposit of $Cu_2O$ is formed by reduction of a cupric complex by the aldehyde.

Acetone ($CH_3COCH_3$), also called dimethyl ketone or 2-propanone, is the most important ketone. It can be made by oxidizing or, what amounts to the same thing, by dehydrogenating (removing hydrogen from) isopropyl alcohol in the presence of a copper catalyst. The change can be written




*Isopropyl alcohol* — *Acetone*

At room temperature, acetone is a liquid, but it is quite volatile (boiling point 56°C). Like alcohols and aldehydes, it catches fire rather easily. Because it is a good solvent for organic compounds, it is extensively used to dissolve varnishes, plastics, etc. It is characteristic of ketones that they are less easily oxidized than aldehydes and do not give any reaction with mild oxidizing agents such as silver or cupric ion. With a stronger oxidizing agent, cleavage of the carbon-carbon chain occurs.

Both aldehydes and ketones can be reduced to primary and secondary alcohols, respectively. Reducing agents include $LiAlH_4$ (lithium aluminum hydride) or hydrogen on nickel catalyst.

## 19.8 Acids and Esters

Organic acids contain the carboxyl group COOH. Acetic acid, $CH_3COOH$, is already familiar to us. It and some of the other simple carboxylic acids are listed in Figure 19.11. Formic acid occurs in ants and gives sting to their bites; acetic acid is in vinegar and in the defense spray of many insects;

Figure 19.11 CARBOXYLIC ACIDS

| Formula | Name | Boiling Point, °C | $K_{diss}$ |
|---|---|---|---|
| HCOOH | Formic acid | 101 | $1.8 \times 10^{-4}$ |
| $CH_3COOH$ | Acetic acid | 118 | $1.8 \times 10^{-5}$ |
| $CH_3CH_2COOH$ | Propionic acid | 141 | $1.3 \times 10^{-5}$ |
| $CH_3CH_2CH_2COOH$ | n-Butyric acid | 164 | $1.5 \times 10^{-5}$ |
| $(CH_3)_2CHCOOH$ | Isobutyric acid | 154 | $1.4 \times 10^{-5}$ |

propionic acid is formed on heating wood; butyric acid gives rancid butter its terrible smell. All the acids listed are very soluble in water. In fact, all but the last are miscible with water in all proportions. However, as the chain gets longer the solubility drops off, as with the alcohols. Also, like the alcohols, the acids have reasonably high boiling points.

The acid dissociation constants for the carboxylic acids are listed in Figure 19.11. It is seen that except for formic acid the constants are all nearly the same. In general, unless molecules are substituted close to the functional group, the properties of that functional group will not be changed. However, one can see the influence of substitution on acid properties by considering the chlorine-substituted acetic acids. Monochloroacetic acid ($ClCH_2COOH$) has an acid dissociation constant ($1.4 \times 10^{-3}$) nearly 100 times greater than that of acetic acid. Substitution of a second chlorine atom to give dichloroacetic acid ($Cl_2CHCOOH$) further increases the dissociation constant ($3.3 \times 10^{-2}$). Finally, substitution of a third chlorine atom to form trichloroacetic acid ($Cl_3CCOOH$) increases the acid dissociation constant to that of a moderately strong acid ($2.0 \times 10^{-1}$).

The effect of substituents on properties of a functional group is called the *inductive effect*. It can be understood by noting that the very electronegative chlorine atoms pull electron density toward themselves at the expense of the electron density in the oxygen-hydrogen bond (of the COOH group). Weakening the O—H bond causes a noticeable increase in acid strength. There is a similar effect shown in the series of dicarboxylic acids. Some of these acids are listed in Figure 19.12. The presence of a second carboxylic acid functional group has an inductive effect on the first very similar to chlorine substitution. As the first dissociation constants ($K_1$) listed in Figure 19.12 show, the effect is greatest when the second carboxylic group

**Figure 19.12 DICARBOXYLIC ACIDS**

| Formula | Name | $K_1$ | $K_2$ |
|---|---|---|---|
| HOOCCOOH | Oxalic acid | $5.9 \times 10^{-2}$ | $6.4 \times 10^{-5}$ |
| $HOOCCH_2COOH$ | Malonic acid | $1.5 \times 10^{-3}$ | $2.0 \times 10^{-6}$ |
| $HOOCCH_2CH_2COOH$ | Succinic acid | $6.5 \times 10^{-5}$ | $3.3 \times 10^{-6}$ |

is closest to the first. As the two groups are separated progressively by intervening $CH_2$ groups the effect dies out. There is a somewhat similar effect in the second dissociation constant, which is also listed; however, this value is complicated by the difficulty of pulling a proton off an already negative ion.

Salts of carboxylic acids can be formed either by reaction with a base or by direct reaction of the acid with a metal to release hydrogen. The hydrogen evolution is slower than that observed for a strong inorganic acid. Of the salts of organic acids the acetates are commonly encountered in laboratory work. A less obvious example of the salt of an organic acid is soap. These interesting molecules are the salts of long-chain organic acids such as $C_{17}H_{35}COONa$ (sodium stearate). This substance is remarkable because the stearate ion is practically a hydrocarbon but has a charged group at one end. When placed in water, the ions do not really dissolve, because hydrocarbons are insoluble in polar solvents. Instead, *micelles* are formed in which the hydrocarbon parts of the stearate ions cluster together, as shown in Figure 19.13. The negative charges at the surface of the micelle are dissolved in the water; the hydrocarbon chains in the interior are dissolved in each other. X-ray investigations of soap suspensions show that at low concentrations the micelles are approximately spherical with a diameter of about 5 nm. The cleansing action of soap is thought to stem from the dissolving of grease (essentially hydrocarbon in nature) in these hydrocarbon clusters. Also important in cleansing action is the fact that the large soap micelles modify the structure of water (Section 14.11) by breaking hydrogen



**Figure 19.13**
Soap micelle consisting of negative carboxyl groups attached to long-chain hydrocarbons.

Case 2:25-cv-02129-GAW Document 45-2 Filed 01/23/26 Page 40 of 101



bonds. The water thus affected is better able to wet foreign particles.

Characteristically organic acids react with alcohols to form compounds called esters. Esterification reactions can be described by the general equation



which shows the splitting out of $H_2O$ and the formation of an ester, RCOOR′. This reaction is catalyzed by the presence of strong acids. The acid catalysis can be understood by postulating a reaction intermediate which is formed in low concentrations from the protonation of the carboxylic acid to form $RC(OH)_2^+$. This positive ion attacks the alcohol molecule to remove a proton from the alcohol by combining it with one of the OH groups of the positive ion. Subsequently, the remaining proton is lost to give the ester and regenerate the acid catalyst:



Most esterification reactions have equilibrium constants $K = [RCOOR][H_2O]/[RCOOH][ROH]$ that are close to unity. In other words, the reaction at equilibrium does not tend to convert acid and alcohol totally to ester. To increase the yield of ester, water can be removed by distillation or by adding a drying agent, or the concentration of one of the reactants, usually the alcohol, can be increased. Since the equilibrium constant is close to unity, the esterification reaction can be readily reversed. The reverse reaction, formation of an acid (usually the salt of the acid) and an alcohol from an ester, is called *saponification* (from the Latin *sapo* for soap). The reason for the name is that natural fats are esters, and soap is made by splitting them to give salts of long-chain organic acids.

As noted previously, carboxylic acids are the end product of the oxidation of primary alcohols. This oxidation can be reversed but only through the use of very strong reducing agents such as lithium aluminum hydride, $LiAlH_4$.

## 19.9 Amines and Amides

Just as there are organic acids, there are organic bases. The most important of them are compounds called *amines*. The amines can be considered as derivatives of ammonia through replacement of one or more hydrogens of

NSX_00000446

Figure 19.14
AMINES

| Formula | Name | Boiling Point, °C | $K_b$ (in $H_2O$) |
|---|---|---|---|
| $CH_3NH_2$ | Methylamine | −6 | $4.4 \times 10^{-4}$ |
| $C_2H_5NH_2$ | Ethylamine | 17 | $5.6 \times 10^{-4}$ |
| $(C_2H_5)_2NH$ | Diethylamine | 56 | $9.6 \times 10^{-4}$ |
| $(C_2H_5)_3N$ | Triethylamine | 90 | $5.7 \times 10^{-4}$ |
| $C_6H_5NH_2$ | Aniline | 184 | $3.8 \times 10^{-10}$ |

$NH_3$ by R groups. Properties of some amines are listed in Figure 19.14. The $K_b$ values listed are for the (base) equilibrium

$$RNH_2 + H_2O \rightleftharpoons RNH_3^+ + OH^-$$

With the exception of aniline (the amine which has a phenyl group attached to nitrogen) all the values are approximately equal and are not very different from the corresponding value for ammonia ($1.8 \times 10^{-5}$). However, the value for aniline is clearly different, presumably because the functional group $NH_2$ is attached directly to the aromatic ring. Just as we saw for phenol, the presence of the ring is again critical. In the case of aniline the pair of electrons on the nitrogen atom interacts with the aromatic ring so that the electron pair is less available for accepting a proton. That this is indeed the explanation is shown by the fact that if the aromatic ring is saturated to form the compound $C_6H_{11}NH_2$ the value of $K_b$ rises to $4.4 \times 10^{-4}$, which is quite normal.

Another example of modification of base strength by an aromatic ring occurs in cases where the N is a part of the ring. The simplest such example is pyridine




the base strength of which ($K_b = 1.6 \times 10^{-9}$) is also less than that for a more usual amine. Compounds having rings which contain atoms other than C are called *heterocyclic* compounds and those which contain N are especially important biologically. Included in the latter are the nucleic acids (Chapter 23), porphyrins (Chapter 24), and the three amino acids histidine, tryptophane, and proline (Section 22.1). Heterocyclic nitrogen bases are the structural units for the compounds of plant origin called *alkaloids*, which in animals produce a variety of psychophysical reactions. Examples of alkaloids are nicotine, caffeine, codeine, lysergic acid diethylamide ("LSD"), and morphine. The simplest of these, nicotine, will be discussed in the next




**Figure 19.15**
Mirror images for methylethylamine.

section. It might be noted that the active ingredients of marijuana differ fundamentally from the above compounds in that they are not nitrogen heterocycles.

Also listed in Figure 19.14 are diethylamine, which is a secondary amine ($R_2NH$), and triethylamine, a tertiary amine ($R_3N$). For certain secondary and tertiary amines it might be thought that optical isomerism would be observed. In other words, for the compound methylethylamine, as shown in Figure 19.15, the compound is not superimposable on its mirror image. In such a case we would expect two optical isomers. However, they are not observed, because the molecule is not sufficiently rigid to prevent the amine from turning inside out like an umbrella. In doing so, each of the optical isomers is quickly converted into the other.† It seems that this rate of inversion takes place in less than a thousandth of a second, thereby preventing the isolation of optical isomers.

Amines can be prepared by heating a halogenated hydrocarbon, for example RBr, with ammonia in a sealed tube:

$$RBr + 2NH_3 \longrightarrow RNH_2 + NH_4Br$$

More than one of the hydrogens of ammonia can be substituted so that secondary and tertiary amines are also formed. In addition, if a sufficient excess of RBr is used, an interesting compound is formed which has the general formula $R_4NBr$. It is an ionic substance and contains the ion $NR_4^+$ which can be considered to be an analog of ammonium ion $NH_4^+$.

† We saw earlier that a familiar analogy of optical isomers are the shapes of left and right gloves. Carrying this analogy further, the umbrella inversion of amines is analogous to turning a left-hand glove inside out to produce thereby a right-hand glove with no preference for the glove being either right-hand or left-hand.

Case 2:25-cv-02129-GAW Document 45-2 Filed 01/23/26 Page 43 of 101



Ammonia will react with a carboxylic acid in a rapid reaction to form the ammonium and carboxylate ions:

$$NH_3 + RCOOH \longrightarrow RCOO^-NH_4^+ \xrightarrow{\text{heat}} R{-}\overset{\overset{\displaystyle O}{\|}}{C}{-}NH_2 + H_2O$$

If, however, the initial product is heated, loss of water occurs to give an amide ($RCONH_2$). Amides differ from amines in that they are not basic ($K_b$ for an amide is of the order of $10^{-15}$), and it is not clear whether the proton is added to the nitrogen or to the oxygen. The lack of basicity of the electron pair of amide nitrogen has been explained by saying that a contributing structure of the amides is one in which the lone pair of electrons is used to form a double bond. This can be represented

$$R{-}\overset{\overset{\displaystyle :\ddot{O}:}{\|}}{C}{-}\ddot{N}H_2 \longleftrightarrow R{-}\overset{\overset{\displaystyle :\ddot{O}:^-}{|}}{C}{=}NH_2^+$$

where the double-headed arrow designates the two contributing resonance structures. Since the actual structure is a combination of these, N does not have full possession of the lone pair of electrons for binding a proton; instead it has a partial positive charge to repel a proton. Consistent with the resonance formulation is the additional fact that compared with ammonia, amides are considerably more acidic (have a greater tendency to lose a proton). The acid dissociation constant of an amide is of the order of $10^{-16}$ whereas that for ammonia is $10^{-33}$.

Just as ammonia will react with acids to form amides, so will primary amines. As we shall see later in discussing proteins, this reaction is an extremely important one in that amide formation is responsible for the peptide link $\left({-}\overset{\overset{\displaystyle O}{\|}}{C}{-}\overset{\overset{\displaystyle H}{|}}{N}{-}\right)$ which holds the proteins together.

As with other functional groups that we have discussed, the $NH_2$ functional group can occur more than once in a molecule. A simple diamine is ethylenediamine, $H_2NCH_2CH_2NH_2$, which has a $K_b$ of $8.5 \times 10^{-5}$. The second constant is $4 \times 10^{-7}$, showing that it is always harder to add a second proton to an already positively charged molecule.

Several times we have illustrated the possibility of placing two functional groups of the same kind in the same molecule. It is also possible to place two functional groups that are different in the same molecule. One extremely important example of this occurs in a series of compounds called *amino acids* which, as their names imply, contain both an amine group and an acid group. The simplest of the amino acids is glycine which can be described by either of the following formulas:

$$H_2NCH_2COOH \longrightarrow H_3N^+CH_2COO^-$$

As the arrow indicates, the two functional groups can react with each other so that a proton is transferred from the acidic group to the basic group. In the pH range near 7, glycine exists mostly in the charged form (called the dipolar form) shown above. At higher and lower pH's protons can be removed or added, respectively. In the titration of glycine two dissociation equilibria appear, the first with a dissociation constant $5 \times 10^{-3}$ and the second with a dissociation constant of $2 \times 10^{-10}$. This means that, at very low pH, glycine exists as a positive ion with both ends protonated (that is, $H_3N^+CH_2COOH$) and at very high pH, as a negative ion having lost both protons (that is, $H_2NCH_2COO^-$). In the intermediate pH range the molecule is electrically neutral, although it is correctly described as being a dipolar molecule (that is, $H_3N^+CH_2COO^-$). One end (the nitrogen) carries a positive charge, and the other end (oxygen) carries a negative charge. Frequently various amino acids are characterized by the pH at which the ion shows no net motion in an electric field. This point is called the *isoelectric point*, and for glycine it occurs at a pH of 6.0.

## 19.10 Natural Products

The term *natural products* is used in organic chemistry to refer to those organic compounds which are synthesized in nature either by plants or animals. The principal aim of natural-products research is to determine the structure of these naturally occurring molecules. The first problem is to isolate the compound of interest so as to obtain it in a pure state. Various techniques are used for the separation, including distillation, chromatography (adsorption on surfaces), and extraction by various solvents. Proof of purity is difficult, but it can be inferred from the reproducibility of chemical analysis of samples purified in different ways. Also, a sharp melting point as contrasted to a wide melting range is taken to indicate isolation of a pure compound.

Once the compound is isolated, it can be chemically analyzed for the constituent elements and its simplest formula determined. Freezing-point lowering of an appropriate solvent (Section 10.4) gives information leading to the molecular formula. At this point the problem really begins. How are the atoms arranged in the molecule? Some functional groups and some atomic arrangements can easily be detected by appropriate instrumental methods, such as infrared absorption. Others show themselves in characteristic chemical reactions. Because organic reactions frequently leave large groups of atoms intact, it is useful to subject the unknown molecule to a series of reactions in the hope that some of these reactions will lead to products of known structure. From the arrangement of atoms in the known

products, inferences can be drawn about the structure of the parent molecule. As an example of how this is done, consider the following reactions of the natural product nicotine, which is a nitrogen-containing organic compound found in tobacco:



N-Methylpyrrolidine-2-carboxylic acid



Nicotinic acid

As shown, the two different oxidizing agents [$Fe(CN)_6^{3-}$ and $MnO_4^-$] each partially convert nicotine to two different products, each of which is a compound of known structure. The products contain different rings of atoms to which COOH groups are attached. Since the COOH group is frequently formed when a group attached to a ring is oxidized, it is reasonable to suppose that nicotine consists of the two rings hooked together and has the structure


Nicotine

Apparently ferricyanide oxidizes away the left-hand ring, and permanganate the right-hand ring. Ultimate proof of the structure of nicotine and other natural products comes from successful laboratory synthesis starting with compounds of known structure.

Case 2:25-cv-02129-GAW Document 45-2 Filed 01/23/26 Page 46 of 101



## QUESTIONS

**19.1** *Hydrocarbons* Indicating the tetrahedral nature of carbon, draw the structure of propane.

**19.2** *Isomers* Draw formulas (like those of Figure 19.4) for all the structural isomers of pentane ($C_5H_{12}$) and name each.

**19.3** *Optical Isomers* If the four bonds formed by C atoms were in one plane rather than tetrahedral, would a compound such as 3-methylheptane (Figure 19.5) show optical activity? Explain.

**19.4** *Unsaturated Hydrocarbons* Compare and contrast butene with butane in respect to (*a*) molecular formula, (*b*) number of isomers, (*c*) bond angles, (*d*) differences of spatial arrangement of bonding electrons.

**19.5** *Acetylene* Describe the carbon-carbon bond in acetylene by sketching it and contrast the bond with a C—C single bond in terms of its length and the energy needed to break it.

**19.6** *Nomenclature* Draw structural formulas of each of the following: (*a*) 4-methyloctane, (*b*) 3-ethyl-5-methyl decane, (*c*) 1-butyne, (*d*) 3-methyl-2-pentene, (*e*) 4-ethyl-6-methyl-2-octene.

**19.7** *Nomenclature* Give systematic names for each of the following compounds:

(*a*) $CH_3CH_2CHCH_3$ (with $CH_3$ on the first CH)

$$\begin{array}{l}\quad\;\; CH_3 \\ \quad\;\;\, | \\ (a)\ CH_3\overset{}{C}H_2CHCH_3\end{array}$$

(*b*) $CH_3CH_2{=}CHCH_2CH_3$

$$\begin{array}{l}(c)\ CH_3CH_2C{=}CHCH{=}CH_2 \\ \qquad\qquad\quad | \\ \qquad\qquad\; CH_3\end{array}$$

$$\begin{array}{l}\quad\;\; C_2H_5 \quad CH_2C_2H_5 \\ \quad\;\;\; | \qquad\quad | \\ (d)\ CH_3CHCH_2CHCH_2CH_3\end{array}$$

**19.8** *Aromatic Hydrocarbons* What grouping of atoms is characteristic of simple aromatic compounds? What is special about this grouping?

**19.9** *Aromatic Hydrocarbons* Draw structural formulas for all isomers of trimethylbenzene.

**19.10** *Alcohols and Ethers* Draw all structural isomers of $C_4H_{10}O$ and tell which are ethers and which are primary, secondary, and tertiary alcohols.

NSX_00000452

**19.11** *Fermentation* Using the usual rules for assignment of oxidation numbers, discuss the fermentation reaction as an oxidation-reduction process.

**19.12** *Aldehydes and Ketones* Draw formulas for an aldehyde and ketone that are isomers. Show by equations how they may be prepared from starting materials which are also isomers.

**19.13** *Acids and Esters* Write balanced equations for each of the following: (*a*) formation of ethyl acetate, (*b*) the stepwise neutralization of malonic acid with strong base, (*c*) the hydrolysis of sodium propionate to give a slightly basic solution.

**19.14** *Amines* Calculate the $H^+$ and $OH^-$ concentrations and pH of each of the following solutions: (*a*) 0.3 *M* methylamine, (*b*) 0.3 *M* aniline.

**19.15** *Amides* (*a*) What is the functional group of an amide? (*b*) Why are amides less basic than amines? (*c*) Would you expect a peptide link to be acid, basic, or essentially neither? Explain.

**19.16** *Natural Products* Prior to conducting chemical reactions to determine atomic arrangement in a natural product, what three steps must be performed?

**19.17** *Terms* What is meant by each of the following: (*a*) ketone, (*b*) hydrocarbon, (*c*) alcohol, (*d*) ether, (*e*) diene, (*f*) isomer, (*g*) catalytic cracking?

**19.18** *Acids* How would you explain that as you increase the number of chlorine atoms in the acetic acid molecule, the strength of the resulting acid increases?

**19.19** *Alcohols* Write the equations of reactions that you would use to synthesize $CH_3C(OH)H{-}CH(OH)CH_3$ from $CH_3CH{=}CHCH_3$.

**19.20** *Solubility* Using examples, explain what is meant by "like dissolves like." Are alcohols an exception to this statement?

**19.21*** *Heat of Reaction* When 1-butyne is burned in oxygen to form $CO_2$ and water, 54.1 kilojoules of heat per gram of $H_2O$ are given off. How much heat is given off when 75.0 g of 1-butyne are burned completely in oxygen?

**19.22** *Ethers* If you were given propanol and asked to make dipropylether, how would you go about doing it?

**19.23** *Nomenclature:* Give names for each of the following:

(*a*) 

(*b*) $CH_2{=}CH{-}CH{=}CH{-}CH{=}CH_2$

(*c*) 

(*d*) 

**19.24** *Bonds* Differentiate between a double bond and a triple bond in terms of: (*a*) energy needed to break each, (*b*) bond length, (*c*) electron cloud symmetry.

**19.25** *Hydrocarbons* Would you expect the heat of combustion of $CH_2{=}CH{-}CH{=}CH{-}CH_3$ to be smaller or greater than the heat of combustion of $CH_3{-}C{\equiv}C{-}CH_2{-}CH_3$? Explain.

**19.26** *Nomenclature* Which of the following are incorrect names? Give the correct name in each case. (*a*) 1-methyl-2-phenylpropane, (*b*) 4-ethyl-2-pentyne, (*c*) 2-methyl-5-ethyl-2,4-heptadiene, (*d*) 5-methyloctane.

**19.27** *Terms* What is meant by each of the following: (*a*) alkaloid, (*b*) isoelectric point, (*c*) saponification, (*d*) inductive effect, (*e*) formalin?

**19.28** *Oxidation of Alcohols* Extensive oxidation of *n*-butyl alcohol yields an acid while isobutyl alcohol under similar conditions yields a ketone. How do you account for the difference in products?

**19.29** *Functional Group* Identify the functional groups in each of the following compounds: (*a*) phenol, (*b*) ethylamine, (*c*) propene, (*d*) $CH_3CH{=}CHCHO$, (*e*) acetone.

**19.30** *Isomers* Write all isomers of nitroethylbenzene.

**19.31** *Amines* (*a*) How could you convert $C_3H_7NH_2$ to $C_3H_7NH_3Br$? (*b*) How might you accomplish the reverse conversion?

**19.32** *Molecular Formula* Nicotine has the weight percentage composition 74.1% C, 8.64% H, 17.3% N. If 2.43 g of it dissolves in 45.0 g of benzene and lowers its freezing point by 1.63°C, (*a*) what is the molecular weight of nicotine? (The molal freezing-point lowering constant is 4.90°C.) (*b*) What is the formula of the compound?

**19.33** *Bond Angles* Cyclohexane differs from benzene in several important ways. One of them is the fact that the six C—C—C bond angles in benzene are 120°. In cyclohexane these six angles are essentially the tetrahedral angle of 109°. How is this possible?

**19.34** *Isomers* Draw structural formulas for the nine isomers of hexane. Show which ones of these consist of optical isomers.

**19.35** *Benzene* As noted in Chapter 4, an important reason for the bonding of atoms is the lowering of energy of electrons when they are allowed to move over larger volumes and not be too constricted. How is this principle involved in accounting for the special stability of benzene.

**19.36** *Structural Formulas* Draw structural formulas for each of the following: (*a*) a diene, (*b*) a pair of optical isomers, (*c*) acetone, (*d*) glycine as it exists in acidic, basic, and neutral solution.

**19.37** *Soap* Chemically, what is soap? Is it or is it not soluble in water? Explain.

**19.38** *Dicarboxylic Acids* (*a*) In whole-number pH units compare the pH range over which malonic acid and succinic acid exist as singly-negative ions. (*b*) Roughly what would you predict for adipic acid, $HOOCCH_2CH_2CH_2COOH$? (*c*) Why is this trend observed?

**19.39** *Naphthalene* Consider the substitution of 2 Cl atoms for any two of the 8 hydrogen atoms in naphthalene (Figure 19.8). How many isomers can thus be formed?

**19.40** *Science and Society* Through organic chemistry it has been possible to improve the quality of a number of commonly used items (synthetic fabrics, for example) by substituting synthetic materials for natural products. (*a*) Where has the energy come from to make the synthetic products and where has it come from to make the natural products? (*b*) What does your answer to (*a*) imply for the future? (*c*) Why do synthetic materials pose greater disposal problems than natural materials?

**19.41*** *Gasoline and Electric Cars* For octane, the heat of combustion is 5440 kilojoules/mole. (*a*) How much energy is obtained from burning 1 kg (0.38 gal) of gasoline? (*b*) Noting that 1 mole of Pb, 1 mole of $PbO_2$, and 2 moles of $H_2SO_4$ produce $2 \times 96{,}500$ coulombs at 2.1 volts, and that coulombs times volts equal joules, calculate the amount of energy which could be obtained from 1 kg of the mixture of $Pb + PbO_2 + H_2SO_4$ appropriate for the lead-storage-battery reaction. (*c*) An average car's gas tank contains some 40 kg of gasoline. What weight of lead storage battery would be needed to deliver the same amount of energy?

# Appendix 1 Chemical Nomenclature

## 1.1 Inorganic

The names of the elements are listed inside the back cover of this book. Some of the elements have Latin names (argentum for silver, aurum for gold, cuprum for copper, ferrum for iron, plumbum for lead, and stannum for tin) which appear in the names of compounds of these elements.

Compounds composed of but two elements have names derived directly from the elements. Usually the more electropositive element is named first, and the other element is given an *-ide* ending. Thus, we have sodium chloride (NaCl), calcium oxide (CaO), and aluminum nitride (AlN). If more than one atom of an element is involved, prefixes such as *di-* (for 2), *tri-* (3), *tetra-* (4), *penta-* (5), and *sesqui-* ($1\frac{1}{2}$) are used. For example, $AlF_3$ is aluminum trifluoride, $Na_3P$ is trisodium phosphide, and $N_2O_4$ is dinitrogen tetroxide. When the same two elements form more than one compound, the compounds can be distinguished as in the following examples:

| | $FeCl_2$ | $FeCl_3$ |
|---|---|---|
| *a* | Iron dichloride | Iron trichloride |
| *b* | Ferrous chloride | Ferric chloride |
| *c* | Iron(II) chloride | Iron(III) chloride |

In (*a*) distinction is made through the use of prefixes; in (*b*) the endings -*ous* and -*ic* denote the lower and higher oxidation states, respectively, of iron; in (c), the Stock system, Roman numerals in parentheses, indicate the oxidation states. In a given series of compounds, the suffixes -ous and -ic may not be sufficient for complete designation but may need to be supplemented by one of the other methods of nomenclature. For example, the oxides of nitrogen are usually named as follows:

| | |
|---|---|
| $N_2O$ | Nitrous oxide |
| NO | Nitric oxide |
| $N_2O_3$ | Dinitrogen trioxide, or nitrogen sesquioxide |
| $NO_2$ | Nitrogen dioxide |
| $N_2O_4$ | Dinitrogen tetroxide, or nitrogen tetroxide |
| $N_2O_5$ | Dinitrogen pentoxide, or nitrogen pentoxide |

Compounds containing more than two elements are named differently, depending on whether they are bases, acids, or salts. Since most bases contain hydroxide ion ($OH^-$), they are generally called hydroxides, e.g., sodium hydroxide (NaOH), calcium hydroxide [$Ca(OH)_2$], arsenic trihydroxide [$As(OH)_3$]. The naming of acids and of salts derived from them is more complicated, as can be seen from the following series:

| Acid | Sodium Salt |
|---|---|
| HClO, hypochlorous acid | NaClO, sodium hypochlorite |
| $HClO_2$, chlorous acid | $NaClO_2$, sodium chlorite |
| $HClO_3$, chloric acid | $NaClO_3$, sodium chlorate |
| $HClO_4$, perchloric acid | $NaClO_4$, sodium perchlorate |
| $H_2SO_3$, sulfurous acid | $Na_2SO_3$, sodium sulfite |
| $H_2SO_4$, sulfuric acid | $Na_2SO_4$, sodium sulfate |

When there are only two common oxy acids of a given element, the one corresponding to the lower oxidation state is given the -ous ending and the other the -ic ending. If there are more than two oxy acids, of different oxidation states, the prefixes *hypo*- and *per*- may also be used. As indicated in the above example, the prefix *hypo*- indicates an oxidation state lower than that of an -ous acid, and the prefix per- an oxidation state higher than that of an -ic acid. For salts derived from oxy acids the names are formed by replacing the ending -ous by -*ite* and -*ic* by -*ate*. Salts derived from polyprotic acids (for example, $H_3PO_4$) are best named so as to indicate the number of hydrogen atoms left unneutralized. For example, $NaH_2PO_4$ is monosodium dihydrogen phosphate, and $Na_2HPO_4$ is disodium mono-

Case 2:25-cv-02129-GAW Document 45-2 Filed 01/23/26 Page 52 of 101



hydrogen phosphate. Frequently, the prefix *mono-* is left off. For monohydrogen salts of diprotic acids, such as $NaHSO_4$, the presence of hydrogen may also be indicated by the prefix *bi-*. Thus, $NaHSO_4$ is sometimes called sodium bisulfate, though the name sodium hydrogen sulfate is preferred.

Complex cations, such as $Cr(H_2O)_6^{3+}$, are named by giving the number and name of the groups attached to the central atom followed by the name of the central atom, with its oxidation number indicated by Roman numerals in parentheses. Thus, $Cr(H_2O)_6^{3+}$ is hexaaquochromium(III). Complex anions, such as $PtCl_6^{2-}$, are named by giving the number and name of attached groups followed by the name of the element with an *-ate* ending and its oxidation number in parentheses. Thus, $PtCl_6^{2-}$ is hexachloroplatinate(IV). If the attached groups (*ligands*) are not all alike, it is customary to name the ligands in the same order in which they should be written in the formula; i.e., anion ligands generally precede neutral ligands. If more than one kind of anion ligand is present, the order is $H^-$ (*hydrido*), $O^{2-}$ (*oxo*), $OH^-$ (*hydroxo*), other monoatomic anions (in order of increasing electronegativity of the elements, for example, $F^-$, *fluoro*, last), polyatomic anions (in order of increasing number of atoms), organic anions (in alphabetical order). If more than one kind of neutral ligand is present, the order is $H_2O$ (*aquo*), $NH_3$ (*ammine*), other inorganic ligands (in order of increasing electronegativity of their central atom; for example, CO, *carbonyl*, precedes NO, *nitrosyl*), organic ligands (in alphabetical order). To indicate the numbers of each kind of ligand, Greek prefixes are used: *mono-* (usually can be omitted), *di-*, *tri-*, *tetra-*, *penta-*, *hexa-*, *hepta-*, *octa-*. Instead of these prefixes, *bis-* (twice), *tris-* (thrice), *tetrakis-* (four times), etc., may be used, especially when the name of the ligand itself contains a numerical designation (e.g., ethylenediamine, frequently abbreviated "en"). Some examples of the application of the above rules follow:

| | |
|---|---|
| $CrCl_2(H_2O)_4^+$ | dichlorotetraaquochromium(III) |
| $CrCl_4(H_2O)_2^-$ | tetrachlorodiaquochromate(III) |
| $Cr(H_2O)(NH_3)_5^{3+}$ | aquopentaamminechromium(III) |
| $Ga(OH)Cl_3^-$ | hydroxotrichlorogallate(III) |
| *cis*-$PtBrCl(NO_2)_2^{2-}$ | *cis*-bromochlorodinitroplatinate(II) |
| *trans*-$Co(OH)Clen_2^+$ | *trans*-hydroxochlorobisethylenediaminecobalt(III) |
| $Mn(CO)_3(C_6H_6)^+$ | tricarbonylbenzenemanganese(I) |

In the case of complex-ion isomerism, the names *cis* or *trans* may precede the formula or the complex-ion name to indicate the spatial arrangement of the ligands. *Cis* means the ligands occupy adjacent coordination positions; *trans* means opposite positions.

Case 2:25-cv-02129-GAW Document 45-2 Filed 01/23/26 Page 53 of 101



## 1.2 Organic

The key rules recommended by the International Union of Pure and Applied Chemistry (IUPAC) are summarized as follows:

1 Choose as the parent carbon skeleton the longest sequence of C atoms that contains the principal functional group.

2 Name the parent structure using the name of the alkane that contains the same number of C atoms as the chosen structure. Replace *-ane* by *-ene* for double bond or *-yne* for triple bond. If a functional group is present drop the final *e* and add suffixes as follows:
*-ol* for alcohol (OH)
*-al* for aldehyde (CHO)
*-one* for ketone (CO)
*-oic acid* for acid (COOH)

3 Use prefixes, in alphabetical order, to denote other substituents.

4 Locate substituents and points of unsaturation by numbering the C atoms of the parent skeleton with the following criteria used in decreasing order of priority.

a Assign the C atom of the principal functional group the number 1 if it is terminal.
b Assign numbers so that the location of the principal functional group is as low as possible if the group is nonterminal.
c Assign numbers so that substituents are located by lowest possible numbers. If there are two kinds of substituents, give low-number preference to the first named.

5 If an attached side chain bears substituents, it too must be numbered starting with the C atom which is attached to the parent carbon skeleton. Names of substituents on the side chain and numbers locating them are enclosed in parentheses with the name of the side chain:



*2-Methylbutane*



*3-Methyl-1-pentene*



*2,3-Dimethyl-1-pentanol*



*3-Hexene-2-one*

NSX_00000459

Case 2:25-cv-02129-GAW Document 45-2 Filed 01/23/26 Page 54 of 101



Esters are named by replacing the suffix of the parent acid *-oic acid* by *-oate:*

$CH_3CH_2CH_2COOCH_3$
*Methylbutanoate*

$CH_3COOCH_2CH{=}C(CH_3)CH_3$
*3-Methyl-2-butenylethanoate*

Cyclic aliphatic hydrocarbons are named by prefixing *cyclo-* to the name of the corresponding open-chain hydrocarbon having the same number of C atoms as the ring:



*Cyclopropane*



*Cyclobutane*



*Cyclopentene*

Rings containing atoms other than C (heterocycles) as well as aromatic rings are usually designated by trivial (nonsystematic) names:



*Pyridine*



*Benzene*



*Naphthalene*

To locate substituents, rings are numbered clockwise around the periphery as shown for naphthalene.

NSX_00000460

# Appendix 2 Mathematical Operations

## 2.1 Exponential Numbers

Multiplication by a positive power of 10 corresponds to moving the decimal point to the right; multiplication by a negative power of 10 corresponds to moving the decimal point to the left.

$1.23 \times 10^4$ is 12,300
$1.23 \times 10^{-4}$ is 0.000123

Numbers expressed with powers of 10 cannot be added or subtracted directly unless the powers of 10 are the same.

$$\begin{aligned} 1.23 \times 10^4 + 1.23 \times 10^5 &= 1.23 \times 10^4 + 12.3 \times 10^4 \\ &= 13.5 \times 10^4 \\ 1.23 \times 10^{-4} - 1.23 \times 10^{-5} &= 1.23 \times 10^{-4} - 0.123 \times 10^{-4} \\ &= 1.11 \times 10^{-4} \end{aligned}$$

When powers of 10 are multiplied, exponents are added; when divided, exponents are subtracted.

$$\begin{aligned} (1.23 \times 10^4) \times (1.23 \times 10^5) &= (1.23 \times 1.23) \times (10^4 \times 10^5) \\ &= 1.51 \times 10^9 \end{aligned}$$

$$\frac{1.23 \times 10^{-4}}{1.23 \times 10^{-5}} = \frac{1.23}{1.23} \times \frac{10^{-4}}{10^{-5}} = 1.00 \times 10$$



NSX_00000461

In taking square roots of powers of 10, the exponent is divided by 2; in taking cube roots, by 3.

Square root of $9 \times 10^4$ is $3 \times 10^2$
Cube root of $8 \times 10^{-12}$ is $2 \times 10^{-4}$

## 2.2 Proportionality

If one property $A$ of a substance is related to, or depends on, another property $B$, then $A$ is said to be *proportional to B*. The simplest kind of proportionality is *direct proportionality*, in which any change in $B$ produces an equal percentage change in $A$. (An example of a direct proportionality is the relation observed between mass and volume. Since the mass of a substance depends on the volume of it taken, we say that mass is directly proportional to volume.) Mathematically, direct proportionality is indicated as follows:

$$A \propto B$$
$$A = kB$$

The symbol $\propto$ is read "is directly proportional to" and is called a *proportionality sign*. In the second expression, the proportionality sign has been replaced by an equals sign and the proportionality constant $k$. The constant $k$ represents the ratio of $A$ to $B$ and indicates that the ratio $A/B$ is a constant. Thus, if $B$ is doubled, $A$ must also be doubled in order to maintain $k$ constant; if $B$ is halved, $A$ is halved, etc. For the direct proportionality between mass $m$ and volume $V$, we can write

$$m \propto V$$
$$m = kV$$

where the proportionality constant $k$ is the density $(m/V)$ of the substance. Since the density of a substance does not depend on how much mass or volume of that substance we take, we can also write

$$\frac{m_1}{V_1} = \frac{m_2}{V_2} = \frac{m_3}{V_3}$$

where the subscripts 1, 2, and 3 refer to different samples of the same substance.

A more complicated proportionality is the *inverse proportionality* such as that found between volume and pressure of a gas. It is observed that

doubling the pressure on a gas halves its volume. Mathematically, this inverse proportionality is expressed in any of the following ways:

$$V \propto \frac{1}{P} \quad \text{or} \quad V \propto P^{-1}$$

$$V = \frac{k}{P} \quad \text{or} \quad PV = k$$

$$P_1V_1 = P_2V_2 = P_3V_3$$

The proportionality constant $k$ has a fixed value as long as only $P$ and $V$ change. Its value depends on the mass of the gas sample and its temperature. In other words, the inverse proportionality between $P$ and $V$ holds only for constant temperature and mass of sample.

In addition to direct and inverse proportionality, other proportionalities are possible. For example, the distance $d$ traveled by a freely falling object is proportional to the square of the time of fall $t$:

$$d = kt^2$$

For a time twice as long, the object travels four times as far. Another example of a proportionality is the observation that the rate of diffusion $R$ of a gas is inversely proportional to the square root of its molecular mass $M$. This can be written in several ways:

$$R = \frac{k}{\sqrt{M}}$$

$$R = \frac{k}{M^{1/2}}$$

$$R = kM^{-1/2}$$

## 2.3 Graphs

Often the best way to represent the dependence between two properties is to plot a graph in which the values of one property are shown along one axis, and values of the other property are shown along an axis perpendicular to the first. As shown in Figure 1, each point represents the result of an observation. Distance along the horizontal axis (abscissa) is the value of $B$; distance along the vertical axis (ordinate) is the corresponding value of $A$. By convention, the abscissa represents the property that is independently varied (i.e., chosen at random), and the ordinate represents the dependent property that is observed as a result. For example, in Figure 1, $B$ might represent various values of the pressure placed on a gas, and $A$ the values of the volume observed as a result.




**Figure 1**
Graph of $A$ vs. $B$.




**Figure 2**
Graph of a direct proportionality.




**Figure 3**
Graph of $A = kB + c$.

The relation shown in Figure 1 is an inverse proportionality, and the points lie on a curve whose equation is $A = k/B$. For a direct proportionality ($A = kB$) the points would fall on a straight line, as shown in Figure 2. The straight line goes through the origin (the point for which both $A$ and $B$ are zero), and its slope is determined by the numerical value of $k$. If, as in Figure 3, the straight line does not pass through the origin, its equation is $A = kB + c$. The relation between $A$ and $B$ is still a linear one, but it is not a direct proportionality. The value of $c$ is constant and is equal to the value of $A$ when $B$ is zero. Figure 3 is related to Figure 2 by a simple shift of origin. For gases, the linear relation between volume and Celsius temperature (Figure 6.9) can be converted to a direct proportionality by changing the origin from 0 to $-273°C$.

## 2.4 Logarithms

The logarithm of a number is the power to which the number 10 must be raised to equal the number. Thus, the log of 10,000 (or $10^4$) is 4, and that of 0.01 (or $10^{-2}$) is $-2$. Most numbers are not integral powers of 10, and therefore their logarithms are not immediately obvious. For such numbers, logs may be determined by use of log tables. A simple log table is given in Figure 4.

To get the logarithm of the number 5.7, look for 5 in the first vertical column and then move across to the column headed by 0.7. The log of 5.7 is 0.756. To get the logarithm of any number not lying between 1.0 and 10, first write the number in exponential form (Appendix 2.1), so that it consists of a number between 1.0 and 10 multiplied by a power of 10. Thus, 570 becomes $5.7 \times 10^2$. Because the logarithm of a product $a \times b$ is the log of $a$ plus the log of $b$, we can write

$$\begin{aligned}\log(5.7 \times 10^2) &= \log 5.7 + \log 10^2 \\ &= 0.756 + 2 \\ &= 2.756\end{aligned}$$

The principal use of logarithms in this text is in connection with pH, defined as the negative of the logarithm of the hydrogen-ion concentration. For a hydrogen-ion concentration of 0.00036 *M*, the pH is found as follows:

$$\log 0.00036 = \log(3.6 \times 10^{-4})$$
$$= \log 3.6 + \log 10^{-4} = 0.556 - 4 = -3.444$$
$$\text{pH} = 3.444$$

Figure 4
LOGARITHMS

| | 0.0 | 0.1 | 0.2 | 0.3 | 0.4 | 0.5 | 0.6 | 0.7 | 0.8 | 0.9 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 000 | 041 | 079 | 114 | 146 | 176 | 204 | 230 | 255 | 279 |
| 2 | 301 | 322 | 342 | 362 | 380 | 398 | 415 | 431 | 447 | 462 |
| 3 | 477 | 491 | 505 | 519 | 532 | 544 | 556 | 568 | 580 | 591 |
| 4 | 602 | 613 | 623 | 634 | 644 | 653 | 663 | 672 | 681 | 690 |
| 5 | 699 | 708 | 716 | 724 | 732 | 740 | 748 | 756 | 763 | 771 |
| 6 | 778 | 785 | 792 | 799 | 806 | 813 | 820 | 826 | 833 | 839 |
| 7 | 845 | 851 | 857 | 863 | 869 | 875 | 881 | 887 | 892 | 898 |
| 8 | 903 | 909 | 914 | 919 | 924 | 929 | 935 | 940 | 945 | 949 |
| 9 | 954 | 959 | 964 | 969 | 973 | 978 | 982 | 987 | 991 | 996 |

Sometimes, the reverse procedure is required. For example, if a solution has a pH of 8.50, its hydrogen-ion concentration can be found:

$$\text{pH} = 8.50$$
$$\log[H^+] = -8.50 = 0.50 - 9$$
$$[H^+] = 3.2 \times 10^{-9}$$

The number 3.2 is the antilog of 0.50 (the number whose log is 0.50). Antilogs are obtained by using Figure 4 in reverse, i.e., by looking up the logarithm in the body of the table and then finding the number which corresponds to it.

## 2.5 Quadratic Equations

A quadratic equation is an algebraic equation in which a variable is raised to the second power but no higher and which can be written in the form

$$ax^2 + bx + c = 0$$

The solution of such an equation is

$$x = \frac{-b \pm \sqrt{b^2 - 4ac}}{2a}$$

where the ± sign indicates that there are two roots. Thus, the equation obtained in Example 1 of Section 12.4

$$\frac{(2n)^2}{(1.000 - n)(1.000 - n)} = 45.9$$

when rewritten gives

$$41.9n^2 - 91.8n + 45.9 = 0$$

for which the roots are

$$n = \frac{-(-91.8) \pm \sqrt{(-91.8)^2 - 4(41.9)(45.9)}}{2(41.9)}$$
$$= 0.772 \text{ or } 1.42$$

The second root ($n = 1.42$) is inadmissible from the nature of the problem ($n$ cannot be greater than 1.00, which represents all the reactants present). The first root ($n = 0.772$) must be the correct one.

## 2.6 Significant Figures

*Numbers which express the result of a measurement such that only the last digit is in doubt* are called *significant figures*. The number of significant figures used to express a measured result depends on how precisely the measuring instrument is calibrated. This is illustrated by the example in Figure 5. What can be determined, by measurement, about the length of line *AB*? The upper ruler gives 3.6 cm; the line is certainly between 3 and 4 cm




Figure 5
Accuracy of line measurement to illustrate significant figures.

and appears to be about six-tenths of the way from 3 to 4. The lower ruler gives 3.63 cm; the line is certainly between 3.6 and 3.7 cm and appears to be about three-tenths of the way from 3.6 to 3.7. The first measurement (3.6 cm) has two significant figures; the second measurement (3.63 cm) has three significant figures. Because of the difference in the two measuring instruments, there are two ways of expressing the length of the same line. These represent different degrees of precision. The first measurement, 3.6 cm, is precise to 1 part in 36, or approximately 3 percent. The second, 3.63 cm, is precise to 1 part in 363, or about 0.3 percent.

Understanding significant figures is important in calculations involving measured quantities. For example, adding a 0.101-cm line to a 3.63-cm line does not give one line 3.731 cm long, but rather 3.73 cm long. This is true because the measurement 3.63 cm specifies nothing about the third decimal place. The measurement is not precise enough to distinguish between 3.630 cm and 3.633 cm, for instance. When 0.101 cm is added, the total length might be 3.731 cm or 3.734 cm. To keep from giving any misinformation, the total length should be stated as 3.73 cm. Similarly, in calculating the area of a square measured to be 1.2 cm on edge, the result should be specified not as 1.44 $cm^2$ but as 1.4 $cm^2$. Since the edge is known only to 1 part in 12, or about 8 percent, the area cannot possibly be calculated to 1 part in 144, or 0.7 percent.

A simple rule that usually holds is that the number of significant figures resulting from multiplication or division of measured quantities is the same as the number of significant figures in the least precisely known quantity. In rounding off answers to get the proper number of significant figures, the usual convention is to increase the last significant digit if the following discarded digit is 5 or greater. For example, to two significant figures the number 0.011863 is 0.012. Zeros used only to show the position of a decimal point are not counted as significant figures.

# Appendix 3 Definitions from Physics

## 3.1 Velocity and Acceleration

When an object changes its position, it is said to undergo a *displacement*. The rate at which displacement changes with time is called the *velocity* and has the dimensions of distance divided by time (e.g., miles per hour, centimeters per second). *Acceleration* is the rate at which velocity changes with time and has the dimensions of velocity divided by time (e.g., centimeters per second per second, or $cm/s^2$).

## 3.2 Force and Mass

*Force* can be thought of as a push or pull on an object which tends to change its motion, to speed it up or slow it down or to cause it to deviate from its path. *Mass* is a quantitative measure of the inertia of an object to having its motion changed. Thus, mass determines how difficult it is to accelerate an object. Quantitatively, force and mass are related by the equation

$$F = ma$$

where $F$ is the force which produces acceleration $a$ in mass $m$. If $m$ is in grams and $a$ is in centimeters per second per second, then $F$ is in gram · cen-

timeters per second per second, or dynes. Weight is an expression of force and arises because every object has mass and is being accelerated by gravity. Pounds weight is therefore a measure of force.

## 3.3 Momentum and Impulse

In dealing with collision problems it is useful to have terms for describing the combined effect of mass and velocity and its change with time. *Mass times velocity*, $mv$, is called the *momentum* and determines the length of time required to bring a moving body to rest when decelerated by a constant force. Thus, for a particle of momentum $mv$ to be stopped by a constant force $F$, the required time $t$ is $mv/F$.

The *impulse* is defined for the case of a constant force as $Ft$, where $t$ is the time during which the force $F$ acts. Thus, for the stopping of a particle originally of momentum $mv$ by force $F$ in time $t$, the impulse is just

$$Ft = F\frac{mv}{F} = mv$$

This is true if the particle comes to a complete rest. If, however, the particle bounces back, as it would on collision with a rigid wall, the particle is reflected from the wall with momentum $-mv$ (the minus sign indicating that the velocity is now in the opposite direction). The total impulse, counting the time for deceleration to zero and acceleration to $-mv$, is twice what it was before, or $2mv$.

In considering the pressure exerted by a gas, impulse comes in as follows: The pressure, or force per unit area, is the rate of collision per unit area times the effect of each collision:

$$\text{Pressure} = \frac{\text{force}}{\text{area}} = \frac{\text{number of collisions}}{\text{time} \times \text{area}} \times ?$$

$$? = \frac{\text{force} \times \text{time}}{\text{number of collisions}} = \text{impulse per collision}$$

## 3.4 Work and Energy

When a force $F$ operates on (e.g., pushes) an object through a distance $d$, *work* $W$ is done:

$$W = Fd$$

If force is expressed in dynes (gram · centimeters per second per second) and distance in centimeters, then work has the dimensions dyne · centimeters ($g \cdot cm^2/s^2$), or ergs. One erg is thus the work done in moving one gram through one centimeter so as to increase its velocity by one centimeter per second all in one second. (For reference, 1 erg is approximately the work a fly does in one pushup.) To scale the unit up, $10^7$ ergs is called a joule.

Energy is the ability to do work, and the dimensions of energy are the same as those of work. *Kinetic* energy is the energy a body possesses because of its motion and mass. It is equal to one-half the mass times the square of its velocity. *Potential* energy is the energy a body possesses because of its position or arrangement with respect to other bodies. For example, the potential energy of a rock depends on its distance from the earth. As the rock falls toward the earth, its kinetic energy increases and its potential energy decreases.

## 3.5 Electric Charge and Electric Field

*Electric charge* is a property assigned to objects to account for certain observed attractions or repulsions which cannot be explained in terms of gravitational attraction between masses. Electric charge can be of two types, *positive* and *negative*. Objects which have the same type of electric charge repel each other; objects with opposite charges attract each other. A *unit of charge* can be defined as the quantity of electric charge which at a distance of one centimeter from another identical charge produces a repulsive force of one dyne in a vacuum. This unit of charge is called the *electrostatic unit* (esu). An electron has a negative charge of $4.80 \times 10^{-10}$ esu. The practical unit of electric charge is the *coulomb*, which is almost exactly $3 \times 10^9$ esu. In coulombs, the charge of an electron is $1.60 \times 10^{-19}$ coulomb.

An *electric field* is said to exist at a point if a force of electrical origin is exerted on any charged body placed at that point. The *intensity* of an electric field is defined as the magnitude of the electric force exerted on a unit charge. Any electrically charged body placed in an electric field moves unless otherwise constrained. The direction of a field is usually defined as the direction in which a positive charge would move.

## 3.6 Voltage and Capacity

An electric capacitor is a device for storing electric charge. In its simplest form a capacitor consists of two parallel, electrically conducting plates separated by some distance. The capacitor can be charged by making one plate positive and the other plate negative. To transfer a unit positive charge

from the negative plate to the positive plate, work must be done against the electric field which exists between the charged plates. Therefore, the potential energy of the unit charge is increased in the process. In other words, there is a change in potential energy in going from one plate to the other. This difference in potential energy for a unit charge moved from one plate to the other is called the *potential difference*, or the *voltage*, of the capacitor. Voltage, or potential difference, is not restricted to capacitors but may exist between any two points as long as work must be done in transferring an electric charge from one point to the other. The potential difference between two points is said to be one volt if it requires one joule to move one coulomb of charge from one point to the other. To move an electron through a potential difference of one volt requires an amount of energy, called the *electron volt*, equal to $1.6 \times 10^{-19}$ joule.

*Capacity* is the term used to describe quantitatively the amount of charge that can be stored on a capacitor. It is equal to the amount of charge that can be stored on the plates when the voltage difference between the plates is one volt. In general, the amount of charge a capacitor can hold is directly proportional to the voltage; the capacity is simply the proportionality constant.

$$Q = CV$$

If $Q$, the charge, is 1 coulomb and if $V$, the voltage, is 1 volt, then $C$, the capacity, is 1 farad. The capacity of a capacitor depends on its design (area of the plates, distance between them) and on the nature of the material between the plates. For a parallel-plate capacitor, the capacity is given approximately by the following equation:

$$C = \frac{KA}{4\pi d}$$

where $A$ is the area of the plates, $d$ is the distance between the plates, and $K$ is the dielectric constant of the material between the plates. For a vacuum, the dielectric constant $K$ is exactly equal to 1; for all other substances, $K$ is greater than 1. Some typical dielectric constants are 1.00059 for air at STP, 1.00026 for hydrogen gas at STP, 1.0046 for HCl gas at STP, 80 for liquid water at 20°C, 28.4 for ethyl alcohol at 0°C, 2 for petroleum, 4 for solid sulfur.

## 3.7 Electric Current

A collection of moving charges is called an *electric current*. The unit of current is the *ampere*, which corresponds to a flow of one coulomb of charge past a point in one second. Since current specifies the rate at which charge

is transferred, the product of current multiplied by time gives the total amount of charge transferred:

$$Q = It$$

If the current $I$ is in amperes (coulombs per second) and the time $t$ is in seconds, the charge Q is in coulombs.

The current that a wire carries is directly proportional to the voltage difference between the ends of the wire. The proportionality constant is called the *conductance* of the wire and is equal to the reciprocal of the *resistance* of the wire.

$$I = \frac{1}{R}V \qquad \text{or} \qquad V = IR$$

If $V$ is the potential difference in volts and $I$ is the current in amperes, $R$ is the resistance in ohms.

There are two important kinds of current, direct and alternating. Direct current (dc) implies that the charge is constantly moving in the same direction along the wire. Alternating current (ac) implies that the current reverses its direction at regular intervals of time. The usual house current is 60-cycle alternating current; i.e., it goes through 60 back-and-forth oscillations per second.

## 3.8 Coulomb's Law

The interaction force between electric charges can be written in terms of Coulomb's law:

$$F = \frac{q_1 q_2}{Kr^2}$$

where $F$ is the force, $q_1$ and $q_2$ are the two charges, $r$ is the distance between them, and K is the dielectric constant for the medium between the two charges. In a vacuum, K is unity and so disappears from the above equation. If $q_1$ and $q_2$ are of the same sign (e.g., both are positive), then $F$ is positive. This means there is a repulsion between the charges. If $q_1$ and $q_2$ are of different signs (e.g., one is positive and the other is negative), $F$ is negative, and there is attraction between the charges.

If $q_1$ and $q_2$ are expressed in electrostatic units (esu) and $r$ is given in centimeters, then $F$ will be in dynes.

# Appendix 4 Conversion Factors and SI Units

| Fundamental Constants | |
|---|---|
| Avogadro number, $N$ | $6.0225 \times 10^{23}$ molecules/mole |
| Boltzmann constant, $k$ | $1.3805 \times 10^{-16}$ erg/deg |
| Electron charge, $e$ | $1.6021 \times 10^{-19}$ coulomb |
| Electron mass, $m$ | $9.1091 \times 10^{-28}$ g |
| Faraday constant, $\mathfrak{F}$ | $9.6487 \times 10^{4}$ coulombs/equiv |
| Gas constant, $R$ | $8.2057 \times 10^{-2}$ liter · atm/mole · deg |
| Planck constant, $h$ | $6.6256 \times 10^{-27}$ erg · s |
| Speed of light, $c$ | $2.9979 \times 10^{10}$ cm/s |

| Conversion Factors |
|---|
| 1 kilometer (km) = 1000 meters = 0.62137 mile |
| 1 meter (m) = 100 centimeters = 39.370 inches (in.) |
| 1 centimeter (cm) = 10 millimeters (mm) = 0.39370 inch |
| 1 kilogram (kg) = 1000 grams = 2.2046 pounds (lb) |
| 1 gram (g) = 1000 milligrams (mg) = 0.035274 ounce (oz) |
| 1 liter (l) = 1000 milliliters (ml) = 1.0567 quarts (qt) |
| 1 atomic mass unit (amu) = $1.6604 \times 10^{-24}$ g |
| 1 angstrom (Å) = $1 \times 10^{-8}$ cm = $1 \times 10^{-10}$ m = $1 \times 10^{-1}$ nm |
| 1 electron volt (eV) = $1.6021 \times 10^{-19}$ joule |
| 1 calorie (cal) = $4.1840 \times 10^{7}$ ergs = 4.1840 joules |
| 1 liter · atmosphere (liter · atm) = 24.217 cal = 101.32 joules |
| 1 kilojoule = 239.0 cal = 0.2390 kcal |



NSX_00000473

Most of the units used in this text are SI units, as recommended by the International Committee on Weights and Measures. The International System of Units (usually designated SI, after Système International) is constructed from the seven base units that follow.

| Name of Unit | Quantity Measured | Symbol for Unit |
|---|---|---|
| Meter | Length | m |
| Kilogram | Mass | kg |
| Second | Time | s |
| Ampere | Electric current | A |
| Kelvin | Thermodynamic temperature | K |
| Candela | Light intensity | cd |
| Mole | Amount of substance | mol |

Decimal fractions or multiples of these units are indicated as follows.

| Fraction | Prefix | Symbol | Multiple | Prefix | Symbol |
|---|---|---|---|---|---|
| $10^{-1}$ | Deci- | d | $10^{1}$ | Deka- | da |
| $10^{-2}$ | Centi- | c | $10^{2}$ | Hecto- | h |
| $10^{-3}$ | Milli- | m | $10^{3}$ | Kilo- | k |
| $10^{-6}$ | Micro- | μ | $10^{6}$ | Mega- | M |
| $10^{-9}$ | Nano- | n | $10^{9}$ | Giga- | G |
| $10^{-12}$ | Pico- | p | $10^{12}$ | Tera- | T |
| $10^{-15}$ | Femto- | f | | | |
| $10^{-18}$ | Atto- | a | | | |

Derived from the base units are these specially named units.

| Name of Unit | Quantity Measured | Symbol for Unit | Definition of Unit |
|---|---|---|---|
| Newton | Force | N | $kg \cdot m/s^2$ |
| Joule | Energy | J | $kg \cdot m^2/s^2$ |
| Watt | Power | W | $J/s = kg \cdot m^2/s^3$ |
| Coulomb | Electric charge | C | $A \cdot s$ |
| Volt | Electric potential difference | V | $J\,A^{-1}\,s^{-1} = kg \cdot m^2\,s^{-3}\,A^{-1}$ |

| Name of Unit | Quantity Measured | Symbol for Unit | Definition of Unit |
|---|---|---|---|
| Ohm | Electric resistance | Ω | $V/A = kg \cdot m^2 s^{-3} A^{-2}$ |
| Farad | Electric capacitance | F | $A \cdot s/V = A^2 \cdot s^4 kg^{-1} m^{-2}$ |
| Hertz | Frequency | Hz | $s^{-1}$ (cycle per second) |

Use of the above units is recommended. There are also certain decimal fractions and multiples of SI units, having special names, which do not belong to the International System of Units and whose use is to be progressively discouraged. Among them are the following:

| Name of Unit | Quantity Measured | Symbol for Unit | Definition of Unit |
|---|---|---|---|
| Angstrom | Length | Å | $10^{-10}$ m = $10^{-8}$ cm |
| Dyne | Force | dyn | $10^{-5}$ N |
| Bar | Pressure | bar | $10^5$ N/m$^2$ |
| Erg | Energy | erg | $10^{-7}$ J |

There are other units that are not fractions or multiples of SI units, nor can they be defined exactly in terms of SI units. The following do not belong to the International System of Units and are recommended to be *abandoned*.

| Name of Unit | Quantity Measured | Symbol for Unit | Definition of Unit |
|---|---|---|---|
| Inch | Length | in. | $2.54 \times 10^{-2}$ m |
| Pound | Mass | lb | 0.453502 kg |
| Atmosphere* | Pressure | atm | 101,325 N/m$^2$ |
| Torr | Pressure | Torr | (101,325/760) N/m$^2$ |
| Millimeter of mercury | Pressure | mmHg | $13.5951 \times 980.665 \times 10^{-2}$ N/m$^2$ |
| Calorie | Energy | cal | 4.184 J |

*Use of this unit is sanctioned for a limited period of time.

# Appendix 5 Vapor Pressure of Water

| Temperature, °C | Pressure, mmHg | Pressure, atm | Temperature, °C | Pressure, mmHg | Pressure, atm |
|---|---|---|---|---|---|
| 0 | 4.6 | 0.0061 | 23 | 21.1 | 0.0278 |
| 1 | 4.9 | 0.0065 | 24 | 22.4 | 0.0295 |
| 2 | 5.3 | 0.0070 | 25 | 23.8 | 0.0313 |
| 3 | 5.7 | 0.0075 | 26 | 25.2 | 0.0332 |
| 4 | 6.1 | 0.0080 | 27 | 26.7 | 0.0351 |
| 5 | 6.5 | 0.0086 | 28 | 28.3 | 0.0372 |
| 6 | 7.0 | 0.0092 | 29 | 30.0 | 0.0395 |
| 7 | 7.5 | 0.0099 | 30 | 31.8 | 0.0418 |
| 8 | 8.0 | 0.0105 | 35 | 42.2 | 0.0555 |
| 9 | 8.6 | 0.0113 | 40 | 55.3 | 0.0728 |
| 10 | 9.2 | 0.0121 | 45 | 71.9 | 0.0946 |
| 11 | 9.8 | 0.0129 | 50 | 92.5 | 0.1217 |
| 12 | 10.5 | 0.0138 | 55 | 118.0 | 0.1553 |
| 13 | 11.2 | 0.0147 | 60 | 149.4 | 0.1966 |
| 14 | 12.0 | 0.0158 | 65 | 187.5 | 0.2467 |
| 15 | 12.8 | 0.0168 | 70 | 233.7 | 0.3075 |
| 16 | 13.6 | 0.0179 | 75 | 289.1 | 0.3804 |
| 17 | 14.5 | 0.0191 | 80 | 355.1 | 0.4672 |
| 18 | 15.5 | 0.0204 | 85 | 433.6 | 0.5705 |
| 19 | 16.5 | 0.0217 | 90 | 525.8 | 0.6918 |
| 20 | 17.5 | 0.0230 | 95 | 633.9 | 0.8341 |
| 21 | 18.7 | 0.0246 | 100 | 760.0 | 1.0000 |
| 22 | 19.8 | 0.0261 | 105 | 906.1 | 1.1192 |

# Appendix 6 Reduction Potentials

| Half-Reactions | $E^0$, volts |
| --- | --- |
| $F_2(g) + 2H^+ + 2e^- \longrightarrow 2HF$ | +3.06 |
| $F_2(g) + 2e^- \longrightarrow 2F^-$ | +2.87 |
| $O_3(g) + 2H^+ + 2e^- \longrightarrow O_2(g) + H_2O$ | +2.07 |
| $Ag^{2+} + e^- \longrightarrow Ag^+$ | +1.98 |
| $Co^{3+} + e^- \longrightarrow Co^{2+}$ | +1.82 |
| $H_2O_2 + 2H^+ + 2e^- \longrightarrow 2H_2O$ | +1.77 |
| $MnO_4^- + 4H^+ + 3e^- \longrightarrow MnO_2(s) + 2H_2O$ | +1.70 |
| $Au^+ + e^- \longrightarrow Au(s)$ | ~ +1.7 |
| $HClO_2 + 2H^+ + 2e^- \longrightarrow HClO + H_2O$ | +1.64 |
| $HClO + H^+ + e^- \longrightarrow \frac{1}{2}Cl_2(g) + H_2O$ | +1.63 |
| $Ce^{4+} + e^- \longrightarrow Ce^{3+}$ | +1.61 |
| $H_5IO_6 + H^+ + 2e^- \longrightarrow IO_3^- + 3H_2O$ | +1.6 |
| $MnO_4^- + 8H^+ + 5e^- \longrightarrow Mn^{2+} + 4H_2O$ | +1.51 |
| $Mn^{3+} + e^- \longrightarrow Mn^{2+}$ | +1.51 |
| $BrO_3^- + 6H^+ + 5e^- \longrightarrow \frac{1}{2}Br_2 + 3H_2O$ | +1.50 |
| $Au^{3+} + 3e^- \longrightarrow Au(s)$ | +1.50 |
| $Cl_2(g) + 2e^- \longrightarrow 2Cl^-$ | +1.36 |
| $NH_3OH^+ + 2H^+ + 2e^- \longrightarrow NH_4^+ + H_2O$ | +1.35 |
| $Cr_2O_7^{2-} + 14H^+ + 6e^- \longrightarrow 2Cr^{3+} + 7H_2O$ | +1.33 |
| $2HNO_2 + 4H^+ + 4e^- \longrightarrow N_2O(g) + 3H_2O$ | +1.29 |

| Half-Reactions | $E°$, volts |
|---|---|
| $Tl^{3+} + 2e^- \longrightarrow Tl^+$ | +1.25 |
| $MnO_2(s) + 4H^+ + 2e^- \longrightarrow Mn^{2+} + 2H_2O$ | +1.23 |
| $O_2(g) + 4H^+ + 4e^- \longrightarrow 2H_2O$ | +1.23 |
| $ClO_3^- + 3H^+ + 2e^- \longrightarrow HClO_2 + H_2O$ | +1.21 |
| $IO_3^- + 6H^+ + 5e^- \longrightarrow \frac{1}{2} I_2 + 3H_2O$ | +1.20 |
| $ClO_4^- + 2H^+ + 2e^- \longrightarrow ClO_3^- + H_2O$ | +1.19 |
| $PuO_2^+ + 4H^+ + e^- \longrightarrow Pu^{4+} + 2H_2O$ | +1.15 |
| $Br_2 + 2e^- \longrightarrow 2Br^-$ | +1.09 |
| $N_2O_4(g) + 2H^+ + 2e^- \longrightarrow 2HNO_2$ | +1.07 |
| $Br_2(l) + 2e^- \longrightarrow 2Br^-$ | +1.07 |
| $PuO_2^{2+} + 4H^+ + 2e^- \longrightarrow Pu^{4+} + 2H_2O$ | +1.04 |
| $N_2O_4(g) + 4H^+ + 4e^- \longrightarrow 2NO(g) + 2H_2O$ | +1.03 |
| $V(OH)_4^+ + 2H^+ + e^- \longrightarrow VO^{2+} + 3H_2O$ | +1.00 |
| $HNO_2 + H^+ + e^- \longrightarrow NO(g) + H_2O$ | +1.00 |
| $Pu^{4+} + e^- \longrightarrow Pu^{3+}$ | +0.97 |
| $NO_3^- + 4H^+ + 3e^- \longrightarrow NO(g) + 2H_2O$ | +0.96 |
| $2Hg^{2+} + 2e^- \longrightarrow Hg_2^{2+}$ | +0.92 |
| $2NO_3^- + 4H^+ + 2e^- \longrightarrow N_2O_4(g) + 2H_2O$ | +0.80 |
| $Ag^+ + e^- \longrightarrow Ag(s)$ | +0.80 |
| $Hg_2^{2+} + 2e^- \longrightarrow 2Hg(l)$ | +0.79 |
| $Fe^{3+} + e^- \longrightarrow Fe^{2+}$ | +0.77 |
| $O_2(g) + 2H^+ + 2e^- \longrightarrow H_2O_2$ | +0.68 |
| $UO_2^+ + 4H^+ + e^- \longrightarrow U^{4+} + 2H_2O$ | +0.62 |
| $MnO_4^- + e^- \longrightarrow MnO_4^{2-}$ | +0.56 |
| $H_3AsO_4 + 2H^+ + 2e^- \longrightarrow HAsO_2 + 2H_2O$ | +0.56 |
| $I_2 + 2e^- \longrightarrow 2I^-$ | +0.54 |
| $Cu^+ + e^- \longrightarrow Cu(s)$ | +0.52 |
| $VO^{2+} + 2H^+ + e^- \longrightarrow V^{3+} + H_2O$ | +0.36 |
| $Fe(CN)_6^{3-} + e^- \longrightarrow Fe(CN)_6^{4-}$ | +0.36 |
| $Cu^{2+} + 2e^- \longrightarrow Cu(s)$ | +0.34 |
| $UO_2^{2+} + 4H^+ + 2e^- \longrightarrow U^{4+} + 2H_2O$ | +0.33 |
| $Cu^{2+} + e^- \longrightarrow Cu^+$ | +0.15 |
| $Sn^{4+} + 2e^- \longrightarrow Sn^{2+}$ | +0.15 |
| $S(s) + 2H^+ + 2e^- \longrightarrow H_2S(g)$ | +0.14 |

| Half-Reactions | $E^0$, volts |
|---|---|
| $HSO_4^- + 3H^+ + 2e^- \longrightarrow SO_2 + 2H_2O$ | +0.11 |
| $P(s) + 3H^+ + 3e^- \longrightarrow PH_3(g)$ | +0.06 |
| $UO_2^{2+} + e^- \longrightarrow UO_2^+$ | +0.05 |
| $2H^+ + 2e^- \longrightarrow H_2(g)$ | Zero |
| $Pb^{2+} + 2e^- \longrightarrow Pb(s)$ | −0.13 |
| $Sn^{2+} + 2e^- \longrightarrow Sn(s)$ | −0.14 |
| $Mo^{3+} + 3e^- \longrightarrow Mo(s)$ | ~ −0.2 |
| $Ni^{2+} + 2e^- \longrightarrow Ni(s)$ | −0.25 |
| $V^{3+} + e^- \longrightarrow V^{2+}$ | −0.26 |
| $H_3PO_4 + 2H^+ + 2e^- \longrightarrow H_3PO_3 + H_2O$ | −0.28 |
| $Co^{2+} + 2e^- \longrightarrow Co(s)$ | −0.28 |
| $Tl^+ + e^- \longrightarrow Tl(s)$ | −0.34 |
| $In^{3+} + 3e^- \longrightarrow In(s)$ | −0.34 |
| $Cd^{2+} + 2e^- \longrightarrow Cd(s)$ | −0.40 |
| $Cr^{3+} + e^- \longrightarrow Cr^{2+}$ | −0.41 |
| $Eu^{3+} + e^- \longrightarrow Eu^{2+}$ | −0.43 |
| $Fe^{2+} + 2e^- \longrightarrow Fe(s)$ | −0.44 |
| $Ga^{3+} + 3e^- \longrightarrow Ga(s)$ | −0.53 |
| $U^{4+} + e^- \longrightarrow U^{3+}$ | −0.61 |
| $Cr^{3+} + 3e^- \longrightarrow Cr(s)$ | −0.74 |
| $Zn^{2+} + 2e^- \longrightarrow Zn(s)$ | −0.76 |
| $TiO^{2+} + 2H^+ + 4e^- \longrightarrow Ti(s) + H_2O$ | ~ −0.9 |
| $V^{2+} + 2e^- \longrightarrow V(s)$ | ~ −1.2 |
| $Mn^{2+} + 2e^- \longrightarrow Mn(s)$ | −1.18 |
| $Zr^{4+} + 4e^- \longrightarrow Zr(s)$ | −1.53 |
| $Al^{3+} + 3e^- \longrightarrow Al(s)$ | −1.66 |
| $Hf^{4+} + 4e^- \longrightarrow Hf(s)$ | −1.70 |
| $U^{3+} + 3e^- \longrightarrow U(s)$ | −1.80 |
| $Be^{2+} + 2e^- \longrightarrow Be(s)$ | −1.85 |
| $Th^{4+} + 4e^- \longrightarrow Th(s)$ | −1.90 |
| $Pu^{3+} + 3e^- \longrightarrow Pu(s)$ | −2.07 |
| $Sc^{3+} + 3e^- \longrightarrow Sc(s)$ | −2.08 |
| $\frac{1}{2} H_2(g) + e^- \longrightarrow H^-$ | −2.25 |
| $Y^{3+} + 3e^- \longrightarrow Y(s)$ | −2.37 |

| Half-Reactions | $E°$, volts |
|---|---|
| $Mg^{2+} + 2e^- \longrightarrow Mg(s)$ | −2.37 |
| $Ce^{3+} + 3e^- \longrightarrow Ce(s)$ | −2.48 |
| $La^{3+} + 3e^- \longrightarrow La(s)$ | −2.52 |
| $Na^+ + e^- \longrightarrow Na(s)$ | −2.71 |
| $Ca^{2+} + 2e^- \longrightarrow Ca(s)$ | −2.87 |
| $Sr^{2+} + 2e^- \longrightarrow Sr(s)$ | −2.89 |
| $Ba^{2+} + 2e^- \longrightarrow Ba(s)$ | −2.90 |
| $Ra^{2+} + 2e^- \longrightarrow Ra(s)$ | −2.92 |
| $Cs^+ + e^- \longrightarrow Cs(s)$ | −2.92 |
| $Rb^+ + e^- \longrightarrow Rb(s)$ | −2.93 |
| $K^+ + e^- \longrightarrow K(s)$ | −2.93 |
| $Li^+ + e^- \longrightarrow Li(s)$ | −3.05 |

# Appendix 7 Equilibrium Constants, $K_c$

**DISSOCIATION CONSTANTS (first step only)**

| | | | |
|---|---|---|---|
| $CrOH^{2+}$ | $5 \times 10^{-11}$ | $H_2AsO_4^-$ | $5.6 \times 10^{-8}$ |
| $CuOH^+$ | $1 \times 10^{-8}$ | $HAsO_4^{2-}$ | $3 \times 10^{-13}$ |
| $ZnOH^+$ | $4 \times 10^{-5}$ | $H_2O$ | $1.0 \times 10^{-14}$ |
| $H_3BO_3$ | $6.0 \times 10^{-10}$ | $H_2S$ | $1.1 \times 10^{-7}$ |
| $CO_2 + H_2O$ | $4.2 \times 10^{-7}$ | $HS^-$ | $1 \times 10^{-14}$ |
| $HCO_3^-$ | $4.8 \times 10^{-11}$ | $H_2SO_3$ | $1.3 \times 10^{-2}$ |
| $HC_2H_3O_2$ | $1.8 \times 10^{-5}$ | $HSO_3^-$ | $5.6 \times 10^{-8}$ |
| $HCN$ | $4.0 \times 10^{-10}$ | $HSO_4^-$ | $1.3 \times 10^{-2}$ |
| $NH_3 + H_2O$ | $1.8 \times 10^{-5}$ | $H_2Se$ | $1.9 \times 10^{-4}$ |
| $HNO_2$ | $4.5 \times 10^{-4}$ | $H_2SeO_3$ | $2.7 \times 10^{-3}$ |
| $H_3PO_3$ | $1.6 \times 10^{-2}$ | $HSeO_3^-$ | $2.5 \times 10^{-7}$ |
| $H_2PO_3^-$ | $7 \times 10^{-7}$ | $H_2Te$ | $2.3 \times 10^{-3}$ |
| $H_3PO_4$ | $7.5 \times 10^{-3}$ | $HF$ | $6.7 \times 10^{-4}$ |
| $H_2PO_4^-$ | $6.2 \times 10^{-8}$ | $HOCl$ | $3.2 \times 10^{-8}$ |
| $HPO_4^{2-}$ | $1 \times 10^{-12}$ | $HClO_2$ | $1.1 \times 10^{-2}$ |
| $H_3AsO_4$ | $2.5 \times 10^{-4}$ | | |

**SOLUBILITY PRODUCTS**

| | | | |
|---|---|---|---|
| $Mg(OH)_2$ | $8.9 \times 10^{-12}$ | $NiS$ | $3 \times 10^{-21}$ |
| $MgF_2$ | $8 \times 10^{-8}$ | $PtS$ | $8 \times 10^{-73}$ |
| $MgC_2O_4$ | $8.6 \times 10^{-5}$ | $Cu(OH)_2$ | $1.6 \times 10^{-19}$ |
| $Ca(OH)_2$ | $1.3 \times 10^{-6}$ | $CuS$ | $8 \times 10^{-37}$ |
| $CaF_2$ | $1.7 \times 10^{-10}$ | $AgCl$ | $1.7 \times 10^{-10}$ |
| $CaCO_3$ | $4.7 \times 10^{-9}$ | $AgBr$ | $5.0 \times 10^{-13}$ |
| $CaSO_4$ | $2.4 \times 10^{-5}$ | $AgI$ | $8.5 \times 10^{-17}$ |
| $CaC_2O_4$ | $1.3 \times 10^{-9}$ | $AgCN$ | $1.6 \times 10^{-14}$ |
| $Sr(OH)_2$ | $3.2 \times 10^{-4}$ | $Ag_2S$ | $5.5 \times 10^{-51}$ |
| $SrSO_4$ | $7.6 \times 10^{-7}$ | $ZnS$ | $1 \times 10^{-22}$ |
| $SrCrO_4$ | $3.6 \times 10^{-5}$ | $CdS$ | $1.0 \times 10^{-28}$ |
| $Ba(OH)_2$ | $5.0 \times 10^{-3}$ | $Hg_2Cl_2$ | $1.1 \times 10^{-18}$ |
| $BaSO_4$ | $1.5 \times 10^{-9}$ | $Hg_2Br_2$ | $1.3 \times 10^{-22}$ |
| $BaCrO_4$ | $8.5 \times 10^{-11}$ | $Hg_2I_2$ | $4.5 \times 10^{-29}$ |
| $Cr(OH)_3$ | $6.7 \times 10^{-31}$ | $HgS$ | $1.6 \times 10^{-54}$ |
| $Mn(OH)_2$ | $2 \times 10^{-13}$ | $Al(OH)_3$ | $5 \times 10^{-33}$ |
| $MnS$ | $7 \times 10^{-16}$ | $SnS$ | $1 \times 10^{-26}$ |
| $FeS$ | $4 \times 10^{-19}$ | $Pb(OH)_2$ | $4.2 \times 10^{-15}$ |
| $Fe(OH)_3$ | $6 \times 10^{-38}$ | $PbCl_2$ | $1.6 \times 10^{-5}$ |
| $CoS$ | $5 \times 10^{-22}$ | $PbS$ | $7 \times 10^{-29}$ |

# Appendix 8 Atomic and Ionic Radii

| | | | | | |
|---|---|---|---|---|---|
| $Ac^{3+}$ | 0.118 nm† | $Bi^{5+}$ | 0.074 nm | $Cr^{6+}$ | 0.052 nm |
| $Ag^0$ | 0.134 | $Br^0$ | 0.114 | $Cs^0$ | 0.235 |
| $Ag^+$ | 0.126 | $Br^-$ | 0.196 | $Cs^+$ | 0.167 |
| $Ag^{2+}$ | 0.089 | $Br^{5+}$ | 0.047 | $Cu^0$ | 0.117 |
| $Al^0$ | 0.125 | $C^0$ | 0.077 | $Cu^+$ | 0.096 |
| $Al^{3+}$ | 0.051 | $C^{4+}$ | 0.016 | $Cu^{2+}$ | 0.072 |
| $Am^{3+}$ | 0.107 | $Ca^0$ | 0.174 | $Dy^0$ | 0.160 |
| $Am^{4+}$ | 0.092 | $Ca^{2+}$ | 0.099 | $Dy^{3+}$ | 0.092 |
| $As^0$ | 0.121 | $Cd^0$ | 0.141 | $Er^0$ | 0.158 |
| $As^{3+}$ | 0.058 | $Cd^{2+}$ | 0.097 | $Er^{3+}$ | 0.089 |
| $As^{5+}$ | 0.046 | $Ce^0$ | 0.165 | $Eu^0$ | 0.185 |
| $Au^0$ | 0.134 | $Ce^{3+}$ | 0.107 | $Eu^{3+}$ | 0.098 |
| $Au^+$ | 0.137 | $Ce^{4+}$ | 0.094 | $F^0$ | 0.064 |
| $Au^{3+}$ | ~0.09 | $Cl^0$ | 0.099 | $F^-$ | 0.133 |
| $B^0$ | 0.081 | $Cl^-$ | 0.181 | $Fe^0$ | 0.117 |
| $B^{3+}$ | 0.023 | $Cl^{5+}$ | 0.034 | $Fe^{2+}$ | 0.074 |
| $Ba^0$ | 0.198 | $Cl^{7+}$ | 0.027 | $Fe^{3+}$ | 0.064 |
| $Ba^{2+}$ | 0.134 | $Co^0$ | 0.116 | $Ga^0$ | 0.125 |
| $Be^0$ | 0.089 | $Co^{2+}$ | 0.072 | $Ga^{3+}$ | 0.062 |
| $Be^{2+}$ | 0.035 | $Co^{3+}$ | 0.063 | $Gd^0$ | 0.162 |
| $Bi^0$ | ~0.15 | $Cr^0$ | 0.118 | | |
| $Bi^{3+}$ | 0.096 | $Cr^{3+}$ | 0.063 | | |

†One nanometer is equal to $10^{-9}$ meter.



NSX_00000483

| | |
|---|---|
| $Gd^{3+}$ | 0.097 nm |
| $Ge^{0}$ | 0.122 |
| $Ge^{2+}$ | 0.073 |
| $Ge^{4+}$ | 0.053 |
| $Hf^{0}$ | 0.144 |
| $Hf^{4+}$ | 0.078 |
| $Hg^{0}$ | 0.144 |
| $Hg^{2+}$ | 0.110 |
| $Ho^{0}$ | 0.158 |
| $Ho^{3+}$ | 0.091 |
| $I^{0}$ | 0.133 |
| $I^{-}$ | 0.220 |
| $I^{5+}$ | 0.062 |
| $I^{7+}$ | 0.050 |
| $In^{0}$ | 0.150 |
| $In^{3+}$ | 0.081 |
| $Ir^{0}$ | 0.127 |
| $Ir^{4+}$ | 0.068 |
| $K^{0}$ | 0.203 |
| $K^{+}$ | 0.133 |
| $La^{0}$ | 0.169 |
| $La^{3+}$ | 0.114 |
| $Li^{0}$ | 0.123 |
| $Li^{+}$ | 0.068 |
| $Lu^{0}$ | 0.156 |
| $Lu^{3+}$ | 0.085 |
| $Mg^{0}$ | 0.136 |
| $Mg^{2+}$ | 0.066 |
| $Mn^{0}$ | 0.117 |
| $Mn^{2+}$ | 0.080 |
| $Mn^{3+}$ | 0.066 |
| $Mn^{4+}$ | 0.060 |
| $Mn^{7+}$ | 0.046 |
| $Mo^{0}$ | 0.130 |
| $Mo^{4+}$ | 0.070 |
| $Mo^{6+}$ | 0.062 |
| $N^{0}$ | 0.070 |
| $N^{3+}$ | 0.016 |
| $N^{5+}$ | 0.013 |
| $Na^{0}$ | 0.157 |
| $Na^{+}$ | 0.097 nm |
| $Nb^{0}$ | 0.134 |
| $Nb^{4+}$ | 0.074 |
| $Nb^{5+}$ | 0.069 |
| $Nd^{3+}$ | 0.104 |
| $Ni^{0}$ | 0.115 |
| $Ni^{2+}$ | 0.069 |
| $Np^{3+}$ | 0.110 |
| $Np^{4+}$ | 0.095 |
| $O^{2-}$ | 0.140 |
| $O^{0}$ | 0.066 |
| $Os^{0}$ | 0.126 |
| $Os^{4+}$ | 0.069 |
| $P^{0}$ | 0.110 |
| $P^{3+}$ | 0.044 |
| $P^{5+}$ | 0.035 |
| $Pa^{4+}$ | 0.098 |
| $Pb^{0}$ | 0.154 |
| $Pb^{2+}$ | 0.120 |
| $Pb^{4+}$ | 0.084 |
| $Pd^{0}$ | 0.128 |
| $Pd^{2+}$ | 0.080 |
| $Pd^{4+}$ | 0.065 |
| $Pm^{0}$ | 0.163 |
| $Pm^{3+}$ | 0.106 |
| $Po^{0}$ | 0.153 |
| $Pr^{0}$ | 0.164 |
| $Pr^{3+}$ | 0.106 |
| $Pr^{4+}$ | 0.092 |
| $Pt^{0}$ | 0.130 |
| $Pt^{2+}$ | 0.080 |
| $Pt^{4+}$ | 0.065 |
| $Pu^{3+}$ | 0.108 |
| $Pu^{4+}$ | 0.093 |
| $Ra^{2+}$ | 0.143 |
| $Rb^{0}$ | 0.216 |
| $Rb^{+}$ | 0.147 |
| $Re^{0}$ | 0.128 |
| $Re^{4+}$ | ~0.07 |
| $Re^{7+}$ | 0.056 |
| $Rh^{0}$ | 0.125 |
| $Rh^{3+}$ | 0.068 |
| $Ru^{0}$ | 0.125 nm |
| $Ru^{4+}$ | 0.067 |
| $S^{0}$ | 0.104 |
| $S^{2-}$ | 0.184 |
| $S^{4+}$ | 0.037 |
| $S^{6+}$ | 0.030 |
| $Sb^{0}$ | 0.141 |
| $Sb^{3+}$ | 0.076 |
| $Sb^{5+}$ | 0.062 |
| $Sc^{0}$ | 0.144 |
| $Sc^{3+}$ | 0.081 |
| $Se^{0}$ | 0.117 |
| $Se^{2-}$ | 0.198 |
| $Se^{4+}$ | 0.050 |
| $Se^{6+}$ | 0.042 |
| $Si^{0}$ | 0.117 |
| $Si^{4+}$ | 0.042 |
| $Sm^{0}$ | 0.162 |
| $Sm^{3+}$ | 0.100 |
| $Sn^{0}$ | 0.140 |
| $Sn^{2+}$ | 0.093 |
| $Sn^{4+}$ | 0.071 |
| $Sr^{0}$ | 0.191 |
| $Sr^{2+}$ | 0.112 |
| $Ta^{0}$ | 0.134 |
| $Ta^{5+}$ | 0.068 |
| $Tb^{0}$ | 0.161 |
| $Tb^{3+}$ | 0.093 |
| $Tb^{4+}$ | 0.081 |
| $Tc^{0}$ | 0.127 |
| $Tc^{7+}$ | 0.056 |
| $Te^{0}$ | 0.137 |
| $Te^{2-}$ | 0.221 |
| $Te^{4+}$ | ~0.07 |
| $Te^{6+}$ | 0.056 |
| $Th^{0}$ | 0.165 |
| $Th^{4+}$ | 0.102 |
| $Ti^{0}$ | 0.132 |
| $Ti^{3+}$ | 0.076 |
| $Ti^{4+}$ | 0.068 |
| $Tl^{0}$ | 0.155 |
| $Tl^{+}$ | 0.147 |

| | | | | | |
|---|---|---|---|---|---|
| $Tl^{3+}$ | 0.095 nm | $V^{3+}$ | 0.074 nm | $Zn^{0}$ | 0.125 nm |
| $Tm^{0}$ | 0.158 | $V^{4+}$ | 0.063 | $Zn^{2+}$ | 0.074 |
| $Tm^{3+}$ | 0.087 | $V^{5+}$ | 0.059 | $Zr^{0}$ | 0.145 |
| | | | | $Zr^{4+}$ | 0.079 |
| $U^{0}$ | 0.142 | $W^{0}$ | 0.130 | | |
| $U^{4+}$ | 0.097 | $W^{4+}$ | 0.070 | | |
| $U^{6+}$ | 0.080 | $W^{6+}$ | 0.062 | | |
| $V^{0}$ | 0.122 | $Y^{0}$ | 0.162 | | |
| $V^{2+}$ | 0.088 | $Y^{3+}$ | 0.092 | | |

# Appendix 9 References

Additional information and background material can be found in the following books, which are listed by the chapters to which they most apply:


1,2 *A Source Book in Chemistry, 1400–1900*, by H. M. Leicester and H. S. Klickstein (McGraw-Hill).
*Textbook of Inorganic Chemistry* by J. R. Partington (Macmillan).
*Nuclear and Radiochemistry* by G. Friedlander, J. W. Kennedy, and J. Miller (Wiley).
*Nuclei and Radioactivity* by G. R. Choppin (Benjamin).
3,4 *Atomic Spectra and Atomic Structure* by G. Herzberg (Dover).
*Nature of the Chemical Bond* by L. Pauling (Cornell).
*Chemical Bonding* by A. L. Companion (McGraw-Hill).
*Electrons and Chemical Bonding* by H. B. Gray (Benjamin).
5 *Chemistry Problems* by M. J. Sienko (Benjamin).
6 *Introduction to Molecular Kinetic Theory* by J. H. Hildebrand (Reinhold).
*Kinetic Theory of Gases* by W. Kauzmann (Benjamin).
7 *Seven Solid States* by W. J. Moore (Benjamin).
*Solid State Chemistry* by N. B. Hannay (Prentice-Hall).
8 *Physical Chemistry* by G. Barrow (McGraw-Hill).
*Physical Chemistry* by G. Castellan (Addison-Wesley).
9 *Elementary Chemical Thermodynamics* by B. H. Mahan (Benjamin).
*Elements of Chemical Thermodynamics* by L. Nash (Addison-Wesley).




NSX_00000486

Case 2:25-cv-02129-GAW Document 45-2 Filed 01/23/26 Page 81 of 101



10 *Electrolyte Solutions* by R. A. Robinson and R. H. Stokes (Butterworth).
*Metal Ions in Solution* by J. P. Hunt (Benjamin).
11 *How Chemical Reactions Occur* by E. L. King (Benjamin).
12 *Chemistry Problems* by M. J. Sienko (Benjamin).
13 *Introduction to Electrochemistry* by E. H. Lyons, Jr. (Heath).
*Oxidation Potentials* by W. M. Latimer (Prentice-Hall).
14–18 *Inorganic Chemistry* by M. J. Sienko, R. A. Plane, and R. E. Hester (Benjamin).
*Advanced Inorganic Chemistry* by F. A. Cotton and G. Wilkinson (Wiley).
*Inorganic Chemistry* by C. S. G. Phillips and R. J. P. Williams (Oxford University Press).
19,20 *Organic Chemistry* by R. T. Morrison and R. N. Boyd (Allyn and Bacon).
*Basic Organic Chemistry* by L. F. Fieser and M. Fieser (Heath).
*Organic Chemistry* by D. J. Cramm and G. S. Hammond (McGraw-Hill).
*Organic Chemistry: A Contemporary View* by P. L. Cook and J. W. Crump (Heath).
*Introduction to Organic Chemistry* by C. H. DePuy and K. L. Rinehart, Jr. (Wiley).
*Basic Principles of Organic Chemistry* by J. D. Roberts and M. C. Caserio (Benjamin).
*A Guide to Understanding Basic Organic Reactions* by R. C. Whitfield (Houghton Mifflin).
21–23 *Basic Biological Chemistry* by H. R. Mahler and E. H. Cordes (Harper & Row).
*Modern Topics in Biochemistry* by T. P. Bennett and E. Frieden (Macmillan).
*Introduction to Modern Biochemistry* by P. Karlson (Academic).
*Concepts in Biochemistry* by F. J. Reithel (McGraw-Hill).
24 *The Origin of Life* by J. Keosian (Reinhold).
*Biochemical Predestination* by D. H. Kenyon and G. Steinman (McGraw-Hill).
*Chemical Evolution* by M. Calvin (Oxford University Press).

# Appendix 10 Answers to Selected Questions

## Chapter 1

1.11 (*a*) 7530 joules, (*b*) 1340 joules
1.17 1.34 g/cm$^3$
1.19 0.701 joule/g · °C
1.21 (*b*) The kinetic energy is quadrupled.
1.27 (*a*) 1160 g, (*b*) 293 g

## Chapter 2

2.7 55.9 g
2.9 (*a*) 39.10 g, (*b*) 0.3762 mole and $2.26 \times 10^{23}$ atoms
2.15 (*a*) $6.02 \times 10^{25}$, (*b*) $1.50 \times 10^{25}$, (*c*) 25
2.17 (*a*) $8.07 \times 10^{22}$, (*b*) $2.53 \times 10^{24}$, (*c*) $4.69 \times 10^{23}$, (*d*) $9.03 \times 10^{24}$
2.19 Atomic weight = 63.6, copper
2.21 $3.26 \times 10^{19}$ atoms
2.29 10 half-lives, 143 days

## Chapter 3

3.13 1740 kilojoules
3.21 (*a*) 490 kilojoules, (*b*) 82 kilojoules, (*c*) 346 kilojoules
3.29 (*b*) 4.04 cm$^3$, (*c*) 13.8 g/cm$^3$

## Chapter 4

4.23 (*b*) 3.04 times

## Chapter 5

5.5 (*a*) 5.55, (*b*) 1.66, (*c*) 0.0625
5.13 (*a*) 20.4 g, (*b*) 7.51, (*c*) 27.2 g
5.17 (*a*) 41.3 g, (*b*) 37.5 g
5.19 (*a*) 15.1 g, (*b*) 8.0 g, (*c*) 4.20
5.21 (*a*) 0.178, (*b*) 0.0907, (*c*) 1.909
5.23 $C_7H_5NO_3$
5.25 (*a*) 2 equiv/mole, (*b*) equiv of Fe = 27.9 g, equiv of O = 8 g

## Chapter 6

6.5 (*a*) 174°C, (*b*) −124°C
6.9 (*a*) $g/V = MP/RT$, (*b*) ½, ½
6.17 0.0227
6.21 5.9 liters
6.23 8.2 liters
6.25 4
6.27 (*a*) $3.28 \times 10^{23}$, (*b*) $3.13 \times 10^{23}$, (*c*) $1.05 \times 10^{24}$
6.29 20.8 liters
6.31 (*b*) 0.452 mole of $C_5H_8$, 0.147 mole of $C_5H_{12}$
6.33 2.00 atm
6.35 13.6 g

## Chapter 7

7.11 0.406 nm
7.17 0.128 nm
7.21 (*b*) Twice as many
7.23 $AB_3C$
7.25 (*a*) 3.000 cm, (*b*) $1.064 \times 10^8$, (*c*) $6.026 \times 10^{23}$

## Chapter 8

8.17 (*b*) 0.744, (*c*) 0.668
8.19 0.087
8.21 1200 g
8.25 (*a*) 28.2 $cm^2$, (*b*) $6.13 \times 10^3$ $m^2$, (*c*) $5.89 \times 10^4$
8.27 $6 \times 10^{23}$

## Chapter 9

9.11 (*a*) 16.7 joules, (*b*) 113 joules, (*c*) 151 joules
9.13 4.78 kilojoules
9.15 37.9 kilojoules
9.17 (*a*) 1.18 kilojoules, −0.360 kilojoule; (*b*) above 274 K
9.19 −14.9 kilojoules
9.21 7.39 kilojoules

## Chapter 10

10.5 −0.744°C, 100.21°C
10.11 (*a*) 50.0 ml, (*b*) 800 ml, (*c*) 40.0 ml
10.13 (*a*) 0.400, (*b*) 0.100, (*c*) 0.0200, (*d*) 0.0100
10.15 125 ml
10.19 (*a*) −80.0 kilojoules, (*b*) 267 joules/mole · deg
10.21 16.5% $NaNO_3$, 59.2% $K_2SO_4$, 24.3% $H_2O$
10.23 326 amu
10.25 765 ml
10.27 0.480 *N*
10.29 (*a*) 47.3 g, (*b*) 75.0 g
10.31 (*a*) 3.42, (*b*) 4.16
10.33 −6.66°C
10.39 0.080 *M* $Na^+$, 0.24 *M* $Ca^{2+}$, 0.56 *M* $Cl^-$
10.41 (*a*) 4.85 *M* KCl, 6.19 *M* NaCl
10.45 0.0100 *M* $Cl^-$, 0.0225 *M* $Na^+$, 0.0125 *M* $OH^-$

## Chapter 11

11.11 (*b*) $2.00 \times 10^{-3}$ $s^{-1}$
11.19 Second order
11.25 (*a*) 0.10, (*b*) 0.18, (*c*) 0.003, (*d*) 0.20, (*e*) 0.025

## Chapter 12

12.3 6.75
12.7 $1 \times 10^{-13}$, $1 \times 10^{-11}$
12.11 (*a*) $6.0 \times 10^{-3}$, (*b*) $7.2 \times 10^{-5}$
12.13 100
12.19 (*a*) $1.55 \times 10^{-6}$, (*b*) $1.55 \times 10^{-4}$
12.21 (*a*) 1.0, (*b*) 12.0, (*c*) 3.0
12.23 $1.2 \times 10^{-3}$

12.25 $4.0 \times 10^{-10}$
12.29 From 0.60 to 2.7%
12.31 (*a*) 12.4, (*b*) 0.398, (*c*) 0.824
12.35 10
12.41 (*a*) $7.0 \times 10^{-4}$, (*b*) $1.4 \times 10^{-5}$ mole
12.45 (*a*) $[C_2H_3O_2^-]$ is 1.8 times $HC_2H_3O_2$
12.47 (*a*) 1.0 M $H^+$, 1.0 M $HSO_4^{2-}$; (*b*) $1.3 \times 10^{-2}$ M $SO_4^{2-}$
12.49 0.06 M
12.51 (*a*) $2.5 \times 10^{-10}$ and $1 \times 10^{-6}$; (*b*) $Zn^{2+}$: $5 \times 10^{-6}$, 0.005%; $Cu^{2+}$: $3 \times 10^{-4}$, 0.3%

## Chapter 13

13.5 (*b*) 5 ml, (*c*) 620 liters
13.7 0.61 g
13.9 4.00 volts
13.15 (*a*) 0.0104 mole, (*b*) 0.735 g, (*c*) 0.232 liter
13.17 1090 coulombs
13.27 (*a*) 185 g $H_2$ and 6612 g $Cl_2$, (*b*) $1.23 for $H_2$ and $0.034 for $Cl_2$
13.33 (*a*) 1:14:29, (*b*) 1:15:55, (*c*) 1:16:04, (*d*) 1:16:06, (*e*) 1:16:15, (*f*) 1:17:42

## Chapter 14

14.1 (*a*) $1.8 \times 10^{33}$, (*b*) $1.1 \times 10^{57}$
14.7 (*a*) 53.3%, (*b*) 48.0%, (*c*) 43.2%, (*d*) 59.3%
14.13 5.55 *m*
14.15 0.750 liter
14.17 $1.4 \times 10^{17}$
14.19 (*a*) $1.93 \times 10^{17}$, (*b*) $4.19 \times 10^{10}$ kg
14.21 13.3
14.29 $5.0 \times 10^4$ liters
14.31 5740 s

## Chapter 15

15.9 (*b*) 1.35 times
15.13 (*b*) $6.5 \times 10^2$, (*c*) $4.2 \times 10^5$
15.17 30.0%
15.25 11.87
15.27 0.665 liter
15.29 (*a*) 1200 kilojoules, (*b*) 15,700 kilojoules, (*c*) 14.3 and 188 liters
15.31 (*a*) 770 liters, (*b*) 2300 g, (*c*) 25.2 liters, (*d*) 441 h

## Chapter 16

16.11 (*a*) 18, (*b*) $8.5 \times 10^{-10}$ mole AgCl, $2.5 \times 10^{-12}$ mole AgBr
16.15 (*a*) 63.2%, (*b*) 69.6%, (*c*) 72.0%
16.21 12.9%
16.23 1.50 liters
16.29 0.0781 M
16.37 (*a*) 356 kg, (*b*) 901 kg

## Chapter 17

17.9 (*a*) 530 kg, (*b*) 1060 kg
17.13 24 kilojoules/mole B
17.17 (*a*) 27.3%, (*b*) 52.2%, (*c*) 76.6%, (*d*) 20.0%
17.23 11.5
17.27 $2 \times 10^{-5}$ M $HCO_3^-$, $5 \times 10^{-11}$ M $CO_3^{2-}$, $2 \times 10^{-5}$ M $H^+$, $5 \times 10^{-10}$ M $OH^-$

## Chapter 18

18.9 3.88 g
18.13 (*a*) $5.7 \times 10^{-5}$, (*b*) $1.0 \times 10^{-4}$, (*c*) $7.4 \times 10^{-6}$
18.17 288,000%
18.19 0.028 g
18.23 1.1
18.25 (*a*) 31.6%, (*b*) 37.8%, (*c*) 34.1%, (*d*) 25.8%
18.27 3.0 kilojoules
18.33 (*a*) 1310, (*b*) 547
18.37 $7.5 \times 10^{-11}$

Case 2:25-cv-02129-GAW Document 45-2 Filed 01/23/26 Page 85 of 101



## Chapter 19

**19.21** 4060 kilojoules
**19.41** (*a*) $4.76 \times 10^4$ kilojoules, (*b*) 630 kilojoules, (*c*) $3.0 \times 10^3$ kg (3.3 tons!)

## Chapter 20

**20.11** (*a*) 800, (*b*) 2.08
**20.21** (*a*) 11.97, (*b*) 11.46, (*c*) 11.86
**20.25** $1 \times 10^5$ liters

## Chapter 21

**21.17** 2.77 liters
**21.19** $1.62 \times 10^4$ kilojoules
**21.23** $3.3 \times 10^{27}$
**21.29** (*a*) $7.3 \times 10^{-4}$, $2.8 \times 10^3$; (*b*) $\alpha$ to $\beta$, $K = 2.0$

## Chapter 22

**22.11** 32.15%
**22.19** 53.7% C, 6.6% H, 17.0% N, 20.1% O, and 2.7% S
**22.23** (*a*) 588 to 1878, (*b*) $20^{10}$
**22.25** (*a*) 24, (*b*) 6, (*c*) 2

## Chapter 23

**23.3** (*a*) 12.3 percent
**23.11** 52%

## Chapter 24

**24.17** 12 liters
**24.21** (*a*) 4, (*b*) 840, (*c*) 12, (*d*) 400

NSX_00000491

Case 2:25-cv-02129-GAW Document 45-2 Filed 01/23/26 Page 86 of 101

# Index

A (mass number), 35
Abscissa, 581
Absolute zero, 117, 124
ac, 590
Acceleration, 586
Acetic acid, 478
Acetone, 477
Acetyl CoA, 519, 530
Acid, 214-217, 321
  amino (see Amino acids)
  equivalent of, 219
  nucleic (see Nucleic acids)
  organic, 478, 480
  polyprotic, 218-219
  weak, 262-264
Acidic anhydride, 321
Aconitase, 519
Actin, 534
Actinides, 371-372
Actinium, 371-372
Activated complex, 240-241
Activation energy, 236, 240-241
Addition compound, 419
Addition polymerization, 502-503
Addition reaction, 492-495
Adenine, 550
Adenosine diphosphate, 435
Adenosine triphosphate, 435, 529-531, 563-564
ADP, 435
Adsorption, 174-177
Aerosol, 173
Air, 424-425
Alanine, 536



NSX_00000492

Alcohol, 470–475
Aldehyde, 475–477
Aldolase, 529
Alkali metal, 46, 335–340
Alkaline-earth metal, 340–348
Alkaloid, 481
Alkenes, 463–466
Allotropy, 317
Alloy, 200–201
Alternating current, 590
Alpha helix, 541–542
Alpha linkage, 526
Alpha particle, 30, 33
Alum, 354
Alumina, 354
Aluminum, 351–355
Americium, 372
Amide, 483
Amines, 480–482
Amino acids, 483, 535–538
  sequence determination of, 539–540
Aminobutyric acid, 537–538
Ammonia, 425–427
  molecule, 89
Amorphous solid, 170–171
Ampere, 589–590
Amphoteric, 321
amu, 22
Analcite, 415
Analysis, 12–13
Aniline, 481
Anion, 285
Anionic polymerization, 503
Anode, 26, 285
Anode slime, 389
Antifreeze, 474
Antiknock, 463
Aqua regia, 428, 441
Argentite, 391
Argentous, 392
Arginine, 536
Argon, 424–425
Aromatic hydrocarbons, 468–470
Aromatic substitution, 499–502
Arteriosclerosis, 516
Asbestos, 343
Asparagine, 536
Aspartic acid, 536
Aspirin, 505–507
Atmosphere, standard, 120
Atmospheric pressure, 120
Atomic mass, 21n.
Atomic mass unit, 22
Atomic number, 34
Atomic radii, 65–67, 601–603
Atomic theory, 18–20
Atomic weight, 21–24
Atoms, size of, 65–67
ATP, 435, 529–531, 563–564
Attractive forces, 138–139, 156
Auto-oxidation, 106
Avogadro number, 24–26, 100
Avogadro principle, 127–129

Baking powder, 410
Balancing equations, 222–224, 300–303
Barite, 343
Barium, 340–348
Barometer, 119–120
Base, 214–217, 321
  equivalents of, 219–220
  organic, 480–482
Basic anhydride, 321
Battery, 291
Bauxite, 351
Bayer process, 351
Becquerel, Henri, 32
Beer, 473
Belt of stability, 36
Benzene, 468
  bonding in, 92–93
Berkelium, 372
Beryl, 343
Beryllium, 340–348
Bessemer process, 382
Beta linkage, 526
Beta particle, 33
Binding energy, 38–39
Bioenergetics, 558–567
Blast furnace, 380–382
Blood, 199
Blue vitriol, 391
Bohr, Niels, 49–50
Boiling, 169–170
Boiling point elevation, 205

Case 2:25-cv-02129-GAW Document 45-2 Filed 01/23/26 Page 88 of 101



Bond, 74–81
coordinate covalent, 85
covalent, 76–78, 90–93
donor-acceptor, 85
double, 77, 86, 91
ionic, 75–76
nonpolar, 78
polar, 78–81
triple, 77–78, 86, 91–92
Borax, 416
Boron, 416–419
Boyle's law, 121–123, 135
Brandy, 473
Brass, 200, 389–390
Bromate, 449
Bromine, 442–443, 448–449
analysis for, 451
Bromohydrin, 494
Bronze, 390
Brown-ring test, 429–430
Brownian motion, 132, 136–137
Bubble chamber, 32
Buffer, 264–265
Butane, 456–459
Butyl alcohol, 470
Butyric acid, 478

Cadmium, 394
Calcite, 343
Calcium, 340–348
Calgon, 435
Californium, 372
Calomel, 397
Calorie, 9–10, 512
Calorimeter, 10–11
Calvin, Melvin, 565
Cannizzaro, Stanislao, 128
Capacitance, 80
Capacitor, 80, 588–589
Capacity, electric, 588–589
Carbohydrates, 521–531
Carbon, 403–411
Carbon dating, 411
Carbon dioxide, 407–409
in atmosphere, 249
phase diagram for, 190
Carbon monoxide, 407–408
Carbonates, 409–410
Carbonium ion, 494
Carbonyl, 476
Carborundum, 407
Carboxylic acid, 477–480
Carboxypeptidase, 540
Cassiterite, 355
Cast iron, 382
Catalase, 544
Catalyst, 234–235, 241–242
effect on equilibrium, 258–259
Catalytic cracking, 463
Catalytic reforming, 463
Cathode, 26, 285
Cathode rays, 27–28
Cathodic protection, 387
Cation, 285
Cationic polymerization, 503
Cave formation, 347
Cell division, 554
Cell reaction, 286
Cellulose, 528
Celsius temperature, 9, 118
Cement, 416
Centigrade temperature, 9
Cerium, 372
Cesium, 335–340
Chadwick, James, 35
Chalcocite, 388, 437
Chalcopyrite, 388
Changes of state, 180–190
Charcoal, 176, 406
Charge, electric, 588
Charge-to-mass ratio, 29
Charles' law, 123–125, 136
Chemical equilibrium, 247–274
law of, 250–251
Chemical evolution, 568
Chemical nomenclature, 574–578
Chemical reaction:
dynamics of, 230–242
heterogeneous, 231
homogeneous, 231–233
Chile saltpeter, 449
Chlorate, 446–447
Chlorine, 442–443, 445–448
analysis for, 451
Chloroacetic acid, 478

Chlorophyll, 565
Chlorous acid, 448
Chromite, 373
Chromium, 364-368, 373-376
  analysis for, 377-378
Chromosomes, 548
Cinnabar, 396
Cis, 368, 464
Citric acid, 519
Citric acid cycle, 519-522
Clorox, 446
Close-packing, 152-155
Cloud chamber, 32
Cobalt, 364-366, 378-379
  analysis for, 384
Codon, 555
Coenzyme A, 517-520
Coinage metals, 387-394
Coke, 406
Collagen, 534
Collision theory, 235-240
Colloid, 171-177
Color, 366, 370
Combining volumes, 127
Common-ion effect, 271
Complex, enzyme-substrate, 544
Complex ions, 366-371
  nomenclature of, 576
Compound, 12-13
Concentration, 201
Condensation polymerization, 503-504
Condensation temperature, 182
Condensing enzyme, 519
Conductance, 590
Conductivity, 281-284
  of metals, 332-333
Configuration of proteins, 541-543
Constant of proportionality, 580-581
Contact process, 437
Continuous spectrum, 48-49
Contractile protein, 534
Conversion factors, 591
Cooling curve, 181-183
Coordinate covalent bond, 85
Coordination compounds, 366-371
Copper, 387-391
  analysis for, 394
Core of atom, 65
Cotton, 528
Cottonseed oil, 515
Coulomb (unit), 290, 588
Coulomb's law, 590
Covalent bond, 76-78, 90-93
Covalent solid, 156, 157
Covellite, 388
Cracking, catalytic, 463
Crick, Francis, 552
Crisco, 515
Critical pressure, 140
Critical temperature, 139-140
Cryolite, 351, 443
Crystals, 146-147
Cubic close-packing, 153-154
Cuprite, 388
Curium, 372
Current, electric, 589-590
Cyanate, 410-411
Cyanide, 410
Cyanogen, 410
Cyanohydrin, 492
Cyclic hydrocarbons, 462, 468-470
Cysteine, 537
Cytochromes, 561-562
Cytosine, 550

d orbitals, 368-371
d subshell, 53, 61-62
Dalosta's syndrome, 531
Dalton, John, 18-21
Dalton's law of partial pressures,
  125-127, 136
Daniell cell, 292-293
dc, 590
Debye, Peter, 83
Debye unit, 83
Decane, 457
Defects, 158-161
Definite composition, law of, 13-14,
  19-20
Dehydrogenase, 559
Deionize, 351
Deoxyribonucleic acid, 551-554
Deoxyribose, 525
Detergent, 438-439
Deuterium, 314

Deviations from ideal behavior, 137–138
Dextro, 461
Dextrose, 524
Diamond, 404–405
Diamond structure, 157
Diborane, 417–418
Dibromoethane, 449
Dielectric constant, 80, 589
Diethylamine, 481
Diffusion:
  in gases, 131–132
  in liquids, 165
  in solids, 146, 159
Dipole moment, 79, 83
Direct current, 590
Direct proportionality, 580
Discharge tube, 26–29
Disproportionation, 106
Dissociation constants, 599
DNA, 551–554
Dolomite, 343
Domain, 379
Donor-acceptor bond, 85
Double bond, 77, 86, 91, 465
  addition to, 493
Double helix, 553
Dry cell, 294
Dulong and Petit, law of, 22–24
du Vigneaud, Vincent, 538
Dynamics of reaction, 230–242
Dysprosium, 372

Einstein relation, 38
Einsteinium, 372
Electric charge, 588
Electric current, 281–284, 589–590
Electric field, 282, 588
Electrochemistry, 281–303
Electrode potentials, 595–598
Electrolysis, 284–291
Electrolyte, 206–210
Electrolytic corrosion, 385–387
Electrolytic current, 282–284
Electron, 27
  charge-to-mass ratio of, 28–29
  mass of, 31
Electron affinity, 69–71
Electron capture, 37
Electron probability distribution, 58–62
Electron spin, 63–64
Electron transport, 559–562
Electron volt, 589
Electronegativity, 81–83
Electronic configurations of elements, 56–57
Electronic symbol, 64–65
Electrophile, 493
Electrophoresis, 175–176
Electrostatic unit, 588
Electrovalent bond, 75
Element, 12
Elimination reaction, 495–496
Emulsion, 173
Endothermic, 184
Energy, 7–8, 588
  activation, 236, 240–241
  of food, 512
  transport of, 563–564
Energy levels, 48–55
Enthalpy, 184–185
Entropy, 190–194
  of mixing, 202
Enzyme, 235, 242, 534, 544–545
Enzyme-substate complex, 544
Epsom salt, 346
Equation:
  balancing, 107–109
  net, 106–107
Equation of state, 129–131
Equilibrium, 247–274
Equilibrium constant, 253–254
  values of, 599–600
Equilibrium vapor pressure, 167–169
Equivalent, 111
  of acids and bases, 219–220
Erbium, 372
Essential amino acids, 543
Ester, 480
  hydrolysis of, 499
  synthesis of, 498–499
esu, 588
Ethane, 456–457
Ethanol, 473
Ether, 472, 474

Ether:
  synthesis of, 497–498
Ethyl alcohol, 470, 473
Ethylamine, 481
Ethylene, 493
Ethylene glycol, 473–474
Ethylenediamine, 483
Ethylenedibromide, 463
Europium, 372
Evaporation, 165–170
Evolution, chemical, 568
Exothermic, 184–185
Exponential numbers, 579–580

𝔉 (faraday), 300
*f* subshell, 53
FAD, 560–562
FADH, 560–562
Fahrenheit temperature, 9, 118
Faraday, Michael, 289
Faraday (unit), 290
Faraday laws, 289–290
Fats, 513–521
Fatty acids, 514
Feldspar, 351, 415
Fermentation, 2, 408
Fermium, 372
Ferric, 383–384
Ferrochromium, 373
Ferromagnetism, 379
Ferromanganese, 376
Ferrous, 383–384
Fertilizer, 432
Fibrous proteins, 534
Field, electric, 588
Fission, nuclear, 39–40
Fixation of nitrogen, 425, 431–432
Flame test, 340
Flashbulb, 344
Flavin adenine dinucleotide, 560
Flavin coenzyme, 561
Flavoprotein, 561
Fluid, 119
Fluorapatite, 443
Fluorine, 442–445
  analysis for, 451
Fluorocarbons, 444–445
Fluorspar, 346, 443
Food, 512
Fool's gold, 380
Force, 586–588
  of attraction, 138–139
Formaldehyde, 476–477
Formalin, 477
Formic acid, 478
Formula:
  molecular, 98–99
  simplest, 97–98
Formula unit, 100
Formula weight, 99–100
Francium, 335–340
Free energy, 191–194, 202–203
Free-radical polymerization, 502–503
Freezing point lowering, 204–206
Friedel-Crafts reaction, 499–500
Fructose, 523, 524
Fuel cell, 294–295
Fumaric acid, 520–521
Functional group, 456, 491
Fundamental constants, 591
Fusion:
  heat of, 184
  nuclear, 40

G (free energy), 191–194
Gadolinium, 372
Galactose, 523, 524
Galena, 357
Galvanic cell, 291
Galvanized iron, 355, 386–387, 395
Gamma rays, 33, 38
Gas, 116–140
Gas constant, 130
Gas law, 130
Gasoline, 463
Gay-Lussac's law, 127
Geddic acid, 514
Gel, 173
Gene, 548
Genetic code, 554
Gibbs, Willard, 191
Glass, 171, 415–416

Globular protein, 534
Glucose, 523–524
Glutamic acid, 536
Glutamine, 536
Glycerol, 474
Glycine, 483–484, 536
Glycogen, 527–528
Glycol, 473–474
Glycoside link, 525, 526, 528
Gold, 387–388
Goldschmidt reaction, 353
Goldstein, Eugen, 27
Goldstein tube, 27–28
Graham's law of diffusion, 131–132, 137
Graham's salt, 435
Gram-atom, 25n.
Granite, 11
Grape sugar, 524
Graphite, 404–406
Graphs, 581–582
Group, 47–48
Guanine, 550
Guldberg, Cato M., 250n.
Gypsum, 343

*H* (heat content), 184, 191–194
Haber process, 425
Half-life, 37
Half-reactions, 286, 595–598
  balancing equations by, 300–303
Hall-Héroult process, 351–352
Halogen, 46, 442–451
Hard water, 348–351
Heat, 8–11
  of fusion, 184
  of solution, 212–213
  of vaporization, 185
Heat capacity, 10–11
Heat content, 184–185, 191–194
Heating curve, 180–181
Heavy platinum elements, 378
Heisenberg uncertainty principle, 58
Helix:
  double, 553
  of proteins, 541–542
Hematite, 380
Hemoglobin, 543, 545, 562
Heptane, 457
Heterocyclic compound, 481
Heterogeneous, 11
Heterogeneous equilibrium, 252–253, 269
Hexagonal close-packing, 153–154
Hexane, 457, 459
Hexose, 523–524
High polymer, 502
Histidine, 536
Holley, R. W., 551
Holmium, 372
Homogeneous, 11–12
Homogenized milk, 173
Hormone, 534, 538–539
Horn silver, 391
Hybrid orbital, 88–89
Hydrate, 326–327
Hydration of ions, 208–209
Hydration energy, 325
Hydrazine, 430
Hydride, 312
Hydrocarbons, 455–470
Hydrochloric acid, 445
Hydrogen, 307–315
  compounds of, 311–313
  electrolytic, 309
  isotopes of, 314–315
  occurrence of, 308
  preparation of, 308–310
  properties of, 310–311
  uses of, 310–311
Hydrogen bond, 313–314
  in alcohol, 471
Hydrogen embrittlement, 313
Hydrogen fluoride, 444
Hydrogen peroxide, 319–320
  preparation of, 438
Hydrogen sulfide, 440
Hydrogenation, 311, 495
  of oils, 515–516
Hydrolysis, 265–268
Hydronium ion, 209–210
Hypo, 393, 440
Hypobromite, 449
Hypochlorite, 446

Hypochlorous acid, 445–446
Hypoiodite, 450

Ice, structure of, 322–323
Ideal gas, 130
Impulse, 587
Indicators, 262
Inductive effect, 478
Inert gases, 45–46, 51
Inorganic nomenclature, 574–576
Interstitials, 158–159
Inverse proportionality, 580–581
Iodate, 450
Iodine, 442–443, 449–451
  analysis for, 451
Iodoform, 450
Ion exchange, 349–351
Ion product, 269
Ionic bond, 75–76
Ionic radii, 601–603
Ionic solid, 156–157
Ionization potential, 68–70
Iridium, 378
Iron, 364–366, 378–387
  corrosion of, 384–387
Iron-group elements, 378–379
Isobutane, 458
Isocitric acid, 519–520
Isoelectric point, 484
Isoleucine, 536
Isomers, 456–461, 469
Isotope, 22, 34–35
Isotope effect, 315
IUPAC, 466

Joule, 10–11, 589

K shell, 50
$K_a$, 266
$K_{sp}$, 269
$K_w$, 260
Kelvin temperature, 117–118
Kendrew, J. C., 542
Keratin, 534
Kerosene, 463
Ketoglutaric acid, 520
Ketone, 475–477
Kilocalorie, 9
Kinetic energy, 8, 588
Kinetic theory:
  of gas, 132–137
  of liquids, 165–167
Kinetics, 230–242
Krebs, Sir Hans, 518
Krebs cycle, 519–522
Krypton, 424–425

Lactic acid, 531
Lactose, 526
Lanthanide, 55, 371–372
Lanthanide contraction, 372
Lanthanum, 371–372
Lattice energy, 325
Laughing gas, 430
Lavoisier, Antoine, 1–3
Law, 5–6
Lawrencium, 371–372
Lead, 357–358
Lead storage battery, 293–294
Le Chatelier principle, 186
Leclanché dry cell, 294
Leucine, 536
Levo, 461
Life, origin of, 567–571
Ligand, 368
Ligand-field theory, 368–371
Light platinum elements, 378
Light scattering, 173–174
Lime, 345
Limestone, 347
Limonite, 380
Line spectrum, 48–49
Linolenic acid, 515
Linoleum, 516
Linseed oil, 516
Lipases, 517
Lipid, 513
Liquefaction temperature, 139, 182
Liquid, 164–170
  properties of, 165–167
Lithium, 335–340
Lithopone, 396

Case 2:25-cv-02129-GAW Document 45-2 Filed 01/23/26 Page 94 of 101



Logarithm, 582–583
Lutetium, 371–372
Lysine, 536

M (molarity), 201
*m* (molality), 201
Magnesia, 345
Magnesite, 343
Magnesium, 340–348
Magnetite, 380
Malachite, 388
Malic acid, 521
Malonic acid, 479
Maltose, 526
Manganese, 364–366, 376–378
Mannose, 523, 524
Manometer, 119–120
Margarine, 515–516
Markovnikov's rule, 494
Mass, 6–7, 586–587
Mass action, 249–253
Mass number, 35
Mass-spectrometer, 29
Mathematical operations, 579–585
Matter, 6–7
Melting point, 181
Mendeleev, Dmitri, 45
Mendelevium, 372
Mercury, 394–398
Messenger RNA, 555
Meta, 469
Meta directing, 502
Metabolism:
  of carbohydrates, 529–531
  of fats, 516–521
Metallic conduction, 282, 332–333
Metallic properties, 331–334
Metallic solid, 156–158
Metallic structure, 332–334
Metals, 331–358, 363–398
Metaperiodate, 450
Metaphosphates, 434–435
Metaphosphoric acid, 434
Methane, 88, 456–457
Methionine, 537
Methyl alcohol, 470, 472–473
Methylamine, 481
Meyer, Lothar, 45
Mica, 415
Micelle, 479
Millikan, R. A., 30
Miscible, 117
Model, 6
Molality, 201
Molar volume, 129
Molarity, 201
Mole, 24–26, 99–100
Molecular formula, 98–99
Molecular orbitals, 90–93
Molecular solid, 155–156
Molecular weight, 99
Momentum, 587
Monel metal, 390
Monosaccharide, 522–525
Moseley, Henry, 33–34
Multiple proportions, law of, 20
Myoglobin, 542
Myosin, 534

*n*-type hole, 160–161
Nacon, 335
NAD, 559–562
NADH, 560–564
NADP, 560, 565
NADPH, 565
Napalm, 173
Natural products, 484–485
Neodymium, 372
Neon, 424–425
Neptunium, 372
Net equation, 106–107
Neutralization, 217–218
Neutron, 35
Nickel, 364–366, 378–379
  analysis for, 384
Nicotinamide adenine dinucleotide,
    559–560
Nicotine, 485
Nicotinic acid, 485
Nitrate, 427–428
Nitric acid, 427–428
Nitric oxide, 429
Nitride, 430–431
Nitrite, 429

Nitrobenzene, 501
Nitrogen, 424–432
Nitrogen cycle, 431–432
Nitrogen dioxide, 428–429
Nitrogen fixation, 425, 431–432
Nitrous oxide, 430
Nobelium, 372
Noble gas, 45–46, 51, 424–425
Nomenclature, 574–578
  for hydrocarbons, 466–467
Nonane, 457
Nonelectrolyte, 207
Nonmetals, 423–451
Nonpolar bond, 78
Normal boiling point, 170
Normality, 201
Nuclear energy, 38–40
Nucleic acids, 548–556
Nucleophile, 492
Nucleus, 31–35
Nylon, 504

Octahedral hole, 154
Octane, 457, 463
Octet rule, 83, 87
Ohm, 590
Oil-drop experiment, 30
Olefins, 463–466
Oleic acid, 514–515
Oligosaccharide, 525–526
Open-hearth process, 382
Optical isomers, 460–461
Orbit, 50
Orbital, 58–62
  hybrid, 88–89
  molecular, 90–93
  pi, 91
  sigma, 91
  tetrahedral, 88–89
Ordinate, 581
Organic acid, 478–480
Organic base, 480–482
Organic compounds, 455–485
Organic nomenclature, 466–467, 577–578
Organic reactions, 490–507
Origin of life, 567–571
Ornithine, 538
Ortho, 469
Ortho/para directing, 502
Orthoclase, 415
Orthophosphate, 434
Orthophosphoric acid, 434
Osmium, 378
Osmosis, 203–204
Ostwald process, 427
Oxalic acid, 479
Oxaloacetic acid, 519, 521
Oxalosuccinic acid, 520
Oxidation equations, 222–224, 300–303
Oxidation number, 102–105
Oxidation-reduction, 101–110
  balancing equations, 222–224, 300–302
  in biology, 559–564
  in solution, 221–224
Oxidation-reduction potential, 298, 595–598
Oxidative phosphorylation, 563
Oxides, 320–322
Oxidizing agent, 105–106
Oxy compound, 320–322
Oxygen, 315–322
  compounds of, 319–322
  occurrence of, 315–316
  from photosynthesis, 565
  preparation of, 316
  properties of, 317–318
  uses of, 317–318
Oxygen molecule, bonding in, 92
Oxygenase, 562
Oxytocin, 538–539
Ozone, 317–318

*p* subshell, 53, 60–61
*p-n* junction, 413
*p*-type hole, 160–161
Palladium, 378
Palmitoleic acid, 514
Para, 469
Paramagnetic, 317, 365
Paraperiodate, 450
Partial pressure, 125
Pasteur, Louis, 3, 461

Pauli exclusion principle, 64
Pentane, 457
Pentose, 524–525
Pentyl alcohol, 470
Pepsin, 543–544
Peptide, 538–539
Peptide link, 483, 538
Perbromate, 449
Percentage composition, 14
Perchlorate, 447–448
Perfect-gas law, 130
Period, 48
Periodate, 450
Periodic law, 45–48
Periodic table, 47–48, 51–55
Peroxide, 319–320
Peroxydisulfuric acid, 438
Perutz, M. F., 542, 543
Petroleum, 457, 462–463, 514n.
pH, 260–262
Phase, 11
Phase diagram, 187–190
  of carbon dioxide, 190
  of solution, 204
  of water, 187
Phenol, 475–476
Phenylalanine, 537
Phosphates, 434–435
Phosphoric acid, 434
Phosphorous acid, 433–434
Phosphorus, 432–436
Phosphorylation, oxidative, 563
Photocell, 338–339
Photoelectric effect, 338
Photographic image, 159
Photography, 393–394, 440
Photosynthesis, 564–567
Physics, 586–590
Pi bond, 493
Pi orbital, 91
Pig iron, 382
Pitchblend, 343
Plasma (blood), 199
Plaster of paris, 346
Plastic, 171
Platinum, 378
Platinum elements, 378
Plumbic, 357
Plumbous, 357
Plutonium, 372
Polar bond, 78–81
Polyethylene, 503
Polymer, 476, 502
Polymerization, 502–505, 568–570
Polyphosphate, 349
Polysaccharide, 526–528
Polystyrene, 503
Polysulfide, 441
Polyunsaturated oils, 516
Porphyrin, 561
Positron, 33, 36–37
Potassium, 335–340
Potential difference, 589
Potential energy, 8, 588
Praseodymium, 372
Precipitation, 272–274
Pressure, 118–121
Primary alcohol, 471
Primary structure of proteins, 539–541
Principal quantum number, 50
Probability distribution, 58–62
Proline, 537
Promethium, 372
Propane, 456–457
Propionic acid, 478
Proportionality, 580–581
Propyl alcohol, 470
Protactinium, 372
Protein, 534–545
Protein synthesis, 554–555
Proteolytic enzyme, 543–544
Protium, 314
Proton, 30
  mass of, 35
Protonated double bond, 417
Prussic acid, 410
Pseudouracil, 555
Purine, 550
Pyrex, 415
Pyridine, 481
Pyrimidine, 550
Pyrites, 380
Pyrolusite, 376
Pyrophosphate, 434
Pyrophosphoric acid, 434

NSX_00000502

Case 2:25-cv-02129-GAW Document 45-2 Filed 01/23/26 Page 97 of 101



Pyrosulfuric acid, 437
Pyruvic acid, 530, 531

Quadratic equations, 583–584
Qualitative analysis, 12
Quantitative analysis, 12–13
Quantum mechanics, 50
Quantum number, 50
Quartz, 415
Quaternary structure of proteins, 543

Radii of atoms and ions, 601–603
Radioactivity, 32–33, 36–38
Radium, 340–346
Radon, 424–425
Rare-earth elements, 55, 371–372
Rate of reaction, 231–242
Rate constant, 233
Rate law, 233, 237–240
Reaction mechanisms, 490–505
Reaction step, 237–240
Rectifier, 160–161
Redox potentials, 298, 595–598
Reducing agent, 105–106
Reducing sugar, 524
Reduction potentials, 296–300, 595–598
References, 604–605
Reforming, catalytic, 463
Refractory, 345
Relaxation spectroscopy, 242
Relaxation time, 242
Residue (in organic molecule), 456
Resistance, 590
Resonance, 87, 92–93
Rhodium, 378
Riboflavin, 561
Ribonucleic acid, 549–551
Ribose, 525
RNA, 549–551
Röntgen, Wilhelm, 32
Rubidium, 335–340
Rusting, 384–387
Ruthenium, 378
Rutherford experiment, 31–32

S (entropy), 190–194
s subshell, 53, 58–60
Saccharide, 523–528
Samarium, 372
Saponification, 480
  mechanism of, 499
Saturated hydrocarbons, 456–463
Saturated solution, 210–211
Saturation of valence, 83–87
Scandium, 364–366
Secondary alcohol, 471
Secondary structure of proteins, 542
Semiconductor, 160–161, 417
Serine, 536
Shell, 50
SI units, 592–593
Siderite, 380
Significant figures, 584–585
Silane, 414
Silica, 415
Silicates, 414–415
Silicon, 412–416
Silicones, 416
Silly putty, 416
Silver, 387–388, 391–394
Silver-mirror test, 477
Simplest formula, 97–98
Slag, 382
Soap, 348–349, 479–480
Soda, 340, 410
Sodium, 335–340
Sol, 172
Solar energy, 571
Solid, 145–161
  covalent, 156–157
  defects in, 158–161
  diffusion in, 146, 159
  ionic, 156–157
  metallic, 156–157
  molecular, 155–156
  properties of, 145–147
  structure determination, 147–149
  symmetries of, 151–152
  vapor pressure of, 185–187
Solid solution, 200
Solubility, 210–214
  of various substances, 212
Solubility product, 269
  values of, 600
Solute, 201
Solution, 13, 199–224

Solvent, 201
Space lattice, 149–152
Specific rate constant, 233
Spectrum, 48–49
Sphalerite, 395
Spiegeleisen, 376
Spin of electron, 63–64
Spinel structure, 155
Spodumene, 414
Stalactite, 347
Stalagmite, 347
Standard atmosphere, 120
Stannic, 356
Stannous, 356
Starch, 527
Stearate, 479
Stearic acid, 513
Stearin, 513–514
Steel, 382–383
Stein, Gertrude, 1
Stepwise reaction, 237–240
Stern-Gerlach experiment, 63–64
Stock system, 575
STP, 125
Strange base, 550, 551, 555
Strong electrolyte, 207–208
Strontianite, 343
Strontium, 340–348
Structural isomerism, 460
Styrofoam, 503
Subgroup, 48
Sublevels, 53–55
Subshell, 53–55
Substitution reaction, 497–502
Substrate, 544
Succinic acid, 479, 520
Succinyl CoA, 520
Sucrose, 525
Sugar, 522–526
Sugar beets, 525
Sugar cane, 525
Sulfides, 441
Sulfonate, 438
Sulfonic acid, 439
Sulfur, 436–442
Sulfur dioxide, 437
Sulfur trioxide, 437
Sulfuric acid, 437–438
Sun, energy of, 40, 571
Supercooling, 183
Supersaturation, 214
Surface adsorption, 174–177
Symbol, 12
Symmetry of solids, 151–152

Teflon, 445
Temperature, 8–9, 117–118
  Celsius, 118
  Fahrenheit, 118
  Kelvin, 117–118
  kinetic theory of, 133–135
Tenorite, 388
Terbium, 372
Termite, 528
Tertiary alcohol, 471
Tertiary structure of proteins, 542–543
Tetraethyllead, 463
Tetrahedral hole, 154
Tetrahedral orbitals, 88–89
Tetrahedron, 88
Theory, 6
Thermite reaction, 353
Thermodynamics, 180
Thermonuclear reactions, 40
Thioacetamide, 440
Thiocyanate, 411
Thiosulfate, 439–440
Thompson, J. J., 28–29, 31–32
Thorium, 372
Three-center bond, 418
Threonine, 536
Thulium, 372
Thymine, 551
Tin, 355–356
Titanium, 364–366, 370–371
Titration, 261–262
Toluene, 468–469
Trans, 368, 464
Transfer RNA, 555
Transition elements, 363–398
Transition-state theory, 240–242
Transmutation, 33
Triethylamine, 481
Tri-iodide ion, 450
Trimetaphosphate, 435
Triple bond, 77–78, 86, 91–92, 465
Triple point, 187

# Periodic Table of the Elements

| Group | I | II | | | | | | | | | | | III | IV | V | VI | VII | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Period 1 | H 1 | | | | | | | | | | | | | | | | | He 2 |
| 2 | Li 3 | Be 4 | | | | | | | | | | | B 5 | C 6 | N 7 | O 8 | F 9 | Ne 10 |
| 3 | Na 11 | Mg 12 | Transition elements | | | | | | | | | | Al 13 | Si 14 | P 15 | S 16 | Cl 17 | Ar 18 |
| 4 | K 19 | Ca 20 | Sc 21 | Ti 22 | V 23 | Cr 24 | Mn 25 | Fe 26 | Co 27 | Ni 28 | Cu 29 | Zn 30 | Ga 31 | Ge 32 | As 33 | Se 34 | Br 35 | Kr 36 |
| 5 | Rb 37 | Sr 38 | Y 39 | Zr 40 | Nb 41 | Mo 42 | Tc 43 | Ru 44 | Rh 45 | Pd 46 | Ag 47 | Cd 48 | In 49 | Sn 50 | Sb 51 | Te 52 | I 53 | Xe 54 |
| 6 | Cs 55 | Ba 56 | * 57–71 | Hf 72 | Ta 73 | W 74 | Re 75 | Os 76 | Ir 77 | Pt 78 | Au 79 | Hg 80 | Tl 81 | Pb 82 | Bi 83 | Po 84 | At 85 | Rn 86 |
| 7 | Fr 87 | Ra 88 | † 89–103 | Ku 104 | Ha 105 | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * | La 57 | Ce 58 | Pr 59 | Nd 60 | Pm 61 | Sm 62 | Eu 63 | Gd 64 | Tb 65 | Dy 66 | Ho 67 | Er 68 | Tm 69 | Yb 70 | Lu 71 |
| † | Ac 89 | Th 90 | Pa 91 | U 92 | Np 93 | Pu 94 | Am 95 | Cm 96 | Bk 97 | Cf 98 | Es 99 | Fm 100 | Md 101 | No 102 | Lr 103 |

# Atomic Weights of Elements ($^{12}C$ = 12.0000 amu)

| Element | Symbol | Atomic number | Atomic weight |
|---|---|---|---|
| *Actinium* | Ac | 89 | (227) |
| *Aluminum* | Al | 13 | 26.9815 |
| *Americium* | Am | 95 | (243) |
| *Antimony* | Sb | 51 | 121.75 |
| *Argon* | Ar | 18 | 39.948 |
| *Arsenic* | As | 33 | 74.9216 |
| *Astatine* | At | 85 | (210) |
| *Barium* | Ba | 56 | 137.34 |
| *Berkelium* | Bk | 97 | (249) |
| *Beryllium* | Be | 4 | 9.01218 |
| *Bismuth* | Bi | 83 | 208.9806 |
| *Boron* | B | 5 | 10.81 |
| *Bromine* | Br | 35 | 79.904 |
| *Cadmium* | Cd | 48 | 112.40 |
| *Calcium* | Ca | 20 | 40.08 |
| *Californium* | Cf | 98 | (251) |
| *Carbon* | C | 6 | 12.011 |
| *Cerium* | Ce | 58 | 140.12 |
| *Cesium* | Cs | 55 | 132.9055 |
| *Chlorine* | Cl | 17 | 35.453 |
| *Chromium* | Cr | 24 | 51.996 |
| *Cobalt* | Co | 27 | 58.9332 |
| *Copper* | Cu | 29 | 63.546 |
| *Curium* | Cm | 96 | (247) |
| *Dysprosium* | Dy | 66 | 162.50 |
| *Einsteinium* | Es | 99 | (254) |
| *Erbium* | Er | 68 | 167.26 |
| *Europium* | Eu | 63 | 151.96 |
| *Fermium* | Fm | 100 | (253) |
| *Fluorine* | F | 9 | 18.9984 |
| *Francium* | Fr | 87 | (223) |
| *Gadolinium* | Gd | 64 | 157.25 |
| *Gallium* | Ga | 31 | 69.72 |
| *Germanium* | Ge | 32 | 72.59 |
| *Gold* | Au | 79 | 196.9665 |
| *Hafnium* | Hf | 72 | 178.49 |
| *Hahnium* | Ha | 105 | (260) |
| *Helium* | He | 2 | 4.00260 |
| *Holmium* | Ho | 67 | 164.9303 |
| *Hydrogen* | H | 1 | 1.0080 |
| *Indium* | In | 49 | 114.82 |
| *Iodine* | I | 53 | 126.9045 |
| *Iridium* | Ir | 77 | 192.22 |
| *Iron* | Fe | 26 | 55.847 |
| *Krypton* | Kr | 36 | 83.80 |
| *Kurchatovium* | Ku | 104 | (257) |
| *Lanthanum* | La | 57 | 138.9055 |
| *Lawrencium* | Lr | 103 | (257) |
| *Lead* | Pb | 82 | 207.2 |
| *Lithium* | Li | 3 | 6.941 |
| *Lutetium* | Lu | 71 | 174.97 |
| *Magnesium* | Mg | 12 | 24.305 |
| *Manganese* | Mn | 25 | 54.9380 |
| *Mendelevium* | Md | 101 | (256) |
| *Mercury* | Hg | 80 | 200.59 |
| *Molybdenum* | Mo | 42 | 95.94 |
| *Neodymium* | Nd | 60 | 144.24 |
| *Neon* | Ne | 10 | 20.179 |
| *Neptunium* | Np | 93 | 237.0482 |
| *Nickel* | Ni | 28 | 58.71 |
| *Niobium* | Nb | 41 | 92.9064 |
| *Nitrogen* | N | 7 | 14.0067 |
| *Nobelium* | No | 102 | (254) |
| *Osmium* | Os | 76 | 190.2 |
| *Oxygen* | O | 8 | 15.9994 |
| *Palladium* | Pd | 46 | 106.4 |
| *Phosphorus* | P | 15 | 30.9738 |
| *Platinum* | Pt | 78 | 195.09 |
| *Plutonium* | Pu | 94 | (242) |
| *Polonium* | Po | 84 | (210) |
| *Potassium* | K | 19 | 39.102 |
| *Praseodymium* | Pr | 59 | 140.9077 |
| *Promethium* | Pm | 61 | (145) |
| *Protactinium* | Pa | 91 | 231.0359 |
| *Radium* | Ra | 88 | 226.0254 |
| *Radon* | Rn | 86 | (222) |
| *Rhenium* | Re | 75 | 186.2 |
| *Rhodium* | Rh | 45 | 102.9055 |
| *Rubidium* | Rb | 37 | 85.4678 |
| *Ruthenium* | Ru | 44 | 101.07 |
| *Samarium* | Sm | 62 | 150.4 |
| *Scandium* | Sc | 21 | 44.9559 |
| *Selenium* | Se | 34 | 78.96 |
| *Silicon* | Si | 14 | 28.086 |
| *Silver* | Ag | 47 | 107.868 |
| *Sodium* | Na | 11 | 22.9898 |
| *Strontium* | Sr | 38 | 87.62 |
| *Sulfur* | S | 16 | 32.06 |
| *Tantalum* | Ta | 73 | 180.9479 |
| *Technetium* | Tc | 43 | 98.9062 |
| *Tellurium* | Te | 52 | 127.60 |
| *Terbium* | Tb | 65 | 158.9254 |
| *Thallium* | Tl | 81 | 204.37 |
| *Thorium* | Th | 90 | 232.0381 |
| *Thulium* | Tm | 69 | 168.9342 |
| *Tin* | Sn | 50 | 118.69 |
| *Titanium* | Ti | 22 | 47.90 |
| *Tungsten* | W | 74 | 183.85 |
| *Uranium* | U | 92 | 238.029 |
| *Vanadium* | V | 23 | 50.9414 |
| *Xenon* | Xe | 54 | 131.30 |
| *Ytterbium* | Yb | 70 | 173.04 |
| *Yttrium* | Y | 39 | 88.9059 |
| *Zinc* | Zn | 30 | 65.37 |
| *Zirconium* | Zr | 40 | 91.22 |



0-07-057335-2