# EXHIBIT 15


Organic
Chemistry,
revised printing
T.W. Graham Solomons

# IMPORTANT FAMILIES OF

| | Family | | | | | |
|---|---|---|---|---|---|---|
| | **Alkane** | **Alkene** | **Alkyne** | **Arene** | **Haloalkane** | **Alcohol** |
| **Specific Example** | $CH_3CH_3$ | $CH_2=CH_2$ | $HC\equiv CH$ |  | $CH_3CH_2Cl$ | $CH_3CH_2OH$ |
| **IUPAC Name** | Ethane | Ethene or Ethylene | Ethyne or Acetylene | Benzene | Chloro-ethane | Ethanol |
| **Common Name** | Ethane | Ethylene | Acetylene | Benzene | Ethyl chloride | Ethyl alcohol |
| **General Formula** | RH | $RCH=CH_2$<br>$RCH=CHR$<br>$R_2C=CHR$<br>$R_2C=CR_2$ | $RC\equiv CH$<br>$RC\equiv CR$ | ArH | RX | RO… |
| **Functional Group** | C–H and C–C bonds | >C=C< | $-C\equiv C-$ | Aromatic Ring | –C–X | –C… |

# ILIES OF ORGANIC COMPOUNDS

| | | | | | | Family | | |
|---|---|---|---|---|---|---|---|---|
| Alcohol | Ether | Amine | Aldehyde | Ketone | Carboxylic Acid | Ester | Amide |
| CH CH OH | CH OCH | CH NH | O<br>‖<br>CH CH | O<br>‖<br>CH C CH | O<br>‖<br>CH COH | O<br>‖<br>CH COCH | O<br>‖<br>CH CNH |
| Ethanol | Methoxy-methane | Methan-amine | Ethanal | Propanone | Ethanoic Acid | Methyl ethanoate | Ethanamide |
| Ethyl alcohol | Dimethyl ether | Methyl-amine | Acetal-dehyde | Acetone | Acetic acid | Methyl acetate | Acetamide |
| RO[illegible] | [illegible]ROR | RNH<br>R NH<br>R N | O<br>‖<br>RCH | O<br>‖<br>RCR | O<br>‖<br>RCOH | O<br>‖<br>RCOR | O<br>‖<br>RCNH<br>O<br>‖<br>RCNHR<br>O<br>‖<br>RCNR |
| —C[illegible] | [illegible] | —C—N— | O<br>‖<br>—C—H | O<br>‖<br>—C—C—C— | O<br>‖<br>—C—OH | O<br>‖<br>—C—O—C— | O<br>‖<br>—C—N— |

# ORGANIC CHEMISTRY

## revised printing

*T. W. Graham Solomons*
*University of South Florida*

JOHN WILEY & SONS

**New York • Chichester • Brisbane • Toronto**

This book was set in Times Roman by York Graphic Services Inc. It was printed and bound by Halliday Lithograph Corp. The designer was Jerry Wilke. The drawings were designed and executed by John Balbalis with the assistance of the Wiley Illustration Department. Susan Giniger was the copyeditor.

Permission for the publication herein of Sadtler Standard Spectra® has been granted, and all rights are reserved by Sadtler Research, Laboratories, Inc.

Copyright © 1976, 1978 by John Wiley & Sons, Inc.

All rights reserved. Published simultaneously in Canada

Reproduction or translation of any part of this work beyond that permitted by Sections 107 or 108 of the 1976 United States Copyright Act without the permission of the copyright owner is unlawful. Requests for permission or further information should be addressed to the Permissions Department, John Wiley & Sons, Inc.

**Library of Congress Cataloging in Publication Data**

Solomons, T. W. Graham.

Organic chemistry, Revised Printing

Includes index, bibliographies

1. Chemistry, Organic. I. Title.

QD251.2.S66 547 78-4880

ISBN 0-471-03561-0

Printed in the United States of America

10 9 8 7 6 5 4 3

*For Judith*

# PREFACE TO REVISED PRINTING

With this revised printing of *Organic Chemistry* I have tried to improve the book in two important ways: by providing many additional problems, and by adding an introduction to mass spectroscopy. As with earlier reprintings, I have also tried to eliminate errors.

The new problems have been added to the end-of-chapter sets. These problem sets are of graded difficulty and the new problems range from problems of moderate difficulty to those that offer students a considerable challenge. Problems that are especially challenging have been designated as such by an asterisk. Thus, if instructors wish to do so they can make these problems optional.

The new problems provide students with many opportunities to apply principles they have mastered to new situations. Naturally, these problems cover a wide range of subjects. Wherever possible, however, I have tried to develop problems from material that will stimulate students' interest—especially from molecules of biological importance or from processes used in the chemical industry. A revised printing of the solutions manual that gives answers to all of the problems in the revised printing of the text is also available.

The introduction to mass spectroscopy has been added as an appendix. This section can be brought into the course at a variety of places but it will probably fit best if used to supplement Chapter 14 or some chapter thereafter. The treatment of mass spectroscopy begins with very simple spectra that illustrate basic principles. From there students move gradually to more and more complex spectra. They begin to see how things learned earlier about carbocations and free radicals can help them use mass spectroscopy in determining the structures of organic molecules.

Again I thank all the people who helped me prepare the first edition of this text and whose names are given in the acknowledgments section. Not listed there are three people who have been a great help in preparing the revised printing. Two colleagues at the University of South Florida, George R. Jurch and Rebecca O'Malley, reviewed the section on mass spectroscopy, and Professor O. C. Dermer, Oklahoma State University, proofread the entire revised printing. I am especially grateful to them.

T. W. Graham Solomons

# PREFACE

A new textbook almost always has its origin in the writer's perception of the needs of his own students, and this book is no exception. When I began I felt that there were specific features that a new organic text should have. These features and how I have attempted to provide them are described in topical form below.

*A clear and unified development of important concepts.* Students in a first-year organic chemistry course usually have had little exposure to most of the ideas that they will encounter. Furthermore, they often find themselves in large classes where, even under the best of circumstances, their opportunities for individualized instruction are limited. Recognizing this, I have tried to pay special attention to the language of the science by defining or illustrating each new term when it is first presented and by using these terms consistently thereafter. I have tried to avoid placing the student in a situation where his understanding a concept or his solving a problem requires a knowledge of facts that he has not yet encountered. Also I have tried to develop an internal order of the basic concepts so that, as the student progresses from chapter to chapter, he will be able to apply the knowledge he has gained to new situations.

*An early presentation of important functional groups.* The traditional organization of organic texts—based on the structures and functional groups of organic molecules—is clearly the one that students find most accessible. Therefore, I have used this organization here. A disadvantage of it, however, in other texts is that it delays treatment of many of the important functional groups until late in the course. Chapter 2 should provide a solution to this problem. It gives the student an introduction to the most important functional groups and to the major types of reactions. Recognizing that too much diversity at this stage should be avoided, my treatment in Chapter 2 is nonmechanistic, and it is limited to simple examples that use only $C_1$, $C_2$, and $C_3$ compounds. Since the presentation at this level is intended primarily as an overview, almost all of the material is repeated in later chapters when mechanisms are discussed.

*A broad and logical presentation of subsequent topics.* Because the student has had an introduction to the important functional groups in Chapter 2, subsequent chapters can be broader and topics can be dealt with in a more logical way. Consider an example. A modern treatment of alkenes (Chapters 5 and 6) requires a discussion of hydroboration-oxidation, oxymercuration-demercuration, epoxidation, and ozonolysis, for instance. These topics require some knowledge of the chemistry of alcohols, aldehydes, ketones, ethers, and acids. Since the student will have encountered examples of these functional groups in Chapter 2, a reference to them in Chapters 5 and 6 will not be confusing. The early presentation of important functional groups also allows the introduction of many bio-organic applications at appropriate points.

*An emphasis on bio-organic chemistry.* Those of us who teach organic chemistry have known for a number of years that most of the students in our one-year course

have a special interest in biochemical and biological applications of the subject. That this is true of premedical and predental students and of biology and biochemistry majors is obvious. We know now, however, that an emphasis on health-related research has made this true of our chemistry majors as well, and that concern with environmental problems has even made it true of our engineering students.

One of the things I have tried to do, here, therefore, is to address myself to the needs and interests of these students; I have attempted to do this in a way that will enhance their comprehension of basic organic chemistry. Thus, the many diversions into biochemical topics have been chosen not only to stimulate the students' interest but also to help to teach them the fundamentals of organic chemistry and to reinforce their understanding of it.

Examples of biochemical applications are given early in the book and increase in number as the students master more and more organic chemistry. These examples take a variety of forms. Where appropriate, parallels have been drawn between the reactions that occur in the glassware of the organic laboratory and those that occur in living cells. Three examples that illustrate this approach are in the two chapters on the chemistry of alkenes. Here I relate laboratory hydrogenation-dehydrogenation reactions to those catalyzed by the enzyme *succinate dehydrogenase;* hydration-dehydration reactions to those catalyzed by the enzyme *aconitase;* and carbocation alkylations to the remarkable series of reactions catalyzed by *squalene oxide cyclase.* Biological applications also form the basis for many problems, and they are the subject of many special topics.

*Special topics and an organization that allows for a flexible approach.* The topics that are fundamental to any organic course are systematically developed in twenty-one basic chapters. The remaining five chapters are designated as special topics. These special topics are interspersed throughout the text where they can be used to augment the immediately preceding chapters. The special topics stand by themselves and can be omitted at the instructor's choice. An understanding of the material in the basic chapters does not require a knowledge of any of the special topics. Among the subjects treated as special topics are divalent carbon compounds, addition polymers, the photochemistry of vision, electrocyclic and cycloaddition reactions, alkaloids, condensation polymers, and lipids.

*A modern and easily understood treatment of molecular orbital theory.* Chemists now recognize that the plus and minus phase signs associated with orbitals can be of great importance in explaining many organic reactions. Consequently, I have introduced these signs into my treatment of molecular orbital theory from the outset; and, by doing so, I believe that I have made many aspects of simple molecular orbital theory much more understandable. In Chapter 1, for example, orbital signs are used to account for the bonding and antibonding orbitals of hydrogen. In Chapter 3, they are used to make the idea of orbital hybridization clearer, and in Chapter 5 they are applied to the bonding and antibonding orbitals of alkenes. These early and simple introductions will prepare the student for a better understanding of conjugated systems and visible-ultraviolet spectroscopy in Chapter 10 and of aromaticity in Chapter 12. They also make possible a presentation of the theory of electrocyclic and cycloaddition reactions as a special topic in Chapter 11.

*Extensive use of resonance theory.* Although molecular orbital theory is presented in a new and clear way, resonance theory is not neglected. Resonance theory is introduced in Chapter 1 as an explanation of bonding in simple molecules, and it is amplified, developed, applied, and reapplied as the student progresses through subsequent chapters.

*Problems and examples.* Almost 850 problems provide more than 2600 separate exercises. Problems are interspersed throughout the text material; others are collected in sets at the ends of chapters. The intratext problems are specifically designed to test a student's understanding of the material up to that point. The end-of-chapter problems are graded, beginning with simpler exercises and progressing to more difficult ones. The examples used to illustrate reactions are actual examples taken from the literature of organic chemistry and usually have percentage yields and conditions included.

*Chapter summaries.* Summaries of the reactions of important functional groups are included at the end of appropriate chapters.

T. W. Graham Solomons

# ACKNOWLEDGMENTS

I am grateful to many people for their help, direct or indirect, in preparing the manuscript for this book. Let me begin by acknowledging my debt to those who have brought organic chemistry to its present stage of development, to those who have done the research, and to those who have written the articles, monographs, and texts that were my sources of information. Some of the former are mentioned in the book; many, but not all of the latter, are listed in the bibliography at the end.

I am also grateful to colleagues who were kind enough to read my manuscript at different stages of its development and to offer comments and suggestions that were invaluable in my revisions. At the University of South Florida there were: Sotirios A. Barber, Jack E. Fernandez, Douglas J. Raber, Stewart W. Schneller, and George R. Wenzinger, all were extremely helpful. Other critical reviewers of the manuscript included: Paul A. Barks (North Hennepin State Junior College), Edward M. Burgess (Georgia Institute of Technology), Philip L. Hall (Virginia Polytechnic Institute and State University), Harold Hart (Michigan State University), John R. Holum (Augsburg College), Stanley N. Johnson (Orange Coast College), Philip W. LeQuesne (Northeastern University), Jerry March (Adelphi University), William A. Pryor (Louisiana State University), and Thomas R. Riggs (University of Michigan).

I also thank Fred W. Clough for checking all of the problems in the book and Linda Hardee for help in proofreading and indexing.

Part of the manuscript was written while I was a visiting member of the faculty at the University of Sussex, England. I am indebted to many people there for making my stay such a pleasant one, especially to Dean Aubrey D. Jenkins and to James R. Hanson.

I also thank the people at Wiley who transformed my manuscript into this book, especially; Gary Carlson and Robert Rogers, the present and former chemistry editors, Marion Palen, the production editor, Susan Giniger, the staff editor, John Balbalis, who executed the illustrations, and special thanks to Jerry Wilke for his fine interior design.

My greatest debt is to Judith Taylor Solomons, who took my illegible handwritten copy and somehow miraculously turned it into a manuscript, who edited and proofread, and who did a thousand other tasks that gave me the time to write, erase, and write again.

T. W. Graham Solomons

# CONTENTS

## 1 A STUDY OF THE COMPOUNDS OF CARBON


1.1 Introduction 1
1.2 The Development of Organic Chemistry as a Science 2
1.3 Bonding in Organic Molecules 3
1.4 Covalent Ions and Formal Charge 6
1.5 Polar Covalent Bonds 11
1.6 Structures of Molecules: Valence Shell Electron Pair Repulsion 12
1.7 Polar and Nonpolar Molecules 15
1.8 The Carbon-Carbon Covalent Bond 17
1.9 Empirical and Molecular Formulas 19
1.10 Isomers and the Representation of Structural Formulas 21
1.11 Quantum Mechanics 25
1.12 Atomic Orbitals 26
1.13 Molecular Orbitals 29
1.14 Valence Bond Theory and Resonance 32

## 2 FUNCTIONAL GROUPS AND FAMILIES OF ORGANIC COMPOUNDS: THE MAJOR REACTION TYPES


**2.1** Introduction 37
**2.2** Methane and Ethane 38
**2.3** Combustion: The Reactions of Methane and Ethane with Oxygen 41
**2.4** The Reaction of Methane and Ethane with Halogens: Substitution Reactions 42
**2.5** Alkenes: Compounds Containing the Carbon-Carbon Double Bond; Ethene and Propene 46
**2.6** Addition Reactions 49
**2.7** Alkynes: Compounds Containing the Carbon-Carbon Triple Bond; Ethyne and Propyne 51
**2.8** Synthesis 53
**2.9** Elimination Reactions 55
**2.10** Ethyl Alcohol, Acetaldehyde, and Acetic Acid: Organic Oxidation and Reduction Reactions 56
**2.11** Condensation Reactions: Esters and Ethers 60
**2.12** Amines and Amides 62
**2.13** Acid-Base Reactions: Bronsted-Lowry Acids and Bases 63
**2.14** Lewis Acid-Base Theory 68
**2.15** Physical Properties and Molecular Structure 69


## 3 ALKANES AND CYCLOALKANES: THEIR STRUCTURES, PROPERTIES, AND SYNTHESES


**3.1** Introduction 79
**3.2** Orbital Hybridization and the Structure of Methane 80
**3.3** Shapes of Other Alkanes 85
**3.4** Nomenclature of Alkanes 88
**3.5** Physical Properties of Alkanes 95
**3.6** Conformational Analysis of Butane 97
**3.7** The Structures of Cycloalkanes: Angle Strain 99
**3.8** Conformational Analysis of Cyclohexane 101
**3.9** Conformations of Other Cycloalkanes 104
**3.10** Substituted Cyclohexane Compounds: Axial and Equatorial Hydrogens 106
**3.11** Disubstituted Cycloalkanes: *Cis-trans* Isomerism 107
**3.12** Bicyclic and Polycyclic Alkanes 111
**3.13** Synthesis of Alkanes and Cycloalkanes 114

## 4 CHEMICAL REACTIVITY: REACTIONS OF ALKANES AND CYCLOALKANES


4.1 Introduction: Homolysis and Heterolysis of Covalent Bonds 120
4.2 Reactive Intermediates in Organic Chemistry 120
4.3 Bond Dissociation Energies 121
4.4 Chemical Reactions of Alkanes 125
4.5 The Halogenation of Methane: Experimental Facts and the Reaction Mechanism 126
4.6 The Chlorination of Methane: Energy Changes 129
4.7 Reaction Rates: Collision Theory 130
4.8 Thermodynamics and Kinetics of the Reactions of Methane with Halogens 142
4.9 Halogenation of Higher Alkanes 144
4.10 Reactions of Alkanes with Superacids 150
4.11 The Structure of Carbocations and Free Radicals: $sp^2$ Hybridization 151
4.12 Reactions of Cycloalkanes: Ring-Opening Reactions of Cyclopropane 153


## 5 ALKENES: STRUCTURE AND SYNTHESIS


5.1 Introduction 157
5.2 Nomenclature 157
5.3 Orbital Hybridization and the Structure of Alkenes 159
5.4 Heats of Hydrogenation: The Stability of Alkenes 163
5.5 Cycloalkenes 166
5.6 Syntheses of Alkenes: Elimination Reactions 166
5.7 Hydrogenation and Dehydrogenation: The Function of the Catalyst 168
5.8 Synthesis of Alkenes by Dehydration of Alcohols 170
5.9 The Stability of Carbocations 174
5.10 Carbocation Stability and the Transition State 175
5.11 Carbocation Stability and the Occurrence of Molecular Rearrangements 177
5.12 The Formation of Alkenes by Dehydrohalogenation of Alkyl Halides 179
5.13 The Formation of Alkenes by Dehalogenation of Vicinal Dihalides 181
5.14 Summary of Methods for the Preparation of Alkenes 183

## 6 REACTIONS OF ALKENES: ADDITION REACTIONS OF THE CARBON-CARBON DOUBLE BOND


**6.1** Introduction 190
**6.2** The Addition of Hydrogen Halides to Alkenes: An Explanation of Markovnikov's Rule 193
**6.3** The Addition of Water to Alkenes: Acid-Catalyzed Hydration 196
**6.4** Alcohols from Alkenes through Oxymercuration-Demercuration (Solvomercuration-Demercuration) 199
**6.5** Hydroboration-Oxidation 203
**6.6** Addition of Halogens to Alkenes 208
**6.7** Epoxides: Epoxidation of Alkenes 212
**6.8** Oxidation of Alkenes 214
**6.9** Free-Radical Addition to Alkenes: The Anti-Markovnikov Addition of Hydrogen Bromide 218
**6.10** Dimerization of Alkenes: Alkylation of Alkenes by Carbocations 221
**6.11** Summary of Addition Reactions of Alkenes 223


## 7 STEREOCHEMISTRY


**7.1** Introduction 231
**7.2** Isomerism: Structural Isomers and Stereoisomers 231
**7.3** Enantiomers and Chiral Molecules 233
**7.4** Symmetry Elements: Planes of Symmetry 238
**7.5** Nomenclature of Enantiomers: The *R-S* System 239
**7.6** Properties of Enantiomers: Optical Activity 243
**7.7** The Origin of Optical Activity 247
**7.8** The Synthesis of Enantiomers 250
**7.9** Compounds with More Than One Chiral Center 253
**7.10** Stereospecific Reactions 260
**7.11** Reactions of Chiral Molecules 265
**7.12** Separation of Enantiomers: Resolution 269
**7.13** Compounds with Chiral Centers other than Carbon 272
**7.14** Chiral Molecules That Do Not Possess a Chiral Center 273
**7.15** The *E-Z* System for Designating Alkene Diastereomers 274

## 8 SPECIAL TOPICS 1


8.1 The Development of Quantum Mechanics 281
8.2 Elementary Thermodynamics: $\Delta H$, $\Delta S$, and $\Delta G$ 288
8.3 Polymerization of Alkenes: Addition Polymers 291
8.4 Stereochemistry of Addition Polymers 297
8.5 Divalent Carbon Compounds: Carbenes 299


## 9 ALKYNES


9.1 Introduction 307
9.2 Nomenclature of Alkynes 307
9.3 sp-Hybridized Carbon: The Structure of Acetylene 309
9.4 Acetylene 313
9.5 Reactions of Alkynes 314
9.6 Addition of Hydrogen 314
9.7 Addition of Halogens 316
9.8 Addition of Hydrogen Halides 317
9.9 Addition of Water 317
9.10 Replacement of the Acetylenic Hydrogen 320
9.11 Synthesis of Alkynes 325
9.12 Physical Properties of Alkynes 327
9.13 Oxidation of Alkynes 327
9.14 Chemical Analysis of Alkanes, Alkenes, Alkynes, Alkyl Halides, and Alcohols 329
9.15 Summary of the Chemistry of Alkynes 334


## 10 CONJUGATED UNSATURATED SYSTEMS VISIBLE-ULTRAVIOLET SPECTROSCOPY


10.1 Allylic Substitution and the Allyl Radical 343
10.2 The Stability of the Allyl Radical 346
10.3 The Allyl Cation 349
10.4 Alkadienes and Polyunsaturated Hydrocarbons 351
10.5 1,3-Butadiene: Electron Delocalization 353
10.6 The Stability of Conjugated Dienes 356
10.7 Electrophilic Attack and Conjugated Dienes: 1,4 Addition 358
10.8 The Diels-Alder Reaction: 1,4-Cycloaddition Reaction of Dienes 362
10.9 Visible and Ultraviolet Spectroscopy 366

## 11 SPECIAL TOPICS II


| | | |
|---|---|---|
| 11.1 | Photochemistry of Vision | 377 |
| 11.2 | Electrocyclic Reactions | 384 |
| 11.3 | Cycloaddition Reactions | 397 |
| 11.4 | Naturally Occurring Alkenes | 403 |


## 12 AROMATIC COMPOUNDS I: THE PHENOMENON OF AROMATICITY


| | | |
|---|---|---|
| 12.1 | Introduction | 411 |
| 12.2 | Reactions of Benzene | 412 |
| 12.3 | The Kekulé Structure for Benzene | 413 |
| 12.4 | The Stability of Benzene | 415 |
| 12.5 | Modern Theories of the Structure of Benzene | 416 |
| 12.6 | Hückel's Rule | 420 |
| 12.7 | Other Aromatic Compounds | 429 |
| 12.8 | Nomenclature of Benzene Derivatives | 433 |
| 12.9 | Heterocyclic Aromatic Compounds | 436 |
| 12.10 | Aromatic Compounds in Biochemistry | 438 |
| 12.11 | Visible and Ultraviolet Absorption Spectra of Aromatic Compounds | 441 |


## 13 AROMATIC COMPOUNDS II: REACTIONS OF AROMATIC COMPOUNDS WITH ELECTROPHILES


| | | |
|---|---|---|
| 13.1 | Electrophilic Aromatic Substitution Reactions | 445 |
| 13.2 | The Mechanism for Electrophilic Aromatic Substitution: $\sigma$ Complexes | 446 |
| 13.3 | Halogenation of Benzene | 451 |
| 13.4 | Nitration of Benzene | 453 |
| 13.5 | Sulfonation of Benzene | 454 |
| 13.6 | Friedel-Crafts Alkylation | 455 |
| 13.7 | Friedel-Crafts Acylation | 459 |
| 13.8 | Effects of Substituents: Reactivity and Orientation | 463 |
| 13.9 | Theory of Electrophilic Aromatic Substitution | 472 |
| 13.10 | Arenes: Reactions of the Side Chain of Alkylbenzenes | 486 |
| 13.11 | Alkenylbenzenes: Additions to the Double Bond | 492 |
| 13.12 | Synthetic Applications | 496 |

## 14 PHYSICAL METHODS OF STRUCTURE DETERMINATION — NUCLEAR MAGNETIC RESONANCE SPECTROSCOPY INFRARED SPECTROSCOPY


| | | |
|---|---|---|
| 14.1 | The Nuclear Magnetic Resonance Spectrum | 502 |
| 14.2 | Nuclear Spin: The Origin of the Signal | 506 |
| 14.3 | The Position and Number of Signals | 507 |
| 14.4 | Signal Splitting: Spin-Spin Coupling | 515 |
| 14.5 | Proton Magnetic Resonance Spectra of Compounds Containing Fluorine and Deuterium | 528 |
| 14.6 | Proton Magnetic Resonance Spectra and Rate Processes | 531 |
| 14.7 | Pmr Spectra of Carbocations | 534 |
| 14.8 | Infrared Spectroscopy | 535 |


## 15 ORGANIC HALIDES AND ORGANOMETALLIC COMPOUNDS


| | | |
|---|---|---|
| 15.1 | Introduction | 549 |
| 15.2 | Preparation of Aliphatic Halides | 550 |
| 15.3 | Aryl Halides from Arenes: Thallation Reactions | 552 |
| 15.4 | Physical Properties of Organic Halides | 559 |
| 15.5 | Other Organometallic Compounds | 560 |
| 15.6 | Preparation of Organolithium and Organomagnesium Compounds | 560 |
| 15.7 | Reactions of Organolithium and Organomagnesium Compounds | 563 |
| 15.8 | Metallocenes: Organometallic Sandwich Compounds | 567 |
| 15.9 | Organic Halides and Organometallic Compounds in the Environment | 569 |


## 16 ALCOHOLS, PHENOLS, AND ETHERS


| | | |
|---|---|---|
| 16.1 | Structure and Nomenclature | 575 |
| 16.2 | Physical properties of Alcohols, Phenols, and Ethers | 579 |
| 16.3 | Important Alcohols and Ethers | 582 |
| 16.4 | Preparation of Alcohols | 584 |
| 16.5 | Alcohols from Grignard Reagents | 588 |
| 16.6 | Reactions of Alcohols | 594 |
| 16.7 | Polyhydroxy Alcohols | 605 |
| 16.8 | Ethers | 607 |
| 16.9 | Synthesis of Phenols | 610 |
| 16.10 | Reactions of Phenols | 611 |
| 16.11 | Thiols, Thioethers, and Thiophenols | 620 |

## 17 NUCLEOPHILIC SUBSTITUTION AND ELIMINATION REACTIONS


**17.1** Nucleophilic Substitution at a Saturated Carbon 630
**17.2** Molecularity of Nucleophilic Substitution Reactions: Reaction Kinetics 634
**17.3** Kinetics of Nucleophilic Substitution Reactions at a Saturated Carbon 636
**17.4** Stereochemistry and Mechanisms of the $S_N2$ Reaction 637
**17.5** Stereochemistry and Mechanisms of the $S_N1$ Reaction 641
**17.6** Summary of $S_N$ Reaction Mechanisms at a Saturated Carbon 643
**17.7** Factors Affecting the Rates of $S_N1$ and $S_N2$ Reactions 644
**17.8** Neighboring Group Participation in Nucleophilic Substitution Reactions 654
**17.9** 1,2 Elimination Reactions 657
**17.10** Intramolecular Eliminations 670
**17.11** Nucleophilic Substitution and Elimination Reactions at Unsaturated Carbons 671


## 18 ALDEHYDES AND KETONES


**18.1** Introduction 681
**18.2** Nomenclature of Aldehydes and Ketones 681
**18.3** Physical Properties 683
**18.4** Preparation of Aldehydes 685
**18.5** Preparation of Ketones 686
**18.6** General Consideration of the Reactions of Carbonyl Compounds 688
**18.7** The Addition of Hydrogen Cyanide and Sodium Bisulfite 691
**18.8** Keto-Enol Tautomerism 694
**18.9** The Aldol Addition: The Addition of Enolate Ions to Aldehydes and Ketones 697
**18.10** The Cannizzaro Reactions 704
**18.11** The Addition of Ylides 705
**18.12** The Addition of Alcohols: Acetals and Ketals 710
**18.13** The Addition of Derivatives of Ammonia 715
**18.14** Halogenation of Ketones 719
**18.15** $\alpha,\beta$-Unsaturated Aldehydes and Ketones 723
**18.16** Chemical Tests for Aldehydes and Ketones 727
**18.17** Summary of the Addition Reactions of Aldehydes and Ketones 727

## 19 CARBOXYLIC ACIDS AND THEIR DERIVATIVES: NUCLEOPHILIC SUBSTITUTION AT ACYL CARBON

**19.1** Introduction 736
**19.2** Nomenclature and Physical Properties 737
**19.3** Preparation of Carboxylic Acids 746
**19.4** Nucleophilic Substitutions at Acyl Carbon 748
**19.5** Synthesis of Acyl Chlorides 752
**19.6** Synthesis of Carboxylic Acid Anhydrides 753
**19.7** Esters 755
**19.8** Amides 762
**19.9** α-Halo Acids: The Hell-Volhard-Zelinski Reaction 769
**19.10** Thiol Esters 771
**19.11** Summary of the Reactions of Carboxylic Acids and Their Derivatives 773
**19.12** Chemical Tests for Acyl Compounds 779

## 20 SYNTHESIS AND REACTIONS OF β-DICARBONYL COMPOUNDS

**20.1** Introduction 786
**20.2** The Claisen Condensation: The Synthesis of β-Keto Esters 786
**20.3** Acylation of Enamines: Synthesis of β-Diketones 792
**20.4** The Acetoacetic Ester Synthesis 795
**20.5** The Malonic Ester Synthesis 802
**20.6** Further Reactions of Active Methylene Compounds 806
**20.7** Barbiturates 810

## 21 AMINES

**21.1** Nomenclature 815
**21.2** Physical Properties of Amines 817
**21.3** Basicity of Amines: Amine Salts 817
**21.4** Preparation of Amines 821
**21.5** Reactions of Amines 829
**21.6** Reactions of Amines with Nitrous Acid 831
**21.7** Replacement Reactions of Aryl Diazonium Salts 834
**21.8** Coupling Reactions of Diazonium Salts 839
**21.9** Reactions of Amines with Sulfonyl Chlorides 842
**21.10** The Sulfa Drugs: Sulfanilamide 844
**21.11** Analysis of Amines 848

## 22 SPECIAL TOPICS III


**22.1** Reactions of Heterocyclic Amines 855
**22.2** Alkaloids 865
**22.3** Condensation Polymers 875


## 23 SPECIAL TOPICS IV LIPIDS


**23.1** Introduction 879
**23.2** Fatty Acids and Triacylglycerols 879
**23.3** Phospholipids 890
**23.4** Waxes 893
**23.5** Steroids 894
**23.6** Lipid Biosynthesis 904


## 24 CARBOHYDRATES


**24.1** Introduction 912
**24.2** Monosaccharides 915
**24.3** Mutarotation and Glycoside Formation 920
**24.4** Oxidation Reactions of Monosaccharides 922
**24.5** Reduction of Monosaccharides: Alditols 930
**24.6** Reactions of Monosaccharides with Phenylhydrazine: Osazones 931
**24.7** Synthesis and Degradation of Monosaccharides 932
**24.8** The D Family of Aldoses 934
**24.9** Fischer's Proof of the Configuration of D-(+)-Glucose 936
**24.10** Methylation of Monosaccharides 938
**24.11** Disaccharides 939
**24.12** Polysaccharides 942

## 25 AMINO ACIDS AND PROTEINS

25.1 Introduction 949
25.2 Amino Acids 951
25.3 Laboratory Synthesis of α-Amino Acids 952
25.4 Biosynthesis of Amino Acids 956
25.5 Analysis of Amino Acid Mixtures 957
25.6 Amino Acid Sequence of Proteins and Polypeptides 959
25.7 Primary Structures of Polypeptides and Proteins 963
25.8 Protein and Polypeptide Synthesis 967
25.9 Secondary and Tertiary Structure of Proteins 973
25.10 Lysozyme: Mode of Action of an Enzyme 977
25.11 Hemoglobin: A Conjugated Protein 981

## 26 SPECIAL TOPICS V NUCLEIC ACIDS: PROTEIN SYNTHESIS

26.1 Introduction 985
26.2 Nucleotides and Nucleosides 985
26.3 Laboratory Synthesis of Nucleosides and Nucleotides 989
26.4 Deoxyribonucleic Acid: DNA 991
26.5 RNA and Protein Synthesis 998

APPENDIX A1-A23
BIBLIOGRAPHY 1007
ANSWERS TO SELECTED PROBLEMS 1012
INDEX 1019

# 1 A STUDY OF THE COMPOUNDS OF CARBON

## 1.1 INTRODUCTION

Organic chemistry is the chemistry of the compounds of carbon. The compounds of carbon are the "stuff" of which all living things on this planet are made. Carbon compounds include DNA, the giant molecules that, for a given species, contain all its genetic information—the molecules that determine whether we are men or women, humans or frogs, whether we have blue eyes or brown, whether we have black hair or blonde, and whether in our old age we have gray hair or none. Carbon compounds make up the proteins of our muscle and skin. They make up the enzymes that catalyze the reactions that occur in our bodies. Together with oxygen in the air we breathe, carbon compounds in our diets furnish the energy that sustains life.

Most of the carbon atoms from which these molecules are constructed have been on this planet since it was formed. In the billions of years that have passed these same carbon atoms have, at one time or another, been part of billions of different molecules and of billions of different organisms. We now know that living organisms are not static in relation to their environment, but are constantly taking in molecules (and thus atoms) from that environment. At the same time, organisms are constantly expelling other atoms (in the form of molecules) back into their surroundings. When we reflect on this it is not too disturbing to realize that some of the carbon atoms that are part of molecules of our body now were, a few hours ago, a part of the egg we ate for breakfast. Before that, these same atoms were a part of a chicken, and before that they were a part of the grain the chicken ate. What is more surprising, and also more pleasing, is to realize that thousands of the carbon atoms that are a part of our bodies now were once a part of the bodies of Socrates, Plato, or Aristotle.

There is considerable evidence indicating that several billion years ago most of the carbon atoms on this planet were present in the form of the gas, methane. This simple organic molecule, $CH_4$, along with water, ammonia, and hydrogen, were the main constituents of the primordial atmosphere. It is believed that as lightning and highly energetic radiation passed through this atmosphere many of these simple molecules were fragmented into highly reactive pieces. These pieces then recombined to form more complex arrangements. Compounds called amino acids, formaldehyde, purines, and pyrimidines were formed in this way. These and other compounds, produced in the same way, were carried by rain into the sea. The sea became richer and richer in organic molecules until it became a vast storehouse containing all of the compounds necessary for the emergence of life. Amino acids reacted with each other to form proteins, formaldehyde became sugars, and some of these sugars, together with purines and pyrimidines, became simple molecules of DNA. At some point, and in a manner still not understood, these larger molecules collected together

to form the first primitive living cells. From these first cells, through the long process of natural selection, evolved man and all the other living things present on this earth today.

## 1.2 THE DEVELOPMENT OF ORGANIC CHEMISTRY AS A SCIENCE

Man has used organic compounds and their reactions for thousands of years. His first deliberate experience with an organic reaction probably dates from his discovery of fire. The ancient Egyptians used organic compounds (indigo and alizarin) to dye cloth. The famous "royal purple" used by the Phoenicians was also an organic substance, obtained from mollusks. The fermentation of grapes to produce ethyl alcohol and the acidic qualities of "soured wine" are both described in the Bible and were probably known earlier.

The science of organic chemistry is less than 200 years old. Most historians of science date its origin to the early part of the nineteenth century. For a period of time prior to 1850 chemists believed that there was something distinctive about organic compounds that would prevent their preparation outside of living organisms. All of the organic compounds that were known before 1828 had been obtained from living organisms and, for this reason, it was believed that the intervention of a "vital force" was necessary for their creation. During the 1780s the old distinction was first made between *organic compounds* (obtained from living organisms) and *inorganic compounds* (derived from nonliving sources).

Between 1828 and 1850 a number of compounds that were clearly "organic" were synthesized from sources that were clearly "inorganic." The first of these syntheses was accomplished by Friedrich Wöhler in 1828. Wöhler found that the organic compound urea (a constituent of urine) could be made by heating the inorganic compound ammonium cyanate. Although "vitalism" died slowly and did

$$\underset{\text{Ammonium cyanate}}{NH_4^+NCO^-} \xrightarrow{\text{heat}} \underset{\text{Urea}}{H_2N-\overset{\overset{\displaystyle O}{\|}}{C}-NH_2}$$

not disappear completely from scientific circles until 1850, its passing made possible the flowering of the science of organic chemistry that has occurred since 1850.

Even while vitalism persisted* extremely important advances were made in the development of qualitative and quantitative methods for analyzing organic substances. In 1784 Antoine Lavoisier first showed that organic compounds were composed primarily of carbon, hydrogen, and oxygen. Between 1811 and 1831, *quantitative* methods for determining the composition of organic compounds were developed by Justus Liebig, J. J. Berzelius, and J. B. A. Dumas. A great confusion was dispelled in 1860 when Stanislao Cannizzaro showed that the earlier hypothesis

* It is still held today by some groups. While there are sound arguments made against foods contaminated with pesticides, it is impossible to argue that "natural" vitamin C, for example, is healthier than the "synthetic" vitamin, since they are identical.




FIG. 1.1
*The tetrahedral structure of methane.*

of Amedeo Avogadro (1811) could be used to distinguish between *empirical* and *molecular formulas*. As a result, many molecules that had appeared earlier to have the same formula were seen to be composed of different number of atoms. For example, ethylene, cyclopentane, and cyclohexane all have the same empirical formula: $CH_2$. However they have molecular formulas of $C_2H_4$, $C_5H_{10}$, and $C_6H_{12}$, respectively.

Between 1858 and 1861, August Kekulé, Archibald Scott Couper and Alexander M. Butlerov, working independently, laid the basis for one of the most fundamental ideas in organic chemistry: *the structural theory*. Kekulé, Couper, and Butlerov proposed that carbon is *tetravalent* (i.e., forms four bonds) in its compounds and, most importantly, that a carbon atom can use one or more of its valences to form bonds to other carbon atoms. In his original publication Couper represented these bonds by lines much in the same way that most of the formulas in this book are drawn. In his textbook (published in 1861), Kekulé gave the science of organic chemistry its modern definition: *a study of the compounds of carbon.*

In 1874, the structural formulas originated by Kekulé, Couper, and Butlerov were expanded into three dimensions by the independent work of J. H. van't Hoff and J. A. Le Bel. Van't Hoff and Le Bel demonstrated that the four bonds of the carbon atom in methane, for example, are arranged in such a way that they would point toward the corners of a regular tetrahedron if the carbon atom were placed at its center (Fig. 1.1). The necessity for determining the arrangement of the atoms in space, taken together with an understanding of the order in which they are connected, is central to an understanding of organic chemistry.

## 1.3 BONDING IN ORGANIC MOLECULES

The first explanations of the nature of chemical bonds were advanced by W. Kössel and G. N. Lewis in 1916. They proposed two major types of chemical bonds:

1. The *ionic* or *electrovalent* bond (formed by the transfer of one or more electrons from one atom to another).
2. The *covalent* bond (a bond that results when atoms share electrons).

The concepts and explanations that arise from the original propositions of Lewis and Kössel are satisfactory for explanations of many of the problems we deal with in organic chemistry today. For this reason we will review these two types of bonds in more modern terms.

**TABLE 1.1** **Pauling Electronegativities of Some of the Elements**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | H<br>2.2 | | | |
| Li<br>1.0 | Be<br>1.5 | B<br>2.0 | C<br>2.5 | N<br>3.0 | O<br>3.5 | F<br>4.0 |
| Na<br>0.9 | Mg<br>1.2 | Al<br>1.5 | Si<br>1.8 | P<br>2.1 | S<br>2.5 | Cl<br>3.0 |
| K<br>0.8 | | | | | | Br<br>2.8 |

### Ionic or Electrovalent Bonds

An electrovalent or ionic bond is formed when two atoms of widely differing electronegativities (Table 1.1) unite. We can see an example of electrovalent bond formation in the reaction of lithium atoms with fluorine atoms. Lithium, a typical metal, has a very low electronegativity; fluorine, a nonmetal, is the most electronegative element of all. The loss of an electron (a negatively charged species) by the lithium atom results in the formation of a lithium cation, $Li^+$; the gain of an electron by the fluorine atom results in the formation of a fluoride anion, $F^-$. Why




do these ions form? In terms of the Lewis-Kössel theory both ions achieve the electronic structure of a noble gas. The lithium ion is now like the noble gas helium, and the fluoride ion is like the noble gas neon (Fig. 1.2). Moreover, crystalline lithium fluoride (Fig. 1.3) forms from the individual lithium and fluoride ions; in this process negative fluoride ions become surrounded by positive lithium ions, and positive lithium ions by negative fluoride ions. In this crystalline state, the ions have substantially lower energies than the atoms from which they were formed. Lithium and fluorine are thus "stabilized" when they react to form crystalline lithium fluoride.

**FIG. 1.2**
*The electronic structure of helium and neon.*





FIG. 1.3
*Crystal structure of lithium fluoride, $Li^+ F^-$. The colored spheres represent lithium ions, $Li^+$. The grey spheres represent fluoride ions, $F^-$.*

It is questionable whether an ionic bond should be called a bond at all, since it is essentially omnidirectional. It is impossible to say that any two ions (i.e., $Li^+$ and $F^-$) are bonded to each other in the sense that they are attached to each other. Crystals of ionic compounds are simply orderly arrangements of the oppositely charged ions that mutually surround each other (Fig. 1.3).

Ionic substances, because of their strong internal electrostatic forces, tend to be very high melting solids, often melting above 1000°C. In polar solvents, such as water, the solvated ions usually conduct an electric current.

**Problem 1.1**

Write equations and account for the formation of an ionic bond when
(a) Sodium reacts with chlorine atoms
(b) Magnesium reacts with fluorine atoms
(c) Potassium reacts with bromine atoms

### Covalent Bonds

When two or more atoms of the same or similar electronegativities react, a complete transfer of electrons does not occur. In these instances the atoms achieve the noble gas structure by sharing electrons, and *covalent* bonds are formed. *Covalent* molecules can be represented by electron-dot formulas but, more conveniently, by dash formulas where each dash represents a pair of electrons bonding two atoms together. Some examples are shown below.

$H_2$ H:H or H—H    $Cl_2$ :C̈l:C̈l: or :C̈l—C̈l:

HCl H:C̈l: or H—C̈l:    $CH_4$ H:C̈:H (with H above and below) or H—C—H (with H above and below)

In certain cases, multiple covalent bonds are formed, for example,

$N_2$ :N⋮⋮N: or :N≡N:

NSX_00000534

Case 2:25-cv-02129-GAW Document 45-3 Filed 01/23/26 Page 29 of 123



and ions themselves may contain covalent bonds.



## Problem 1.2

Write electron-dot and line formulas for each of the following molecules or ions. In each case show how the atoms achieve the noble gas structure.

(a) HBr
(b) $Br_2$
(c) $CO_2$
(d) $CH_4$
(e) $HNO_3$ ($HONO_2$)
(f) $HNO_2$ (HONO)
(g) $H_2O_2$
(h) $SiH_4$
(i) $NH_3$
(j) $PCl_3$
(k) $NF_3$
(l) $CH_3Cl$
(m) $H_2O$
(n) $OH^-$
(o) $NO_3^-$
(p) $NO_2^-$
(q) $NH_4Cl$ ($NH_4^+Cl^-$)
(r) $MgSO_4$

## 1.4 COVALENT IONS AND FORMAL CHARGE

Most of the covalent substances that we have considered so far have consisted of neutral molecules. Some of these compounds, however, have not been neutral but have been positive or negative ions that contain covalent bonds. In problem 1.2, for example, you were asked to write electron-dot formulas for the ammonium ion, $NH_4^+$, the hydroxide ion, $OH^-$, the nitrite ion, $NO_2^-$, and the nitrate ion, $NO_3^-$.* It will be helpful at this point, as a review, to show how the charges on covalent ions can be calculated. Let us begin with a simple example: the ammonium ion.

There are several ways to calculate the charge on the ammonium ion. The most fundamental is to calculate the arithmetic sum of all of the nuclear protons (positive charges) and of all of the extranuclear electrons (negative charges). This approach is shown below:




*One nitrogen atom = 7 protons*
*Four hydrogen atoms = 4 protons*
*Total number = 11 protons*

*Number of valence shell electrons = 8*
*Number of inner shell electrons = 2*
*Total number = 10 electrons*

Charge on the ion = (+11) + (−10) = + 1

* These ions do not exist alone, of course, but are always associated with oppositely charged ions that balance the charge; the ammonium ion as ammonium *chloride*, $NH_4^+Cl^-$, for example; the hydroxide ion as *sodium* hydroxide, $Na^+OH^-$, and so on.

NSX_00000535

Case 2:25-cv-02129-GAW Document 45-3 Filed 01/23/26 Page 30 of 123



A faster way to demonstrate that the ammonium ion has one positive charge is to use the equation showing its formation in a chemical reaction:



| | | | | |
|---|---|---|---|---|
| Ammonia | + | A proton | ⟶ | Ammonium ion |
| (an electrically neutral molecule) | + | (one positive charge) | = | (one positive charge) |
| 0 | + | 1 | = | +1 |

This approach is based on the principle that in a correctly balanced chemical equation the electrical charges must also balance.

### Formal charge

Still a third way of calculating the charge is based on the concept of *formal charge*, a procedure that is really nothing more than a method for electron bookkeeping. In this approach, the formal charge on each atom is calculated first, then the arithmetic sum of all of the formal charges is taken, giving the charge on the



| | |
|---|---|
| Formal charge on each hydrogen | $= 0 \times 4 = 0$ |
| Formal charge on nitrogen | $= +1 \times 1 = +1$ |
| Total charge on the ion | $= +1$ |

ion as a whole. The formal charge of each atom is calculated by taking the group number of that atom (from the Periodic Table) and subtracting the number of electrons associated with it: one for each shared pair and two for each unshared pair. For the ammonium ion this is done as follows.

Formal charge = group number − [½ (number of shared electrons) + (number of unshared electrons)]

Formal charge on hydrogen = $+1 - [\frac{1}{2}(2) + (0)]$
Formal charge on hydrogen = $+1 - 1 = 0$
Formal charge on nitrogen = $+5 - [\frac{1}{2}(8) + (0)]$
Formal charge on nitrogen = $+5 - 4 = +1$




A moment's reflection will reveal why this formula works: the group number of an element is nothing more than the *kernel charge* on that element; that is, it is the sum of the nuclear protons and the inner shell electrons. For nitrogen the kernel charge is +5.

NSX_00000536

Case 2:25-cv-02129-GAW Document 45-3 Filed 01/23/26 Page 31 of 123



Taking the sum [½ (number of shared electrons) + (number of unshared electrons)] is nothing more than a way of apportioning the valence electrons.




Let us consider several other examples:

The nitrate ion, $NO_3^-$:




Charge on ion = 2(−1) + 1 + 0 = −1

or



The sulfate ion, $SO_4^{=}$, can be written with double bonds to two oxygens and with single bonds to the other two, that is,






Charge on ion = 0 + 2(0) + 2(−1) = −2

Such a structure is possible even though it places 12 electrons around sulfur, because sulfur is in the third row of the Periodic Table and can accommodate more than 8 electrons. This is how we write sulfate compounds in this text.

NSX_00000537

In many references the sulfate ion will be written with single bonds to all four oxygens, that is,



Charge on ion $= 4(-1) + (+2) = -2$

Either way we write the ion, however, we find that it has a charge of $-2$.

### Electrically Neutral Molecules

The sum of the formal charges of each atom of a (neutral) molecule must, of course, equal zero. Consider the following examples.

Ammonia:




Charge on molecule $= 0 + 3(0) = 0$

Water:




Charge on molecule $= 0 + 2(0) = 0$

Sulfuric acid:




Charge on molecule $= 2(0) + 2(0) + 2(0) + 0 = 0$

**Problem 1.3**

Calculate both the formal charge on each atom, and the total charge on the molecule or ion, for each of the following species on page 10.

NSX_00000538

(a) $BH_4$
(b) $H_2SO_3$
(c) $BF_4$
(d) $H_3O$
(e) $:NF_3$
(f) $:CH_3$ (a carbanion)
(g) $CH_3$ (a carbocation)
(h) $\cdot CH_3$ (a free radical)
(i) $:CH_2$ (a carbene)

## Summary

With this background it should now be clear that each time an oxygen atom of the type, —Ö: appears in a molecule or ion it will have a formal charge of −1, and that each time an oxygen atom of the type =Ö: or —Ö— appears it will have a formal charge of zero. Similarly; —N— (four bonds) will be +1, and —N̈— will be zero. It is much easier to memorize these common structures rather than to calculate the formal charge each time they are encountered. These common structures are summarized below.

| Formal charge of 0 | Formal charge of +1 | Formal charge of −1 |
|---|---|---|




## Problem 1.4

Using the chart given above, determine the formal charge on each colored atom of the following molecules and ions. (Remember the formal charge of —Ö— = =Ö:, that of —N̈— = ≡N:, and so on.)



(e) 
(an amine oxide)

(f) 
(a nitro compound)

## 1.5 POLAR COVALENT BONDS

When two atoms of different electronegativities form a covalent bond the electrons are not shared equally between them. The atom with greater electronegativity draws the electron pair closer to it, and a *polar covalent bond* results. (One definition of *electronegativity* is *the ability of an element to attract electrons that it is sharing in a covalent bond.*) An example of such a polar covalent bond is the one in hydrogen chloride. The chlorine atom, with its greater electronegativity, pulls the bonding electrons closer to it. This makes the hydrogen atom somewhat electron

$\delta+$ $\delta-$
H :C̈l:

deficient and gives it a *partial* positive charge ($\delta+$). The chlorine atom becomes somewhat electron rich and bears a *partial* negative charge ($\delta-$). Because the hydrogen chloride molecule has a partially positive end and a partially negative end, it is a dipole.



a dipole

Because the positive and negative charges are *separated*, the HCl molecule has a *dipole moment*. The dipole moment ($\mu$) is expressed in Debye units (D), and it is the product of the magnitude of the charge in electrostatic units and the distance that separates them in Angstrom units. (One Angstrom unit equals $10^{-8}$ cm.)

Dipole moment = charge (in esu) × distance (in Angstrom units)

$$\mu = e \times d$$

The dipole moment of HCl is 1.08 D.

The direction of polarity of a polar bond is sometimes symbolized by $\mapsto$. In HCl this is expressed in the following way:

$$\text{(positive end)} \underset{\text{H—Cl}}{\longmapsto} \text{(negative end)}$$

Dipole moments, as we will see, are very useful quantities in accounting for physical properties of compounds.

**Problem 1.5**

Predict the direction of the dipole (if any) in the following molecules.

(a) HBr (c) $H_2$
(b) ICl (d) $Cl_2$

## 1.6 STRUCTURES OF MOLECULES: VALENCE SHELL ELECTRON PAIR REPULSION

In later chapters we discuss the structures of molecules on the basis of theories that arise from quantum mechanics. It is possible, however, to make good guesses about the structures of many molecules simply from the fact that in most compounds, electrons exist as pairs and *electron pairs repel one another.** This is true whether electrons are in bonds or in lone (nonbonding) pairs. Consequently, within the confines of the molecule, *electron pairs of the valence shell tend to stay as far apart as possible*. Let us apply this principle to a few simple examples.

### Methane

As we pointed out earlier, the structure of a molecule of methane is tetrahedral. If we assume that the bonding electron pairs of methane molecules are located somewhere between the central carbon atom and each of the hydrogen atoms, we see that the tetrahedral arrangement allows the electron pairs to be as far apart as possible (Fig. 1.4).

Any other arrangement of the atoms, for example, a square planar structure (Fig. 1.5), places the electron pairs closer together.

The bond angles for any atom that has a regular tetrahedral structure are 109.5°. One way of representing a tetrahedral atom is shown in Fig. 1.6. This representation is derived from the familiar ball-and-stick model. The lines that intersect the circle are directed out of the plane of the paper, and the lines that do not intersect the circle are directed behind the plane of the paper.

### Water

The H—O—H bond angle of water molecules is 105°, an angle that is quite close to the 109.5° bond angles of molecules that have a tetrahedral structure.




* An explanation of electron pairing will be given in Section 1.12.

**FIG. 1.4**

*Tetrahedral structure of methane showing the maximum separation of the bonding electron pairs.*



Case 2:25-cv-02129-GAW Document 45-3 Filed 01/23/26 Page 36 of 123






FIG. 1.5
*Hypothetical square planar structure for methane. When comparing this structure to that in Fig. 1.4, remember all of the atoms in the square structure are in the same plane (of the paper), while in the tetrahedral structure the atoms are in three dimensions.*

We can write a tetrahedral structure for a water molecule if we place the two nonbonding electron pairs at corners. Such a structure is shown below.




A regular tetrahedral structure for water molecules would, of course, result in a H—O—H bond angle of 109.5°, not the 105° bond angle that is actually found. We can account for this deviation, however, because of a *difference in the repulsive force between the nonbonding electron pairs and that between the bonding electron pairs*. Bonding pairs, because they are under the influence of two nuclei, are smaller than nonbonding electron pairs. Since electron pairs repel each other, and since these "repulsions" are caused by interactions of electron pairs in space, it is clear that

FIG. 1.6
(a) *Line-and-circle representation of a tetrahedral atom.*
(b) *Ball-and-stick model.*



the repulsive force between the electrons of the smaller bonding pairs should be less than that between the larger nonbonding pairs. The H—O—H bond angle of water is, as a result, compressed to 105°.




### Ammonia

The bond angles in ammonia are 107°, a value even closer to the tetrahedral




angle (109.5°) than that of water. We write a tetrahedral structure for ammonia by placing the nonbonding pair at one corner. We can account for the deviation of




the H—N—H bond angles from those of a regular tetrahedron by assuming that greater repulsion occurs in the interaction of the electrons of the nonbonding pair with those of the bonding pairs than in the interaction of electrons of the bonding pairs with each other.

### Boron Trifluoride

Boron, a Group III element, has only three outer shell electrons. In the compound boron trifluoride ($BF_3$) these three electrons are shared with three fluorine atoms. As a result, the boron atom in $BF_3$ has only six electrons (three bonding pairs) around it. The boron trifluoride molecule is known to have a shape such

that the three fluorines lie at the corners of an equilateral triangle. The bond angles are 120°.




This trigonal (triangular) planar structure allows for the maximum separation (120°) of the bonding pairs of electrons.

**Problem 1.6**

Predict the general shapes of the following molecules and ions.

(a) $SiH_4$ (d) $BF_4^-$
(b) $CH_3:^-$ (e) $CCl_4$
(c) $CH_3^+$ (f) $BeCl_2$

## 1.7 POLAR AND NONPOLAR MOLECULES

In our discussion of dipole moments in Section 1.5, we restricted our attention to simple diatomic molecules. Any *diatomic* molecule in which the two atoms are *different* (and thus have different electronegativities), will, of necessity, have a dipole moment. If we examine Table 1.2, however, we find that there are a number of molecules (e.g., $CCl_4$, $CO_2$) that consist of more than two atoms and that have *polar* bonds, *but they have no dipole moment*. Now that we have an understanding of the shapes of molecules we can understand how this can occur.

**TABLE 1.2** Dipole Moments of Some Simple Molecules

| FORMULA | $\mu$ IN D | FORMULA | $\mu$ IN D |
|---|---|---|---|
| $H_2$ | 0 | $CH_4$ | 0 |
| $Cl_2$ | 0 | $CH_3Cl$ | 1.87 |
| HF | 1.91 | $CH_2Cl_2$ | 1.55 |
| HCl | 1.08 | $CHCl_3$ | 1.02 |
| HBr | 0.80 | $CCl_4$ | 0 |
| HI | 0.42 | $NH_3$ | 1.47 |
| $BF_3$ | 0 | $NF_3$ | 0.23 |
| $CO_2$ | 0 | $H_2O$ | 1.85 |




**FIG. 1.7**
*Charge distribution in carbon tetrachloride.*

Let us consider carbon tetrachloride ($CCl_4$) as an example. Because the electronegativity of chlorine is greater than that of carbon, each of the carbon-chlorine bonds in $CCl_4$ is polar. Each chlorine has a partial negative charge, and the carbon is considerably positive. Because carbon tetrachloride is tetrahedral (Fig. 1.7), however, *the center of positive charge and the center of negative charge coincide, and the molecule has no net dipole moment.*

This can be illustrated in a slightly different way: if we use arrows (+→) to represent the direction of polarity of each bond we get the arrangement of bond moments shown below.




If we then consider the bond moments to be vectors of equal magnitude we can, with the application of geometry, see that a tetrahedral orientation of the equal bond moments causes them to exactly cancel and thus result in *no net dipole moment.*

The chloromethane molecule ($CH_3Cl$) has a net dipole moment of 1.87 D. Since carbon and hydrogen have electronegativities (Table 1.1) that are nearly the same, the contribution of three C—H bonds to the net dipole is negligible. The electronegativity difference between carbon and chlorine is large, however, and it is this highly polar bond that accounts for most of the dipole moment of $CH_3Cl$.




**Problem 1.7**

Carbon dioxide ($CO_2$) is a linear molecule. Show how this fact accounts for the fact that $CO_2$ has no dipole moment.




**FIG. 1.8**
*Bond moments and the resulting dipole moment of water and ammonia.*

Unshared electron pairs make large contributions to the dipole moments of water and ammonia. The unshared pairs have no atom attached to them to partially neutralize their negative charge; and as a result, these unshared electron pairs contribute a large moment away from the central atom (Fig. 1.8). (The O—H and N—H moments are also appreciable.)

**Problem 1.8**

Nitrogen trifluoride ($:NF_3$) has a shape very much like that of ammonia. It has, however, a very low dipole moment ($\mu = 0.24$ D). How can you explain this?

**Problem 1.9**

$BF_3$ has no dipole moment. How can this be explained?

## 1.8 THE CARBON-CARBON COVALENT BOND

Carbon's ability to form strong covalent bonds to other carbon atoms is the single property of the carbon atom that—more than any other—accounts for the very existence of a field of study called organic chemistry. It is this property, too, that accounts in part for carbon being the element around which most of the molecules of living organisms are constructed. Carbon's ability to form strong bonds to other carbon atoms and to form strong bonds to hydrogen, oxygen, sulfur, and nitrogen atoms as well, provides the necessary versatility of structure that makes possible the vast number of different molecules required for complex living organisms.

There are molecules that contain literally thousands of carbon atoms joined in a single chain. The familiar plastic, *polyethylene*, is an example of a substance whose molecules contain chains of this great length. A portion of a polyethylene chain is shown in Fig. 1.9. Each carbon atom in the polyethylene chain is covalently bonded to a carbon atom on either side and to two hydrogen atoms.

Most of the molecules that we will study in this book have chains of atoms much shorter than those of polyethylene. Compounds containing chains of great length are usually difficult to isolate in a chemically pure state. Polyethylene plastic is a mixture of molecules containing chains ranging in length from a few hundred atoms up to several thousand. While compounds whose molecules have very long chains often have certain practical uses, (and in living cells very important ones), they are not so chemically complex as they might appear. Pentane (Fig. 1.10), a compound with much simpler molecules, shows almost all of the chemical reactions



FIG. 1.9
*A portion of the carbon chain of polyethylene.*

that polyethylene does, and pentane is much easier to deal with experimentally and conceptually. After we understand the structure and reactions of smaller molecules, such as those of pentane, we can then move on to the larger ones.

Carbon is not unique in its ability to form covalent bonds to itself. Other atoms (e.g., oxygen, nitrogen, and silicon) have the same property. Carbon *is unique*, however, in its ability to form *very stable* bonds to other carbon atoms while at the same time being able to form strong bonds to atoms of other elements. The average amount of energy required to break a carbon-carbon bond is ~ 83 kcal/mole.*

* A kilocalorie of energy is the amount of energy (in the form of heat) required to raise by 1°C the temperature of one kilogram (1000 grams) of water at 15°C.

FIG. 1.10
*A pentane molecule.*



Silicon, the element most like carbon in its atomic structure, forms silicon-silicon covalent bonds but, because of the larger size of the silicon atom, the silicon-silicon bond is considerably longer and weaker. Only 53 kcal/mole are required to break a silicon-silicon bond. There also exist compounds that contain several nitrogen-nitrogen covalent bonds. Those containing as few as five linearly bonded nitrogen atoms are highly unstable, however, and this instability seems to be caused by the




Typical bond energy = 50 kcal/mole

repulsive forces between the nonbonding electron pairs of nitrogen. When only two oxygen atoms are linked the bond is quite weak. Once again, the explanation for the instability of the oxygen-oxygen bond lies in the large repulsive forces between the *two* nonbonding pairs on each atom.




Typical bond energy = 34 kcal/mole

## 1.9 EMPIRICAL AND MOLECULAR FORMULAS

In Section 1.2, we discussed briefly the pioneering work of Berzelius, Dumas, Liebig, and Cannizzaro in devising methods for determining the formulas of organic compounds. Although the experimental procedures for these analyses have been refined, the basic processes for determining the elemental composition of an organic compound today are not substantially different from those used in the nineteenth century. A carefully weighed quantity of the compound to be analyzed is oxidized completely to carbon dioxide and water. The weights of carbon dioxide and water that are formed are then carefully measured and from these weights the percentages of carbon and hydrogen in the compound can be calculated. The percentage of nitrogen is usually determined by measuring the volume of nitrogen ($N_2$) produced in a similar analysis.

Special techniques for determining the percentage composition of other elements typically found in organic compounds have also been developed, but the determination of the percentage of oxygen is usually difficult. However, if the percentage composition of all the other elements present in a compound is known, then the percentage of oxygen can be determined by difference. The following examples will illustrate how these calculations can be carried out.

### Example A

A new organic compound is found to have the following elemental analysis.

| | |
|---|---|
| Carbon | 67.95% |
| Hydrogen | 5.69 |
| Nitrogen | 26.20 |
| Total: | 99.84% |

Since the total of these percentages is very close to 100% (within experimental error) we can assume that no other element is present. For the purpose of our calculation

it is convenient to assume that we have a 100-g sample. If we did, it would contain the following:

67.95 g of carbon
5.69 g of hydrogen
26.20 g of nitrogen

We can divide each of these quantities by the atomic weight of each element and obtain the number of moles of each element, respectively.

$$\text{C:}\quad \frac{67.95\text{g}}{12.01\text{ g/mole}} = 5.66\text{ moles}$$

$$\text{H:}\quad \frac{5.69\text{ g}}{1.008\text{ g/mole}} = 5.64\text{ moles}$$

$$\text{N:}\quad \frac{26.20\text{ g}}{14.01\text{ g/mole}} = 1.87\text{ moles}$$

Since it is not possible for a molecule to contain fractions of atoms, we then attempt to convert these fractional numbers of moles to a series of whole numbers. Dividing each by the smallest number gives:

$$\text{C:}\quad \frac{5.66}{1.87} = 3.03 \text{ which is} \sim 3$$

$$\text{H:}\quad \frac{5.64}{1.87} = 3.02 \text{ which is} \sim 3$$

$$\text{N:}\quad \frac{1.87}{1.87} = 1.00$$

These values are very close to $C_3H_3N$ (once again, within experimental error), and thus $C_3H_3N$ is the *simplest formula* for the compound. The simplest formula for a compound is called the *empirical formula.* By simplest formula we mean the formula in which the subscripts are the smallest integers that give the ratio of atoms in the compound. The molecular formula of this particular compound could be $C_3H_3N$ or some whole-number multiple of $C_3H_3N$; that is, $C_6H_6N_2$, $C_9H_9N_3$, $C_{12}H_{12}N_4$, and so on. If, in a separate determination, we find that the molecular weight of the compound is $108 \pm 3$, we can be certain that the *molecular formula* of the compound is $C_6H_6N_2$.

| Formula | Molecular Weight |
|---|---|
| $C_3H_3N$ | 53.06 |
| $C_6H_6N_2$ | 106.13 (which is within the range $108 \pm 3$) |
| $C_9H_9N_3$ | 159.19 |
| $C_{12}H_{12}N_4$ | 212.26 |

The most accurate method of determining formula weights is by a technique called mass spectral analysis, but a variety of other methods based on freezing point depression, boiling point elevation, osmotic pressure and vapor density, are used as well.

**Example B**

Histidine, an amino acid isolated from protein, has the following elemental analysis:

| | |
|---|---|
| Carbon | 46.38% |
| Hydrogen | 5.90 |
| Nitrogen | 27.01 |
| Total: | 79.29 |
| Difference | 20.71 (assumed to be oxygen) |
| | 100.00% |

Since no elements, other than oxygen, are found to be present in histidine the difference is assumed to be oxygen. Again, we assume a 100-g sample and divide the weight of each element by its gram-atomic weight. This gives us the ratio of moles (A).

| (A) | (B) | (C) |
|---|---|---|
| $\frac{46.38}{12.01} = 3.86$ | $\frac{3.86}{1.29} = 2.99$ | $\times 2 = 5.98 = 6$ |
| $\frac{5.90}{1.008} = 5.85$ | $\frac{5.85}{1.29} = 4.53$ | $\times 2 = 9.06 = 9$ |
| $\frac{27.11}{14.01} = 1.94$ | $\frac{1.94}{1.29} = 1.50$ | $\times 2 = 3.00 = 3$ |
| $\frac{20.71}{16.00} = 1.29$ | $\frac{1.29}{1.29} = 1.00$ | $\times 2 = 2.00 = 2$ |

Dividing each of the moles (A) by the smallest, does not give a set of numbers (B) that is close to a set of whole numbers. Multiplying each of the numbers in column (B) by 2 does, however, in column (C). The empirical formula of histidine is, therefore, $C_6H_9N_3O_2$.

In a separate determination the molecular weight of histidine was found to be 158 ± 5. The empirical formula weight of $C_6H_9N_3O_2$ (155.15) is within this range; thus the molecular formula for histidine is the same as the empirical formula.

**Problem 1.10**

The widely used antibiotic, Penicillin G, gave the following elemental analysis: C, 57.45%; H, 5.40%; N, 8.45%; S, 9.61%. The molecular weight of Penicillin G is 330 ± 10. Assume that no other elements except oxygen, are present and calculate the empirical and molecular formulas for Penicillin G.

## 1.10 ISOMERS AND THE REPRESENTATION OF STRUCTURAL FORMULAS

More than two million organic compounds have now been isolated in a pure state and have been characterized on the basis of their physical and chemical properties. Additional compounds are added to this list by the tens of thousands each year. A look into *Chemical Abstracts* or Beilstein's *Handbuch der Organischen Chemie*,

**TABLE 1.3 Properties of Ethyl Alcohol and Dimethyl Ether**

| | ETHYL ALCOHOL | DIMETHYL ETHER |
|---|---|---|
| Boiling point | 78.5° | −24.9° |
| Melting point | −117.3° | −138° |
| Reaction with sodium | Displaces $H_2$ | No reaction |

where known organic compounds are catalogued, shows that there are dozens and sometimes hundreds of *different compounds that have the same molecular formula.* Such compounds are called *isomers.* Different compounds with the same molecular formula are said to be *isomeric,* and this phenomenon is called *isomerism.* Before going further, let us consider a simple example of two isomeric compounds.

There are two substances that have the molecular formula $C_2H_6O$. One of these isomers is called dimethyl ether, the other ethyl alcohol. These two compounds are strikingly different in both their physical and chemical properties (Table 1.3).

One glance at the structural formulas for these two compounds reveals their difference (Fig. 1.11). The atoms of ethyl alcohol are connected in a way that is different from those of dimethyl ether. In ethyl alcohol there is a C—C—O linkage; in dimethyl ether the linkage is C—O—C. Ethyl alcohol has a hydrogen attached to oxygen; in dimethyl ether all of the hydrogens are attached to carbon. It is the hydrogen atom covalently bonded to oxygen in ethanol that is displaced when ethanol reacts with sodium:



Hydrogen atoms that are covalently bonded to carbon are normally unreactive toward sodium. As a result, none of the hydrogens in dimethyl ether is displaced when one treats dimethyl ether with sodium.

Ethanol and dimethyl ether are examples of *structural isomers.* Structural isomers are different compounds that have the same molecular formula, but *differ in the order in which their atoms are bonded together.* Structural isomers always have different physical properties (e.g., melting point, boiling point, density). The differences, however, may not always be as large as those between ethanol and dimethyl ether.

**Problem 1.11**

Write formulas for all of the structural isomers of $C_3H_8O$.

Organic chemists use a variety of ways to write structural formulas. The representation that is chosen in a particular instance is the one that best illustrates the property being considered or the one that represents the structure most conveniently. The *dot structure* for propanol (Fig. 1.12) shows us clearly the

Case 2:25-cv-02129-GAW Document 45-3 Filed 01/23/26 Page 46 of 123






FIG. 1.11
*Ball-and-stick models and molecular formulas for ethyl alcohol and dimethyl ether.*

number of valence electrons and the way that they are shared. The *dash formula* is easier to write and shows us, as does the dot structure, the order in which the atoms are attached. The condensed formula is still easier to write, and when we become more familiar with it, it will impart all the information that is contained in either the dot or dash structure. In condensed formulas, the atoms that are attached to a particular carbon atom are written immediately after that atom. For example:

FIG. 1.12
*Structural formulas for propanol.*




NSX_00000552



= $CH_3CHClCH_2CH_3$ =  = $CH_3CHCH_2CH_3$ (with Cl on the second carbon)

and



= $CH_3CH(CH_3)CH_2CH_3$ =  = $CH_3CHCH_2CH_3$ (with $CH_3$ on the second carbon)

The bond-line representation is the easiest of all to write because it shows only the carbon skeleton. The number of hydrogen atoms necessary to fulfill the carbon atoms' valences are assumed to be present, but we do not write them in. Other atoms (e.g., O, Cl, N) *are* written in:

$CH_3CHClCH_2CH_3$ =  = $CH_3CHCH_2CH_3$ (with Cl on the second carbon)

$CH_3$—$CH(CH_3)CH_2CH_3$ =  = $CH_3CHCH_2CH_3$ (with $CH_3$ on the second carbon)




FIG. 1.13
*The circle-and-line structure and the dash-line-wedge structure for ethanol.*

None of the structures that we have described so far tell us how the atoms are arranged in space. There are, however, two frequently used formulations that do impart the three-dimensional structure of a molecule. They are the Alexander (or circle-and-line structure) and the dash-line-wedge structure (Fig. 1.13). In the dash-line-wedge formula, atoms that project out of the plane of the paper are connected by a wedge (▬), those that lie behind the plane are connected with a dash (---), and those atoms in the plane of the paper are connected by a line.

## 1.11 QUANTUM MECHANICS

In 1926 a new theory of atomic and molecular structure was advanced independently and almost simultaneously by three men: Erwin Schrödinger, Werner Heisenberg, and Paul Dirac. This theory, called *wave mechanics* by Schrödinger or *quantum mechanics* by Heisenberg, has become the basis from which we derive our modern understanding of bonding in molecules. The language of quantum mechanics is largely a mathematical language and, as such, it has a formidable appearance to those unfamiliar with differential equations, matrix algebra, and wave theory. Yet, in a sense, wave mechanics is as central to modern chemistry as the theory of natural selection is to modern biology. For this reason we have attempted to give an essentially nonmathematical account of the development of quantum mechanics as a special topic in Chapter 8. Now, however, we will discuss only those essential ideas of quantum mechanics that are necessary to develop a modern understanding of bonding in covalent molecules.

The formulation of quantum mechanics that Schrödinger advanced is the form that is most often used by chemists. In Schrödinger's publication the motion of the electrons was described in terms that took into account the wave nature of the electron.* Schrödinger developed mathematical expressions for the energy of the electron.

* This idea—that electrons have the properties of a wave as well as those of a particle—was proposed by Louis de Broglie in 1923. According to de Broglie the wavelength of an electron, λ, is given by the following equation:

$$\lambda = \frac{h}{mv_e}$$

where $h$ is Planck's constant ($6.625 \times 10^{-27}$ erg-sec), $m$ is the mass of the electron, and $v_e$ is the velocity of the electron.

NSX_00000554

electron called *wave equations*. These wave equations were then manipulated to yield a series of solutions called *wave functions*.

Wave functions are most often denoted by the Greek letter psi ($\psi$) and each wave function ($\psi$ function) corresponds to a different energy level for the electron.

## 1.12 ATOMIC ORBITALS

For a short time after Schrödinger's proposal in 1926, a precise physical interpretation for the wave function eluded early practitioners of quantum mechanics. It remained for Max Born, a few months later, to point out that the square of $\psi$ *could* be given a precise physical meaning. According to Born, $\psi^2$ for a particular location $(x,y,z)$, expresses the *probability* of finding an electron at that particular location in space. If $\psi^2$ is large in a unit volume of space, the probability of finding an electron in that volume is great; conversely if $\psi^2$ for some other unit volume of space is small, the probability of finding an electron there is low. Plots of $\psi^2$ in three dimensions generate the shapes of the familiar *s*, *p*, and *d* atomic orbitals.

The *f* orbitals are practically never used in organic chemistry, so we will not concern ourselves with them in this book. The *d* orbitals will be discussed briefly later when we discuss compounds in which *d* orbital interactions are important. The *s* and *p* orbitals are, by far, the most important in the formation of organic molecules and, at this point, we will limit our discussion to them.

The shapes of *s* and *p* orbitals are shown in Fig. 1.14.* Both the 1*s* and 2*s*

*There is a finite, but very small, probability of finding an electron at greater distances from the nucleus. The volumes that we typically use to illustrate an orbital are those volumes that would contain the electron 90 to 95% of the time.

FIG. 1.14
*The shapes of some* s *and* p *orbitals.*






**FIG. 1.15**
*The relative energy levels of some atomic orbitals.*

orbitals (as are all higher *s* orbitals) are spherically symmetrical. The sign of the wave function, $\psi_{1s}$, is positive (+) over the entire 1*s* orbital. The 2*s* orbital contains a nodal surface, that is, an area where $\psi = 0$. In the inner portion of the 2*s* orbital, $\psi_{2s}$ is negative.

The 2*p* orbitals have the shape of two almost-touching spheres. The sign of the wave function, $\psi_{2p}$, is positive in one lobe (or sphere) and negative in the other.* A nodal plane separates the two lobes of a *p* orbital, and the three *p* orbitals are arranged in space so that they are mutually perpendicular.

The relative energies of the orbitals are shown in Fig. 1.15. Electrons in 1*s* orbitals have the lowest energy because they are closest to the positive nucleus. Electrons in 2*s* orbitals are next lowest in energy. Electrons of 2*p* orbitals have equal but still higher energy. (Orbitals of equal energy are said to be *degenerate orbitals*.)

We can use this chart to arrive at the electron configuration of the lowest energy state (ground state) of any atom we choose. We need only follow a few simple rules.

1. *The aufbau principle:* orbitals are filled so that those of lowest energy are filled first. (*Aufbau* is German for "building up.")

*You should not associate the sign of the wave function with anything having to do with charge. The (+) and (−) signs, associated with $\psi$ are simply the arithmetic signs of the mathematical expression for the wave function in that region of space (cf. Section 8.1). The (+) and (−) signs do not imply a greater or lesser probability of finding an electron because the probability of finding the electron is $\psi^2$, and $\psi^2$ is positive in either lobe. The significance of the (+) and (−) signs of the wave function in atomic orbitals will become clear later, when we see how atomic orbitals combine to form molecular orbitals.




**FIG. 1.16**
*The electron configuration of some second-row elements.*

2. *The Pauli exclusion principle:* a maximum of two electrons may be placed in each orbital but only when the spins of the electrons are opposed.*
3. *Hund's rule:* when we come to orbitals of equal energy (degenerate orbitals) we add one electron to each orbital until all the degenerate orbitals contain one electron. We then begin adding electrons to the degenerate orbitals so that the spins are opposed.

If we apply these principles to some of the second row elements of the Periodic Table we get the results shown in Fig. 1.16.

Before we leave the subject of atomic orbitals we should point out that the electronic configurations of the atoms given above are obtained from solutions of the Schrödinger equation calculated for the hydrogen atom. The hydrogen atom, consisting of only two particles—a proton and an electron—is the only atom for which an exact solution to the Schrödinger equation has been obtained. When more complex systems are considered, approximations have to be made in order to simplify the mathematics. Even when these approximations are made, however, quantum mechanics gives surprisingly accurate correlations with results obtained experimentally for many complex molecules. In less complex molecules (consisting of only three or four interacting particles), the correlation obtained between theory and experiment is remarkable.

*Electrons spin about an axis. Since the electron is a charged particle, its spin produces a magnetic field, and this gives rise to the spin quantum number. For reasons that we cannot go into here, the electron is permitted only two equal and opposite spin orientations corresponding to two equal and opposite spin states, $+\frac{1}{2}$ and $-\frac{1}{2}$. We designate these two spin states by an arrow up ↑ or down ↓.

## 1.13 MOLECULAR ORBITALS

For the organic chemist the greatest utility of atomic orbitals is in using them to understand how atoms combine to form molecules. We will have much more to say about this subject in subsequent chapters for, as we have already said, covalent bonds are central to the study of organic chemistry. First, however, we concern ourselves with a very simple case: the covalent bond that is formed when two hydrogen atoms combine to form a hydrogen molecule. We will see that the description of the formation of the H—H bond is the same, or at least very similar, to the description of bonds in more complex molecules.

Let us begin by examining what happens to the total energy of two hydrogen atoms with electrons of opposite spins when they are brought closer and closer together. This can best be shown with the curve shown in Fig. 1.17.

When the atoms of hydrogen are only a few Angstrom units apart (I) their total energy is simply that of two isolated hydrogen atoms. As the hydrogen atoms move closer together (II), each nucleus increasingly attracts the other's electron. This attraction more than compensates for the repulsive force between the two electrons (or the two nuclei), and the result of this attraction *is to lower the energy of the total system*. When the two nuclei are 0.74 Å (III) apart, the most stable (lowest energy) state is obtained. This distance, 0.74 Å, corresponds to the *bond distance* for the hydrogen molecule. If the nuclei are moved closer together (IV) the repulsion of the two positively charged nuclei predominates, and the energy of the system rises.

Figure 1.17 shows us why hydrogen atoms do not remain in the atomic state very long when there are other hydrogen atoms nearby. Hydrogen atoms will inevitably collide with each other, and as they do so they will assume a state of lower energy by forming a hydrogen molecule.

Figure 1.17 also shows why we have to supply energy to fragment a hydrogen molecule into its two constituent atoms. We must do so in order to break the H—H covalent bond. The amount of energy required to fragment one mole ($6.02 \times 10^{23}$) hydrogen molecules is equal to 104.2 kcal at 25°C, and is called the *bond dissociation energy* for the hydrogen-hydrogen bond.

**FIG. 1.17**
*The potential energy of the hydrogen molecule as a function of internuclear distance.*



When hydrogen atoms combine to form hydrogen molecules 104.2 kcal/mole of energy are evolved.

$$H{:}H \rightarrow 2H\cdot \qquad \Delta H = +\ 104.2\ \text{kcal/mole}$$

$$2H\cdot \rightarrow H{:}H \qquad \Delta H = -\ 104.2\ \text{kcal/mole}$$

A quantum mechanical explanation for what happens when two hydrogen atoms combine to form a hydrogen molecule is given in the following way: as the two hydrogen atoms approach each other their $1s$ atomic orbitals begin to overlap. This overlap increases as they move closer together. As a result of orbital overlap, the *atomic orbitals* ($\psi_{1s}$) combine and become molecular orbitals ($\psi$ molec). One molecular orbital that is formed (Fig. 1.18) encompasses both nuclei, and in it the two electrons are free to move about both nuclei. They are not restricted to the vicinity of only one nucleus as they were in the separate atomic orbitals.

What we have just described can also be described mathematically by the method of *linear combination of atomic orbitals* (called the LCAO method). In this treatment, wave functions of the atomic orbitals are combined in a linear fashion (either added or subtracted) in order to obtain new wave functions for molecular orbitals. *The number of molecular orbitals that are obtained equals the number of atomic orbitals that are combined.* Thus, for the hydrogen molecule, we obtain two molecular orbitals. The first molecular orbital is obtained by adding the wave functions for the two atomic orbitals:

$$\psi_{\text{molec}} = N_1\,(\psi^{\text{H}}_{1s} + \psi^{\text{H}}_{1s})\ \text{(bonding molecular orbital)}$$

(Where $N_1$ is a constant called the normalization constant) This molecular orbital is called the *bonding* molecular orbital, and in actual calculations it can be shown that the energy of two electrons in this molecular orbital is lower than that of two electrons in separate $1s$ atomic orbitals.

The second molecular orbital is obtained by subtraction of the atomic orbitals:

$$\psi^{*}_{\text{molec}} = N_2\,(\psi^{\text{H}}_{1s} - \psi^{\text{H}}_{1s})\ \text{(antibonding molecular orbital)}$$

Calculations show that the energy of two electrons in this orbital will be greater than their total energy in two separate $1s$ atomic orbitals. Consequently, this molecular orbital is called an *antibonding* molecular orbital.

An energy diagram for the molecular orbitals of hydrogen is shown in Fig. 1.19. Notice that electrons are placed in molecular orbitals in the same way that they were in atomic orbitals. Two electrons (with their spins opposed) occupy the bonding molecular orbital, where their total energy is less than in the separate atomic

FIG. 1.18






FIG. 1.19
*Energy diagram for the hydrogen molecule. Combination of two atomic orbitals. $\psi_{1s}$ gives two molecular orbitals. $\Psi_{molec}$ and $\Psi^*_{molec}$. The energy of $\Psi_{molec}$ is lower than that of the separate atomic orbitals, and in the lowest electronic energy state of molecular hydrogen it contains both electrons.*

orbitals. This is the *lowest electronic energy state* or *ground state* of the hydrogen molecule.

A way of visualizing the formation of the bonding and antibonding molecular orbitals that takes into account the mathematical signs of the wave functions of the orbitals is shown in Fig. 1.20. Addition of two 1*s* orbitals yields a molecular orbital in which the wave function is positive over the entire region. This is the *bonding molecular orbital*. Subtraction of the two wave functions yields the antibonding orbital. The antibonding orbital has a nodal plane halfway between the two nuclei. When electrons occupy the antibonding molecular orbital they repel each other strongly and, as a result, the antibonding orbital is of high energy.

Now that we have seen several different ways of explaining how the reaction $H\cdot + H\cdot \longrightarrow H_2$ occurs; we can also explain why the reaction $He{:} + He{:} \longrightarrow He_2$ does not occur. We begin by assuming that the molecular orbitals for $He_2$ are similar to those for $H_2$. With the electrons included, the energy diagram for the formation of $He_2$ is given in Fig. 1.21. In the case of $He_2$ the bonding orbital is fully occupied just as it is in the case of $H_2$; but in $He_2$ the antibonding orbital is also fully occupied. The two electrons in the antibonding orbital strongly repel each other. Detailed calculations for $He_2$ show that the stability gained from the electrons in the bonding orbital is insufficient to counterbalance the instability that arises from the electrons in the antibonding orbital. As a result, $He_2$ is not predicted to form from separate

FIG. 1.20
*Two ways that 1s atomic orbitals can combine to form molecular orbitals. Addition of the atomic orbitals gives the bonding molecular orbital, $\Psi_{molec}$. Subtraction of the atomic orbitals gives the antibonding orbital, $\Psi^*_{molec}$.*






**FIG. 1.21**
*Energy diagram for the formation of a hypothetical $He_2$ molecule.*

helium atoms. The theory, thus, accommodates what we know from experiments to be true. Helium exists as a monoatomic species, He, not as $He_2$.

At this point it may seem that these quantum mechanically based ideas are unnecessarily complicated and that the much simpler Lewis theory would do just as well. For certain features of simple molecules this is true. As we go on to more complicated molecules, however, we will find that a great many features of their structures and reactions require more detailed explanations than the Lewis theory permits. For many of these we will find the molecular orbital treatment to be invaluable.

## 1.14 VALENCE BOND THEORY AND RESONANCE

During the 1920s two mathematical methods for describing covalent bonds were developed: molecular orbital theory, which we have just discussed, and *valence bond theory*, which we will now describe in a limited way. Both theories are approximate ways of solving the Schrödinger equations for molecules; and both theories, when appropriately applied, give descriptions of complex molecules that correspond very closely to the experimentally determined properties of these molecules. The molecular orbital method is usually more amenable to detailed calculations, particularly those carried out with computers, and is more widely used today. Valence bond theory, however, corresponds more closely to the Lewis structures for molecules and ions that we have written earlier in this chapter. Valence bond theory has also given rise to a very useful qualitative approach to molecules and ions called *resonance theory*. Since we will make extensive use of resonance theory at many points in this text, it is appropriate to introduce some of the basic concepts of resonance theory at this point.

Valence bond theory differs from molecular orbital theory in this way: in molecular orbital theory, atomic orbitals are used mathematically to calculate molecular orbitals. In valence bond theory, *we use Lewis-type structures as a starting point for our calculations instead.* The hydrogen molecule, for example, is treated in valence bond theory as though it were a combination of the following structures:

$$H:H \quad \text{and} \quad H^{+}\,{}^{-}{:}H \quad \text{and} \quad H{:}^{-}\,{}^{+}H$$

In its mathematical application, wave functions for each of these structures are combined and, in this way, wave functions for the molecular orbitals of hydrogen can be obtained. These calculations are beyond the scope of this text, but the concept of *resonance* that is employed in valence bond theory is very important.

In resonance theory the three structures that we have just written are said to be three *resonance* (or canonical) *contributors* to the actual structure of the hydrogen molecule. We indicate the fact that these structures *are* resonance structures by connecting them with *double-headed arrows:*

$$H:H \longleftrightarrow {}^{+}H\ {}^{-}{:}H \longleftrightarrow H{:}^{-}\ H^{+}$$

*Resonance structures are defined as structures that differ from each other only in the positions of the electrons.* In the structures above only the electrons have been moved, the nuclei of the hydrogen atoms (the protons) remain in the same relative position with respect to each other.

In the first structure, H : H, the two electrons are an equal distance from either nucleus. We can understand how this structure would help hold the molecule together, for in it, each nucleus attracts the centrally located electrons, and this attraction is greater than the repulsive force between the two nuclei. In the other two structures, $H^{+}\ {}^{-}{:}H$ and $H{:}^{-}\ {}^{+}H$, the electrons are closer to one nucleus than the other, and the nuclei, as a result, bear formal positive and negative charges. The hydrogen ions in these structures attract each other because of their opposite charges, and these structures also contribute to bonding in the molecule.

*Resonance structures are not actual discrete structures* for the molecule; *they exist only in theory*. No single contributor adequately represents the molecule. In resonance theory, we view the hydrogen molecule, which is of course a real entity, as being a *hybrid* of these three *hypothetical* resonance structures.

Two analogies that have been used may help make this clear. One might, for example, describe a *real* person as being like a combination of Don Quixote, Sir Galahad, and Robin Hood (three fictional characters). Or one might describe a rhinoceros (a real animal) as resembling a combination (hybrid) of a unicorn and a dragon (both mythical animals). Resonance structures, therefore, are like dragons, unicorns, and Sir Galahads. While they have no real existence of their own, they are useful in helping describe real molecules.

Resonance structures do not necessarily make equal contributions to the hybrid. In the example of the hydrogen molecule, the structure H : H makes a greater contribution than either of the other structures, $H^{+}\ {}^{-}{:}H$ and $H{:}^{-}\ {}^{+}H$. (In terms of one of our analogies, this is like saying that a real person is more like Don Quixote, but with a little of Sir Galahad and Robin Hood thrown in.)

We can only estimate the contribution that a particular resonance structure will make on the basis of its "reasonableness." We illustrate what we mean by this with the three structures for the hydrogen molecule. The structure, H : H is the most reasonable because in it the electrons are equidistant from two atoms of necessarily equal electronegativity. The structures, $H^{+}\ {}^{-}{:}H$ and $H{:}^{-}\ {}^{+}H$, are less reasonable because they presuppose that one hydrogen nucleus will exert a greater pull on the electron pair than the other nucleus. Therefore, the most reasonable structure, H : H, makes the greatest contribution to the hybrid.

Resonance theory is particularly helpful in explaining molecules or ions for which more than one *equivalent* Lewis structure can be written. Consider the carbonate ion, for example. Three different but *equivalent* structures can be written.



These structures differ from each other in only one way: in the position of the electrons. They are, therefore, *resonance structures*, and the carbonate ion itself is not described by any one of these structures but, instead, is a *hybrid* of all of them. The bonds of the carbonate ion are not discrete single and double bonds but are one and one-third bonds and are all equivalent. This prediction of resonance theory



is confirmed by physical evidence. All of the bonds of the carbonate ion are of equal length, and the length is in between that of a carbon-oxygen single bond and that of a carbon-oxygen double bond. The oxygens of the carbonate ion all bear an equal partial negative charge, that is, two-thirds of a negative charge.

## Problem 1.12

The ozone molecule, $O_3$, is a bent molecule with a  bond angle of 117°. The oxygen-oxygen bonds are of equal length, however. Can you account for this on the basis of resonance theory?

## Additional Problems

**1.13**
Rewrite each of the condensed structural formulas given below, as *dash formulas* and as *bond-line formulas*.

(a) $CH_3CCl_2CH_2CH_3$
(b) $CH_3CH(CH_2Cl)CH_2CH_3$
(c) $CH_3C(CH_3)_2CH_2CH_3$
(d) $CH_3CHClCHClCH_3$
(e) $CH_3CH(OH)CH_2CH_3$
(f) $CH_3CH_2CH_2CH_2OH$
(g) $CH_3\overset{O}{\overset{\|}{C}}CH_2CH(CH_3)_2$
(h) $CH_3CH_2CH(OH)CH(CH_3)_2$

**1.14**
Are any of the compounds listed in problem 1.13 structural isomers? If so, which ones?

**1.15**
Calculate the percentage composition of each of the following compounds

(a) $C_6H_{12}O_6$
(b) $CH_3CH_2NO_2$
(c) $CH_3CH_2CBr_3$

**1.16**
Show an electron-dot formula, including any formal charge, for each of the following molecules.

(a) $CH_3NCS$
(b) $CH_3CNO$
(c) $CH_3ONO_2$
(d) $CH_3NCO$
(e) $CH_2CO$
(f) $CH_2N_2$

**1.17**
Write dash formulas for each of the following bond-line formulas.

(a) 

(c) 

(b) 

(d) 

**1.18**
(a) Write out the electron configuration for each of the following atoms.
(b) Make a sketch of the atom showing the orbital arrangement, shape, and the disposition of the electrons in *s* and *p* orbitals.
(a) Be (c) C (e) O
(b) B (d) N

**1.19**
What are the empirical formulas of each of the following compounds?
(a) Hydrazine, $N_2H_4$ (d) Nicotine, $C_{10}H_{14}N_2$
(b) Benzene, $C_6H_6$ (e) Cyclodecane, $C_{10}H_{20}$
(c) Dioxane, $C_4H_8O_2$ (f) Acetylene, $C_2H_2$

**1.20**
The empirical formulas and molecular weights of several compounds are given below. In each case calculate the molecular formula for the compound.

| Empirical Formula | Molecular Weight |
|---|---|
| (a) $CH_2O$ | $179 \pm 5$ |
| (b) CHN | $80 \pm 5$ |
| (c) $CCl_2$ | $410 \pm 10$ |

**1.21**
A gaseous compound gave the following analysis: C, 40.04%; H, 6.69%. At standard temperature and pressure, 1.00 g of the gas occupied a volume of 746 ml. What is the molecular formula of the compound?

**1.22**
Ethene, a gaseous hydrocarbon, has a density of 1.251 g/liter at standard temperature and pressure. When subjected to complete combustion, a 1.000-liter sample of ethene gave 3.926 g of carbon dioxide and 1.608 g of water. What is the molecular formula for ethene?

**1.23**
Nicotinamide, a vitamin that prevents the occurrence of pellagra, gave the following analysis: C, 59.10%; H, 4.92%; N, 22.91%. The molecular weight of nicotinamide was shown in a separate determination to be $120 \pm 5$. What is the molecular formula for nicotinamide?

**1.24**
The antibiotic, chloramphenicol gave the following analysis: C, 40.88%; H, 3.74%; Cl, 21.95%; N, 8.67%. The molecular weight was found to be $300 \pm 30$. What is the molecular formula for chloramphenicol?

**1.25**
Tetramethyllead, $Pb(CH_3)_4$, a compound used as an "antiknock" component of gasoline is

a liquid that boils at 106°. Lead fluoride, by contrast, is a high-melting solid, mp 824°.
(a) What kinds of bonds do you think are present in the two compounds?
(b) How can you explain the differences?

**1.26**
Resonance structures that can be written for hydrogen chloride are:

$$H:\ddot{\underset{..}{Cl}}: \longleftrightarrow H:^{-}\ddot{\underset{..}{Cl}}:^{+} \longleftrightarrow H^{+}:\ddot{\underset{..}{Cl}}:^{-}$$

(a) Of the two charged structures, which is the more reasonable and why?
(b) Which charged structure would make a greater contribution to the hybrid?
(c) Can you account for the direction of the dipole moment of HCl in terms of resonance theory?

**1.27**
When we wrote the structure of the nitrate ion, $NO_3^-$, on p. 8, we wrote it with single bonds to two oxygens and with a double bond to the third, for example,



There is, however, considerable physical evidence indicating that all three nitrogen-oxygen bonds are equivalent and that they have a bond distance in between that expected for a nitrogen-oxygen single bond and that expected for a nitrogen-oxygen double bond. Explain this in terms of resonance theory.

**1.28**
Write eleven resonance structures for the sulfate ion and show the formal charge on each atom in each structure. Do these structures account for the fact that the sulfur-oxygen bonds are of equal length?

**1.29**
Multiplying dipole moments expressed in Debye units (Table 1.2) by $10^{-18}$ converts them to cgs units. The dipole moment of HCl, for example, is $1.08 \times 10^{-18}$ esu-cm. We can assume that the distance $d$ in the equation $\mu = e \times d$ is equal to the bond length; for HCl this is $1.27 \times 10^{-8}$ cm. (a) What is the magnitude of the charge (in esu) on each atom in HCl? (b) Given that the electron charge is $4.8 \times 10^{-10}$ esu, what fraction of an electron does the chlorine atom of HCl have in excess?

**1.30**
Chloromethane has a larger dipole moment ($\mu = 1.87$ D) than fluoromethane ($\mu = 1.81$ D) even though fluorine is more electronegative than chlorine. Explain.

**1.31**
(a) Write a structural formula for formaldehyde, $CH_2O$. (b) Formaldehyde has an unusually large dipole moment ($\mu = 2.27$ D), larger even than that of $CH_3F$ ($\mu = 1.81$ D). Explain.

**1.32**
An organometallic compound called *ferrocene* contains 30.02% iron. What is the minimum molecular weight of ferrocene?

**1.33**
Cyanic acid, H—O—C≡N, and isocyanic acid, H—N=C=O, differ in the positions of their electrons but their structures do not represent resonance structures. (a) Explain. (b) Loss of a

proton from cyanic acid yields the same anion as that obtained by loss of a proton from isocyanic acid. Explain.

**1.34**
The valence shell electron pair repulsion method (Sect. 1.6) can also be used to predict the shapes of molecules containing multiple bonds if we assume that the electrons of a multiple bond are located in the region of space between the two atoms joined by a multiple bond. That is, we *assume that the electrons of a multiple bond behave as though they were a single electron pair*. Use this method to predict the shapes and bond angles of (a) $CO_2$, (b) $SO_2$, and (c) $SO_3$.

**1.35**
Experiments show that the sulfur-oxygen bonds of $SO_2$ (cf. problem 1.34) are the same length. (a) How can you account for this? (b) What would you expect for the bonds of $SO_3$?

# APPENDIX
# MASS SPECTROSCOPY

## A.1 THE MASS SPECTROMETER

In a mass spectrometer (Fig. A.1) molecules in the gaseous state under low pressure are bombarded with a beam of high-energy electrons. The energy of the beam of electrons is usually 70 eV (electron volts) and one of the things this bombardment can do is dislodge one of the electrons of the molecule and produce a positively charged ion called *the molecular ion.*

$$\underset{\textit{Molecule}}{M} + \underset{\substack{\textit{High-energy}\\ \textit{electron}}}{e^-} \longrightarrow \underset{\substack{\textit{Molecular}\\ \textit{ion}}}{M^{\overset{+}{\cdot}}} + 2e^-$$

The molecular ion is not only a cation, but because it contains an odd number of electrons, it also is a free radical. Thus it belongs to a general group of ions called *radical cations.* If, for example, the molecule under bombardment is a molecule of ammonia the following reaction will take place.



*molecular ion, M*$^{\overset{+}{\cdot}}$
(a radical cation)

An electron beam with an energy of 70 electron volts (~1600 kcal/mole) not only dislodges electrons from molecules, producing molecular ions, it also imparts to the molecular ions considerable surplus energy. Not all molecular ions will have the same amount of surplus energy, but for most, the surplus will be far in excess of that required to break covalent bonds (50–100 kcal/mole). Thus, soon after they are formed, most molecular ions literally fly apart—they undergo *fragmentation.* Fragmentation can take place in a variety of ways depending on the nature of the particular molecular ion and as we will see later, the way a molecular ion fragments can give us highly useful information about the structure of a complex molecule. Even with a relatively simple molecule like ammonia, however, fragmentation can produce several new cations. The molecular ion can eject a hydrogen atom, for example, and produce the cation, $NH_2^+$.



This $NH_2^+$ cation can then lose a hydrogen atom to produce $NH^{\overset{+}{\cdot}}$, which can lead, in turn, to $N^+$.




FIG. A.1
*Mass spectrometer. Schematic diagram of CEG model 21-103. The magnetic field that brings ions of varying mass-to-charge ratios into register is perpendicular to the page. (From John R. Holum,* **Organic Chemistry: A Brief Course,** *Wiley, New York, 1975. Used with permission.)*

H:N̈:⁺ (H) ⟶ H:Ṅ:⁺ + H·

H:Ṅ:⁺ ⟶ :N:⁺ + H·

The mass spectrometer then *sorts* these cations on the basis of their mass/charge or $m/e$ ratio. Since for all practical purposes the charge on all of the ions is +1, this amounts to sorting them on the basis of their mass. The conventional mass spectrometer does this by accelerating the ions through a series of slits and then sending the ion beam into a curved tube (see Fig. A.1 again). This curved tube passes through a variable magnetic field and the magnetic field exerts an influence on the moving ions. Depending on its strength at a given moment, the magnetic field will cause ions with a particular $m/e$ ratio to follow a curved path that exactly matches the curvature of the tube. These ions are said to be "in register." Because they are in register, these ions pass through another slit and impinge on an ion collector where the intensity of the ion beam is measured electronically. The intensity of the beam is simply a measure of the relative abundance of the ions with a particular $m/e$ ratio. Some mass spectrometers are so sensitive that they can detect the arrival of a *single ion.*

The actual sorting of ions takes place in the magnetic field and this sorting takes place because laws of physics govern the paths followed by charged particles when they move through magnetic fields. Generally speaking, a magnetic field such as this, will cause ions moving through it to move in a path that represents part of a circle. The radius of curvature of this circular path ($r$, cm) is related to the $m/e$ ratio of the ions, to the strength of the magnetic field (**H**, gauss) and to the accelerating voltage ($V$, volts). The equation that describes the relationship is,

$$\frac{m}{e} = \frac{4.82 \times 10^{-5} r^2 \mathbf{H}^2}{V}$$

We can see that if $r$ and $V$ are made to be constant, then,

$$\frac{m}{e} \propto \mathbf{H}^2$$

What this equation tells us is that if we keep the accelerating voltage constant and progressively increase the magnetic field, ions whose $m/e$ ratios are progressively larger will travel in a circular path of radius $r$ that exactly matches that of the curved tube. That is, ions with progressively increasing $m/e$ ratios will be "in register" and thus will be detected at the ion collector. Since, as we said earlier, the charge on nearly all of the ions is unity, this means that *ions of progressively increasing mass arrive at the collector and are detected.*

What we have described is called "magnetic focusing" (or "magnetic scanning") and all of this is done automatically by the mass spectrometer. The spectrometer displays the results by plotting a series of peaks of varying intensity in which each peak corresponds to ions of a particular $m/e$ ratio. This display (Fig. A.2) is one form of a *mass spectrum.*

> Ion sorting can also be done with "electrical focusing." In this technique, the magnetic field is held constant and the accelerating voltage is varied. Both methods, of course, accomplish the same thing, and some high resolution mass spectrometers employ both techniques.




FIG. A.2
*A portion of the mass spectrum of* n-*octane.*

To summarize: a mass spectrometer bombards organic molecules with a beam of high-energy electrons causing them to ionize and fragment. It then separates the resulting mixture of ions on the basis of their mass/charge ratio and records the relative abundance of each ionic fragment. It displays this result as a plot of ion intensity versus $m/e$.

## A.2 THE MASS SPECTRUM

Mass spectra are usually published as bar graphs or in tabular form. Figure A.3 shows us how this is done with the mass spectrum of ammonia. In either presentation, the most intense peak—called the *base peak*—is assigned the arbitrary value of 100%. The intensities of all other peaks are given proportionate values, as percentages of the base peak.

The masses of the ions given in a mass spectrum are those that we would calculate for the ion by assigning the constituent atoms *masses rounded off to the nearest whole number*. For the commonly encountered atoms the nearest whole number masses are:

$H = 1$
$C = 12$
$N = 14$
$O = 16$
$F = 19$

In the mass spectrum of ammonia we see peaks at $m/e = 14$, 15, 16, and 17. These correspond to the molecular ion and to the fragments we saw earlier.

$$\begin{array}{cccccccccc} NH_3 & \xrightarrow{-e^-} & [NH_3]^{+\cdot} & \xrightarrow{-H\cdot} & [NH_2]^+ & \xrightarrow{-H\cdot} & [NH]^{+\cdot} & \xrightarrow{-H\cdot} & [N]^+ \\ m/e & = & 17 & & 16 & & 15 & & 14 \end{array}$$

*(molecular ion)*

By convention we express,

$$H:\dot{\underset{\cdot\cdot}{N}}:H^+ \text{ (with H below N)} \quad \text{as} \quad [NH_3]^{+\cdot}$$

$$H:\underset{\cdot\cdot}{N}:^+ \text{ (with H below N)} \quad \text{as} \quad [NH_2]^+$$




| m/e | Intensity (as per cent of base peak) |
|---|---|
| 14 | 2.2 |
| 15 | 7.5 |
| 16 | 80 |
| 17 | 100 (base peak) |
| 18 | 0.4 |

**FIG. A.3**
*The mass spectrum of $NH_3$ presented as a bar graph and in tabular form.*

H : N̤ :⁺ as $[NH]^{+\cdot}$

and : N :⁺ as $[N]^{+}$

In the case of ammonia, the base peak is the peak due to the molecular ion. This is not always the case, however; in many of the spectra that we will see later the base peak (the most intense peak) will be at an $m/e$ value different from that of the molecular ion. This happens because in many instances the molecular ion fragments so rapidly that some other ion at a smaller $m/e$ value becomes the most intense peak. In a few cases the molecular ion peak is extremely small, and sometimes it is absent altogether.

One other feature in the spectrum of ammonia requires explanation: the small peak that occurs at $m/e$ 18. In the bar graph we have labeled this peak $M^{+\cdot} + 1$ to indicate that it is one mass unit greater than the molecular ion. The $M^{+\cdot} + 1$ peak appears in the spectrum because most elements (e.g., nitrogen and hydrogen) have more than one naturally occurring isotope (Table A.1). Although most of the $NH_3$ molecules in a sample of ammonia are composed of $^{14}N^1H_3$, a small but detectable fraction of molecules will be composed of $^{15}N^1H_3$. (A very tiny fraction of molecules will also be composed of $^{14}N^1H_2{}^2H$.) These molecules—$^{15}N^1H_3$ or $^{14}N^1H_2{}^2H$—will produce molecular ions at $m/e$ 18, i.e., at $M^{+\cdot} + 1$.

The spectrum of ammonia begins to show us with a simple example, how the masses (or $m/e$'s) of individual ions can give us information about the composition of the ions and how this information can allow us to arrive at possible structures for a compound. Problems A.1–A.3 will allow us further practice with this technique.

NSX_00000571

**TABLE A.1** Principal Stable Isotopes of Common Elements[a]

| ELEMENT | MOST COMMON ISOTOPE | | NATURAL ABUNDANCE OF OTHER ISOTOPES (BASED ON 100 ATOMS OF MOST COMMON ISOTOPE) | | | |
|---|---|---|---|---|---|---|
| Carbon | $^{12}C$ | 100 | $^{13}C$ | 1.08 | | |
| Hydrogen | $^{1}H$ | 100 | $^{2}H$ | 0.016 | | |
| Nitrogen | $^{14}N$ | 100 | $^{15}N$ | 0.38 | | |
| Oxygen | $^{16}O$ | 100 | $^{17}O$ | 0.04 | $^{18}O$ | 0.20 |
| Fluorine | $^{19}F$ | 100 | | | | |
| Sulfur | $^{32}S$ | 100 | $^{33}S$ | 0.78 | $^{34}S$ | 4.40 |
| Chlorine | $^{35}Cl$ | 100 | $^{37}Cl$ | 32.5 | | |
| Bromine | $^{79}Br$ | 100 | $^{81}Br$ | 98.0 | | |
| Iodine | $^{127}I$ | 100 | | | | |

[a] Data obtained from R. M. Silverstein, G. C. Bassler, and T. C. Morrill, *Spectrometric Identification of Organic Compounds*, 3rd Ed., Wiley, N.Y. 1974, p. 13.

## Problem A.1

Propose a structure for the compound whose mass spectrum is given in Fig. A.4 and make reasonable assignments for each peak.




| m/e | Intensity |
|---|---|
| 12 | 2.6 |
| 13 | 8.6 |
| 14 | 17.1 |
| 15 | 85.6 |
| 16 | 100 |
| 17 | 1.15 |

FIG. A.4
*Mass spectrum for problem A.1.*

## Problem A.2

Propose a structure for the compound whose mass spectrum is given in Fig. A.5 and make reasonable assignments for each peak.




| m/e | Intensity |
|---|---|
| 16 | 0.9 |
| 17 | 21.1 |
| 18 | 100.0 |
| 19 | 0.06 |
| 20 | 0.2 |

**FIG. A.5**
*Mass spectrum for problem A.2.*

## Problem A.3

The compound whose mass spectrum is given in Fig. A.6 contains three elements, one of which is fluorine. Propose a structure for the compound and make reasonable assignments for each peak.




| m/e | Intensity |
|---|---|
| 14 | 17.2 |
| 15 | 100.0 |
| 19 | 2.0 |
| 31 | 10.4 |
| 32 | 9.4 |
| 33 | 89.5 |
| 34 | 95.4 |
| 35 | 1.1 |

**FIG. A.6**
*Mass spectrum for problem A.3.*

## A.3 DETERMINATION OF MOLECULAR FORMULAS AND MOLECULAR WEIGHTS

### The Molecular Ion and Isotopic Peaks

Look at Table A.1 for a moment. We see that most of the common elements found in organic compounds have naturally occurring *heavier* isotopes. For three of the elements—carbon, hydrogen, and nitrogen—the principal heavier isotope is one mass unit greater than the most common isotope. The presence of these elements in a compound will give rise to a small isotopic peak one unit greater than the molecular ion—at $M^{\ddagger} + 1$. For four of the elements—oxygen, sulfur, chlorine, and bromine—the principal heavier isotope is two mass units greater than the most common isotope. The presence of these elements in a compound give rise to an isotopic peak at $M^{\ddagger} + 2$.

**$M^{\ddagger} + 1$ Elements:** C, H, N
**$M^{\ddagger} + 2$ Elements:** O, S, Br, Cl

Isotopic peaks give us one method for determining molecular formulas. To understand how this can be done, let us begin by noticing that the isotope abundances in Table A.1 are based on 100 atoms of the normal isotope. Now let us suppose, as an example, that we have 100 molecules of methane, $CH_4$. On the average there will be 1.08 molecules that contain $^{13}C$ and $4 \times 0.016$ molecules that contain $^{2}H$. Altogether then, these heavier isotopes should contribute an $M^{\ddagger} + 1$ peak whose intensity is ~1.14% of the intensity of the molecular ion.

$$1.08 + 4\,(0.016) \simeq 1.14\%$$

Notice that the result of this calculation correlates well with the intensity of the $M^{+} + 1$ peak in the actual spectrum of methane given in Fig. A.4.

**Problem A.4**

What relative intensity would you expect for the $M^{\ddagger} + 1$ peak of $NH_3$? Compare your answer with the spectrum in Fig. A.3.

**Problem A.5**

What relative intensities would you expect for the $M^{\ddagger} + 1$ and $M^{\ddagger} + 2$ peaks in water? Compare your answer with the spectrum in Fig. A.5.

As the number of atoms in a molecule increases, calculations like this become more and more complex and time consuming. Fortunately, however, these calculations can be done readily with computers, and tables are now available that give relative values for the $M^{\ddagger} + 1$ and $M^{\ddagger} + 2$ peaks for all combinations of common elements with molecular formulas up to mass 500.* Part of the data obtained from one of these tables is given in Table A.2.

* See J. H. Beynon and A. E. Williams, *Mass and Abundance Tables for Use in Mass Spectrometry*, Elsevier, Amsterdam, 1963; J. H. Beynon, *Mass Spectrometry and Its Application to Organic Chemistry*, Elsevier, Amsterdam, 1960; or R. M. Silverstein, G. C. Bassler, and T. C. Morrill, *Spectrometric Identification of Organic Compounds*, 3rd Ed., Wiley, New York, 1974.

**TABLE A.2** Relative Intensities of $M^{+\cdot}+1$ and $M^{+\cdot}+2$ Peaks for Various Combinations of C, H, N, and O for Mass 72 and 73

| $M^{+\cdot}$ | FORMULAS | PERCENT OF $M^{+\cdot}$ INTENSITY | | $M^{+\cdot}$ | FORMULAS | PERCENT OF $M^{+\cdot}$ INTENSITY | |
|---|---|---|---|---|---|---|---|
| | | $M^{+\cdot}+1$ | $M^{+\cdot}+2$ | | | $M^{+\cdot}+1$ | $M^{+\cdot}+2$ |
| 72 | $CH_2N_3O$ | 2.30 | 0.22 | 73 | $CHN_2O_2$ | 1.94 | 0.41 |
| | $CH_4N_4$ | 2.67 | 0.03 | | $CH_3N_3O$ | 2.31 | 0.22 |
| | $C_2H_2NO_2$ | 2.65 | 0.42 | | $CH_5N_4$ | 2.69 | 0.03 |
| | $C_2H_4N_2O$ | 3.03 | 0.23 | | $C_2HO_3$ | 2.30 | 0.62 |
| | $C_2H_6N_3$ | 3.40 | 0.04 | | $C_2H_3NO_2$ | 2.67 | 0.42 |
| | $C_3H_4O_2$ | 3.38 | 0.44 | | $C_2H_5N_2O$ | 3.04 | 0.23 |
| | $C_3H_6NO$ | 3.76 | 0.25 | | $C_2H_7N_3$ | 3.42 | 0.04 |
| | $C_3H_8N_2$ | 4.13 | 0.07 | | $C_3H_5O_2$ | 3.40 | 0.44 |
| | $C_4H_8O$ | 4.49 | 0.28 | | $C_3H_7NO$ | 3.77 | 0.25 |
| | $C_4H_{10}N$ | 4.86 | 0.09 | | $C_3H_9N_2$ | 4.15 | 0.07 |
| | $C_5H_{12}$ | 5.60 | 0.13 | | $C_4H_9O$ | 4.51 | 0.28 |
| | | | | | $C_4H_{11}N$ | 4.88 | 0.10 |
| | | | | | $C_6H$ | 6.50 | 0.18 |

Data from J. H. Beynon, *Mass Spectrometry and Its Application to Organic Chemistry*, Elsevier, Amsterdam, 1960.

Let us use the data in Table A.2 to determine a molecular formula for the compound whose mass spectrum is given in Fig. A.7. First, we notice that the mass of the molecular ion is 72. This tells us, right away, the molecular weight of the compound rounded off to the nearest mass unit. We also see in the left-hand column of Fig. A.7 that the intensities of the peaks are expressed in the normal way—as

| m/e | Intensity (as per cent of base peak) |
|---|---|
| 27 | 59.0 |
| 28 | 15.0 |
| 29 | 54.0 |
| 39 | 23.0 |
| 41 | 60.0 |
| 42 | 12.0 |
| 43 | 79.0 |
| 44 | 100.0 (base) |
| 72 | 73.0 $M^{+\cdot}$ |
| 73 | 3.3 |
| 74 | 0.2 |

Recalculated to base on $M^{+\cdot}$

| m/e | | Intensity (as per cent of $M^{+\cdot}$) |
|---|---|---|
| 72 | $M^{+\cdot}$ | 100.0 |
| 73 | $M^{+\cdot}+1$ | 4.5 |
| 74 | $M^{+\cdot}+2$ | 0.3 |

FIG. A.7
*Mass spectrum of an unknown compound.*

percentages of the most intense peak, in this instance, the peak at $m/e$ 44. The data for the $M^{\ddagger} + 1$ and $M^{\ddagger} + 2$ peaks in Table A.2, however, are calculated as percentages of the $M^{\ddagger}$ intensity. This means that we need to recalculate the intensities of the peaks in our spectrum at $m/e$ 72, 73, and 74 by basing them on $m/e$ 72 = 100. These results are shown below (and in the right-hand column of Fig. A.7).

| $m/e$ | % of $M^{\ddagger}$ |
|---|---|
| 72 | 100 $M^{\ddagger}$ |
| 73 | 4.5 $M^{\ddagger} + 1$ |
| 74 | 0.3 $M^{\ddagger} + 2$ |

The low intensity of the $M^{\ddagger} + 2$ peak disallows the possibility of a compound containing sulfur, chlorine, or bromine (see Table A.1). Thus we are justified in assuming that the compound consists of carbon, hydrogen, nitrogen, and oxygen and we are justified in using Table A.2. If we now look under $m/e$ 72, we see that only one formula gives $M^{\ddagger} + 1$ and $M^{\ddagger} + 2$ peaks with intensities close to that of our compound—the formula $C_4H_8O$. This, then, must be the molecular formula of our compound.

## Problem A.6

(a) Write structural formulas for at least 14 stable compounds that have the formula $C_4H_8O$. (b) The infrared spectrum of the unknown compound shows a strong peak near 1730 $cm^{-1}$. Which structures now remain as possible formulas for the compound? (We continue with this compound in problem A.15.)

## Problem A.7

Use the mass spectral data given in Fig. A.8 to determine the molecular formula for the compound. (The pmr spectrum of this compound is the subject of problem 25.25.)

| $m/e$ | INTENSITY (AS PERCENT OF BASE PEAK) |
|---|---|
| 14 | 8.0 |
| 15 | 38.6 |
| 18 | 16.3 |
| 28 | 39.7 |
| 29 | 23.4 |
| 42 | 46.6 |
| 43 | 10.7 |
| 44 | 100.0 (Base) |
| 73 | 86.1 $M^{\ddagger}$ |
| 74 | 3.2 |
| 75 | 0.2 |

FIG. A.8
*Mass spectrum for problem A.7.*

### Problem A.8

The peaks due the chlorine and bromine isotopes are especially helpful in recognizing compounds that contain these elements. (a) What factor makes this possible? (b) What approximate intensities would you expect for the $M^{\ddagger}$ and $M^{\ddagger} + 2$ peaks of $CH_3Cl$? (c) For the $M^{\ddagger}$ and $M^{\ddagger} + 2$ peaks of $CH_3Br$? (d) An organic compound gives an $M^{\ddagger}$ peak at $m/e$ 122 and a peak of nearly equal intensity at $m/e$ 124. What is a likely molecular formula for the compound?

### High-Resolution Mass Spectroscopy

All of the spectra that we have described so far were determined on what are called "low-resolution" mass spectrometers. These spectrometers, as we noted earlier, measure $m/e$ values to the nearest whole-number mass unit. Most laboratories are equipped with this type of mass spectrometer.

Some laboratories, however, are equipped with the more expensive "high-resolution" mass spectrometers. These spectrometers can measure $m/e$ values to three or four decimal places and thus they provide an extremely accurate method for determining molecular weights. And, because molecular weights can be measured so accurately, these spectrometers also allow us to determine molecular formulas.

The determination of a molecular formula by an accurate measurement of a molecular weight is possible because the actual masses of atomic particles (nuclides) are not integers (see Table A.3). Consider, as examples, the three molecules, $O_2$, $N_2H_4$, and $CH_3OH$. The actual atomic masses of the molecules are all different.

$$^{16}O_2 = 2(15.9949) = 31.9898$$
$$N_2H_4 = 2(14.0031) + 4(1.00783) = 32.0375$$
$$CH_4O = 12.0000 + 4(1.00783) + 15.9949 = 32.0262$$

**TABLE A.3** Exact Masses of Nuclides

| ISOTOPE | MASS |
|---|---|
| $^{1}H$ | 1.00783 |
| $^{2}H$ | 2.01410 |
| $^{12}C$ | 12.00000 (std) |
| $^{13}C$ | 13.00336 |
| $^{14}N$ | 14.0031 |
| $^{15}N$ | 15.0001 |
| $^{16}O$ | 15.9949 |
| $^{17}O$ | 16.9991 |
| $^{18}O$ | 17.9992 |
| $^{19}F$ | 18.9984 |
| $^{32}S$ | 31.9721 |
| $^{33}S$ | 32.9715 |
| $^{34}S$ | 33.9679 |
| $^{35}Cl$ | 34.9689 |
| $^{37}Cl$ | 36.9659 |
| $^{79}Br$ | 78.9183 |
| $^{81}Br$ | 80.9163 |
| $^{127}I$ | 126.9045 |

High-resolution mass spectrometers are available that are capable of measuring mass with an accuracy of 1 part in 40,000. Thus, such a spectrometer can easily distinguish between these three molecules and tell us the molecular formula.

## A.4 FRAGMENTATION

In most instances the molecular ion is a highly energetic species and in the case of a complex molecule a great many things can happen to it. The molecular ion can break apart in a variety of ways and the fragments that are produced can then undergo further fragmentation and so on. In a certain sense mass spectroscopy is a "brute force" technique. Striking an organic molecule with 70 eV electrons is a little like firing a howitzer at a house made of matchsticks. That fragmentation takes place in any sort of predictable way is truly remarkable—and yet it does. Many of the same factors that govern ordinary chemical reactions seem to apply to fragmentation processes and many of the principles that we have learned about the relative stabilities of carbocations, free radicals, and molecules will help us to make some sense out of what takes place. And, as we learn something about what kind of fragmentations to expect, we will be much better able to use mass spectra as an aid in determining the structures of organic molecules.

We cannot, of course, in the limited space that we have here, look at these processes in great detail, but we can examine some of the more important ones.

As we begin, keep two important principles in mind. (1) The reactions that take place in a mass spectrometer are *unimolecular*—that is, they involve only a *single* molecular fragment. This is true because the pressure in a mass spectrometer is kept so low ($\sim 10^{-6}$ torr) that reactions requiring bimolecular collisions do not occur. (2) The relative ion abundances, as measured by ion intensities, are extremely important. We will see that the appearance of certain prominent peaks in the spectrum gives us important information about the structures of the fragments produced and about their original locations in the molecule.

### Fragmentation by Cleavage of a Single Bond

One important type of fragmentation is the simple cleavage of a single bond. With a radical cation this cleavage can take place in at least two ways; each way produces a *cation* and a *free radical*. With the molecular ion obtained from propane, for example, the two possibilities are:

$$CH_3CH_2{\overset{+}{\vdots}}CH_3 \longrightarrow \underset{m/e\ 29}{CH_3CH_2^+} + \cdot CH_3$$

$$CH_3CH_2{\overset{+}{\vdots}}CH_3 \longrightarrow CH_3CH_2\cdot + \underset{m/e\ 15}{^+CH_3}$$

These two modes of cleavage do not take place equally, however. While the relative abundance of ions produced by such a cleavage is influenced both by the stability of the carbocation and by the stability of the free radical; *the carbocation's stability is more important*.* In the spectrum of propane the peak at $m/e$ 29 ($CH_3CH_2^+$) is the

*This can be demonstrated through thermochemical calculations that we cannot go into here. The interested student is referred to F. W. McLafferty, *Interpretation of Mass Spectra*, 2nd Ed., W. A. Benjamin, Reading, Mass., 1973, p. 41 and pp. 210–211.

**TABLE A.4 Ionization Potentials of Selected Molecules**

| COMPOUND | IONIZATION POTENTIAL (ELECTRON VOLTS) |
|---|---|
| $CH_3(CH_2)_3NH_2$ | 8.7 |
| $C_6H_6$ | 9.2 |
| $C_2H_4$ | 10.5 |
| $CH_3OH$ | 10.8 |
| $C_2H_6$ | 11.5 |
| $CH_4$ | 12.7 |

most intense peak; the peak at $m/e$ 15 ($CH_3^+$) has an intensity of only 5.6%. This reflects the greater stability of $CH_3CH_2^+$ when compared to $CH_3^+$.

### Fragmentation Equations

Before we go further, we need to examine some of the conventions that are used in writing equations for fragmentation reactions. In the two equations for cleavage of the single bond of propane that we have just written, we have localized the odd electron and the charge on one of the carbon-carbon sigma bonds of the molecular ion. When we write structures this way, the choice of just where to localize the odd electron and the charge is sometimes arbitrary. When possible, however, we write the structure showing the molecular ion that would result from the removal of one of the most loosely held electrons of the original molecule. Just which electrons these are can usually be estimated from ionization potentials (Table A.4). [The ionization potential of a molecule is the amount of energy (in eV) required to remove an electron from the molecule.] As we might expect, ionization potentials indicate that the nonbonding electrons of nitrogen and oxygen and the pi electrons of alkenes and aromatic molecules are held more loosely than the electrons of carbon-carbon and carbon-hydrogen sigma bonds. Thus the convention of localizing the odd electron and charge is especially applicable when the molecule contains an oxygen, nitrogen, double bond, or aromatic ring. If the molecule contains only carbon-carbon and carbon-hydrogen sigma bonds, and if it contains a great many of these, then the choice of where to localize the odd electron and the charge is so arbitrary as to be impractical. In these instances we usually resort to another convention: we write the formula for the radical cation in brackets and place the odd electron and charge outside. Using this convention we would write the two fragmentation reactions of propane in the following way.

$$[CH_3CH_2CH_3]^{\cdot+} \longrightarrow CH_3CH_2^+ + \cdot CH_3$$

$$[CH_3CH_2CH_3]^{\cdot+} \longrightarrow CH_3CH_2\cdot + CH_3^+$$

### Problem A.9

The most intense peak in the mass spectrum of 2,2-dimethylbutane occurs at $m/e$ 57. (a) What carbocation does this peak represent? (b) Using the convention that we have just described, write an equation that shows how this carbocation arises from the molecular ion.

Case 2:25-cv-02129-GAW Document 45-3 Filed 01/23/26 Page 74 of 123






FIG. A.9
*Mass spectrum of* n-*hexane.*

Figure A.9 shows us the kind of fragmentation a longer chain alkane can undergo. The example here is *n*-hexane and we see a reasonably intense molecular ion at *m/e* 86 accompanied by a small $M^{\ddagger} + 1$ peak. There is also a smaller peak at *m/e* 71 ($M^{\ddagger} - 15$) corresponding to the loss of $\cdot CH_3$ and the base peak is at *m/e* 57 ($M^{\ddagger} - 29$) corresponding to the loss of $\cdot CH_2CH_3$. The other prominent peaks are at *m/e* 43 ($M^{\ddagger} - 43$) and *m/e* 29 ($M^{\ddagger} - 57$) corresponding to the loss of $\cdot CH_2CH_2CH_3$ and $\cdot CH_2CH_2CH_2CH_3$, respectively. The important fragmentations are just the ones we would expect:

$$[CH_3CH_2CH_2CH_2CH_2CH_3]^{\ddagger} \longrightarrow \begin{cases} CH_3CH_2CH_2CH_2CH_2^{+} + \cdot CH_3 & m/e\ 71 \\ CH_3CH_2CH_2CH_2^{+} + \cdot CH_2CH_3 & m/e\ 57 \\ CH_3CH_2CH_2^{+} + \cdot CH_2CH_2CH_3 & m/e\ 43 \\ CH_3CH_2^{+} + \cdot CH_2CH_2CH_2CH_3 & m/e\ 29 \end{cases}$$

Chain branching increases the likelihood of cleavage at a branch point because a more stable carbocation can result. When we compare the mass spectrum of 2-methylbutane (Fig. A.10) with the spectrum of *n*-hexane we see a much more intense peak at $M^{\ddagger} - 15$. Loss of a methyl radical from 2-methylbutane can give a secondary carbocation:

$$\left[\begin{array}{c} CH_3 \\ | \\ CH_3CHCH_2CH_3 \end{array}\right]^{\ddagger} \longrightarrow CH_3\overset{+}{C}HCH_2CH_3 + \cdot CH_3$$

$$\underset{M^{\ddagger}}{m/e\ 72} \qquad \underset{M^{\ddagger} - 15}{m/e\ 57}$$

Case 2:25-cv-02129-GAW Document 45-3 Filed 01/23/26 Page 75 of 123






**FIG. A.10**
*The mass spectrum of 2-methylbutane.*

whereas with *n*-hexane, loss of a methyl radical can yield only a primary cation.

With 2,2-dimethylpropane (Fig. A.11), this effect is even more dramatic. Loss of a methyl radical by the molecular ion produces a *tertiary* carbocation and this reaction takes place so readily that virtually none of the molecular ions survive long enough to be detected.




## Problem A.10

In contrast to 2-methylbutane and 2,2-dimethylpropane the mass spectrum of 3-methylpentane (not given) has a peak of very low intensity at $M^{\dagger} - 15$. It has a peak of very high intensity at $M^{\dagger} - 29$, however. Explain.

Carbocations stabilized by resonance are usually also prominent in mass spectra. Several ways that resonance-stabilized carbocations can be produced are outlined below.

(1) Alkenes frequently undergo fragmentations that yield allylic cations.

$$CH_2 \overset{+\cdot}{=} CH - CH_2 : R \longrightarrow \overset{+}{C}H_2 - CH = CH_2 + \cdot R$$

$m/e$ 41

(2) Carbon-carbon bonds next to an atom with an unshared electron pair usually break readily because the resulting carbocation is resonance stabilized.

NSX_00000581

Case 2:25-cv-02129-GAW Document 45-3 Filed 01/23/26 Page 76 of 123






**FIG. A.11**
*Mass spectrum of 2,2-dimethylpropane.*



Z = N, O, or S; R may also be H.

(3) Carbon-carbon bonds next to the carbonyl group of an aldehyde or ketone break readily because resonance-stabilized acylium ions are produced



or



(4) Alkyl-substituted benzenes undergo loss of a hydrogen atom or methyl group to yield the highly stable tropylium ion (cf. Sect. 12.6). This fragmentation gives a prominent peak (sometimes the base peak) at $m/e$ 91.

Case 2:25-cv-02129-GAW Document 45-3 Filed 01/23/26 Page 77 of 123





$m/e$ 91



$m/e$ 91

(5) Substituted benzenes also lose their substituent and yield a phenyl cation at $m/e$ 77.



$m/e$ 77

Y = halogen, $-NO_2$, $-\overset{O}{\overset{\|}{C}}R$, $-R$, etc.

### Problem A.11

The mass spectrum of 4-methyl-1-hexene (not given) shows intense peaks at $m/e$ 57 and $m/e$ 41. What fragmentation reactions account for these peaks?

### Problem A.12

Explain the following observations that can be made about the mass spectra of alcohols:
(a) The molecular ion peak of a primary or secondary alcohol is very small; with a tertiary alcohol it is usually undetectable. (b) Primary alcohols show a prominent peak at $m/e$ 31. (c) Secondary alcohols usually give prominent peaks at $m/e$ 45, 59, 73 and so forth. (d) Tertiary alcohols have prominent peaks at $m/e$ 59, 73, 87 and so forth.

### Problem A.13

The mass spectra of isopropyl butyl ether and propyl butyl ether are given in Figs. A.12 and A.13. (a) Which spectrum represents which ether? (b) Explain your choice.

### The Nitrogen Rule

For most of the elements found in organic compounds, there is a correspondence between the most common *valence* of the element and the *mass* of its most abundant isotope—either *both are even numbers* or *both are odd numbers*. For carbon, for example, the valence is 4 and the mass 12; for hydrogen the valence is 1, the mass 1; for oxygen the valence is 2 and the mass 16. The only important exception is the element nitrogen; here the valence is odd (3) and the mass even (14).

NSX_00000583




FIG. A.12
*Mass spectrum for problem A.13.*




FIG. A.13
*Mass spectrum for problem A.13.*

These numbers lead to an important rule called the **nitrogen rule:** *Compounds containing an even number of nitrogen atoms* (zero is an even number) *will give a molecular ion with an even mass number.*

## Problem A.14

Demonstrate the validity of the nitrogen rule by showing how it applies to the molecular ions obtained from the following: (a) $C_6H_6O$ (b) $C_2H_5Cl$ (c) $C_6H_{12}$ (d) $C_3H_9N$ (e) $CN_2H_6$ (f) $C_2H_5NO$.

Case 2:25-cv-02129-GAW Document 45-3 Filed 01/23/26 Page 79 of 123



### Fragmentation by Cleavage of Two Bonds

Many peaks in mass spectra can be explained by fragmentation reactions that involve the breaking of two covalent bonds. When a radical-cation undergoes this type of fragmentation the products are *a new radical-cation* and *a neutral molecule*. Some important examples are the following.

(1) Alcohols frequently show a prominent peak at $M^{\dot{+}} - 18$. This corresponds to the loss of a molecule of water.



or

$$[R{-}CH_2{-}CH_2{-}OH]^{\dot{+}} \longrightarrow [R{-}CH{=}CH_2]^{\dot{+}} + H_2O$$

$$M^{\dot{+}} \qquad\qquad M^{\dot{+}} - 18$$

(2) Cycloalkenes can undergo a retro-Diels-Alder reaction that produces an alkene and an alkadiene radical cation.



(3) Carbonyl compounds with a hydrogen on their $\gamma$-carbon undergo a fragmentation called the *McLafferty rearrangement*.



Y may be R, H, OR, OH, etc.

In addition to these reactions, we frequently find peaks in mass spectra that result from the elimination of other small stable neutral molecules, for example, $H_2$, $NH_3$, CO, HCN, $H_2S$, alcohols, and alkenes.

### Additional Problems

**A.15**
Reconsider problem A.6 and the spectrum given in Fig. A.7. Important clues to the structure of this compound are the peaks at *m/e* 44 (the base peak) and *m/e* 29. Propose a structure for the compound and write fragmentation equations showing how these peaks arise.

**A.16**
The homologous series of primary amines, $CH_3(CH_2)_nNH_2$, from $CH_3NH_2$ to $CH_3(CH_2)_{13}NH_2$ all have their base (largest) peak at *m/e* 30. What ion does this peak represent and how is it formed?

NSX_00000585




FIG. A.14
*Mass spectrum of compound A (problem A.17).*

**A.17**
The mass spectrum of compound **A** is given in Fig. A.14. The pmr spectrum of **A** consists of two singlets with area ratios of 9 : 2. The larger singlet is at δ1.2, the smaller one at δ1.3. Propose a structure for compound **A**.

**A.18**
The mass spectrum of compound **B** is given in Fig. A.15. The infrared spectrum of **B** shows a broad peak between 3200–3600 $cm^{-1}$. The pmr spectrum of **B** shows the following peaks: a triplet at δ0.9, a singlet at δ1.1, and a quartet at δ1.6. The area ratios of these peaks is 3 : 7 : 2 respectively. Propose a structure for **B**.




FIG. A.15
*Mass spectrum of compound B (problem A.18).*




FIG. A.16
*Mass spectrum of compound C (problem A.19).*

**A.19**
The mass spectrum of compound **C** is given in Fig. A.16. Compound **C** is an isomer of **B** and the infrared spectrum of **C** also shows a broad peak in the 3200–3600 region. The pmr spectrum of **C** is given in Fig. A.17. Propose a structure for **C**.

**A.20**
The mass spectrum of compound **D** is given in Fig. A.18. **D** shows a strong infrared peak at 1710 $cm^{-1}$. The pmr spectrum of **D** is given in Fig. A.19. Propose a structure for **D**.




FIG. A.17
*The pmr spectrum of compound C. (Courtesy of Aldrich Chemical Co., Milwaukee, Wis.)*




FIG. A.18
*The mass spectrum of compound* **D** *(problem A.20).*

**A.21**
Propose a structure for compound **E** whose mass spectrum is given in Fig. A.20.

**A.22**
Propose a structure for compound **F** whose mass spectrum is given in Fig. A.21 and whos pmr spectrum is given in Fig. A.22.




FIG. A.19
*The pmr spectrum of compound* **D.** *(Courtesy of Aldrich Chemical Co. Milwaukee, Wis.)*




FIG. A.20
*The mass spectrum of compound **E**.*




FIG. A.21
*The mass spectrum of compound **F**. (Adapted with permission from E. Stenhagen, S. Abrahamsson, and F. W. McLafferty,* Registry of Mass Spectral Data, *Vol. II, Wiley, New York, 1974, p. 992.)*




FIG. A.22
*The pmr spectrum of compound **F**. (Courtesy of Aldrich Chemical Co., Milwaukee, Wis.)*

# INDEX

Page numbers printed in **boldface** refer to tables of physical properties. Those preceded by an A refer to the appendix.


Absolute alcohol, 583
Absorbance, 369
Acetaldehyde, 37, 78A, 89–90, 217, 294, 590, **684**, 927
  from ethanol, 57
  from ethyne, 318
  keto-enol tautomers, 696
Acetaldimine, 718
Acetaldoxime, **716**
Acetals, 710–714
Acetamide, 744
*p*-Acetamidobenzenesulfonic acid, 498
4-Acetamido-3-nitrobenzenesulfonic acid, 498
Acetanilide, from aniline, 498
  nitration of, 466
Acetate pyrolysis, 185, 670
Acetic acid, 59,89–90, 328, 587, **653**, **783**
Acetic anhydride, **743**
  in Friedel-Crafts acylation, 460
Acetoacetic ester, 786
  reactions, 795–802
  synthesis, 795–802, 814A
  *see also* Ethyl acetoacetate
Acetoacetyl CoA, 909
Acetone, 217, 590, **654**, 682, **684**
  from isopropyl alcohol, 57
  keto-enol tautomers, 696
  from propyne, 318
Acetone cyanohydrin, 692
Acetonitrile, **654**
Acetophenone, 433, 682, **684**
  from benzene, 446, 459, 460
Acetophenone phenylhydrazone, **716**
*p*-Acetylbenzenesulfonic acid, 683
Acetyl chloride, preparation, 460, 753
  reactions, 459, 744
Acetyl coenzyme A, 771–772, 904
Acetyl coenzyme A carboxylase, 905
1-Acetylcyclohexanol, 319
2-Acetylcyclopentanone, 792
Acetylene, 52, 307, 328. *See also* Ethyne
Acetylenedicarboxylic acid, 316
Acetyl group, 459
5-Acetyl-2-methoxyaniline, 824
2-Acetylnaphthalene, 722
Acetylsalicyclic acid, 620
Acid anhydrides, 736
  chemical tests for, 779
  infrared spectra, 745
  nomenclature, 743
  preparation, from acyl chlorides, 753–754, 775
    from dicarboxylic acids, 754–755
  reactions, with acetoacetic ester, 801–802
    with alcohols, 596, 758, 776–777
    with ammonia derivatives, 764, 777
    with enamines, 793–794
    Friedel-Crafts acylations, 460–463, 777
    hydrolysis, 776
    nucleophilic substitution, 749–750
    Perkin condensation, 814B
    with phenols, 618
Acid-base reactions, in nonaqueous solutions, 67–69
  theory of, 63–69
Acid catalysis, 50
Acid chlorides, *see* Acyl chlorides
Acidity, 63–69
  of alcohols, 68, 594, 614–615
  of alkynes, 68, 321
  of amides, 785–785A
Acidity (*continued*)
  of carbonyl compounds, 694
  of carboxylic acids, 738–740
  of cyclohexane, 67
  of cyclopentadiene, 424
  of dicarboxylic acids, 741
  of ethane, ethene, and ethyne, 312
  of hydrocarbons, 67–68, 312
  of α-hydrogen of carbonyl compounds, 694
  of imides, 785–785A
  of β-keto esters, 788–789
  of malonic esters, 802–803
  of methylene hydrogens, 806
  of phenols, 611–618
  of sulfonamides, 843
  of water, 66
Acidity constants, 65–66
  of alcohols, 68, 594
  of alkynes, 68, 321, 694
  of carbonyl compounds, 694
  of carboxylic acids, 738
  of cycloheptatriene, 424
  of cyclohexane, 67
  of cyclopentadiene, 424
  of dicarboxylic acids, 741
  of ethane, ethene, and ethyne, 312
  of imides, 785–785A
  of phenols, 612–613
  table of, 68
  of water, 66
Acids, Brønsted-Lowry definition, 64
  Lewis definition, 68–69
  relative strengths of, 67–68, 564–566
  *see also* Acidity; Acidity constants; *and* Carboxylic acids
Acids and bases, table of, 68

Acrolein, 363, 726
Acrylamide, 763
Acrylonitrile, polymerization of, 293-294
Activation energy, 133-142
 effect of catalyst, 168-169
Active methylene compounds, 806-810
Acylation, of acetoacetic ester, 801-802
 of carbanions, 791
 of enamines, 793-794
 of esters, 790-791
 Friedel-Crafts, 459-463
Acyl carrier protein, 905
Acyl chlorides, 736
 chemical tests for, 779
 infrared spectra, 745
 nomenclature, 743-744
 preparation, 752-753
  from fatty acids, 886
 reactions, with acetoacetic esters, 801-802
  with alcohols, 596, 757-758, 775
  with ammonia derivatives, 762-763, 775, 829
  with carbanions, 776
  with carboxylate ions, 754, 775
  catalytic hydrogenation, 776
  with enamines, 793-794, 830
  Friedel-Crafts acylation, 776
  with Grignard reagents, 687
  hydrolysis, 775
  with lithium dialkylcuprates, 776
  nucleophilic substitution, 748-749
  with organocadmium compounds, 687, 776
  with pyridine, 754
  reduction to aldehydes, 685
  with thiols, 771, 776
Acyl compounds, preparation, 752-769
 relative reactivity, 751
 resonance stabilization, 751-752
Acyl group, 459, 682-683, 736
 spectroscopic properties, 744
Acylium ion, 460
 in mass spectroscopy, A16
Acyl phosphates, 915
Acylpyridinium ions, 763
Adamantane, 113
Addition polymerization, anionic, 292, 296-297
 cationic, 292, 295-296
 free radical, 292-295
Addition polymerization (*cont.*)
 stereochemistry of, 297-298
Addition polymers, 291-298
 atactic, 297-298
 copolymers, 293, 295
 *Lucite*, 291, 294
 isotactic, 297-298
 *Orlon*, 291, 294
 *Plexiglas*, 291, 294
 polyacrylonitrile, 294, 296
 polyethylene, 291, 292-293
 polyisobutylene, 296
 poly(methyl methacrylate), 294
 polypropylene, 292, 297-298
 polyvinyl acetate, 294
 polyvinyl alcohol, 294
 polyvinyl chloride, 293
 polyvinyl fluoride, 295
 syndyotactic, 297-298
 *Teflon*, 291, 294
 *Viton*, 295
Addition reactions, 1,4- vs 1,2-addition, 358-361
 of aldehydes and ketones, 689-694, 723-730
 of alkenes, 49-51, 163-165, 168-170, 182-183, 190-220, 474-475
 of alkenylbenzenes, 492-496
 of alkynes, 52-53, 314-320
 definition of, 49
 reduction of alkynes, 186
 *syn* and *anti*, 206
 *see also* Electrophilic addition; Nucleophilic addition
Adenine, 914, 986
Adenosine, 988
Adenosine diphosphate, 914
Adenosine monophosphate, 987
Adenosine 5′-phosphate, 987
Adenosine triphosphate, 914-915
Adenyl cyclase, 988
Adenylic acid, 986
Adipic acid, **741**, 876
Adrenocortical hormones, 899-900
Air pollution, carcinogens in auto exhaust, 440-441
 lead from auto exhaust, 572
 *see also* Environmental effects; Pollution
Alanine, 950
Alcoholic silver nitrate, 333
Alcohols, acidity, 594-595
 addition to aldehydes and ketones, 710-714
 alkyl halides from, 551-552, 602-605
 alkyl sulfonates from, 596-597
Alcohols (*continued*)
 analysis, 333-335, 538, A15-A17
 boiling points, 579
 chemical tests for, 333-335
 classification of, 56-57
 dehydration to alkenes, 170-179
  to ethers, 607-609
 esterification, 595-598, 755-759
 hydrogen bonding in, 579
 industrial production, 582-584
 mass spectroscopy, A15-A17
 nomenclature, 576-577
 oxidation, 57-60, 78A, 598-600
 physical properties, 579-581
 polyhydroxy, 605
 preparation, 584-594
  from alkyl hydrogen sulfates, 199
  from Cannizzaro reactions, 704-705
  from esters, 778
  from Grignard reactions, 566-567, 588-590
  by hydration of alkenes, 196-199, 224, 584-585
  by hydroboration-oxidation, 205, 225, 585-586
  by nucleophilic alkyl substitution, 632, 636, 638-639, 641-643
  by oxymercuration-demercuration, 199-202, 224, 585
  by reduction of carbonyl compounds, 586-588
 reactions, with acid anhydrides, 758
  as acids, 565, 594-595
  with acyl chlorides, 757-758, 775
  with alkali metals, 595
  with anhydrides, 776-777
  with C-O bond cleavage, 601-605
  with O-H bond cleavage, 594-600
  dehydration, 167, 170-179, 183-184, 601-602
  with dibromotriphenylphosphorane, 552
  in Friedel-Crafts alkylations, 457
  with hydrogen halides, 551-552, 602-605
  with inorganic acid chlorides, 596-597

Alcohols, reactions (*continued*)
oxidation, 57–60, 598–600, 685, 687, 746
with phosphorus halides, 551, 604–605
reduction, 60
with thionyl chloride, 551, 604–605
structure, 575
water solubility, 581
Aldaric acids, 925–926
Aldehydes, 681–735
acidity of α-hydrogens, 694
chemical tests for, 727
derivatives of, 717
fragrances, 683–684
functional group of, 37
mass spectroscopy of, A16
nomenclature, 681–682
Perkin condensation of, 814B
physical properties, 683–684
preparation, 685–686
from acyl chlorides, 686, 776
from alkenes, 217, 226, 318–320
by oxidation of methylbenzenes, 685–686
by oxidation of primary alcohols, 57–60, 598–600, 685
reactions, acetal formation, 710–714
addition of alcohols, 729
aldol additions and condensations, 697–704, 729
with ammonia derivatives, 715–719, **716–717**, 730
Cannizzaro, 704–705
Claisen-Schmidt, 702–703
crossed aldol additions, 701, 702
enamine formation, 792–795
with Grignard reagents, 589–590
with hydrogen cyanide, 691–692
Knoevenagel condensation, 806–807
nucleophilic addition, 689–694, 728–730
oxidation, 58–60, 746
Perkin condensation, 814B
with primary amines, 717–718
reduction, 59–60, 586–587, 718–719
reductive amination, 825–826
Reformatsky reaction, 814C
with secondary amines, 718
Aldehydes, reactions (*continued*)
with sodium bisulfite, 693
Strecker synthesis, 983
with sulfur ylides, 709
with thiols, 715
Wittig reaction, 705–706, 729
Wolff-Kishner reductions, 718–719
with ylides, 705–709
spectroscopic properties, 684–685, A16
structure of, 58
α,β-unsaturated, 723–726
Alder, Kurt, 362
Alditols, 930
Aldohexoses, *see* Aldoses; Glucose
Aldol additions, 697–704, 729
in biochemistry, 703–704
Aldol condensation, 699–703
Aldolase, 703–704
Aldonic acids, 924–925
Aldonolactones, 933, 937–938
Aldoses, chain-lengthening, 932–934
determination of ring size, 929–930
epimers, 932
D-family, 934–936
Fischer's proof of configuration, 936–937
Kiliani-Fischer synthesis, 932–934
methylation, 938–939
reactions, with Benedict's or Tollens' reagent, 922–923
with bromine water, 924–925
with nitric acid, 925–926
reduction, 930
Ruff degradation, 934
*see also* Glucose
Aldotetroses, 915
Aldrin, 375
synthesis of, 569–571
Aliphatic compounds, 411
Alkadienes, 351–353
conjugated, 352
reactions with electrophiles, 358–361
stability of, 356–358
cumulated, 352
Diels-Alder reaction, 362–366
heats of hydrogenation, 356
isolated, 352
*see also* Dienes
Alkaloids, 865–875
biosynthesis, 870–875
as resolving agents, 271
Alkanes, chemical tests, 329–334
Alkanes (*continued*)
*vs.* cycloalkanes, 79–80
definition of, 37, 79
general formula for, 79
infrared spectroscopy, 537–538
mass spectroscopy, A13–A15
nomenclature of, 88–95
normal, 87
physical properties of, 95–97
preparation, from alcohols, 60
from alkenes, 115–116, 163–165, 168–170, 208, 225
from alkyl halides, 114–116
from lithium dialkylcuprates, 114–115, 563–564
reactions, 125–126
chlorination, 144–149
combustion of, 125
dehydrogenation, 167–170
halogenation of, 144–149
with methylene, 303–304
with superacids, 150, 151
thermal cracking of, 156
representative, 37
shapes of, 85–88
spectroscopic analysis, 537–538, A13–A15
straight-chain, 87
tetrahedral carbons of, 38, 85–88
unbranched, 86
Alkatrienes, 351
Alkene oxides, 212–214
acid-catalyzed hydrolysis, 213–214
*see also* Epoxides; Oxiranes
Alkenes, addition reactions, acid-catalyzed hydration, 196–198, 224, 584–585
of alkenylbenzenes, 492–496
*anti* hydroxylation, 214, 225, 260–262
*anti*-Markovnikov, 218–220, 224
with carbenes and carbenoids, 226, 304–306
electrophilic, 191–212, 224–225, 341A
energetics, 191
epoxidation, 212–214, 225, 260–262
free radical, 218–220, 224
halogenation, 49–50, 119, 182–183, 208–212, 225, 330, 332
hydroboration, 203–208, 225, 585–586
hydrogenation, 78A, 163–165, 168–170, 190, 223

Alkenes (*continued*)
with hydrogen bromide, 218–220, 224, 550
with hydrogen halides, 193–195, 218–220, 224, 550
hydroxylation, 214–215, 225, 260–262
inductive effects, 474–475
with iodine chloride, 195
Markovnikov's rule, 195
with methylene, 300–304
oxymercuration-demercuration, 199–202, 224, 585
ozonization, 216–217, 226
polymerization, 291–298
solvomercuration-demercuration, 202–203, 224
with sulfuric acid, 197–198
*syn* addition of hydrogen, 169
*syn vs. anti*, 494–496
*syn* hydroxylation, 214–215, 226, 260–264
addition *vs.* substitution, 343
allylic halogenation, 343–346
chemical tests, 329–334
and *cis-trans* isomerism, 47–48
cycloaddition reactions, 397–403
*vs.* cycloalkanes, 157
definition, 38, 79, 157
Diels-Alder reaction, 362–366
dimerization, 221–222
electrocyclic reactions, 384–397
electrophilic addition, 191–212
in Friedel-Crafts alkylations, 456–457
functional group of, 46
heats of hydrogenation, 163–166
hydrogenation of, 51, 115–116, 163–166
index of hydrogen deficiency, 159A
infrared spectroscopy, 538–541
introduction to chemistry of, 46–51
isomerization by light, 383–384
mass spectroscopy, A13–A15
molecular formula of, 157
naturally occurring, 403–410
nmr spectroscopy, 512, 514, 548C
nomenclature of, 157–159
oxidation, 214–218, 226, 332
oxidative cleavage, 216, 226
ozonolysis, 216–218, 226
peroxides from, 218

Alkenes (*continued*)
pmr spectroscopy, 512, 514, 548C
preparation, acetate pyrolysis, 185, 670
from alcohols, 167, 170–179, 183–184, 601–602
from alkanes, 167, 183
from alkylboranes, 208, 225
from alkyl halides, 167, 179–181, 184, 549
from alkynes, 186, 314–316
Cope elimination, 185, 671
from *vic*-dihalides, 167, 181–183, 184
through elimination reactions, 56, 166–168, 183–186, 657–671
Hofmann elimination, 666–669
from Wittig reagents, 186, 705–708
relative stability, 163–166
separation from alkanes, 182
spectroscopic analysis, 512, 514, 538, 548C, A13
stereochemistry of hydroxylation, 260–264
Alkenylbenzenes, addition reactions, 492–496
Alkoxide ions, from alcohols, 594–595
in dehydrohalogenations, 180
Alkoxyalkylmercury compounds, 202
Alkylation, of alkenes, 220–223
of alkynes, 321–322
of amines, 821–822, 829
of benzene, 412–414. *See also* Friedel-Crafts reaction and Electrophilic aromatic substitution
of diethyl malonate, 802–803
of enamines, 794–795
of ethyl acetoacetate, 796–802
of ethyl cyanoacetate, 806
Alkylbenzenes, 746
from Friedel-Crafts alkylations, 455–459
halogenation of side chain, 487–490
side chain oxidation, 490–492
*see also* Arenes
Alkylboranes, 203–208, 225, 585–586
Alkyl chlorosulfites, 605
Alkyl free radicals, 120–153
Alkyl groups, and delocalization of charge, 174–176

Alkyl groups (*continued*)
as electron-releasing groups, 174–176
names of, 91–92
Alkyl halides, chemical tests, 329–334
physical properties, 559–560
preparation, from alcohols, 551–552, 602–605
from alkenes, 193–195, 224, 550
by *anti*-Markovnikov addition, 218–220, 224, 550
from ethers, 610
product distribution in dehydrohalogenation, 180–181
reactions, acetoacetic ester synthesis, 795–802
with amidomalonic esters, 953–954
with amines, 822, 829
Corey-House synthesis, 114–115, 563–564
with cyanides, 746–747
dehydrohalogenation, 56, 167, 179–181, 184, 549, 657–667
with diethyl malonate, 802–805
with enamines, 794–795, 830
Friedel-Crafts alkylations, 455–459
Gabriel synthesis, 823
with hydrogen sulfides, 622
with imidomalonic esters, 954–955
preparation of alkanes, 114–116
preparation of alkyllithium compounds, 561
preparation of alkynes, 321–323
preparation of Grignard reagents, 561–563
reduction, 116
with thiourea, 622–623
with triphenylphosphine, 706
Wurtz reaction, 115
reactivity in $S_N$ reactions, 645–648
*S*-Alkylisothiouronium salts, 622–623
Alkyl sulfates, preparation, 597
Alkyl thiolacetates, synthesis, 785A
Alkyl tosylates, 596–598
substitution *vs.* elimination, 664
Alkynes, 38, 51, 79
acidity of, 312, 321, 565–566

Alkynes (*continued*)
addition reactions, 52–53
*anti*-Markovnikov, 317, 320
with carbenoids, 305
with halogens, 316, 337, 551
hydration, 317–320, 337–338
hydroboration, 315, 319, 320, 338
hydrogenation, 314–315, 336
with hydrogen halides, 317, 337, 551
Markovnikov, 317
chemical tests, 324, 329–334
cyclic, 324–325
as dienophiles, 366
functional group of, 51
general formula, 307
hydroboration-oxidation, 319–320, 338
hydrogenation of, 186, 423
infrared spectra, 537, 539
naturally occurring, 341A
nomenclature, 307–308
oxidation of, 327–329, 332, 338
oxidative coupling, 324–325, 338, 422–423
physical properties, 327–328
pi-electron circulations in, 510
pmr spectra of, 510
preparation, 325–327
from alkyl halides, 549
by elimination reactions, 325–327, 335–336
from other alkynes, 321–323, 325, 334–335
summary, 334–336
reactions, 314–325
with alkali metals, 320–321, 338
with heavy metal ions, 323–324, 338
reduction, 186
with sodium 320–321, 338
with sodium amide, 321, 338
summary, 336–339
replacement of acetylenic hydrogen, 320–325, 338
separation of, 324
shape and orbital hydridization, 309–310
test for terminal, 324
Alkynide ions, 308, 321, 565–566
Alkynyllithium, 566
Alkynylmagnesium halides, 565
Allenes, 351, 353, 400, 410A
Allinger, Norman L., 118
D-Allose, 935
Allyl alcohols, 551–552
Allylamine, 815
Allylbenzene, infrared and pmr spectrum, 548
Allyl bromide, 344, 559
from propene, 551
*see also* 3-Bromopropene
Allyl cation, 349
molecular orbitals of, 350
in mass spectroscopy, A15
in nucleophilic substitution reactions, 646–648
relative stability, 349–350
resonance description, 351
Allyl chloride, 159, 344, 551, **559**. *See also* 3-Chloropropene
Allyl free radical, 344
Allyl fluoride, **559**
Allyl group, 158
Allyl halides, 646–648
coupling with Grignard reagents, 680
Allylic cations, in 1,2- and 1,4-addition reactions, 358
in mass spectroscopy, A15
in nucleophilic substitution reactions, 646–648
Allylic hydrogens, 343
Allylic substitution, 343–346, 551–552
Allyl iodide, **559**
Allyl radical, 344
molecular orbitals of, 346–348
relative stability, 345
resonance description, 348–349
D-Altrose, 935
Aluminum chloride, as Lewis acid, 69
Amide group, in proteins, 63, 875, 949–984
Amide ion, as base, 67
Amides, 736
acidity of, 785
basicity of, 785
chemical tests for, 780
infrared spectra, 745
nomenclature, 744
physical properties, 744
pmr spectroscopy, 984
preparation, 62–63
from acid anhydrides, 764, 777
from acyl chlorides, 762–763, 775
from ammonium carboxylates, 765
from esters, 764–765, 778
reactions, dehydration, 768, 779
Hofmann degradation, 827–828
Amides, reactions (*continued*)
hydrolysis, 63, 766–767, 778–779
*N*-bromination, 827
reduction, 779, 826–827
Amido malonic esters, 953–954
Amine oxides, 671
formal charge, 11
stereochemistry, 272
Amines, basicities of, 66, 817–821
chemical tests for, 848
classification of, 62
heterocyclic, 816–817
acylation, 856–857
alkylation, 856–857
electrophilic substitution, 857–861
reactions with acids, 855–856
Hinsberg Test, 842–844
infrared spectroscopy, 848
mass spectroscopy, A16
nomenclature, 815–817
physical properties, 817–818
pmr spectroscopy, 848
preparation, from amides, 779
Gabriel synthesis, 823
Hofmann degradation, 827–828
by nucleophilic substitution, 821–823
by reduction of amides and nitriles, 826–827
by reduction of nitro compounds, 823–825
by reductive amination, 825–826
primary, 815
reactions, acylation, 762–763, 764, 775, 777, 829
with aldehydes and ketones, 792–795, 825–826
alkylation, 821–822, 829
as bases, 817–821, 829
diazo coupling, 839–841
diazotization, 831–833
with esters, 764–765, 778
Hofmann elimination, 666–669
with hydrogen peroxide, 671
Mannich reaction, 809–810
with nitrous acid, 831–833
nucleophilic substitution, 829
oxidation, 671
with sulfonyl chlorides, 842–843
salts, 66, 816
secondary, 815
stereochemistry, 273
structures of, 62

Amines (*continued*)
tertiary, 815
Amino acid analyzer, 958
Amino acids, 63, 875, 949–984
analysis, 957–959
biosynthesis, 956
as dipolar ions, 951–952
essential, 951
L-configuration, 949
preparation, from amido-malonic esters, 953–954
Gabriel synthesis, 953
from α-halo acids, 771, 953
from imidomalonic esters, 954–955
reduction of cyanohydrins, 692
Strecker synthesis, 983
protecting groups, 968–969
from proteins, 63, 950–951
reactions, with 2,4-dinitrofluorobenzene, 960
with ethyl chloroformate, 969–970
with phenyl isothiocyanate, 960–961
resolution, 955–956
*o*-Aminobenzoic acid, 828
*p*-Aminobenzoic acid, 846
2-Aminoethanol, 816
8-Amino-1-naphthol-3,6-disulfonic acid, 841
2-Amino-4-nitroaniline, 825
4-Amino-2-nitrotoluene, 825
3-Aminopropanoic acid, 816
Amino sugars, 979–981
2-Aminothiazole, 848
Ammonia, bond angles of, 14
dipole moment of, 15
formal charge on atoms of, 9
mass spectrum of, A1–A5
reactions, with acyl chlorides, 762, 763
with alkyl halides, 821–822
with anhydrides, 764
with esters, 764–765
with α-halo acids, 923
shape of, 14
Ammoniacal silver nitrate, 333, 727, 922
Ammonium carboxylates, 765
Ammonium compounds, 821
nomenclature, 816
Ammonium ion, electron-dot-formula, 6
and formal charge, 7–8
Ammonium phthalamate, 764
Amylopectin, 943–944, 948A
Amylose, 943
Analysis, elemental, 19–21
spectroscopic, 366–372, 502–543, A1–A23
*see also* individual types and families
Anchimeric assistance, 656
Androgens, 897–898
Androstane, 895
Androsterone, 897–898
Anesthetics, 584
Anethole, 628
Angle strain, 99–105
Angular methyl groups, 894
Angstrom unit, 11
Anhydrides, *see* Acid anhydrides
Aniline, 433, 816, **818**
acetylation of, 498
bromination of, 466–467
from bromobenzene, 675
electrophilic aromatic substitution of, 480–482
nitration of, 498
resonance structures, 819
*see also* Arylamines
Anilinium ion, 819
Anionic polymerization, 296–297
*p*-Anisidine, **818**
Anisole, 433, 576, **580**, **581**
bromination of, 466
para-bromination of, 555
pmr spectrum, 526
preparation, 618
[14] Annulene, pmr spectrum, 544–545
synthesis of, 444A
[18] Annulene, pmr absorption, 509–510
Annulenes, 422–424, 428, 431
Anomeric carbon, 917
Anomers, 917
Anthracene, 430–431
synthesis, 501
ultraviolet absorption, 441
Anthrone, 463
*Anti* addition, 206, 214, 225, 260–262
of bromine, 211, 494–496
Antibiotics, 571
Antibonding molecular orbitals, 30–31
Anticodon, 1000
Antidiuretic hormone, 963
Antifreeze, 584
Antioxidants, 629
*Anti*-Markovnikov addition, 218, 492–493
Antipyrine, 854
Antimetabolites, 846–847
Antimony pentachloride, as Lewis acid, 150
Aprotic solvents, 649–650
D-Arabinose, 935–936
Arachidonic acid, 881
Arbutin, 945A–948B
Arenes, 486
electrophilic aromatic substitution, 485–486
infrared spectroscopy, 541–542
halogenation of side chain, 487–490
mass spectroscopy, A16–A17
oxidation of side chain, 490–492
pmr spectroscopy, 541
preparation, 718–719
reactions of the side chain, 486–497
visible-ultraviolet spectroscopy, 441
*see also* Alkylbenzenes; Toluene
Arginine, 951
Aromatic compounds, *ex.* Antiaromatic and nonaromatic compounds, 427–429
benzenoid, 429–432
in biochemistry, 438–441
carcinogenic, 440–441
discovery, 411
ferrocene, 568
heterocyclic, 436–440
infrared spectra, 541–542
mass spectra, A16–A17
NMR spectra, 509–510
nonbenzenoid, 432
visible and ultraviolet spectra, 441
*see also* Aromaticity; Benzene; *and* Arenes
Aromatic cyclodehydration, 501
Aromatic ions, 424–427
Aromaticity, of annulenes, 422–424
of cycloheptatrienyl cation, 425–427
of cyclopentadienyl anion, 424–425
early criteria, 411, 415
Hückel's rule, 420–422
modern definition, 427
and molecular orbital theory, 419–422
NMR criterion for, 509–510
and resonance theory, 416–419
Aroylation, *see* Acylation

Aroyl chlorides, in Friedel-Crafts acylations, 459–463
Aroyl group, 459
Arrhenius equation, 140–141
Arrows, in reaction mechanisms, 127
Arylamines, *see* Amines; Aniline; and Toluidine
Aryl cyanides, from arylthallium bis-trifluoroacetates, 553
Aryl halides, nucleophilic substitution reactions, 671–677
  physical properties, 559–560
  preparation, from diazonium salts, 834–836
    by electrophilic aromatic substitution, 445, 451–452
    by thallation reactions, 552–559
Aryl iodides, from arylthallium bis-trifluoroacetates, 553
  from diazonium salts, 834–836
Aryl ketones, from Friedel-Crafts acylations, 459–463
Arylthallium bis-trifluoroacetates, 553
  replacement reactions, 553–554
  Arynes, *see* Benzyne
Asparagine, 950
Aspartic acid, 951, 956
Aspirin, 620
Atom, early models for, 282
Atomic orbitals, and aufbau principle, 27
  combination of, 29
  degenerate, 27
  energy levels of, 27
  and Hund's rule, 28
  linear combination of, 30–32
  nature of, 26–28
  *d*-orbitals, 26
  *p*-orbitals, 26–27
  *s*-orbitals, 26–27
  and Pauli exclusion principle, 28
  shapes of *s* and *p*, 26–27, 286–287
Aufbau principle, 27
Avogadro, Amedeo, 3
Axial hydrogens, 106–107
Azeotrope, 583
Azo compounds, 839
Azo dyes, 841
Azulene, 432

Baeyer's reagent, 332
Barbiturates, 811
Barbituric acid, 810–811
Base peak, in mass spectroscopy, A4
Bases, Brønsted-Lowry definition, 64
  Lewis definition, 68–69
  relative strengths of, 67–68
  *see also* Basicity; *and* Acidbase reactions
Basicity, 67–69
  of alkanes, 150–151
  of alkenes, 191–199
  of alkoxide ions, 180–181
  of amides, 785–785A
  of amines, 66, 817–821
  of arylamines, 819–820
  of benzene ring, 446–450
  of carboxylate ions, 739–740
  of enolate ions, 788–789
  of heterocyclic amines, 855–856
  relative, 67–69
Basicity constant, 817
Bay oil, 404
Beef tallow, 882
Beilstein's *Handbuch der Organischen Chemie*, 21
Benedict's reagent, 922
Benzaldehyde, 682, **684**, 717
  from oil of bitter almonds, 411
Benzaldehyde 2,4-dinitrophenylhydrazone, **716**
Benzal dichloride, nitration of, 477
  from toluene, 487
Benzamide, **744**
Benzanilide, 500
Benzene, **654**
  addition of chlorine, 500
  aromaticity of, 411–420
  bond angles and distances, 418
  bromination, 445, 451
  chlorination, 445, 451
  discovery of, 411
  Friedel-Crafts acylation, 446, 459–463
  Friedel-Crafts alkylation, 446, 455–459
  halogenation, 445, 451–452
  heat of hydrogenation, 416–417
  infrared spectra of derivatives, 541–542
  iodination, 452
  Kekule structure, 413–414, 416–419
  and molecular orbital theory, 419–422
  nitration, 445, 449, 453
  nomenclature of derivatives, 433–435
Benzene (*continued*)
  oxidation of ring, 498
  pi-electron circulations in, 509
  pmr absorption, 509
  and resonance theory, 416–419
  stability of, 415–416
  substitution *vs.* addition, 412–413
  sulfonation, 445, 450, 454
  ultraviolet absorption, 441
Benzenediazonium chloride, 839
Benzene chromium tricarbonyl, 568
Benzenedizonium salts, 832, 834
Benzenesulfonic acid, 412, 414, 433
  from benzene, 445, 454
  desulfonation of, 455
Benzenoid aromatic compounds, 429–432. *See also* Benzene; Arenes
Benzidine, 842
Benzoic acid, 433, 460, **738**
  from gum benzoin, 411
  nitration of, 467
  from toluene, 491
Benzonitrile, 827
Benzophenone, 433, 682, **684**
  from benzene, 462
Benzo[*a*]pyrene, 440–441
Benzotrichloride, nitration of, 477
  from toluene, 487
Benzotrifluoride, 468, 475–477
Benzoyl chloride, **744**
  preparation, 460, 753
Benzoyl group, 459
3-Benzoylpropanoic acid, 462
Benzyl alcohol, 551–552, 575, **580**, 590
  from gum benzoin, 411
Benzylamine, 815, **818**, 825
N-Benzylaniline, 822
Benzyl bromide, **559**
  from toluene, 487
Benzyl cation, 490
  in nucleophilic substitution reactions, 646–648
Benzyl chloride, 435
  nitration of, 477
  from toluene, 487
Benzyl chloroformate, 968–969, 970
Benzyl cyanide, 827
Benzyl fluoride, **559**
Benzyl group, 435
Benzylic bromination, 513
Benzylic cations, in additions to alkenylbenzenes, 493–496

2-*tert*-Butyl-1,3-butadiene, Diels-Alder reaction of, 367A
Butyl butanoate, 743
*tert*-Butyl cation, from isobutane, 150
pmr spectrum, 534
relative stability, 174
structure of, 152
from *tert*-butyl alcohol, 173
*sec*-Butyl chloride, *see* 2-Chlorobutane
*tert*-Butylcyclohexane, conformations of, 107
*tert*-Butyl free radical, 124
*sec*-Butyl hydrogen phthalate, 758
*p*-*tert*-Butyliodobenzene, 554
Butyl isopropyl ether, mass spectrum of, A18
Butyllithium, 561
Butylmagnesium bromide, 590
2-*tert*-Butyl-4-methoxyphenol, 629
3-*tert*-Butyl-4-methoxyphenol, 629
*n*-Butyl nitrate, 953
*m*-*tert*-Butylnitrobenzene, 466
*o*-*tert*-Butylnitrobenzene, 466
*p*-*tert*-Butylnitrobenzene, 466
*tert*-Butyloxycarbonyl azide, 968–969
*tert*-Butyl propanoate, 742
Butyl propyl ether, mass spectrum of, A18
2-Butylpyridine, 862
*tert*-Butyl radical, 345
1-Butyne, **328**
from 1-butene, 326
2-Butyne, **328**
Butyraldehyde, 681. *See also* Butanal
Butyric acid, 328, 737, **738**, 882
Butyryl-S-ACP, 906

Caffeine, 548
Cahn, R. S., 240
Cahn-Ingold-Prelog nomenclature, 239–243, 259, 274–276, 916
Cannizzaro, Stanislao, 2
Cannizzaro reaction, 704–705
Cantharidin, synthesis of, 785A–785B
Capric acid, 882
Caproic acid, 882
ε-Caprolactam, 876
Caprylic acid, 882
Carbanions, 121
acylation, 791
aromatic, 424–425
from aryl halides, 675–677
basicity, 67–68, 321, 564–566
Carbanions, (*continued*)
cyclopropenyl, 429
in elimination reactions, 658–659
in Grignard reactions, 564–566, 589
*see also* Alkynide ions; Enolate ions; *and* Grignard reagents
Carbene(s), 81, 299–306
Carbenoids, 304–306
2-Carbethoxycyclopentanone, 789
Carbocations, 121
acylium ion, 460
in additions to alkenylbenzenes, 493
from alcohols, 173–179, 602–603
from alkanediazonium salts, 831
from alkane protolysis, 150–151
and alkylation of alkenes, 221–223
allylic, 349–350, 358, 646–648
aromatic, 425–427
benzylic, 490, 646–648
cyclopropenyl, 429
cyclopropyl, 396
in electrophilic additions to alkenes, 193–212, 474–475
in electrophilic aromatic substitution, 447, 475–486
in elimination reactions, 659–661
in Friedel-Crafts acylations, 460–461
in Friedel-Crafts alkylations, 455–459
as Lewis acids, 156
and Markovnikov's rule, 194–195
in mass spectroscopy, A12–A19
mercury-substituted, 201–202
orbital hybridization of, 151–152
pmr spectra, 534–535
relative stabilities, 174–175, 349–350, 490, 646–648, 672
in $S_N1$ reactions, 643
structure of, 151–152
*see also individual carbocations*
Carbohydrates, 912–948
classification, 912–913
metabolism of, 914–915
photosynthesis, 913–914
*see also* Monosaccharides; Disaccharides; Sugars; Glucose; *and* Aldoses
Carbon, analysis for, 19–21
formal charge of, 10
Carbonate ion, resonance structures for, 34
Carbon atoms, and carbon-carbon bonding, 18
classification as primary, secondary, tertiary, 56–57
electronic configuration of excited state, 81
electronic configuration of ground state, 80
excitation energy, 81
$sp^3$-hybridized, 82–85
Carbon-carbon double bond, as functional group, 157
length, 52
rotational barrier, 161–162
sigma-pi model, 159–163
Carbon-carbon single bonds, of cyclopropane, 154–156
length, 52
*vs.* hybridization state, 354
Carbon-carbon triple bond, as functional group, 51–53
length, 52
sigma-pi model for, 309–310
Carbon dioxide, 16, 36A, 567, 619–620
Carbonic anhydrase, 569
Carbonium ions, 121. *See also* Carbocations
Carbon-oxygen bonds, heterolysis of, 173
Carbon skeleton rearrangements, 172. *See also* Rearrangements
Carbon tetrachloride, 16. *See also* Tetrachloromethane
Carbonyl compounds, *see* Aldehydes; Ketones; and Esters
Carbonyl group, 57, 681
charge distribution, 689
stretching frequencies, **685**
structure, 689
*o*-Carboxybenzenesulfonic acid, 469
Carboxylate ions, infrared spectra, 745
reactions with acyl chlorides, 754, 775
resonance stabilization, 740
Carboxylate salts, nomenclature, 737
Carboxyl group, activation of, 969–970
Carboxylic acids, 736–785
acidification of salts, 61
acidity of, 738–740
chemical tests for, 779

Case 2:25-cv-02129-GAW Document 45-3 Filed 01/23/26 Page 92 of 123




Carboxylic acids (*continued*)
  derivatives, 736–785
  infrared spectra, 745–746
  nomenclature, 737
  physical properties, 737, 738
  preparation, from amides, 766
    from Cannizzaro reactions, 704–705
    from Grignard reagents, 567, 747
    by haloform reactions, 722
    by hydrolysis of cyanohydrins and nitriles, 746–747
    by oxidation of aldehydes, 58–60, 598, 746
    by oxidation of alkenes, 216, 226, 746
    by oxidation of alkylbenzenes, 490–492, 746
    by oxidation of methyl ketones, 746, 772
    by oxidation of primary alcohols, 598–600, 746
  reactions, as acids, 773
    with acyl chlorides, 774
    with adenosine triphosphate, 915
    with alcohols, 60–61, 755–757, 774
    with ammonia derivatives, 62–63, 765–766, 774
    with dicyclohexylcarbodiimide, 765–766
    α-halogenation, 769–770, 775
    with inorganic acid chlorides, 460, 752–753, 774
    reduction, 59–60, 586–587, 774
  α,β-unsaturated, 692
  *see also* Fatty acids
Carboxylic acid salts, 60–61. *See also* Carboxylate ions; Carboxylate salts
Carboxypeptidases, 961
Carcinogenic hydrocarbons, 440–441
β-Carotene, absorption maximum, 371
Carotenes, 406–407
Carvacrol, 628
Caryophyllene, 405
Catalysis, by enzymes, 169
  of hydrogenation, 51, 168–170
Catalytic hydrogenation, of esters, 587
Catechol, 578
Cation exchange resins, 957–959
Cationic polymerization, 295–296, 306
Cations, in mass spectroscopy, A1
Celery oil, 405
Cellobiose, 941–942
Cellulose, 945–946
  hydrolysis, 912
Cephalins, 890–891
Cerebroside, 893
Cetoleic acid, **881**
Cetyl palmitate, 894
Chain reactions, definition, 128
  halogenation of methane, 128–144
Chair conformation, 101–103
Chargaff, E., 991
Charge, *see* Electrical charge; Formal charge
Charge delocalization, *see* Delocalization of charge
Chaulmoogric acid, **881**
*Chemical Abstracts*, 21, 93
Chemical industry, *see* Industrial process
Chemical reactivity, 120–156
Chemical shift, 510–511. *See also* NMR spectroscopy and Pmr spectra
Chemical tests, for alkanes, alkenes, alkynes, alkyl halides, and alcohols, 329–334
  table of, 335
  *see also* specific compounds
Chemotherapy, 571, 844
Chichibabin reaction, 861–862
Chiral carbon, definition, 235
Chiral center, definition, 235
  other than carbon, 272
Chirality, of molecules, 233–238
Chiral molecules, definition, 233
  reactions of, 265–269
Chloral hydrate, 606
Chloramphenicol, 35
Chlordan, 376
  synthesis of, 569–571
Chlorination, of alkanes, 54, 127–149
  of alkenes, 49–51, 119, 182–183, 208–212, 343–346
  of benzene, 412, 445, 451
  of chlorobenzene, 468
  of cyclohexene, 119
  of ethylbenzene, 490
  of methane, 127–144
  of *p*-methylacetanilide, 470
  of propane, 54
  of *cis*-stilbene, 501A
  of toluene, 465
  *see also* Halogenation
Chloroacetamide, 765
Chloroacetic acid, **738**
*m*-Chloroaniline, 835
*p*-Chloroaniline, **818**
*p*-Chlorobenzaldehyde, 682
Chlorobenzene, 412, 433, **559**
  from benzene, 445, 451
  bromination of, 468
  chlorination of, 468
  nitration of, 468
  sulfonation of, 468
  thallation of, 554
  *see also* Aryl halides
*o*-Chlorobenzoic acid, 470, 491
*p*-Chlorobenzoic acid, **738**
1-Chlorobutane, **559**
2-Chlorobutane, **559**
  from 2-butene, 193
1-Chloro-2-butene, 358
3-Chloro-1-butene, 358
3-Chloro-2-chloromethyl-1-propene pmr spectrum, 574
6β-Chlorocholestane-3β, 5α-diol, 902
*trans*-2-Chlorocyclopentanol, 211
2-Chloro-2,3-dimethylbutane, 196
3-Chloro-2,2-dimethylbutane, 196
1-Chloro-2,2-dimethylpropane, **559**
Chloroethane, **559**
  preparation, 44–45, 49
Chloroethene, **559**
  polymerization of, 293
3-Chloro-3-ethylpentane, 552
Chloroform, as an anesthetic, 584. *See also* Trichloromethane Z-3-Chloro-3-hexene, from 3-hexyne, 317
Chloromethane, **559**
  dipole moment of, 15–16
  synthesis of, 44–45, 127
2-Chloro-4-methylacetanilide, 470
3-Chloro-4-methylacetanilide, 470
*R*-(−)-1-Chloro-2-methylbutane, 247
*S*-(+)-1-Chloro-2-methylbutane, 247, 266
1-Chloro-2-methylpropane, **559**
2-Chloro-2-methylpropane, 224, **559**, 602
  solvolysis of, 659–660
3-Chloro-2-methylpropene pmr spectrum 574A
1-Chloro-2-methylthioethane, 551
*o*-Chloronitrobenzene, 672
*p*-Chloronitrobenzene, 673
5-Chloro-2-nitrobenzoic acid, 470
2-Chloro-3-nitrotoluene, 471
2-Chloro-4-nitrotoluene, 471

2-Chloro-5-nitrotoluene, 471
2-Chloro-6-nitrotoluene, 471
5-Chloropentanal, 681
1-Chloropentane, **559**
*m*-Chlorophenol, **582, 612**
*o*-Chlorophenol, **582, 612**
*p*-Chlorophenol, 554, 577, **582, 612**
1-Chloro-1-phenylethane, 490, 641
2-Chloro-1-phenylethane, 490
Chyorophyll, 913
1-Chloropropane, **559**
2-Chloropropane, **559**
  from propene, 50
  structure of, 24
2-Chloropropanoic acid, **738**
3-Chloropropanoic acid, **738**
3-Chloropropene, from propyne, 317
3-Chloropropene, **559**
  from propene, 344, 551
  *see also* Allyl chloride
*p*-Chlorostyrene, pmr spectrum of, 548C
Chlorosuccinic acid, 656
*α*-Chlorotoluene, 435. *See also* Benzyl chloride
*m*-Chlorotoluene, 434, 465
*o*-Chlorotoluene, 434, 465, 835
  nitration of, 471
  oxidation of, 491
*p*-Chlorotoluene, 434, 465
Chlorotrifluoroethene, polymerization of, 295
Cholane, 895
Cholestane, 895
5α-Cholestane-3β, 6α-diol, 902
5α-Cholestane-3β, 7α-diol, 903
5α-Cholestane-3β, 7β-diol, 904
5α-Cholestan-1-en-3-one, 896
Cholesterol, 113, 189, 409, 896–897, 911
  laboratory synthesis, 911A–911B
Cholic acid, 901
Choline, 890
Chromate esters, 599–600
Chromic acid, 333–334, 599–600
Chromic oxide, in alcohol oxidations, 599–600
  as test reagent, 333–334, 599
Chromic oxide-pyridine complex, 600, 685
Chromyl chloride, 685
Chymotrypsin, 963
Chymotrypsinogen, 967
Cinnamaldehyde, 684
Cinnamyl alcohol, 552, 576, 685
Cinnamyl bromide, 552
Cis-trans isomers, of alkenes, 47–48
    hydrogenation, 163–166
    interconversion of, 162
    physical properties of, 48
    relative stability, 163–166
  of cycloalkanes, 107–111
  of cycloalkenes, 166
  of cyclooctene, 166–167
  of decalins, 112
  definition of, 47
  *E-Z* nomenclature, 274–276
  in visual process, 377–384
Citral, 703
Citrate ion, 772
Citronella, 404
Claisen condensations, 778, 786–789
Claisen-Schmidt reactions, 702–703
Clemmensen reduction, 462, 718–719
Cloves, 405
Cocaine, 866
Coconut oil, 882
Codeine, 868
Cod liver oil, 882
Codon, 1000
Col, model for transition state, 135–136
Collision energy, distribution, 139–141
Collision frequency, 131–132
Collision theory of reaction rates, 130–142, 634–635
Colors, 368
Combustion, of methane, ethane, and propane, 41–42
Common names, 90
Composition, elemental, 19–20
Conant, J. B., 913
Concentrated sulfuric acid, solubility of organic compounds, 331–332
Concentration, effect on collision frequency, 132
Condensation polymers, 875–878
  cross linked, 878
  Dacron, 877
  Epoxy resins, 878A
  Glyptal, 878
  Kodel, 878
  Lexan, 878A
  Nylon, 75, 875–876
  polycarbonates, 878A
  polyesters, 877–878A
  *see also* Polyamides
Condensation reactions, 60–63
Cones, 377
Configuration, absolute, 266–268
  *cis-trans*, 47, 112, 107–111, 166
    definition, 247
    *E* and *Z*, 274–276
    inversion, 269
    and optical activity, 247
    racemization, 269
    relative, 265–268
    retention of, 265, 269
    *R* and *S*, 239–243, 247, 249
Conformation, 38
  anti, 98
  eclipsed, 39, 98
  gauche, 98
  skew, 40
  staggered, 39
Conformational analysis, of butane, 97–99
  of *tert*-butylcyclohexane, 107
  of cyclohexane, 101–103
  of decalins, 119
  definition, 39, 97
  of *trans*-1,2-dibromocyclohexane, 119–119A
  of ethane, 39–41
  of methylcyclohexane, 106–107
  of substituted cyclohexanes, 101–106
Conformational effects, in elimination reactions, 665–666
Conformations, of *cis*-3-bromo-*trans*-4-bromo-1-*tert*-butylcyclohexane, 119–119A
  of cyclobutane, 104–105
  of cyclodecane, 105
  of cycloheptane, 104–105
  of cyclononane, 104–105
  of cyclooctane, 104–105
  of cyclopentane, 104–105
  of substituted cyclohexanes, 106–111
  of *trans*-1,2-dibromocyclohexane, 119–119A
  of decalins, 119
Coniine, 866
Conjugate acids, 67
Conjugate bases, 67
Conjugated polyenes, 351–372
  visible-ultraviolet spectra, 370–372
Conjugated protein, 981–982
Conjugated system, 346
Conrotatory motion, 388
Cope elimination, 185, 671
Copolymers, 293
Corey, E. J., 114, 733
Corey, Robert B., 973

Corey-House synthesis, of alkanes, 114–115, 563–564
of alkenes, 564
of ketones, 688
Corn oil, 882
Coronene, 430–431
Cortisol, 899
Cortisone, 899
Cottonseed oil, 882
Couper, Archibald Scott, 3, 411
Covalent bonds, carbon-carbon, 17–19
of diamond, 113
homolysis and heterolysis of, 120–121
nitrogen-nitrogen, 19
oxygen-oxygen, 19
quantum mechanical description, 25–34
silicon-silicon, 19
*see also* Bonds
Covalent compounds, physical properties of, 71
Cracking, thermal, 156
Crafts, James M., 455
Cram, D. J., 680A
*m*-Cresol, 578, **582, 612**
*o*-Cresol, 578, **582, 612**
*p*-Cresol, 575, 578, **582,** 610–611, **612**
nitration of, 471
Crick, F. H. C., 985
Crossed Claisen condensation, 790–791
Crotonaldehyde, 699. *See also* 2-butenal
Crotonyl-S-ACP, 906
Cupric oxide-cupric chromate catalyst, 587
Cuprous alkynides, 323–325
Cuprous bromide, 835
Cuprous chloride, 835
Cuprous cyanide, 835
Curie, Marie Sklodowska, 607
Cyanate ion, 36A
Cyanic Acid, 36A
Cyanohydrins, from aldehydes and ketones, 691–693
from bisulfite addition compounds, 693
hydrolysis, 692, 746–747
reduction, 692
3′,5′-Cyclic adenylic acid, 988
Cyclic polysaccharides, 948A
Cyclization, cycloaddition reactions, 397–403
of diacetylenes, 324–325
Dieckmann, 789
Diels-Alder reaction, 362–366
Cyclization (*continued*)
of 1,3-diiodopropane, 116
electrocyclic reactions, 384–397
Friedel-Crafts, 463
of squalene 2,3-epoxide, 222–223
Cycloaddition reactions, 397–403
Cycloalkanes, and *cis-trans* isomerism, 107–111
general formula for, 79
index of hydrogen deficiency, 189A
reactions of, 153–154
structures of, 99
synthesis of, 114–116
Cycloalkenes, 166
mass spectra, A19
Cyclobutadiene, 424, 428
Cyclobutadieneiron tricarbonyl, 568
Cyclobutane, 398
and angle strain, 99–104
conformations of, 104–105
stability of, 101
Cyclobutanecarboxylic acid, 805
Cyclobutene, electrocyclic reactions of, 384
Cyclodecane, conformations of, 105
Cycloheptane, and angle strain, 100–101
conformations of, 104–105
stability of, 101
Cycloheptanone, 814A
Cycloheptatriene, 425–427
Cycloheptatrienone, 44A
Cycloheptatrienyl cation, 425–427, 429
*trans*-Cycloheptene, 166
1,3-Cyclohexadiene, 352, 372
heat of hydrogenation, 416
1,4-Cyclohexadiene, 352
Cyclohexane, 416
and angle strain, 99–104
axial and equatorial hydrogens, 106–107
boat conformation, 103–104
bromination of, 153
chair conformation, 102–103
conformations of, 101–104
conformations of substituted, 106–111
from cyclohexene, 115
pmr spectrum, 532–533
stability of, 100–101
twist conformation, 102–105
Cyclohexane-1,3-dione, 792
Cyclohexanol, 580
in Friedel-Crafts alkylation, 457
Cyclohexanone, keto-enol tautomers, 696
Cyclohexanone semicarbazone, 717
Cyclohexene, 362
absorption maximum, 372
addition of bromine, 209
addition of hydrogen halides, 550
from chlorocyclohexane, 184
from 1,2-dibromocyclohexane, 167, 181
epoxidation of, 213
in Friedel-Crafts alkylation, 457
heat of hydrogenation, 415–416
reaction, with carbenoids, 306
with dichlorocarbene, 304
*trans*-Cyclohexene, 166
Cyclohexene oxide, 213
Cyclohexylacetylene, 327
Cyclohexylamine, **818,** 825
Cyclohexyl anion, as base, 67
Cyclohexylbenzene, from benzene, 457
Cyclohexyl fluoride, 550
Cyclohexyl iodide, 550
Cyclononane, conformations of, 104–105
Cyclononatetraene anion, 443
Cyclooctane, conformations of, 104–105
Cyclooctatetraene, 415, 422, 695
and Hückel's rule, 421–422
pmr spectrum, 544
synthesis of, 668–669
Cyclooctatetraene dianion, 443
*cis*-Cyclooctene, 166–167
synthesis of, 185
*trans*-Cyclooctene, 166–167
enantiomers, 274
synthesis of, 185
Cyclopentadiene, 364–365, 410A, 424–425
absorption maximum, 372
reaction with Grignard reagents, 567
Cyclopentadienone, 444A
Cyclopentadienyl anion, 424–425, 428
Cyclopentadienyl cation, 429
Cyclopentadienylmagnesium tricarbonyl, 568
Cyclopentane, and angle strain, 99–104
chlorination of, 153
conformations of, 104–105
stability of, 100–101
1,2-Cyclopentanediol, stereoisomers, 256–258

*cis*-1,2-Cyclopentanediol, from cyclopentene, 215, 257–258
*trans*-1,2-Cyclopentanediol, from cyclopentene oxide, 214, 257–258
Cyclopentanedione, 280
Cyclopentanol, **580**
Cyclopentene, chlorohydrin, 211
  epoxidation of, 213, 257–258
  stereochemistry of hydroxylation, 257–258
Cyclopentene oxide, 213, 258
Cyclopropane, as an anesthetic, 584
  and angle strain, 99–104
  homolysis of, 154
  planarity of, 104
  reaction with bromine, 153–154
  ring-opening reactions of, 153–154
  stability of, 100–104
  synthesis of, 116
Cyclopropanes, from alkenes, 300–306
Cyclopropenyl anion, 429
Cyclopropenyl cation, 429
Cyclopropyl cation, 396
*p*-Cymene, 628
Cyperones, 733
Cysteine, 624, 951
Cystine, 624, 951
Cytidine, 988
Cytochrome c, 965
Cytosine, 986

D, *see* Debye unit
2,4-D (2,4-Dichlorophenoxyacetic acid), 570–571
Dacron, 877
Dark adaptation, 379
Darzens condensation, 814B
Davy, Sir Humphrey, 584
DDE [1,1-Dichloro-2,2-bis-(*p*-chlorophenyl)ethene], 569
DDT [1,1,1-Trichloro-2,2-bis(*p*-chlorophenyl)-ethane], 569
Deacylases, 955–956
de Broglie, Louis, 25, 284
Debye unit, and dipole moment, 11, 36
*cis*-Decalin, 112
*trans*-Decalin, 112
*cis*-1-Decalone, base-catalyzed isomerization, 735A
*trans*-1-Decalone, 735A
Decane, **96**
  from 1-decene, 225
Decanoic acid, **738**
1-Decanol, 225, **580**
Decarboxylation, of β-keto acids, 797
  of malonic acids, 803
9-Decenoic acid, 326
1-Decyne, **328**
  from 1,2-dibromodecane, 336
3-Decyne, **328**
9-Decynoic acid, from 9-decenoic acid, 326
Defoliants, 571
Degrees of freedom, 289
Dehalogenation of *vic*-dihalides, 167, 181–184
Dehydration of alcohols, 167, 170–179, 183–184, 601–602
  acid catalysis, 170
  of aldol products, 699, 702–703
  and carbocation stability, 175–179
  experimental conditions and type, 170–171
  and formation of carbocations, 173–179
  major products from, 178
  mechanism for, 172–174
  order of reactivity, 170–171
  product distribution from, 178–179
  products from, 170–171
  and rearrangements, 172, 177–179
  relative ease, 170–171, 175–176
Dehydro[14] annulene, pmr spectrum, 544–545
Dehydrobenzene (benzyne), 675–677
Dehydrogenation, 167–170
  succinate dehydrogenase, 169–170
Dehydrohalogenation, of alkyl halides, 56, 167, 657–667
  of aryl halides, 674–677
  of *vic*-dihalides, 376
  of vinyl halides, 325–326
  *see also* Elimination reactions
Delocalization of charge, by alkyl groups, 174–176
  in aromatic ions, 424–429
  and carbocation stability, 174–176
  in carboxylate ions, 739–740
  in electrophilic aromatic substitution, 473–486
  in phenolate ions, 614–618
Delocalization energy, 416. *See also* Resonance energy
Density, of alkanes, 97
Deoxyadenosine, 987
Deoxycytidine, 987
Deoxyguanosine, 987
Deoxyribonucleic acids, 985. *See also* DNA
Deoxythymidine, 987
Desulfonation, of sulfonic acids, 455, 498
Detergents, 885
  synthesis of, 230A, 501A
Deuterium, in NMR spectra, 530–533
Deuterium bromide, 494
Deuterium isotope effects, 500, 662
Deuterium-labeled compounds, 208
Deuterium sulfate, 455
Dewar, M. J. S., 422
Diacetone glucose, 948B
Dialkylmagnesiums, 562
Diamine green B, 841
*m*-Diaminobenzene, 835
2,4-Diaminotoluene, 824
Diamond, 113
Diaryl ketones, from Friedel-Crafts acylations, 462
Diastase, 940
Diastereomerism, and *cis-trans* isomers, 47
Diastereomers, of alkenes, 47–48, 232–233
  of cycloalkanes, 107–111
  definition, 233
  of 2,3-dibromopentane, 255
  physical properties of, 48, 243
  in resolutions of enantiomers, 270–272
  *see also* Cis-trans isomers and Stereoisomers
Diastereotopic hydrogens, 514
1,3-Diaxial interactions, 107
Diazo coupling reaction, 839–841
Diazohydroxides, 840
Diazonium salts, coupling reactions, 839–841
  preparation, 831–833
  replacement reactions, 834–839
Diazotate ion, 840
Diazotization, 831–833
Dibenzyl phosphochloridate, 990
*gem*-Dibora compounds, 319
Diborane, 315–316
  in hydroboration, 203–209
  preparation, 204
  three-center bond of, 150
*m*-Dibromobenzene, 434
*o*-Dibromobenzene, 413–414, 434
*p*-Dibromobenzene, 434
1,4-Dibromo-2-butene, 359

3,4-Dibromo-1-butene, 359
2,3-Dibromochlorobenzene, 435
2,3-Dibromobutane, 280
cis-1,2-Dibromocyclohexane, conformations of, 119-119A
*trans*-1,2-Dibromocyclohexane, 209
conformations of, 119-119A
5,8-Dibromo-1,3-cyclooctadiene, 359
2,3-Dibromo-2,3-dimethylbutane, 548B
1,1-Dibromoethane, pmr spectrum, 521
1,2-Dibromoethane, from ethene, 49
*cis*-1,2-Dibromoethene, **48**
*trans*-1,2-Dibromoethene, **48**
1,2-Dibromo-1-phenylethane, 492-493
pmr spectrum, 530
Z-1,2-Dibromo-1-phenylpropane, 337
1,2-Dibromopropane, from propene, 50
2,3-Dibromopropene, pmr spectrum, 547
3,5-Dibromopyridine, 859
Dibromotriphenylphosphine, 552
Di-*sec*-butylamine, 815
1,3-Di-*sec*-butylcyclohexane, 280A
Dibutyl ether, **581**
Di-*tert*-butyl malonate, 758
2,6-Di-*tert*-butyl-4-methylphenol, 629
*cis*-4,5-Dicarbomethoxycyclohexene, 363
*trans*-4,5-Dicarbomethoxy-cyclohexene, 364
*β*-Dicarbonyl compounds, 786-814
keto-enol tautomerism, 696
Dicarboxylic acids, dehydration, 774
nomenclature, 741
physical properties, **741**
Dichloroacetic acid, **738**
*gem*-Dichloroalkanes, from ketones, 326
*m*-Dichlorobenzene, 835
1,2-Dichlorobutane, 209
1,3-Dichlorobutane, pmr spectrum, 574
2,3-Dichlorobutane, 209
1,3-Dichloro-2-butene, pmr spectrum, 574
Dichlorocarbene, synthesis and reactions, 304
*trans*-1,2-Dichlorocyclohexane, 119
*cis*-1,2-Dichlorocyclopentane, **109**
*trans*-1,2-Dichlorocyclopentane, **109**
1,2-Dichloro-1,1-difluoroethane, pmr spectrum, 530
1,1-Dichloroethane, from ethane, 44-45
from ethyne, 53
1,2-Dichloroethane, from ethane, 44-45
from ethene, 49
1,1-Dichloroethene, polymerization of, 293
1,2-Dichloroethene, *cis-trans* isomerism of, 47
*cis*-1,2-Dichloroethene, **48**
infrared spectrum of, 548
*trans*-1,2-Dichloroethene, **48**
Dichloromethane, dipole moment of, 15
synthesis of, 44-45, 127
2,4-Dichloronitrobenzene, 435
2,6-Dichlorophenol, 501
3,4-Dichlorophenol, 435
1,2-Dichloropropane, from propene, 50, 53-54
1,3-Dichloropropane, pmr spectrum, 521
2,2-Dichloropropane, from propyne, 317
Dicyclohexylcarbodiimide, 765-766, 971-972
Dicyclopentadiene, 365
Dieckmann condensation, 789
Dieldrin, 375
synthesis of, 569-571
Dielectric constants, of aprotic solvents, 654
of protic solvents, 653
Diels, Otto, 362
Diels-Alder reaction, 362-366, 376-376A, 401-403, 569-571
of benzyne, 677
reversal of, 410, 785B, A19
Dienes, 351
allenes, 351, 353, 400, 401A
enantiomeric,
conjugated, 352
reactions with electrophiles, 358-361
stability of, 356-358
in Diels-Alder reactions, 362-366, 376-376A, 401-403, 569-571
in electrocyclic reactions, 368-391
heats of hydrogenation, 356
molecular orbitals of, 354-355, 387
Dienes (*continued*)
stability of, 356-357
*see also* Alkadienes
Dienophile, 362. *See also* Diels-Alder reaction
Diethyl adipate, 789
Diethylamine, 815, **818**
basicity, 855
Diethyl aminomalonate, 953
Diethylammonium bromide, 820
Diethylbarbital, 811
Diethyl benzamidomalonate, 953
Diethyl *n*-butylmalonate, 804
Diethyl carbonate, 790
Diethyleneglycol dimethyl ether, 204
Diethyl ether, 61, 576, **580, 581,** 584, **654**
Diethyl ethylmalonate, 804
Diethyl malonate, 742
alkylation, 802-803
in Michael additions, 807-808
reaction with urea, 810-811
*see also* Malonic ester synthesis
Diethyl oxalate, 742
Diethyl oximinomalonate, 953
Diethyl phenylmalonate, 790
*N,N*-Diethyl-*m*-toluamide, 785
Diethylzinc, 563
2,4-Difluorobenzenesulfonic acid, 435
1,2-Difluoro-1,2-dichloroethene, *cis-trans* isomers, 48
1,2-Difluoroethene, *cis-trans* isomers, 47
1,1-Difluoroethene, copolymerization, 295
Digitoxigenin, 901
Diglyme, 204
*gem*-Dihalides, 181
from ketones, 326-327
*vic*-Dihalides, 181
from alkenes, 209-212, 225
dehalogenation of, 167, 181-183, 184
as protecting groups, 182-183
in purification of alkenes, 182
1,2-Dihaloalkanes, from alkenes, 209-212, 225. *See also* *vic*-Dihalides
Dihaloalkenes, from alkynes, 316
Dihalocarbenes, 304-306
Dihydrocarvone, 733
Dihydrolipoic acid, 624
Dihydropyran, 735A
1,2-Dihydropyridine, 863
1,4-Dihydropyridine, 863
Dihydroxyacetone, 916
periodate oxidation, 928

Dihydroxyacetone phosphate, 697–698, 703–704
Dihydroxybenzenes, nomenclature, 578
*threo*-9,10-Dihydroxyoctadecanoic acid, 888
3,4-Dihydroxyphenylalanine, 871
1,6-Diiodohexane, 552
Diisobutylenes, 221–222
*p*-Diisopropylbenzene, 457
Diisopropylcadmium, 687
Diisopropyl ether, **581**
γ-Diketones, preparation, 800
β-Diketones, preparation, 792–795, 801–802
Dimerization, 221–222
Dimers, 221
4,4-Dimethoxybutan-2-one
1,2-Dimethoxyethane, 578, **581**
*N,N*-Dimethylacetamide, 650, **744**
Dimethylamine, **818**
*p*-Dimethylaminoazobenzene, 839
3-(*N,N*-Dimethylamino)-butanoic acid, 816
*N,N*-Dimethylaniline, **818**
Dimethyl arsine, 572
2,5-Dimethyl-1,3-butadiene, 363
2,2-Dimethylbutane, **89**, A13
2,3-Dimethylbutane, **89**
3,3-Dimethyl-1-butanol, 204
3,3-Dimethyl-2-butanol, 201, 601
dehydration of, 172, 177
2,3-Dimethyl-1-butene, 172, 177, 601
2,3-Dimethyl-2-butene, 172, 177, 601
3,3-Dimethyl-1-butene, 196, 201, 204, 224
Dimethylcadmium, 687
*cis*-3,4-Dimethylcyclobutene, 385–391
*trans*-3,4-Dimethylcyclobutene, 385–391
*cis*-5,6-Dimethyl-1,3-cyclohexadiene, 385, 393–396
*trans*-5,6-Dimethyl- 1,3-cyclohexadiene, 393–396
*cis*-1,2-Dimethylcyclohexane, 109–111, 119
*trans*-1,2-Dimethylcyclohexane, 109–111
*cis*-1,3-Dimethylcyclohexane, 109–111
*trans*-1,3-Dimethylcyclohexane, 109–111
*cis*-1,4-Dimethylcyclohexane, 109–111
*trans*-1,4-Dimethylcyclohexane, 109–111
*trans*-1,2-Dimethylcyclohexane-1,2-diol, 225
1,2-Dimethylcyclohexene, hydrogenation of, 119
*cis*-1,2-Dimethylcyclohexene oxide, 225
*cis*-1,2-Dimethylcyclopentane, 108, **109**
*trans*-1,2-Dimethylcyclopentane, 108, **109**
*cis*-1,3-Dimethylcyclopentane, 108, **109**
*trans*-1,3-Dimethylcyclopentane, 108, **109**
*cis*-1,2-Dimethylcyclopropane, from *cis*-2-butene, 301
*trans*-1,2-Dimethylcyclopropane, from *trans*-2-butene, 301
Dimethyl *cis*-5-decenedioate, 315
1,2-Dimethylenecyclobutane, 400
Dimethyl ether, 22, **580, 581**
*N,N*-Dimethylformamide, 649, **654**
mass spectrum of, A10
pmr spectrum of, 984
Dimethyl fumarate, 364
2,2-Dimethyl-3-heptanone, 688
2,5-Dimethyl-2,4-hexadiene, ultraviolet spectrum, 369
*cis*-5,5-Dimethyl-1,3-hexadiene, Diels-Alder reaction of, 376A
Dimethyl maleate, 363
Dimethylmaleic anhydride, 785B
Dimethylmercury, 563
poisoning by, 571
2,2-Dimethyl-3-methoxybutane, 224
*N,N*-Dimethyl-*p*-nitroaniline, 822
3,7-Dimethyl-1,6-octadien-3-ol, 814A
1,7-Dimethyl-3,5-octadiyne-2,7-diol, 338
*trans*-1,2-Dimethyloxirane, 260–264
*cis*-2,3-Dimethyloxirane, 260–264
2,2-Dimethylpropane, A16
Dimethoxysuccinic acid, 938
2,2-Dimethylpropanoic acid, 747
2,2-Dimethyl-1-propanol, 576, 587
2,2-Dimethylpropanoyl chloride, 688
15,16-Dimethylpyrene, 431
pmr spectrum, 510
Dimethyl sulfate, 597, 938
Dimethyl sulfoxide, 622, 650, **654**
Dimethyl terephthalate, 878
2,4-Dinitroaniline, 825
*m*-Dinitrobenzene, 467, 824
*o*-Dinitrobenzene, 467
*p*-Dinitrobenzene, 467
3,5-Dinitrobenzoic acid, 435
2,4-Dinitrochlorobenzene, 672
2,4-Dinitrofluorobenzene, 960
2,4-Dinitrophenol, **582, 612**, 672
2,4-Dinitrophenylhydrazine, 716
2,4-Dinitrophenylhydrazones, 716–717
2,4-dinitrophenylgroup, in polypeptide analysis, 960–961
2,4-Dinitrotoluene, 825
2,6-Dinitrotoluene, 824
Diols, nomenclature, 577
physical properties, 580
reactions, with periodate, 927
*gem*-Diols, 605–606
*vic*-Diols, 606
Diosgenin, 901
Dioxane, **581**
Diphenylamine, **818**
Diphenylcadmium, 563
Diphenylchloromethane, 636, 680, 680A
Diphenylcyclopropenone, 433
Diphenylfluoromethane, 636
Diphenyl ketone, 462. *See also* Benzophenone
1,1-Diphenyl-2-methyl-2-propanol, 535
2,3-Diphenyl-2-propenal, 702
1,3-Diphenyl-2-propenone, 703
Dipolar ions, 951–952
Dipole, definition of, 11
permanent, 72
temporary, 71
Dipole-dipole attractions, 72
Dipole moment, of azulene, 432
calculation of, 11, 36
and conformational analysis, 119–119A
of *cis*-1,2-dibromocyclohexane, 119
of *trans*-1,2-dibromocyclohexane, 119–119A
of ethyl fluoride, 78A
of hydrogen chloride, 11, 15, 36
of hydrogen fluoride, 78A
symbolized by, 11
Dipole moments, contribution from nonbonding electron pairs, 17
of polar molecules, 15–17
table of, 15, 48
Dipropylamine, **818**
Dipropyl ether, **581**
Dirac, Paul, 25, 284
Disaccharides, 939–942
definition, 912

Disiamylborane, 319–320
  synthesis of, 341
Disrotatory motion, 389
Dissociation energy, *see* Bond dissociation energy
Dissolution, 74
Disulfides, in biochemistry, 623–624
  preparation from thiols, 621
Diterpenes, 403–410
Divalent carbon compounds, 299–306
*o*-Divinylbenzene, 708
Divinyl ether, 578, 584
DMF, *see* *N,N*-Dimethylformamide
DMSO, *see* Dimethylsulfoxide
DNA, 1, 438–439
  base pairing, 992–998
  primary structure, 991
  and protein synthesis, 998
  replication, 995–997
  secondary structure, 991–995
  Watson-Crick model, 991–995
DNFB, *see* 2,4-Dinitrofluorobenzene
DNP, *see* 2,4-Dinitrophenyl group
Dodecane, **96**
Dodecanoic acid, **738**
Dodecanol, 552
n-Dodecyl cyanide, 632
Doebner reaction, 807
Doisy, Edward, 897
Domagk, Gerhard, 844
Double bond, restricted rotation of, 47
Drugs, *see* Chemotherapy
Double helix of DNA, 993–995
Dumas, J. B. A., 2
duVigneaud, Vincent, 965
Dyes, 840–842

$E_{act}$, *see* Energy of activation
Edman, Pehr, 960
Edman degradation, 960–961
Ehrlich, Paul, 571, 844
Eicosane, **96**
Einstein, Albert, 281, 283
Electrical charge, 6–10, 36
Electrocyclic reactions, 384–397
Electromagnetic spectrum, 366–368
Electron, de Broglie wavelength, 284, 286
  charge of, 36
  momentum of, 284
  spin states of, 28
  wave description, 25, 284
  wave length of, 25
Electron configuration, of second-row elements, 28
Electron delocalization, in annulenes, 422–424
  and aromaticity, 427
  in benzene, 419–422
  in cyclopentadienyl anion, 424–425
Electron-dot formulas, writing of, 5–10
Electronegativity, definition of, 11
  and ionic and covalent bonds, 3–6
Electronic effects, and acidity of carboxylic acids, 738–741
  and acidity of phenols, 616–618
  in acyl compounds, 751–752
  in addition to carbonyl groups, 689–690
  of alkyl groups, 174
  in amines, 818–82
  in aromatic substitution, 472–486, 671–677
  and basicities of amines, 818–821
  in carboxylic acids, 738–741
  in Diels-Alder reactions, 362–363
  in electrophilic addition, 191–193, 474–475, 494–496
  in electrophilic aromatic substitution, 472–486
  in elimination reactions, 658–661
  in nucleophilic aryl substitution, 671–677
  in $S_N1$ reactions, 646–648
  and stability of carbocations, 174, 475
Electronic spectra, *see* Visible-ultraviolet spectroscopy
Electronic states, ground state, 27
Electronic transitions, in visible-ultraviolet spectra, 370–371
Electron pair repulsion, and shapes of molecules, 12–15
Electron pairs, bonding and nonbonding, 13
  repulsion between, 12–15
Electrons, diffraction of, 284
  and probability, 26
Electrophile, definition, 191
Electrophile-nucleophile interaction, 191–193
Electrophilic addition, to alkadienes, 358–361
  to alkenes, 191–212, 224–225, 550, 584–586
  to alkenylbenzenes, 492–496
Electrophilic addition (*continued*)
  to alkynes, 315–320, 337–338, 551
  to conjugated dienes, 358–361
  to cycloalkenes, 119, 211, 206
  hydroboration, 203–209, 225, 315–316, 319–320, 585–586
  orientation, 194–195, 492–494
  oxymercuration, 199–202, 224, 585
  *vs.* substitution, 447
  *see also* Addition reactions
Electrophilic aromatic substitution, 445–501
  *vs.* addition, 447
  of alkylbenzenes, 485–486
  of aniline, 480–482
  of chlorobenzene, 483–484
  classification of substituent effects, 468–469
  diazo coupling, 839–841
  of disubstituted benzenes, 469–472
  of halobenzenes, 483–484
  of heterocyclic amines, 857–861
  inductive effects, 475–486
  mechanism, 446–450
  of monosubstituted benzenes, 463–469, 472–486
  nitrosation of arylamines, 833
  of nitrobenzene, 477–479
  reactivity and orientation, 463–486
  resonance effects, 475–486
  steric effects, 466, 471
  thallation reactions, 552–559
  theory of reactivity, 472–474
  of toluene, 485–486
  of (trifluoromethyl) benzene, 475–476
Elemental analysis, 19–20
Element effect, 662
Eleostearic acid, **881**
Elimination reactions, acetate pyrolysis, 185, 670
  of alkyl sulfonates, 664, 666
  carbanion mechanisms, 658–659
  carbocation mechanisms, 659–661
  Cope elimination, 185, 671
  dehalogenation, 167, 181–182, 184
  dehydration of alcohols, 167, 170–179, 183–184, 601–602
  dehydrogenation, 167–170, 183
  dehydrohalogenation, 56, 167, 179–181, 184, 657–667
  E1 mechanism, 659–661
  E2 mechanism, 661–666

Elimination reactions (*continued*)
Hofmann elimination, 184–185, 666
Hofmann rule, 667
Hofmann *vs* Saytzeff rule, 667–668
intramolecular, 670–671
in mass spectroscopy, A19
mechanisms of, 657–671
reactivity in, 658
Saytzeff rule, 660–661
*vs* substitution reactions, 181, 659–661, 662–664
and synthesis of alkenes, 166–186, 601–602, 657–667, 670–671
and synthesis of alkynes, 325–327
and synthesis of benzyne, 674–677
effect of temperature, 663
stereochemistry, 664–671
tosylate eliminations, 185–186, 664
*see also* Dehydration; Dehydrohalogenation; and Dehydrogenation, etc.
Empirical formula, calculation of, 19–21
definition of, 20
Enamines, acylation of, 793–794, 830
alkylation of, 794–795, 830
in Michael additions, 809
preparation, 718, 792–795
Enantiomerism, discovery of, 270
Enantiomers, 233–253
nomenclature, 239–243
optical activity, 243–250
physical properties, 243
racemic modification, 249
racemization, 269
reactions of, 265–269
resolution of, 269–272
synthesis of, 250–253
Enantiotopic hydrogens, 514
Endothermic reactions, sign of $\Delta H$, 42
Endrin, 376A
Energy, average thermal, 41
of electromagnetic radiation, 368
of photon, 284
torsional, 41, 98
Energy of activation, 133–142
effect of catalyst, 168–169
estimation of, 136–138
rate *vs* equilibrium control, 359–362
Energy of activation (*continued*)
and reaction rates, 141–142
*see also* Activation energy; Energy factor
Energy changes, in halogenation of methane, 129–144
and single bond rotations, 40–41, 99
Energy diagram, of hydrogen molecule, 31
of hypothetical $He_2$, 32
Energy factor, 131, 133–142
Enolate ions, in acetoacetic ester syntheses, 795–802
acylation of, 791–792
from aldehydes and ketones, 694–695
in aldol additions and condensations, 697–704, 729
in Claisen condensations, 786–789
in crossed Claisen condensations, 790–791
in Dieckmann condensations, 789
from ethyl cyanoacetate, 806
in Knoevenagel condensations, 806–807
in malonic ester syntheses, 802–805
in Mannich reactions, 809–810
in Michael additions, 807–809
resonance stabilization of, 694–695, 787, 796, 802
*see also* Carbanions
Enols, 318, 575, 694–697
in biochemistry, 696–697
*see also* Keto-enol tautomerism
Enthalpy changes, 42
and equilibrium, 288–291
Entropy, 615
Entropy change, and equilibrium, 288–291
Environmental effects, of carcinogens in auto exhaust, 440–441
of hard insecticides, 375–376, 569–571
of non-biodegradable detergents, 230A, 510A, 886
of organic halides, 569–571
of organometallic compounds, 571–572
*see also*, Air pollution, Pollution
Enzymes, 1, 169
acetyl coenzyme A carboxylase, 905
aconitase, 197–198
Enzymes (*continued*)
adenyl cyclase, 988
aldolase, 703–704
deacylases, 955–956
fatty acid synthetase, 907
lactic acid dehydrogenase, 252–253
lysozyme, 977–981
phenylalanine hydroxylase, 438
phosphotransacetylase, 772
RNA polymerase, 999
squalene oxide cyclase, 222, 911
succinate dehydrogenase, 169–170
transaminase, 956
triose phosphate isomerase, 697–698
Epichlorohydrin, 680
Epimers, 932
Epoxides, in biochemistry, 222, 911
preparation, from carbonyl compounds, 814B
by epoxidation of alkenes, 212–213, 257–258, 260–265, 607
from halohydrins, 656
from sulfur ylides, 709
reactions, acid-catalyzed hydrolysis, 213–214, 257–258, 260–265
with Grignard reagents, 566, 591
*see also* Oxiranes
Epoxidation, 212–213, 257–258, 260–265, 607
Epoxy resins, 878A
Equatorial hydrogens, 106–107
Equilibrium, and thermodynamic quantities, 288–291
Equilibrium constant, 615
of acid-base reactions, 65
Equilibrium control *vs* rate control, 359–361
Equivalent weight of esters, 780
Ergosterol, 900
Erucic acid, **881**
Erythrogenic acid, 341A
D-Erythrose, 924
Essential nutrients, 846–847
Essential oils, 403, 411
Esterification, 755–757
Esters, chemical tests for, 780
of chromic acid (chromates), 599–600
infrared spectra, 745
of nitric acid (nitrates), 606
nomenclature, 741–742

Esters (*continued*)
of phosphoric acid (phosphates), 890–892, 907–908
of phosphorus acid (phosphites), 605
physical properties (table), 742
preparation, from acid anhydrides, 271, 596, 758, 776–777
from acids and alcohols, 60–61, 755–757
from acyl chlorides, 595–596, 757–758, 775
from fatty acids, 886
from phenols, 618
transesterification, 758–759, 877–878
of pyrophosphoric acid (pyrophosphates), 909–910
reactions, acylation, 790, 791
with ammonia derivatives, 764–765, 778
Claisen condensation, 778
with Grignard reagents, 590–591, 778
hydrolysis, 60–61, 756–757, 777
polymerization, 877–878
pyrolysis, 185, 670
reduction, 586–587, 778
saponification, 759–761
transesterification, 778, 877–878
resonance stabilization, 772–773
of sulfonic acids (sulfonates), 596–597
of sulfuric acid (sulfates), 198–199, 597, 608
of sulfurous acid (sulfites), 605
*see also* Lactones; Acetoacetic ester synthesis; *and* Malonic ester synthesis
Estradiol, 897
Estrane, 895
Estrogens, 897
Estrone, 897
Ethanal, 681. *See also* Acetaldehyde
Ethane, **96, 579**
acidity and hybridization state, 312
conformations of, 39–41
halogenation of, 42–45
structure and shape, 38, 85
thermal cracking, 156
1,2-Ethanediol, 214, 577, **580**, 877
Ethanethiol, 620, **623**
Ethanoic acid, *see* Acetic acid
Ethanol, 575, **579, 580**, 587, **653**
Ethanol (*continued*)
bond angles of, 56
dehydration of, 170
from ethene, 50
from fermentations, 2, 583
pmr spectrum, 533–534
proof of, 583
properties of, 22
reaction with diazonium salts, 837
reaction with sodium, 22–23
toxicity, 583
Ethanolamine, 890
Ethene, absorption maximum, 372
acidity and hybridization state, 312
addition reactions of, 49–51
as base, 68
bond angles of, 46–47, 159
from bromoethane, 55
cycloaddition reaction, 398
from ethanol, 167, 170
hydration of, 583
orbital hybridization of, 159–163
polymerization of, 292–293
trigonal planar structure of, 46, 159
Ethers, 576
cleavage reactions, 609–610
cyclic, 199, 561, 581
hydrogen bonding in, 581
mass spectroscopy, A15–A18
nomenclature, 578
physical properties, 579–581
preparation, 607–609
from alkyl sulfonates and sulfates, 597–598
by dehydration of alcohols, 61, 608–609
by nucleophilic substitution reactions, 632–633, 659, 661, 663
from phenols, 618
by solvomercuration-demercuration of alkenes, 202–203, 224, 607
Williamson synthesis, 609, 630
as solvents for Grignard reagents, 562
2-Ethoxyethanol, 551
$\beta$-Ethoxy-*N*-ethoxycarbonylacrylamide, 989
2-Ethoxyhexane, 202
2-Ethoxy-2-methylbutane, 660, 661
*N*-Ethylacetamide, **744**
Ethyl acetate, 61, 591, **742**
Ethyl acetoacetate, 786
preparation, 786
in synthesis of antipyrene, 854
*see also* Acetoacetic ester
Ethyl alcohol, *see* Ethanol
Ethylamine, 66, 815, **818**
Ethyl *p*-aminobenzoate, 824
Ethylammonium chloride, 820
Ethylammonium ion, 66
Ethylammonium sulfate, 816
Ethylbenzene, **580**
from benzene, 446, 455
side chain chlorination, 490
Ethyl benzoate, **742**, 790
Ethyl benzoylacetate, 790
Ethylbenzylamine, 815, 826
Ethyl bromide, 49. *See also* Bromoethane
Ethyl $\alpha$-bromomalonate, 954–955
2-Ethylbutanamide, 763
Ethyl butanoate, **742**
2-Ethylbutanoyl chloride, 763
Ethyl *n*-butylacetoacetate, 798
Ethyl *tert*-butyl ether, 653, 659
Ethyl cation, reactions of 156
relative stability, 174
Ethyl chloroacetate, 765, 953
pmr spectrum, 524
Ethyl chloroformate, 903, 969
Ethyl cyanoacetate, alkylation of, 806
Ethyl dibutylacetoacetate, 798
Ethyl 2,2-dimethyl-2-benzoylacetate, 791
Ethyl fluoride, 78A
Ethylene, *see* Ethene
Ethylene glycol, 214, 577, **580**, 877
Ethylene oxide, 212, 591
polymerization, 296–297
reaction with Grignard reagents, 566
Ethyl formate, **742**
Ethyl free radical, 124
Ethyl group, 56
Ethyl hexanoate, 742
Ethyl Iodide, 50. *See also* Iodoethane
Ethyl isobutyl sulfide, 220
Ethyl isopropyl ether, 181
Ethylmagnesium bromide, 562, 591
Ethyl methanesulfonate, 596
Ethyl *p*-nitrobenzoate, 631, 824
Ethyl pentanoate, **742**
2-Ethylpentanoic acid, 804
3-Ethyl-3-pentanol, 552
Ethyl phenylacetate, 790

Ethyl phenyl ketone, 462. *See also* Propiophenone
Ethyl propanoate, **742**, 814A
Ethyl propyl ether, 609
Ethylpropylmalonic acid, 804
*m*-Ethyltoluene, infrared spectrum of, 548A
  pmr spectrum of, 548A
Ethyl-*p*-toluenesulfonate, 596
Ethyne, **328**
  acidity and hybridization state, 312
  bond angles of, 52
  bond angles and orbital hybridization, 309
  bond length and orbital hybridization, 311
  from coke, 313
  combustion of, 314–315
  heterolysis or homolysis of C-H bond, 311, 312
  introduction to chemistry of, 51–53
  from methane, 313
  thermodynamic instability, 313
Ethynylcyclohexane, from methyl cyclohexyl ketone, 327
1-Ethynylcyclohexanol, 319
Ethynylestradiol, 899
Ethynyl group, 242
Exothermic reactions, sign of ΔH, 42
Extinction coefficient, 369
Eye, sensitivity of, 384
*E*, *Z*-nomenclature, 274–276

Faraday, Michael, 411
α-Farnesene, 404
Farnesol, 409–410
Farnesylpyrophosphate, 408–409, 910
Fats, 880
  fatty acid composition, 882
  *see also* Lipids
Fatty acids, 879–890
  biosynthesis, 904–908
  reactions, esterification, 886
    Hell-Volhard-Zelinski, 887
    reduction, 886
    with thionyl chloride, 886
  unsaturated, 887–888
  *see also* Carboxylic acids
Fatty acid synthetase, 907
Fenchone, synthesis of, 814B–814C
Ferric halides, 451
Ferrocene, 361, 567–568
Fieser, Louis, 660
Fischer, Emil, 917, 936–937
Fischer, E. O., 568
Fischer, H., 913
Fischer projection formulas, 917–920
Flagpole interactions, 102–104
Fleming, Alexander, 977
Fluorination, of benzene, 452
  of methane, 134–135, 141–143
Fluorobenzene, 433, **559**
Fluoroboric acid, 448, 836
1-Fluoro-4-bromonaphthalene, 836
1-Fluorobutane, **559**
Fluorocyclohexane, 550
Fluoroethane, 78A, **559**
Fluoroethene, **559**
  polymerization of, 295
Fluoromethane, **559**
  dipole moment, 36
  mass spectrum of, A7
1-Fluoropentane, **559**
2-Fluoro-2-methylpropane, pmr spectrum, 534
ω-Fluorooleic acid, 889
1-Fluoropropane, **559**
2-Fluoropropane, pmr spectrum, 534
3-Fluoropropene, **559**
Fluorosulfonic acid, 150
*m*-Fluorotoluene, 836
Folic acid, 846
  synthesis, 853
Food preservatives, 629
Formal charge, calculation of, 6–11
  summary of common structures, 10
Formaldehyde, 58, 78A, 217, 590, **684**, 927, 928
  dipole moment, 36
Formic acid, 78A, **653**, **738**, 927
Formulas, Alexander, 25
  bond line, 23
  circle-and-line, 25
  condensed, 23
  dash, 23
  electron-dot, 5–6, 23
  empirical and molecular, 3
  Fischer projection, 917–920
  Haworth, 917–920
  Newman projection, 39
  simplest, 20
  structural, ways of writing, 21–25
  *see also* Empirical formulas; Molecular formulas; etc.
*o*-Formylbenzoic acid, 683
Formyl group, 682–683
*N*-Formylmethionine, 1002
Fourneau, Ernest, 845
Fragmentation, in mass spectroscopy, A1
Free energy, and equilibrium, 288–291, 615
Free radicals, 120
  in alkane halogenations, 145–149
  in alkene additions, 218–220, 224
  in allylic substitutions, 343–346
  in anti-Markovnikov additions to alkenylbenzenes, 492–493
  in benzylic substitutions, 487–490
  classification of, 124
  definition, 121
  in halogenation of methane 126–144
  orbital hybridization of, 153
  in mass spectroscopy, A1, A12
  in polymerization, 292–295
  relative stability, 123–125, 345
  structure of, 153
  *see also individual free radicals*
Frequency, 283, 367
Friedel, Charles, 455
3-β-Friedelanol, 189
Friedel-Crafts acylation, 446, 459–463, 555, 686–687, 776, 777
  of benzene, 446, 459–463, 776, 777
  of propene, 501
  with thallium trifluoroacetate as Lewis acid, 555
Friedel-Crafts alkylation, of benzene, 446, 455–459
  limitations of, 457–458
D-Fructose, 924
D-Fructose-1,6-diphosphate, 703–704
Fuels, 114
Fukui, K., 385
Fumaric acid, 280, **741**
Fuming sulfuric acid, 454
Functional groups, and families of organic compounds, 37
Furan, 785B, 920
  Diels-Alder reaction of, 376A
  electronic structure, 436–438
Furanose, 920
Fused rings, 111

Gabriel synthesis, 823, 953
Gadoleic acid, 889
D-Galactose, 935
  from stachyose, 948A

Galahad, Sir, 33
Gallstones, 189
Gamma globulin, 967
Gasoline, octane rating, 221
Gates, Marshall, 868
Genetic code, 1000–1005
  transcription, 998–999
Geometric isomerism, *see Cis-trans* isomerism
Geraniol, 405, 408
Geranylacetone, 708
Geranyl pyrophosphate, 408–409, 910
Ginger, 405
Glaucine, 874
Globular proteins, 976
D-Glucaric acid, 926
Glucosidases, 939, 940, 942
D-Glucitol, 930
D-Gluconic acid, 924
D-Glucono-γ-lactone, 924
D-Glucono-δ-lactone, 924
α-D-(+)-Glucopyranose, 918–919
β-D-(+)-Glucopyranose, 918–919
D-Glucose, 75, 118, 703–704
  anomers of, 917–919
  from cellobiose, 941–942
  from cellulose, 912, 945–946
  detection in blood, 923
  Fischer's proof of configuration, 936–938
  formulas for, 917–920
  from glycogen, 943–944
  glycoside formation, 921–922
  from lactose, 942
  from maltose, 912, 940–941
  methylation of, 938
  mutarotation, 920–921
  osazone formation, 931–932
  oxidation of, 924–925, 926
  periodate cleavage, 926–930
  pyranose structure, 919–920
  reaction with acetone, 948B
  reduction of, 930
  from starch, 912, 943
  from sucrose, 912, 939–940
Glucosides, 921–922. *See also* D-Glucose
Glues, 878A
Glutamic acid, 951, 956
Glutamine, 950
Glutaric acid, **741**, 747
  synthesis, 805
Glyceraldehyde, absolute configuration, 268
  as configurational standard, 916, 935
  periodate oxidation, 928
  relative configuration, 267–268
*R*-Glyceraldehyde-3-phosphate, 697–698, 703–704, 785A
(−)-Glyceric acid, 267, 785A
Glycerol, **580**, 879, 927
Glyceryl trimyristate, 743
Glyceryl trinitrate, 606
Glyceryl tristearate, 883
Glycidic ester synthesis, 814B
Glycine, 771, 949, 950
Glycogen, 943–945
Glycolic aldehyde, 924
Glycolipids, 893
Glycols, *see also* Diols
  from alkenes, 213–214, 225–226
  periodate oxidation, 926–930
Glycosides, 922
  periodate oxidation, 929–930
  *see also* D-Glucose; Monosaccharides; Disaccharides; Maltose; *and* Sucrose
Glycylvaline, 957
Glycylvalylphenylalanine, 957
Glyptal, 878
Gramine, 869
Green peach aphid, pheromone, 230
Griess, P., 444
Grignard, Victor, 561
Grignard reagents, additon to α,β-unsaturated aldehydes and ketones, 724–725
  limitations in synthesis of alcohols, 593–594
  preparation, 561–563
  reactions, with acid chlorides, 687
    with 1-alkynes, 593
    as bases, 564–566
    with cadmium chloride, 687
    with carbon dioxide, 567
    with carbonyl compounds, 566–567, 588–590
    with epoxides, 591
    with esters, 590–591, 778
    with ethylene oxide, 566
    with metal halides, 563
  reactivity, 593
  *see also individual alkyl-(and aryl-) magnesium halides*
Ground state, definition of, 27
Guanine, 986
Guanosine, 988
L-Gulonic acid, 937
D-Gulose, 935
L-Gulose, 937
Gypsy moth, pheromone, 230

h, *see* Planck's constant
(H), as symbol for reduction, 59
H-acid, 841
α-Halo acids, 887
  hydrolysis, 770
  preparation, 769–770
    from carboxylic acids, 775
  reactions, with ammonia, 771, 953
Halo alcohols, *see* Halohydrins
Haloalkenes, from alkynes, 317
α-Halo esters, reactions, 799–800
  with enamines, 795
Haloform reaction, 721–723
Halogenation, of alkanes, 43, 144–149, 156–156A
  of alkenes, 49–51, 182–183, 208–212, 550
  of alkenylbenzenes, 492–496, 501A
  of alkylbenzenes, 487–490
  of alkynes, 316
  allylic substitution, 344
  of benzene, 445
  of carboxylic acids, 769–770
  control of, 45
  of cycloalkanes, 153–154
  of ethane, 42–45
  of methane, 42–45, 126–144
  peroxide-initiated, 156–156A
  *see also* Chlorination; Bromination; etc.
Halogens, additon to alkenes, 49–51, 182–183, 550
  addition to alkenylbenzenes, 492–496
  boiling points, 78A
  effect on electrophilic aromatic substitution, 365–368
  reactivity, 142–144
Halohydrins, 210–211, 656
α-Halo ketones, in acetoacetic ester synthesis, 799–800
Hamilton, William, 286
Hamiltonian operator, 286
Hammond, G. S., 146
Hammond's postulate, 146, 156A
  and alcohol dehydrations, 175
  and alkane halogenations, 146–149
Handbooks, 70
Harmine, 874
Haworth, W. N., 917
Haworth formulas, 917–920
Heart disease, 113, 896
Heat content changes, 42. *See also* Enthalpy changes
Heat contents, of alkenes, 163–166
Heat of combustion, of cycloalkanes, 100–101

Heat of combustion (*continued*)
of ethane, 41
of methane, 41-42
of propane, 41
and stability of alkenes, 166
Heat of hydrogenation, of alkenes, 163-166
of alkenes and alkadienes, 356
and stability of alkenes, 163-166
and stability of benzene, 415-417
Heat of reaction, 42
from bond dissociation energies, 122-123
*see also* Enthalpy changes
Heisenberg, Werner, 25, 284
Helium molecules, molecular orbitals of, 31-32
Hell-Volhard-Zelinski reaction, 769-770, 887
Heme, 981-982
Hemiacetals, 710-711, 917-920
Hemoglobin, 967, 981-982
Heptachlor, 376
Heptadecane, **96**
Heptanal, 685
Heptane, **96**
1-Heptanol, **580**, 685
2-Heptanone, 798
1-Heptyne, **328**
2-Heptyne, **328**
3-Heptyne, **328**
2-Heptyn-1-ol, 316
Hertz, 283, 367
Hertz, H. R., 367
Heterocyclic compounds, 119, 436-440, 816-817, 855-864. *See also* Alkaloids; Pyridine; etc.
Heterolysis, 120-121
Hexachloropropene, 376A
Hexadecanamide, 828
Hexadecane, **96**
Hexadecanoic acid, **738**, **880**. *See also* Palmitic acid
*cis*-9-Hexadecenoic acid, **880**. *See also* Palmitoleic acid
1,5-Hexadiene, heat of hydrogenation, 356
*cis, cis*-2,4-Hexadiene, 391
*cis, trans*-2,4-Hexadiene, 352, 385-391
*trans, trans*-2,4-Hexadiene, 352, 385-391
1,5-Hexadiyne, 422-423
Hexafluoropropene, polymerization of, 295
Hexamethylenediamine, 876
Hexanal, **684**
from 1-hexyne, 320
Hexanamide, 828
Hexane, **89**, **96**
mass spectrum of, A14
synthesis of, 114, 115
1,6-Hexanediol, 552
Hexanoic acid, **738**, 804
1-Hexanol, **580**
from 1-hexene, 204
2-Hexanol, from 2-hexene, 224
2-Hexanone, from 2-hexyne, 319
3-Hexanone, from 3-hexyne, 319
*trans*-1,3,5-Hexatriene, 372
1-Hexene, 202-203, 204
anti-Markovnikov addition of hydrogen bromide, 224
infrared spectrum, 539
2-Hexene, oxymercuration-demercuration, 224
*trans*-2-Hexene, absorption maximum, 372
*cis*-3-Hexene, from 3-hexyne, 315
4-Hexenoic acid, 737
Hexoses, 915
Hexylamine, 66
Hexylammonium ion, 66
1-Hexyne, **328**
addition of disiamylborane, 320
oxidation of, 328
2-Hexyne, **328**
oxidation of, 328
3-Hexyne, **328**
from 1-butyne, 322, 335
hydroboration-oxidation, 319
oxidation of, 328
4-Hexyne, syn hydrogenation, 315
Hinsberg test, 842-843
Hirst, E. L., 917
Histidine, 21, 856, 951
Hoffmann, R., 385
Hofmann degradation, 827-828
Hofmann elimination, 184-185, 666-669
Hofmann orientation, 664
Hofmann rule, 667
HOMO, 386
Homologous series, 95
Homologs, 95
Homolysis, 120
Hood, Robin, 33
Hormones, 113
House, Herbert O., 114
Huber, G., 979
Hubbard, Ruth, 377
Hückel, E., 420
Hückel's rule, 420-424
Hudson, C. S., 929
Hund's rule, 28
Hybridization state, and bond length, 354
Hybrid orbitals, of alkanes, 85-88
$sp$, 309
$sp^2$, 151-152
$sp^3$, 80-85
Hydration, of alkenes, acid-catalyzed, 196-199, 224, 584-585
enzymatic, 197-198
of epoxides, 213-214, 262-264
by hydroboration-oxidation, 203-209, 225, 585-586
by oxymercuration-demercuration, 199-202, 224, 585
of alkynes, 317-320, 337-338
Hydrazine, 716
Hydrazones, preparation, 716
Wolff-Kishner reduction, 718-719
Hydride ion, migration of, 178
as nucleophile, 587
Hydroboration, of alkynes, 315-316, 319-320
Hydroboration-oxidation, of alkenes, 203-209, 225, 585-586
Hydrocarbons, definition, 38
index of hydrogen deficiency, 189A
infrared spectra, 537-542
subgroups of, 79
*see also* Alkanes, Alkadienes, Alkynes, Arenes, Cycloalkanes, etc.
Hydrogen, addition to alkenes, 51
analysis for, 19-21
Hydrogenation, of alkenes, 51, 115-116, 163-166, 223
of alkynes, 314-316
of benzene, 416
catalysts for, 168, 315
of carbonyl compounds, 587, 686, 700
of esters, 587
function of catalyst, 168-170
of nitriles, 826-827
of nitro compounds, 824
of oils, 881-883
as test for unsaturation, 334
Hydrogen atom, atomic orbitals of, 27
and molecular orbital theory, 29-32
Hydrogen bond, origin and strength of, 72

Hydrogen bonding, in alcohols, 579–581
in amides, 744
in amines, 73, 817
in DNA, 991–995
in phenols, 579
and physical properties, 72–74, 579–581
in proteins, 973–976
and solvation, 73–74
Hydrogen bromide, 1,2- and 1,4-addition to 1,3-butadiene, 359
anti-Markovnikov addition to alkenes, 218–220
dipole moment of, 15
reaction with chlorine, 132
Hydrogen chloride, 1,2- and 1,4-addition to 1,3-butadiene, 358
addition to ethyne, 53
charge separation in, 36
dipole moment of, 11, 15, 36
resonance structures for, 36
Hydrogen cyanide, reaction with aldehydes and ketones, 691–693
reaction with monosaccharides, 932–934
Hydrogen fluoride, dipole moment of, 15
Hydrogen halides, addition to alkenes, 49–51, 193–196
addition to alkenylbenzenes, 492–496
addition to alkynes, 317, 337, 551
addition to 1-phenyl-1,3-butadiene, 501A
reaction with alcohols, 602–605
*see also* Hydrogen chloride; Hydrogen bromide; Alkenes; *and* Addition reactions
Hydrogen iodide, dipole moment of, 15
Hydrogen molecule, bond length of, 29
bond strength of, 29
energy diagram of molecular orbitals, 31
and resonance theory, 32–34
Hydrogen peroxide, reaction, with alkylboranes, 203–208, 225, 319–320, 585–586
with tertiary amines, 671
with thiols, 621
Hydrogens, axial, 106–107
equatorial, 106–107
Hydrogen sulfide, 824
reaction with alkyl halides, 622
Hydrolysis, 61
of acetals and ketals, 711–714
of alkyl halides, 632, 636–644, 655–656
of alkyl sulfonates, 632, 639–640
of amides, 63, 766–767, 778–779
of anhydrides, 776
by enzymes, 939, 940, 942, 944, 977–981
of esters, 60–61, 756–757, 777
of fats, 880–883
of maltose, 940
of melibiose, 948
of methylglycosides, 938
of nitriles, 746–747
of proteins, 949, 959–963
of starch, 940
*see also* Glucosidases; Lysozyme
Hydrophobic groups, 884
Hydrophilic groups, 884
Hydroquinone, 578
Hydroxy acids, dehydration, 774
α-Hydroxy acids, from cyanohydrins, 692
preparation from α-halo acids, 770–771
by hydrolysis of cyanohydrins, 746
α-Hydroxy aldehydes, reactions with periodate, 928
(Hydroxyalkyl) mercury compounds, 200–201. *See also* Oxymercuration-Demercuration
*p*-Hydroxyazobenzene, 839
*o*-Hydroxybenzaldehyde, 682
*m*-Hydroxybenzaldehyde, 735
3-Hydroxybutanal (aldol), 697
2-Hydroxybutanoic acid, 771
4-Hydroxy-2-butanone, 594
β-Hydroxybutyryl-S-ACP, 906
*cis*-4-Hydroxycyclohexanecarboxylic acid, 785A
3-Hydroxy-2,2-dimethylpropanal, **702**
β-Hydroxy esters, from Reformatsky reactions, 814C
2-Hydroxypropanenitrile, 746
α-Hydroxy ketones, chemical tests for, 727, 922–923
reactions with periodate, 928
Hydroxylamine, **716**
Hydroxyl group, 56
β-Hydroxy-β-methylglutaryl CoA, 909
2-Hydroxy-4-methylazobenzene, 840
3-Hydroxy-2-methylpentanal, 699
3-Hydroxypropanoic acid, 746
Hydroxyproline, 950
2-Hydroxypyridine, 948
Hypohalite solution, 721
Hypophosphorous acid, 837
Hypoxanthine, 998

D-Idose, 935
Imidazole, 817
basicity, 856
electrophilic substitution, 860–861
Imides, 764, 774–775, 777
acidity of, 785–785A
Imidomalonic esters, 954–955
Imine formation, 717–718
Iminium ions, in Mannich reactions, 810
Iminium salts, 794
Indane, pmr spectrum, 529
Index of hydrogen deficiency, 189A
Indole, 817
Inductive effects, and acidity, of carboxylic acids, 738–741
of phenols, 616–617
in additions to alkenes, 474–475
in electrophilic aromatic substitution, 474–477
and reactivity of acyl compounds, 751–752
Industrial Processes
acetylene, 313–314
addition, polymerization, 291–297
alkanes from petroleum, 114
azo dyes, 841–842
barbiturates, 811
bisphenol A, 629B
condensation polymers, 875–878
cracking of alkanes, 156
*Dacron*, 877–878
detergents, 130A, 501A, 885–886
dimerization of isobutylene, 221–222, 230A
epoxy resins, 878A
ethyl alcohol, 583
folic acid, 853
*Glyptal*, 878
4-Hexylresorcinol, 628
hydrogenation of vegetable oils, 883

Industrial Processes (*continued*)
insecticides, 375–376
*Kodel*, 878
Lexan, 878A
methyl alcohol, 582
nitroglycerin, 606
nylon, 875–877
polyamides, 875–877
polyesters, 877–878A
rubber, 407
soaps, 883–885
stereospecific polymers, 297–298
sulfa drugs, 844–848
tetramerization of propene, 230A
Vitamin A, 703, 814B
*see also* Addition polymers
Infrared spectroscopy, 535–543
of acid derivatives, 745
of alcohols and phenols, 543
of aldehydes, 684–685
of alkenes, 538–541
of amines, 543
of carbonyl compounds, 543
of hydrocarbons, 537–542
of ketones, 684–685
of substituted benzenes, 541–542
table of absorption bands, 538
Infrared spectrum, of *m*-ethyltoluene, 548
of 1-hexene, 539
of *p*-isopropyltoluene, 545
of 1-methoxy-2-phenylethene, 548B
of *p*-methylanisole, 548
of *n*-octane, 536
of phenacitin, 785
of phenylacetylene, 544
of 2-phenylethylamine, 853
of 1-phenyl-1-propanol, 639
of toluene, 537
of *m*-xylene, 541
of *o*-xylene, 541
of *p*-xylene, 542
Ingold, C. K., 240, 638
Insecticides, 375–376, 569–572. *See also* Environmental effects; Pesticides; *and* Pollution
Insect repellent, 785
Insulin, 965–966
Interionic forces, 71–74
Intermolecular forces, 71–74
International Union of Pure and Applied Chemistry, 90. *See also* IUPAC
Iodine chloride, 195
Iodobenzene, **559**
from benzene, 452
*o*-Iodobenzoic acid, 557
1-Iodobutane, **559**
4-Iodobutyne, 633
Iodocyclohexane, 550
*trans*-1-Iodo-1-decene, 564
1-Iodo-2,2-dimethylpropane, **559**
Iodoethane, **559**
from ethene, 50
pmr spectrum, 522
Iodoethene, **559**
Iodoform, 722
Iodoform reaction, 722–723
Iodomethane, **559**
1-Iodo-2-methylbutane, **559**
2-Iodo-2-methylbutane, **559**
2-Iodo-2-methylpropane, 193
*p*-Iodonitrobenzene, 835
1-Iodopentane, **559**
2-(*m*-Iodophenyl)ethanol, 558
2-(*o*-Iodophenyl)ethanol, 558
2-(*p*-Iodophenyl) ethanol, 558
1-Iodopropane, **559**
2-Iodopropane, **559**
pmr spectrum, 521
from propene, 50
3-Iodopropene, **559**
Ionic compounds, physical properties of, 5, 71
Ionization, of acids and bases, 64–67
in mass spectroscopy, A1
Ionization constant, of water, 67
Ionization potentials, A13
α-Ionone, 703
β-Ionone, 703
Ion pairs, 495–496
intimate, 640
in $S_N1$ reactions, 641–644
solvent-separated, 643
in solvolysis reactions, 639–641
Iron, 824
Isoalkanes, 89
Isobutane, **89**
chlorination of, 145
from 2-methylpropene, 116
structure of, 87
Isobutyl alcohol, *see* 2-Methyl-1-propanol
Isobutylamine, 815, **818**
Isobutyl bromide, 551, **559**. *See also* 1-Bromo-2-methylpropane
Isobutylene, 221, 295–296. *See also* 2-Methylpropene
Isobutyl propanoate, 743
Isobutyraldehyde, 217
Isocyanates, 827–828
Isocyanic acid, 36A
Isoelectric point, 952
Isohexane, **89**
synthesis of, 116
Isoleucine, 950
Isomaltose, 948A
Isomerism, and alkanes, 88
*cis-trans*, 47–48
definition of, 22
Isomers, butane, pentane, and hexane, 88–89
*cis-trans*, 47–48, 107–111, 232–233. *See also* Stereoisomers
definition of, 22
and physical and chemical properties, 22
structural, 232
definition, 23
stereo-, 232. *See also* Stereoisomers
"Isooctane," 221. *See also* 2,2,4-Trimethylpentane
Isopentane, **89**
structure of, 87
2-Isopentenylpyrophosphate, 408, 910
3-Isopentenylpyrophosphate, 408, 908–910
Isopentyl acetate, 742
Isopentyl pentanoate, 742
Isophthalic acid, **741**
Isoprene, 403, 407
from limonene, 410
Isoprene unit, 404
Isopropyl alcohol, 56. *See also* 2-Propanol
Isopropylamine, **818**
Isopropylbenzene, from benzene, 456, 457, 459, 461
pmr spectrum, 529
Isopropyl bromide, 50. *See also* 2-Bromopropane
Isopropyl cation, 155
relative stability, 174
pmr spectrum, 534
Isopropyl chloride, 50. *See also* 2-Chloropropane
1-Isopropyl-4-methylcyclohexane, 410
Isopropyl hydrogen sulfate, 198–199
Isopropyl iodide, 50. *See also* 2-Iodopropane
Isopropylmagnesium bromide, 687
Isopropyl radical, 124, 345
*p*-Isopropyltoluene, oxidation of, 491

*p*-Isopropyltoluene (*continued*)
pmr and infrared spectra, 545
Iso structures, 89
Isotope effect, 662
Isotopes, of common elements, A6
effect on mass spectra, A5–A6, A8–A12
IUPAC nomenclature, 90
IUPAC rules, for acid anhydrides, 743
for acyl chlorides, 743–744
for alcohols, 577
for aldehydes, 681–682
for alkanes, 90–95
for alkenes, 157–158
for alkynes, 307–308
for amides, 744
for benzene derivatives, 433–435
for carboxylate salts, 737–738
for carboxylic acids, 737–738
for dicarboxylic acids, 741
for esters, 741–742
for ethers, 578
for ketones, 681–682
for phenols, 577–578

Jackson, E. L., 929

$K_a$, 65; *see* Acidity constant
$K_b$, *see* Basicity constant
Kcal, *see* Kilocalorie
$K_{eq}$, 65; *see* Equilibrium constant
Kekule, August, 3, 411, 413
Kendrew, J. C., 976
α-Keratin, 976
Ketal formation, 710–714
Ketals, hydrolysis, 712–714
as protecting groups, 712–714
Ketene, 754
γ-Keto acids, preparation, 799–800
β-Keto acids, decarboxylation, 796–798
Keto-enol tautomerism, 318, 694–697
β-Keto esters, physical properties, 788–789
preparation, by Claisen condensation, 786–789
by crossed Claisen condensation, 790–791
by Dieckmann condensation, 789
γ-Keto esters, from enamines, 795
α-Ketoglutaric acid, 956
Ketones, 58, 681–735
acidity of α-hydrogens, 694

Ketones (*continued*)
chemical tests for, 727
derivatives, 717
mass spectroscopy, A16
nomenclature, 682
physical properties, 683–684
preparation, 686–688, 786–810
acetoacetic ester synthesis, 795–802
from acyl chlorides, 776
from alcohols, 57–60, 598–600, 687
from alkenes, 217, 226
from alkynes, 318–319
from anhydrides, 777
from enamines, 792–795
Friedel-Crafts acylation, 459–463, 686–687, 776
from organocadmium compounds, 687
from lithium dialkylcuprates, 688
reactions, addition of alcohols, 710–714, 729
with ammonia derivatives, 715–719, 730
Claisen-Schmidt, 702–703
Clemmensen reduction, 462, 718–719
enamine formation, 792–795
with Grignard reagents, 566–567, 589–590
halogenation, 719–720, 721–723
with hydrogen cyanide, 691–692
Knoevenagel condensations, 806–807
nucleophilic addition, 689–694, 728–730
oxidation of methyl ketones, 746
with phosphorus pentachloride, 326–327
with primary amines, 717–718
reduction, 59–60, 462, 586–587, 718–719, 825–826
reductive amination, 825–826
Reformatsky reaction, 814C
Robinson annellation, 726
with secondary amines, 718
with sodium bisulfite, 693
with sulfur ylides, 709
with thiols, 715
Wittig reaction, 705–708, 729
Wolff-Kishner reductions, 718–719
with ylides, 705–709
Ketopentoses, 915

γ-Ketovaleric acid, 800
Kharasch, M. S., 218
Kiliani, Heinrich, 932
Kiliani-Fischer synthesis, 932–934
Kilocalorie, definition, 18
Kinetic energy, distribution, 139–140
of molecules, 34
Knoevenagel condensations, 806–807
Kodel, 878
Koerner, W., 442
Kolbe, Hermann, 231
Kolbe reaction, 619–620
Kössel, W., 3

Lactams, 775
nomenclature, 768–769
Lactic acid, 250, 252–253, 654
relative configuration, 267–268
*R-S* designation, 269
Lactic acid dehydrogenase, 252–253
Lactides, from hydroxy acids, 762
Lactobacillic acid, 881
α-Lactone, 654
Lactones, 78, 774
preparation, 761–762
Lactose, 942
Lanosterol, 409, 911
from squalene 2,3-epoxide, 222–223, 911
Laqueur, Ernest, 897
Lard, 882
Lauric acid, 882
Lavoisier, Antoine, 2
LCAO method, 30. *See also* Atomic orbitals; Molecular orbitals
Lead, environmental effects, 572
Leaving groups, stability of, 651
Le Bel, J. A., 3, 231
Lecithins, 890–891
Lemieux, R. H., 979
Lemon oil, 405
Leucine, 950
Lewis, G. N., 3, 68
Lewis acid-base theory, 68–69
Lewis acids, in alkene chlorinations, 452
as electrophiles, 191
in electrophilic aromatic substitutions, 451, 455–463
Lewis-Kössel theory, 3–6
Lewis structures, and valence bond theory, 32–34
Lexan, 878A
Liebig, Justus, 2
Life, origin of, 1–2

Light, diffraction of, 283
dual nature, 283
perception by the eye, 377–384
plane-polarized, 243–245
quantum nature of, 283
velocity of, 283
Limonene, 405, 410A
Linalool, synthesis of, 814A
Lindane, 500, 570
Lindlar's catalyst, 315
Linoleic acid, **880**, 882
Linolenic acid, **880**, 882
Linseed oil, 882
Lipids, 879–911
Lipoic acid, 623–624
synthesis of, 629A
Lithium, reaction with fluorine, 4
Lithium aluminum hydride, 59, 886
reduction of carbonyl compounds, 586–588
Lithium cyanoborohydride, 826
Lithium dialkylcuprates, in synthesis of alkanes, 114–115, 563–564
in synthesis of alkenes, 564
in synthesis of ketones, 688
Lithium dimethylcuprate, 564
Lithium fluoride, crystal structure of, 5
formation of, 4
Lithium tri-*tert*-butoxyaluminum hydride, 686
Living organisms, and carbon compounds, 1, 17
Long, C. W., 584
Longuet-Higgins, H. C., 385
Lucas, H. J., 280A
Lucite, 291, 294, 692
Lumirhodopsin, 381
Lycopene, 371
Lysine, 951
Lysozyme, 977–981, 1003
D-Lyxose, 935

Magnetic resonance, 502. *See also* NMR spectroscopy
Magnetic scanning, A3
Maleic acid, 280, **741**
Maleic anhydride, 743
in Diels-Alder reactions, 362–366
Malic acid, 656
(+)-Malic acid, from *R*-(+)-glyceraldehyde, 785A
(−)-Malic acid, from *R*-(+)-glyceraldehyde, 785A
Malonic acid, **741**
Malonic ester synthesis, 802–805, 814A–814B
Malonyl chloride, 758
Malonyl coenzyme A, 905
Maltonic acid, 941
Maltose, 940–941
hydrolysis, 912
Mandelic acid, 693
Mannich reaction, 809–810, 870
α-D-Mannopyranose, 921
β-D-Mannopyranose, 921
D-Mannose, 924
Markovnikov, Vladimir, 51
Markovnikov's rule, and additions to alkenylbenzenes, 492–494
to alkynes, 317
and carbocation stability, 194–195, 230A, 474–475
modern version, 195, 474–475
original version, 51
Mass, of nuclides, A11
Mass/charge ratio, A3
Mass spectral analysis, and molecular weights, 20, A8–A12. *See also* Mass spectroscopy
Mass spectrometer, A1–A4
high resolution, A11–A12
Mass spectroscopy, A1–A23
of alcohols, amines, and ethers, A15–A17
of aldehydes and ketones, A16
of alkanes, A13–A15
of arenes, A16–A17
base peak, A4
effect of isotopes, A5–A6
fragmentation reactions, A12–A19
high resolution, A11–A12
molecular weights from, A8–A12
Mass spectrum, A3–A5
of ammonia, A5
of bromobenzene, A21
of 2-bromoethyl phenyl ether, A23
of butanal, A9
of *tert*-butylamine, A20
of butyl isopropyl ether, A18
of butyl propyl ether, A18
of *N,N*-diethylformamide, A10
of 2,2-dimethylpropane, A16
of n-Hexane, A14
of methane, A6
of 2-methylbutane, A15
of 2-methyl-2-butanol, A20
of 3-methyl-1-butanol, A21
of methyl fluoride, A7
Mass spectrum (*continued*)
of n-octane, A4
of 2-pentanone, A22
of water, A7
Matthew, St., 660
Mayo, F. R., 218
McKillop, A., 552
McLafferty rearrangement, A19
Mechanism, for 1,2- and 1,4-additions, 359–361
for alcohol dehydration, 172–174
for alkene dimerization, 222
for allylic halogenation, 344–345
for anti-Markovnikov addition to alkenes, 219
for benzylic halogenation, 487
for electrophilic addition to alkenes, 193–195, 197, 198–199
for electrophilic aromatic substitution, 446–450
for epoxide hydrolysis, 213
for halogen addition, 209–210
for hydroboration-oxidation, 205
for hydrogenation-dehydrogenation, 169
for mercuration-demercuration, 201–202
for methane halogenation, 126–144
Meisenheimer complexes, 673
Melibiose, 948
Melting point, 70
Melting points, of *n*-alkanes, 95–97
Menthol, 405, 599
Menthone, 599
Mercaptans, 620–621. *See also* Thiols
Mercuric acetate, 585
in oxymercuration-demercuration, 199–202
Mercuric ion, as catalyst for alkyne hydration, 317–319
as electrophile, 191
Mercury pollution, 571–572
Mercuric trifluoroacetate, 203
Mercury methylation, 571–572
Merrifield, R. B., 971
Mesitylene, 448, 458
pmr spectrum, 535
protonated, 535
Meso compound, definition, 256
Mesylation, 596–597
Mesyl group, 596–597
Meta directors, 469
Metallocenes, 567–568

Metarhodopsin I, 381
Metarhodopsin II, 379–382
Methanal, 681. *See also* Formaldehyde
Methane, **96**
 as base, 68
 bond angles of, 12
 chlorination of, 127–144
 and electron pair repulsion, 12
 equivalent bonds of, 82–85
 halogenation of, 42–45, 126–144
 mass spectrum of, A6
 and orbital hybridization, 80–85
 $sp^3$-hybrid orbitals of, 82–85
 tetrahedral structure of, 3, 12, 38, 80–85
 thermal cracking, 156
Methanediol, 605
Methanesulfonic acid, 596
Methanesulfonyl chloride, 596
Methanethiol, **623**
Methanide ion, migration of, 177, 189
Methanoic acid, 737. *See also* Formic acid
Methanol, 56, 575, **579**, **580**, **653**
 from carbon monoxide, 582
Methionine, 951, 955
Methotrexate, 847
Methoxycyclopropene, 443
*o*-Methoxyacetanilide, 471
Methoxyacetonitrile, pmr spectrum, 516
*p*-Methoxyacetophenone, 555
*m*-Methoxybenzaldehyde, 705
*m*-Methoxybenzyl alcohol, 705
3-Methoxybenzyl chloride, 551
3-Methoxy-4-methylbenzaldehyde, 686
3-Methoxy-4-methylbenzoyl chloride, 686
2-Methoxy-2-methylbutane, 202
2-Methoxy-4-nitroacetanilide, 470
2-Methoxypentane, 578
1-Methoxy-2-phenylethene, infrared spectrum of, 548B
 pmr spectrum of, 548B
1-Methoxy-1-propene, 578
*p*-Methoxytoluene, 470, 578
*N*-Methylacetanilide, 827
*p*-Methylacetanilide, bromination of, 470
 chlorination of, 470
Methyl acetate, **742**
*p*-Methylacetophenone, 492
Methyl acrylate, 759
Methyl alcohol, 56. *See also* Methanol
Methyl allyl ether, 576
Methylamine, 718, 815, **818**
2-(*N*-Methylamino)propanol, 816
N-Methylaniline, 816, **818**
*p*-Methylanisole, 470
 infrared spectrum, 548
 pmr spectrum, 547
10-Methyl-1,2-benzanthracene, 440–441
Methylbenzenes, oxidation to aldehydes, 685
Methyl benzoate, 592, **742**
Methylbenzylammonium chloride, 816
2-Methylbutane, **89**. *See also* Isopentane
 mass spectrum of, A15
3-Methyl-1-butanethiol, 621
2-Methyl-2-butanol, 200, 601
 mass spectrum of, A20
3-Methyl-2-butanol, 204
*R*-(+)-2-Methyl-1-butanol, 247
*S*-(−)-2-Methyl-1-butanol, 247, 266
3-Methyl-1-butanol, mass spectrum of, A21
 pmr spectrum of, A21
2-Methyl-1-butene, 200, 202, 660, 664
2-Methyl-2-butene, 204, 601, 660, 664
 ozonolysis of, 217
3-Methyl-1-butene, ozonolysis of, 217
3-Methyl-2-buten-1-ol pmr spectrum of, 629A
2-Methyl-2-butenoic acid, 692
Methyl cation, relative stability, 174
 structure, 152
Methyl chloride, *see* Chloromethane
Methyl *p*-chlorobenzoate, 742
Methylcyclohexane, conformations of, 106–107
2-Methyl-1,3-cyclohexanedione, 726
 synthesis of, 564
2-Methylcyclohexanol, dehydration of, 172, 179
1-Methylcyclohexene, 172
3-Methylcyclohexene, preparation, 172, 564
Methyl cyclohexyl ketone, 327, 688
1-Methylcyclopentanol, 196, 200
*trans*-2-Methylcyclopentanol, 205, 207
1-Methylcyclopentene, 200, 205, 207
Methyl dihydrosterculate, 305
Methylene, from diazomethane, 299
 reactions of, 300, 304
 singlet and triplet states, 299–300
Methylene chloride, *see* Dichloromethane
Methylenecyclohexane, 707
Methylenecyclopentane, 196
2-Methyl-2-ethylbutanal, 600
2-Methyl-2-ethyl-1-butanol, 600
Methylethylamine, 815
*N*-Methyl-*N*-ethylaniline, 827
Methyl ethyl ether, 578, **581**
Methylethylpropylamine, 815
Methyl formate, **742**
 pmr spectrum, 525
Methyl free radical, 124
Methyl α-D-glucopyranoside, 922
Methyl β-D-glucopyranoside, 922
3-Methylheptane, 93
1-Methylheptyl sulfonates, 639
1-Methylheptyl tosylate, 633
2-Methylhexane, 93
4-Methylhexanoic acid, 737
2-Methyl-2-hexanol, 590
5-Methyl-1-hexyne, from ethyne, 321
Methyl hydrogen sulfate, 597
2-Methyl-2-hydroxybutanoic acid, 692
Methyl ketones, from acetoacetic ester synthesis, 795–802
 chemical tests for, 746
(−)-Methyl lactate, 268
Methylmagnesium iodide, 562, 687
Methylmercury ions, poisoning by, 571
Methyl mesitoate, 761
Methyl methacrylate, 692
Methyl methanesulfonate, 597
1-Methyl-4-nitroimidazole, 861
4-Methyl-2-nitrophenol, 471
Methyl octadecyl ether, 664
3-Methyloctane, synthesis of, 115
Methyl oleate, 305
2-Methylpentane, **89**. *See also* Isohexane
3-Methylpentane, **89**
3-Methyl-3-pentanol, 591
4-Methyl-1-pentanol, 577
2-Methyl-3-pentanone, 687
Methyl phenyl ketone, 459. *See also* Acetophenone
2-Methyl-3-phenyl-2-propenal, 702
1-Methyl-2-phenylpropyl tosylates solvolysis of, 680A

2-Methylpropanal, 681, 702
2-Methylpropane, **89**. *See also* Isobutane
2-Methyl-1-propanol, 551, 576
2-Methyl-2-propanol, 172, 576, **580**
dehydration of, 172–173
2-Methylpropene, 173, 196, 663
dimerization of, 221–222
polymerization, 295–296
from *tert*-butyl alcohol, 184
2-Methyl-2-propene, from 2-bromo-2-methylpropane, 179
*N*-Methylpyridinium iodide, 822
*N*-Methylpyridone, 863
Methyl radical, structure of, 153
Methyl radicals, combination of, 137–138
in halogenation of methane, 126–144
Methyl salicylate, **742**, 743
Methyl stearate, 326
2-(Methylthio)ethanol, 551
Methyltriphenyl phosphonium bromide, 706
Methyl vinyl ketone, 726
Mevalonic acid, 909
Micelles, 884–885, 890–893
Michael additions, 726, 807–809
Microwaves, 366–368
Migration, of hydride ion, 178
of methanide ion, 177
Mixed anhydrides, 969–970
Molar absorptivity, 369
Molecular formulas, calculation of, 19–21
Molecular ion, A1
and isotope peaks, A8–A12
Molecularity of reaction, 634–636
Molecular orbitals, 29–32
of allyl cation, 350
of allyl radical, 347
antibonding, 30–31
from atomic orbitals, 29
of benzene, 421
of benzyl radical, 489–490
bonding, 30–31
of 1,3-butadiene, 354–355
and cycloaddition reactions, 398–403
and electrocyclic reactions, 386–397
of ethene, 160–161
of ethene *vs* 1,3-butadiene, 370
of 2,4-hexadiene, 387
of hydrogen, 30–33
by linear combination of atomic orbitals, 30–32
Molecular orbitals (*continued*)
of 2,4,6-octatriene, 394
Molecular orbital theory, and benzene, 419–422
and the benzyl radical, 489–490
introduction to, 29–32
*vs* Lewis theory, 32
and structure of alkenes, 159–162
*vs* valence bond theory, 32
Molecular structure, and physical properties, 69–74
Molecular weights, determination of, 20
by mass spectroscopy, A8–A12
and molecular formulas, 20–21
Molecules, dipole moments of, 15–17
formal charge on atoms of, 9
ground state of, 31
lowest electronic state of, 31
shapes of, 12–15
Molozonides, 216–217
Monomer, 292
Monosaccharides, anomers of, 917–919
classification, 915
cyclic acetals, 920–922
definition, 912
D-L designation, 915–916
glycoside formation, 920–922
Kiliani-Fischer synthesis, 932–934
mutarotation, 920–922
periodate oxidations, 926–930
reactions, methylation, 938–939
oxidation with Benedict's solution, 922–924
oxidation with Tollens' reagent, 922–924
with phenylhydrazine, 931–932
reduction, 930
Ruff degradation, 934
ring size of glycosides, 938
structural formulas for, 917–919
Monoterpenes, 403–410
Moore, S., 958
Morphine, 865
biosynthesis, 871–873
structure, 868
Morpholine, 792
μ, *see* Dipole moment
Mustard gas, 629B
Mutarotation, 920–922
Mycolipenic acid, **881**
Myelin, 893
Mylar, 877
Myoglobin, 976–977
Myosin, 976
Myrcene, 404
Myristic acid, **880**, 882

N, of substituted amides, 63
$NAD^+$, in alcohol oxidations, 439–440
structure, 439
*see also* Nicotinamide adenine dinucleotide
NADH, 252–253, 439–440. *See also* Nicotinamide adenine dinucleotide
NADPH, 906–907. *See also* Nicotinamide adenine dinucleotide phosphate
Naming of organic compounds, 90–91
Naphthacene, 441
2-Naththaldehyde, 682
Naphthalene, electrophilic substitution, 500–501
structure of, 429–431
synthesis of, 501
ultraviolet absorption, 441
1-Naphthoic acid, **738**
2-Naphthoic acid, 722, **738**
1-Naphthol, 576, **613**
2-Naphthol, 576, **613**
Natta, Giulio, 298
Neighboring group participation, 654, 657
Neighboring group effects, 280A. *See also* Neighboring group participation
Neopentane, 88, **89**
Neopentyl bromide, *see* 1-Bromo-2,2-dimethylpropane
Neosalvarsan, 571
Neovitamin A, 410A
Nepetalactone, 75
Nervonic acid, **881**
Newman projection formulas, 39
Nickel-boride catalyst (P-2), 315
Nicotinamide, elemental analysis, 35
Nicotinamide adenine dinucleotide, 252–253, 439–440
in alcohol oxidation, 439–440
dithionite reduction, 863–864
*see also* $NAD^+$; NADH
Nicotinamide adenine dinucleotide phosphate, 906–907. *See also* NADHP
Nicotine, 865
Nicotinic acid, 865
Ninhydrin, 959

Nitrate ion, and resonance theory, 36
Nitration, of acetanilide, 466, 498
of aniline, 498
of benzal dichloride, 477
of benzene, 412–414, 445, 453
of benzoic acid, 467
of benzotrichloride, 477
of benzyl chloride, 477
of *o*-bromochlorobenzene, 471
of *tert*-butylbenzene, 465–466
of chlorobenzene, 468
of *o*-chlorobenzoic acid, 470
of *o*-chlorotoluene, 471
of *p*-cresol, 471
of *o*-methoxyacetanilide, 471
of nitrobenzene, 467
of phenols, 619
of pyridine, 858–859
of toluene, 464
Nitric acid, reaction with aldoses, 925–926
Nitriles, 10
preparation, from alkyl halides, 746–747
from amides, 768, 779
from arylthallium bistrifluoroacetates, 553
reactions, hydrolysis, 746–747
reduction, 826–827
*see also* Cyanohydrins
*m*-Nitroacetanilide, 466
*o*-Nitroacetanilide, 466
from acetanilide, 498
*p*-Nitroacetanilide, 466
from acetanilide, 498
*m*-Nitroaniline, 824, 836
*o*-Nitroaniline, 835
*p*-Nitroaniline, **818**
from aniline, 498
*p*-Nitrobenzaldehyde, 686
Nitrobenzene, 412, 414, 433, **654**
from benzene, 445, 453
dipole moment, 478
electrophilic aromatic substitution of, 477–479
nitration of, 467
reduction of, 823–824
*m*-Nitrobenzoic acid, 434, 467
from toluene, 497
*o*-Nitrobenzoic acid, 434, 467
from toluene, 497
*p*-Nitrobenzoic acid, 434, 467, **738**
from toluene, 497
*o*-Nitrobenzonitrile, 835
*m*-Nitrobenzotrifluoride, 469
*o*-Nitrobenzotrifluoride, 468
Nitro compounds, and formal charge, 11
Nitro compounds (*continued*)
reduction, 823–825
Nitrogen, analysis for, 19–21
formal charge of, 10
Nitrogen rule, A17–A18
Nitrogen trifluoride, dipole moment of, 15, 17
Nitronium ion, 446, 449, 453
Nitronium salts, 453, 464, 467
*m*-Nitrophenol, **582**, **612**, 836
*o*-Nitrophenol, 577, **582**, **612**, 672
*p*-Nitrophenol, 469, **582**, **612**, 673
*p*-Nitrophenoxide ion, 617
1-Nitropropane, pmr spectrum, 528
3-Nitropyridine, 859
C-Nitrosation, 833
*N*-Nitrosation, 832–833
*N*-Nitrosoamines, 832
*N*-Nitrosoammonium compound, 833
Nitroso compounds, and formal charge, 10
*N*-Nitrosodimethylamine, 832
*p*-Nitroso-N,N-dimethylaniline, 833
*N*-Nitroso-N-methylaniline, 833
*m*-Nitrotoluene, 464
*o*-Nitrotoluene, 464
from toluene, 497
*p*-Nitrotoluene, 464, 686
from toluene, 497
*o*-Nitro-*α*,*α*,*α*-trifluorotoluene, 468
Nitrous acid, 831
Nitrous oxide, 584
NMR spectrometer, 502
NMR spectroscopy, 502–535
of aldehydes, 684
of amines, 848
of aromatic compounds, 509–510
of carbocations, 534–535
of carboxylic acids, 745
and chemical exchange, 533–534
chemical shift, 510–511
chemical shift equivalence, 511
chemical shifts, table of, 512
conformational changes, 531–533
cycloheptatrienyl cation, 426
delta scale, 511
diastereotopic hydrogens, 514
and electron delocalization, 427
enantiotopic hydrogens, 514
equivalent and non-equivalent protons, 511–515
introduction to, 502–505
long-range coupling, 523
and nuclear spin, 506
NMR spectroscopy (*continued*)
origin of signal, 506
and peptide linkage, 984
pmr spectra of compounds, containing fluorine, 528–530
containing deuterium, 530–533
position and number of signals, 507–515
and rate of processes, 531–534
signal splitting, 515–528
and single bond rotations, 531–533
and spin decoupling, 534
spin-spin coupling, 515–528
temperature effects, 531–533
vinylic coupling constants, 548C
*see also* Pmr spectra
Nobel, Alfred, 606–607
Nobel prizes, 606–607
Noble gases, 78A
Nodal plane, 286
Nodal surface, 286
Nomenclature, alkylmethane system, 117
of stereoisomers, 239–243, 259, 274–276
*see also* IUPAC rules
Nonadecane, **96**
Nonanal, 888
Nonane, **96**
4,6-Nonanedione, 791
1-Nonanol, **580**
Nonaromatic compounds, 427–429
Nonbenzenoid aromatic compounds, 432
Nonbonding electron pairs, bond moments of, 17
repulsions between, 13
Nonpolar compounds, physical properties of, 71–74
Nonreducing sugars, 923
1-Nonyne, **328**
2-Nonyne, **328**
3-Nonyne, **328**
4-Nonyne, **328**
Norbornadiene, 375–376, 400
Norbornane, 112
Norbornene, hydroxylation of, 226
Norethinodrone, 899
Norlaudanosoline, 871–872
Normal alkanes, names of, 90
Novocaine, 867
Nuclear magnetic resonance, *see* NMR spectrometer; NMR spectroscopy; and Pmr spectra

Nuclear spin, 506. *See also* NMR spectroscopy
Nucleic acids, 985–1006. *See also* RNA; DNA
Nucleophile, definition, 192
Nucleophiles, strength of, 649–651
Nucleophilic acyl substitution, 674
with heterocyclic amines, 856–857
Nucleophilic addition, to α,β unsaturated aldehydes and ketones, 723–726
to aldehydes and ketones, 689–694, 728–730
to pyridinium ions, 863–864
*see also* Addition reactions
Nucleophilic alkenyl substitution, 672–674
Nucleophilic alkyl substitution, 630–657
catalysis by iodide salts, 680
ethanolysis of primary alkyl halides, 680A
factors affecting rates, 644–654
with heterocyclic amines, 856–857
neighboring group participation, 654–657
nucleophile selectivity, 680A
in preparation of amines, 821–829
reaction kinetics and molecularity, 634–636
solvolysis of 1-methyl-2 phenylpropyl tosylates, 680A
spectrum of mechanisms, 643–644
synthetic applications, 630–633
in Wittig synthesis, 706–707
*see also* $S_N1$ reactions; $S_N2$ reactions
Nucleophilic aromatic substitution, 671–677
bimolecular mechanism, 672–674
elimination-addition mechanism, 674–677
in preparation of amines, 822
Nucleophilic aryl substitution, of pyridine, 861–863
Nucleophilic substitution, 322–323, 630–657, 671–680, 821–823. *See also* Nucleophilic alkyl substitution; Nucleophilic alkenyl substitution; Nucleophilic aryl substitution; $S_N1$ reactions; *and* $S_N2$ reactions
Nucleoproteins, 985
Nucleosides, 985–989
phosphorylation, 990–991
preparation, from chloropurine derivatives, 990
from ribose derivatives and heterocyclic bases, 989–990
Nucleotides, 985–989
preparation, 990–991
Nylon, 75, 875–876

(O), as symbol for oxidation, 57
Octadecane, **96**
Octadecanoic acid, **738**, **880**. *See also* Stearic acid
*cis*-9-Octadecenoic acid, **880**. *See also* Oleic acid
*cis, cis*-9,12-Octadecadienoic acid, **880**. *See also* Linoleic acid
*cis,cis,cis*-9,12,15-Octadecatrienoic acid, **880**. *See also* Linolenic acid
1-Octadecene, 664
Octane, **96**
infrared spectrum, 536
pmr spectrum, 524
Octanoic acid, **738**
1-Octanol, **580**
2-Octanol, 599, 639
configuration of enantiomers, 638
2-Octanone, 599
4-Octanone, from 4-octyne, 338
Octanolyl chloride, 753
*cis,cis,trans*-2,4,6-Octatriene, 393–396
*trans,cis,trans*-2,4,6-Octatriene, 385, 393–396
*trans,trans,trans*-2,4,6-Octatriene, 352
1-Octene, absorption maximum, 372
2-Octene, 708
3-Octene, 216
*cis*-4-Octene, from 4-octyne, 338
*trans*-4-Octene, from 4-octyne, 316
2-Octyl sufonate, 639
2-Octyl tosylate, 633
1-Octyne, **328**
absorption maximum, 372
2-Octyne, **328**
3-Octyne, **328**
4-Octyne, **328**
reduction of, 316
Oils, 880
fatty acid composition, 882
Olah, George, 150, 534
13(18)-Oleanane, 189
Olefiant gas, 157. *See also* Ethene
Olefins, 157. *See also* Alkenes
Oleic acid, **880**, 882
hydroxylation, 888
Oligosaccharides, 912, 979
Schardinger dextrins, 948A
Olive oil, 882
Onium ions, in addition reactions, 494–496
Opsin, 378–380
Optical activity, measurement of, 243-247
origin of, 247–249
of substituted allenes, 273–274
Optical purity, 249–250
Orange II, 841
Orbital hybridization, and structure of alkanes, 85–88
and structure of alkenes, 159–162
and structure of alkynes, 309–311
and structure of carbocations, 151–152
and structure of free radicals, 153
and structure of methane, 80–85
*see also* Hybrid orbitals
Orbitals, sp, 309
$sp^2$, 151–152
$sp^3$, 80–85
*see also* Atomic orbitals; Molecular orbitals; etc.
Orbital symmetry, in cycloaddition reactions, 397–403
in electrocyclic reactions, 384–397
Organic chemistry, and carbon-carbon covalent bond, 17
modern definition, 1, 3
as science, 2
Organic compounds, numbers of, 21
Organic halides, 549–574
in environment, 569
table of physical properties, 559
Organic peroxides, 218
Organoarsenic compounds, 572
Organocadmium compounds, preparation, 687
reactions, 687
Organolithium compounds, preparation, 560–561
reactions, 563–566
Organomagnesium compounds, 560. *See also* Grignard reagents

Organometallic compounds, 560–572
  carbon-metal bonds, of, 560
  from organic halides, 549
Organometallic sandwich compounds, 567–568
Organothallium compounds, 552–559
Organozinc reagents, Reformatsky reaction, 814C
*Orlon*, 291, 294
Ortho-para directors, 469
Osazones, 931
Osmate ester, 215
Osmium tetroxide, 214
Osmotic pressure, 944
Oxalic acid, **741**
Oxaloacetate ion, 772, 956
Oxidation, of alcohols, 57, 78A, 598–600
  of aldehydes, 57–60, 78A, 727, 922–930
  of alkenes, 216
  of alkylbenzenes, 490–492
Oxidation-reduction reactions, 56–60, 78A
Oxidation states of organic compounds, 60, 78A
Oxidative cleavage, of alkenes, 216
Oxidative coupling, of alkynes, 324–325, 422
  of phenols, 870–871
  of thiols, 621
5α,6α-Oxidocholestan-3β-ol, 902
Oximes, 716
Oxiranes, in biochemistry, 222, 911
  nomenclature, 212
  preparation, 212–213, 257–258, 260–265, 607, 656, 709
  polymerization, 296–297
  reactions, 213–214, 257–258, 260–265, 566, 591
  *see also* Epoxides; Ethylene oxide
Oxonium ions, 172–173, 609–610
Oxygen, formal charge of, 10
Oxymercuration-demercuration, 199–202, 224, 585
Oxytocin, 963–965
Ozone, and resonance theory, 34
Ozonides, 217
Ozonization, of alkenes, 216–218
Ozonolysis, of alkenes, 216–218
  of alkynes, 329

Palladium catalyst, 315
Palmitic acid, **880**, 882, 904
Palmitoleic acid, **880**, 882
Pantetheine, 783–784
Pantothenic acid, 783–784
Papaverine, 868
Paraffins, 125. *See also* Alkanes
Pasteur, Louis, 270
Pauli exclusion principle, 28, 398
Pauling, Linus, 607, 973
Peanut oil, 882
Penicillins, 21, 979
  structure and activity, 769
Pentacene, 441
1,1,2,3,3-Pentachloropropane, pmr spectrum, 519
Pentadecane, **96**
Pentadecylamine, 828
*cis*-1,3-Pentadiene, 352
  absorption maximum, 372
  Diels-Alder reaction of, 376A
*trans*-1,3-Pentadiene, absorption maximum, 372
  Diels-Alder reaction of, 376A
  heat of hydrogenation, 356
  stability of, 357
1,4-Pentadiene, 353
  absorption maximum, 372
  heat of hydrogenation, 356
Pentanal, **684**
Pentane, **89, 96, 580,** 654
  carbon-carbon bonds of, 17–18
  structure of, 86
1,3-Pentanedinitrile, 747
Pentanoic acid, 328, **738**, 747
1-Pentanol, **580**, 591
2-Pentanol, 202, 585, 601
2-Pentanone, 682, **684**, 791
  mass spectrum of, A22
  pmr spectrum of, A22
3-Pentanone, 226, 592, **684**
Pentazocine, 868
1-Pentene, 200, 585, 670
  addition of hydrogen bromide, 550
  heat of hydrogenation, 356
2-Pentene, 601
*trans*-2-Pentene, heat of hydrogenation, 356
4-Penten-2-ol, 577
1-Penten-4-yne, 352
Pentoses, 915
Pentyl acetate, 670
*n*-Pentylamine, 828
1-Pentyne, **328**
  from ethyne, 321
2-Pentyne, **328**
Peppermint, 405
Peptide linkages, 957
  restricted rotation of, 984
Peptides, automated synthesis, 971–972
Peracids, 212. *See also* Peroxyacids.
Perhydrocyclopentanophenanthrene, 113, 894
Perhydrophenanthrene, 113
Periodate oxidations, 926–930
Periodic table, and calculation of formal charge, 7
Perkin condensation, 814B
Perkin, William, Jr., 813
Peroxyacetic acid, 213
Peroxyacids, 212
  epoxidation, 212–213, 257–258, 260–265, 607
Peroxybenzoic acid, 213
Peroxyformic acid, 213
Peroxides, 156–156A
Perspex, 295
Perutz, Max, 976
Pesticides, environmental effects, 569
Petroleum, 114
α-Phellandrene, 410
β-Phellandrene, 410
Phenacetin, 784–785
Phenanthrene, 430–431
Phenanthrol, 576
Phenol, 433, 480, 575, **579, 582, 612**
  bromination of, 466–467
  from chlorobenzene, 674
Phenols, acidity, 612–618
  nomenclature, 577
  physical properties, 579–582
  preparation, from aryl halides, 672–675
    from arylthallium ditrifluoroacetates, 553, 610–611
    from diazonium salts, 836
    from sodium arenesulfonates, 611
  reactions, with acid anhydrides, 618
    with acid chlorides, 618
    as acids, 611–618
    of benzene ring, 466–467, 618–620
    with carbon dioxide, 619–620
    diazo coupling, 839–841
    with halogens, 466–467, 618–619
    Kolbe reaction, 619–620
    nitration, 619
    of the -OH group, 618
    oxidative coupling, 870–871
    Williamson synthesis, 618, 630, 633
  resonance structures for, 614
  water solubility, 581

Phenonium ion, 657
Phenoxide ion, resonance structures for, 614
Phenylacetaldehyde, 681
Phenyl acetate, **742**
Phenylacetylene, infrared spectrum, 544
Phenylalanine, 438, 950
Phenylalanine hydroxylase, 438
Phenylbenzene, 501A
Phenyl benzoate, 500
1-Phenyl-1-bromopropane, 492–495
1-Phenyl-2-bromopropane, 492–493
2-Phenylbutane, 435
4-Phenylbutanoic acid, 463
4-Phenylbutanoyl chloride, 463
4-Phenyl-3-buten-2-one, 702
Phenyl *tert*-butyl ether, 578
Phenyl cation, 672
2-Phenyl-1-chlorobutane, 657
Phenylethanal, **684**
1-Phenylethanol, 641, 557
2-Phenylethanol, 577, 592
Phenylethene, 486. *See also* Styrene
1-Phenylethylamine, pmr spectrum, 529
2-Phenylethylamine, 827
2-Phenylethyl halides, in E2 reactions, 662
Phenyl ethyl ketone, 592
Phenyl group, 435
Phenyl halides, tests for, 333
Phenylhydrazine, 716
reaction with aldoses, 931
Phenylhydrazones, 716
Phenyl isothiocyanate, 960
Phenylmagnesium bromide, 562, 590
3-Phenyl-3-pentanol, 591–592
1-Phenylpropene, addition reactions, 492–496
3-Phenyl-2-propen-1-ol, 552
Phenyl propyl ether, 633
2-Phenylpyridine, 862
Phenylthiohydantoins, 960–961
Pheromones, 75, 230, 501, 814A
Phillips, David C., 979
Phosphatides, 890–892
Phosphatidic acids, 890
Phosphatidylserines, 890–891
Phosphite esters, 605
Phospholipids, 890–894
Phosphopantetheine group, 907–908
3-Phospho-5-pyrophosphomevalonic acid, 909
Phosphoric acid, in alcohol dehydrations, 170–172
Phosphorus halides, 551, 596, 604–605, 753
Phosphorus pentachloride, 460, 596, 753
Phosphorus pentoxide, 768
Phosphorus tribromide, 551
Phosphorus trichloride, 753
Phosphorus ylides, 705–709
Phosphotransacetylase, 772
Photochemical reactions, in cycloaddition, 398–403
electrocyclic, 384–397
Photochemistry of vision, 377–384
Photoelectric effect, 283
Photons, 283
Photosynthesis, 913–914
*o*-Phthalaldehyde, 708
Phthalamic acid, 764, 828
Phthalimide, 764
Phthalazine-1,4-dione, 823
Phthalic acid, **741**
Phthalic anhydride, **743**
Phthalimide, 823
Phthalylsulfathiazole, 845
Physical properties, of *cis-trans* isomers, 48
of cycloalkane *cis-trans* isomers, 108–109
and molecular structure, 69–74
of simple organic compounds, 70
*see also individual compounds and groups of compounds*
Physical state, 59
Pi bond, attack by electrophiles, 191
Pi bonds, of alkenes, 160–162
of shape, 160
Pi complexes, in alkene additions, 191–192
in electrophilic aromatic substitution, 446–447
Picric acid, 613
Pi electron energy, and aromaticity, 427–429
*β*-Pinene, 405
Piperidine, 718, 792, 817, 855
Piperonal, 684
Planck, Max, 281
Planck's constant, 281, 367
value of, 25
Plane of symmetry, definition, 238–239
Plane-polarized light, 243–245
Plasmalogens, 890–891
Platinum ion, as electrophile, 191
Plexiglas, 291, 294, 692
Pmr spectrum, of anisole, 526
of [14]-annulene, 544–545
of [18]-annulene, 509
of benzene, 509
of 2-bromobutane, 546
of 2-bromoethyl phenyl ether, A23
of *tert*-butyl acetate, 504
of *tert*-butyl cation, 534
of 3-chloro-2-chloromethyl-1-propene, 574
of 3-chloro-2-methylpropene, 574A
of p-chlorostyrene, 548C
of cyclohexane, 532–533
of cyclooctatetraene, 544
of dehydro([14]-annulene, 544–545
of 1,1-dibromoethane, 521
of 1,2-dibromo-1-phenylethane, 530
of 2,3-dibromopropene, 547
of 1,3-dichlorobutane, 574
of 1,3-dichloro-2-butene, 574
of 1,2-dichloro-1,1-difluoroethane, 530
of 1,3-dichloropropane, 521
of *N,N*-dimethylformamide, 984
of 15,16-dimethyldihydropyrene, 510
of ethanol, 533–534
of N-ethyl-N-benzylaniline, 852
of ethyl bromide, 520
of ethyl chloroacetate, 524
of ethyl iodide, 522
of *m*-ethyltoluene, 548A
of 2-fluoro-2-methylpropane, 534
of 2-fluoropropane, 534
of indane, 529
of 2-iodopropane, 521
of isopropylbenzene, 529
of isopropyl cation, 534
of *p*-isopropyltoluene, 545
of mesitylene, 535
of mesitylene sigma complex, 535
of methoxyacetonitrile, 516
of 1-methoxy-2-phenylethene, 548B
of *p*-methylanisole, 547
of 3-methyl-1-butanol, A20
of 3-methyl-2-buten-1-ol, 629A
of methyl formate, 525
of 1-nitropropane, 528
of octane, 524
of 1,1,2,3,3-pentachloropropane, 519
of 2-pentanone, A22

Pmr spectrum (*continued*)
of 1-phenylethylamine, 529
of 2-phenylethylamine, 853
of 3-phenyl-1-propene, 548
of 1,2,3,4-tetrachlorobutane, 574A
of 1,2,3,4-tetramethylcyclobutenium dication, 548C
of tetramethylsilane, 510–511
of 1,1,2-trichloroethane, 505
of toluene, 526
of undecadeuteriocyclohexane, 532–533
of *m*-xylene, 540
of *o*-xylene, 540
of *p*-xylene, 504
*see also* NMR spectroscopy.
Polar compounds, physical properties of, 72–74
Polarimeter, 243–246
Pollution, carcinogens in auto exhaust, 440–441
hard insecticides, 375–376
nonbiodegradable detergents, 886
organic halides, 569–571
organometallic compounds, 571–572
*see also* Environmental effects.
Polyacrylonitrile, 294
Polyamides, 875–876, 949
Poly(chlorotrifluoroethylene), 295
Polycyclic alkanes, 111–113
Polycyclic aromatic hydrocarbons, 429–432
Polyesters, 877–878
Polyethers, 296
Polyethylene, 291, 292–293
carbon-carbon bonds of, 17–18
Poly(ethylene terephthalate), 877
Polyisobutylene, 296
*cis*-1,4-Polyisoprene, 407
Polymers, 291–292. *See also* Addition polymers; Condensation polymers
Poly(ethylene terephthalate), 877–878
Poly(methyl methacrylate), 294–295
Polypeptides, 957
analysis, amino acid content, 957–959
amino acid sequence, 959–963
Edman degradation, 960–961
with Sanger's reagent, 960
*C*-terminal residue, 959
flat sheet structure, 974
hydrolysis, 957
Polypeptides (*continued*)
*N*-terminal residue, 959
reactions, partial hydrolysis, 962–963
synthesis, 967–972
terminal residue analysis, 959–962
Polypropylene, 292
atactic, 297
isotactic, 298
syndiotactic, 298
Polysaccharides, 912, 942–946
Schardinger dextrins, 948A
Polysome, 1000
Polyunsaturated hydrocarbons, 351–353. *See also* Dienes; Trienes; Alkadienes; and Alkatrienes
Poly(vinyl acetate), 294
Poly(vinyl alcohol), 294
Poly(vinyl chloride), 293
Poly(vinyl fluoride), 295
Porphyrin, 981
Potassium ferricyanide, 863
Potassium *tert*-butoxide, in dehydrohalogenations, 180
preparation, 595
Potassium 3-methylpentanoate, 738
Potassium permanganate, reactions with alkenes, 214–216
as test reagent, 332
Potential energy, of free radicals, 124–125
*vs* reaction coordinate, 134–135
Potential energy changes, in carbocation formation, 176
in hydrogenation of alkenes, 164, 168
Pregnane, 895
5α-Pregnan-3-one, 896
Prelog, V., 240
Prelumirhodopsin, 381
Primary alcohols, 56
Primary amines, 62
Primordial atmosphere, 1
Probability factor, 131–133
Progesterone, 898
Progestins, 897–899
Proline, 950
Prontosil, 844–845
1,2-Propadiene, *see* Allenes
Propanal, 681, **684**
Propanamide, **744**
Propane, **96, 579, 580**
chlorination of, 54
structure of, 86
thermal cracking, 156
1,2-Propanediol, 577, **580**, 584, 927
1,3-Propanediol, 577, **580**
1-Propanethiol, 620, **623**
2-Propanethiol, **623**
Propanoic acid, 328, 737, **738**. *See also* Propionic acid
1-Propanol, 23, 56, 576, **580**
2-Propanol, 56, 575, **580**, 584
Propanone, 682. *See also* Acetone
Propanoyl chloride, 462, 687, **744**
Propanoyl group, 459
Propenal, 363
Propene, addition of chlorine, 54
addition reactions of, 50, 51
allylic halogenation, 343–346, 551
from 2-bromopropane, 167, 179
from bromopropanes, 55
in Friedel-Crafts alkylation, 456
hydroboration-oxidation of, 205
oxide, 680
polymerization of, 292
stereochemistry of polymerization, 297–298
structure of, 46–48
tetramers, 230A, 501A
2-Propenethiol, 621
2-Propenol, 575, **580**
Propionyl group, 459
Propionaldehyde, 58. *See also* Propanal
Propiophenone, 462, **716**. *See also* Ethyl phenyl ketone
Propiophenone hydrazone, **716**
Propylacetate, **742**
Propylamine, **818**
Propylbenzene, 459, 460
from ethyl phenyl ketone, 462
Propyl bromide, **559**. *See also* 1-Bromopropane
Propylene, *see* Propene
Propylene glycol, 214, *see also* 1,2-Propanediol.
Propylmagnesium bromide, 591
Propyl radical, 345
Propyne, 51–53, **328**
addition of hydrogen chloride, 317
from 1,1-dibromopropane, 336
from ethyne, 321
3-Propynol, 575
Protecting groups, for aldehydes and ketones, 712–714
for amino groups, 968–969
for double bond, 182–183
for hydroxyl groups, 713, 735A
Proteins, 63, 875, 949–984
analysis, amino acid content, 957–959

Proteins (*continued*)
amino acid sequence, 959–963
Edman degradation, 960-961
with Sanger's reagent, 960
beta configuration, 974
biosynthesis, 999–1005
conjugated, 981–982
as enzymes, 169
α-helix, 974–976
hydrolysis, 63, 957
partial hydrolysis, 962–963
pleated sheet structure, 974
primary structure, 963–967
prosthetic groups, 981–982
secondary structure, 973–976
synthesis, 967–972
terminal residue analysis, 959–962
tertiary structure, 976–977
Protolysis, 150
Proton magnetic resonance spectrum, *see* Pmr spectrum
Protons in NMR spectroscopy, 503
alignment in magnetic field, 506, 507
chemical exchange, 533–534
diastereotopic, 514
enantiotopic, 514
equivalent and nonequivalent, 511–515
gyromagnetic ratio, 507
long range coupling, 523
magnetic moment, 506–507
shielding and deshielding of, 507–510
spin decoupling, 534
spin quantum number, 506
spin-spin coupling, 515–528
Proton tautomerization, 695. *See also* Keto-enol tautomerization
Proton transfer reactions, *see* Acid-base reactions
Pseudoionone, 703
Pseudopelletierine, 669
Psi, ψ, *see* Psi functions; Wave functions
Psicose, 947
Psi function, energy of, 26–28, 286–288
and probability, 26, 286–288
square of, 26, 286–288
Psi functions, of 2*p*-orbital, 286–288
of 2*s*-orbital, 286–288
origin of, 26
plots of, 286–288
Psi functions (*continued*)
signs of, 27, 286–288
*see also* Wave functions
Purine, 439, 817
Purines, 986
reactions with ribose derivatives, 989–990
Pyran, 920
Pyranose, 919–920
Pyrazole, 817
Pyrene, 430–432
Pyridazine, 817
Pyridine, 753–754, 817
basicity, 855
electronic structure, 436–437
electrophilic substitution, 858–860
nucleophilic substitution, 861–863
reaction with alkyllithiums, 862
reaction with potassium hydroxide, 862–863
3-Pyridinesulfonic acid, 859
Pyridinium ion, 860
Pyridinium salts, nucleophilic addition reactions, 863-864
pseudo base formation, 863
reduction, 863–864
2-Pyridinol, 863
2-Pyridone, 863
Pyridyne, 864
Pyrimidine, 439, 817
basicity, 855
electrophilic substitution, 860
Pyrimidines, 811, 986
reactions with ribose derivatives, 989–990
Pyrrole, 817
basicity, 856
electronic structure, 436–437
electrophilic aromatic substitution, 857–858
Pyrrolidine, 792, 817
basicity, 855
1-Pyrrolidinocyclohexene, 793
Pyruvic acid, 874
enzymatic reduction, 252–253
hydrogenation of, 250

Quanta, 281
energy of, 367
Quantum mechanics, 416
and benzene, 420
development of, 281–288
introduction to, 25
and orbital hybridization, 80–85
Quantum numbers, 286
Quantum yield, 127
Quaternary ammonium salts, stereochemistry, 272
Quaternary ammonium halides, synthesis of, 667
Quaternary ammonium hydroxides, elimination reactions, 666–669
Queen substance, 814A
(−)-Quinine, 271
Quinoline, 817
Quixote, Don, 33

R, as symbol for alkyl groups, 58
Racemic modification, 249
Racemization, 269
Radical, 120. *See also* Free radical
Radical cations, A1
Radio waves, 366–368
Raffinose, 948A
Raney nickel, 715
Rate control *vs* equilibrium control, 359–361
Rate-determining step, 175. *See also* Rate limiting step
Rate-limiting step, 175
in alcohol dehydrations, 175
Rates of reactions, collision theory, 130–142, 634–636
effect of concentration, 634–636
effect of temperature change, 139–140
Reaction coordinate, 134
Reaction mechanism, 126
Reaction molecularity, 634–636
Reaction rate equations, 635–636
Reaction rates, and Arrhenius equation, 140–141
collision theory, 130–142
effect of temperature change, 139
*see also* Rates of reactions
Reactive intermediates, 120–121
Reactivity, and selectivity, 146–149
Rearrangements, in alcohol dehydrations, 172
in Friedel-Crafts alkylations, 457–458
in polymerization reactions, 306
*see also* Carbocations
Reducing sugars, 922–924
Reduction, of aldehydes, 59–60, 78A, 586–587, 718–719, 825–826
of alkenes, 78A, 163–165, 168–170, 223
of carboxylic acids, 59–60, 586–587, 774

Case 2:25-cv-02129-GAW Document 45-3 Filed 01/23/26 Page 116 of 123



Reduction (*continued*)
of ketones, 59–60, 462, 586–587, 718–719, 825–826
of monosaccharides, 930
of nitriles, 826–827
of nitro compounds, 823–825
*see also* Oxidation-reduction reactions; Hydrogenation, *and individual families*
Reductive amination, 854, 956
Reformatsky reaction, 814C
Regiospecific reactions, 196, 554
Relative stability, of alkenes, 163–166
of carbocations, 174
of *cis-trans* alkene isomers, 163–166
of conformations of butane, 98–99
of conformations of cycloalkanes, 101–106
of conformations of cyclohexane, 101–104
of conformations of ethane, 40
of cycloalkanes, 99–101
of free radicals, 123–125
of substituted cyclohexanes, 106–111
of transition states, in carbocation formation, 176
in free radical formation, 146–149
Repulsion, of alkyl groups, 98
of electron pairs, 12–15
Reserpine, 870
Resolution, 269–272, 955–956
Resonance effects, in acid-base reactions, 613–615
and acidity of carboxylic acids, 740
and basicity of aniline, 819–820
in electrophilic aromatic substitution, 475–486
and reactivity, of acyl compounds, 751–752
of thiol esters, 772–773
*see also* Electronic effects
Resonance energy, of anthracene, 431
of benzene, 416
of $NAD^+$, 439–440
of naphthalene, 431
of phenanthrene, 431
Resonance hybrid, 33, 416–419
Resonance structures, of carbonate ion, 34
contributions of equivalent, 33–34, 416–419
of cyanate ion, 36A
Resonance structures (*continued*)
definition of, 33
reasonableness of, 33
and stability, 349, 418–419
Resonance theory, and the allyl cation, 351
and allyl radical, 348–349
and benzene, 416–419
and benzyl radical, 488–499
introduction to, 32–34
Resorcinol, 578
sulfonation of, 501
Reticuline, 871–873
Retina, 377
all-*trans*-Retinal, 379–383
11-*cis*-Retinal, 378–383
Rhodopsin, 377–384
D-Ribonic acid, 934
Ribonuclease, 967
Ribonucleic acids, 985. *See also* RNA
Ribose, 914, 934, 985
Ribosomes, 999–1000
Ricinoleic acid, **881**
Rickets, 900
RNA, 438–439, 985
messenger, 998–999
polymerase, 999
ribosomal, 999–1000
transfer, 1000–1005
Roberts, J. D., 531–676
Robinson annellation, 726
Rods, 377
Rosanoff, M. A., 916
Rosenmund reduction, 686
*R-S* Nomenclature, 239–243, 259
Rubber, 407
Ruff, Otto, 934
Ruff degradation, 934
Rutherford, Ernest, 281, 282

Salicyladehyde, 684
Salicylic acid, 620
Salutaridine, 871–873
Salutaridinol, 871–873
Salvarsan, 571, 844
Sandmeyer reaction, 834–835
Sanger, Frederick, 960
Saponification, 759–761, 883–886
Saran wrap, 293
"Saturated" compounds, 51. *See also* Alkanes
Saturation, of alkenes, 51
Saytzeff, Alexander, 660
Saytzeff rule, 660
Schardinger dextrins, 948A
Schiff bases, 717–718
Schiff's reagent, 921
Schrödinger, Erwin, 25–26, 284
Schrödinger equation, 286–288
and atomic orbitals, 28
Secondary alcohols, 56
Secondary amines, 62
Selectivity, of halogens, 146–149
β-Selinene, 405
Semicarbazones, 717, 735
Serine, 890, 950
Sesquiterpenes, 403–410
Sex hormones, 897–899
Sickle cell anemia, 967
Sigma bond, definition of, 85
Sigma bonds, of alkanes, 85–86
of alkenes, 159–163
heterolytic cleavage by protolysis, 150
Sigma complexes, 447
Silicon-silicon bonds, 19
Silk, 875
Silver alkynides, 323–324
Silver ion, as electrophile, 191
Silver perchlorate, 452
Simmons, H. E., 304
Simmons-Smith reagent, 304–306
Single bonds, rotation of and energy changes, 40–41
Smith, R. D., 304
$S_N1$ reactions, anchimeric assistance in, 656–657
effect of solvent polarity, 652–654
*vs* E1 reactions, 659–660
kinetics, 637
reactivity, 646–648
stereochemistry and mechanisms, 641–643
$S_N2$ reactions, in aprotic solvents, 650
effect of concentration, 649
effect of solvent polarity, 652–653
and enamines, 794–795
*vs* E2 reactions, 662
kinetics, 636–637
and nucleophile strength, 649–651
in preparation of amines, 821–823
reactivity, 645–648
stereochemistry and mechanisms, 637–641
Soaps, 883–886
Sodioacetoacetic ester, 786
Sodiomalonic esters, 802–805
Sodium, reduction of esters by, 587
Sodium acetylide, 321–322
Sodium alkoxides, from alcohols, 180, 595

Sodium alkynides, 321-323
Sodium arenesulfonates, reactions with alkali metal hydroxides, 611
Sodium benzoate, 738
Sodium bisulfite, 693
Sodium borohydride, 59
  reduction of carbonyl compounds, 587-588
Sodium *p*-cresoxide, 739
Sodium dichromate, 599
Sodium dithionite, 864
Sodium ethoxide, preparation, 180, 595
Sodium fusion, 331, 333
Sodium *p*-nitrobenzoate, 737
Sodium sulfite, 215
Sodium triphenylmethanide, 791
Sodium *p*-toluenesulfonate, 611
Solubility, 73-74
  of alkanes, 97
Solvation of ions, 73-74, 639-641, 642-645, 649-650, 652-654
Solvolysis reactions, 639-641
Solvomercuration-demercuration, 202-203, 224, 607
Sommerfeld, A., 252
Sondheimer, F., 324, 422
Soporifics, 811
L-(−)-Sorbose, 713-714, 947
Soybean oil, 882
Specific rotation, definition, 246
Spectrometer, NMR, 502
Spectroscopy, infrared, 535-543
  nuclear magnetic resonance, 502-535
  visible-ultraviolet, 366-372
  *see also individual families of compounds*
Sphingolipids, 892-893
Sphingomyelin, 892-893
Sphingosine, 892-893
Spin quantum number, of nuclei, 506
Squalene, 189A, 228, 405, 409-410, 910
  laboratory synthesis, 708
Squalene 2,3-epoxide, 222, 911
Stability, of covalent bonds, 18-19
Stachyose, 948A
Standing waves, 284-286
Starch, 912, 943
Stearic acid, **880**, 882
Stearolic acid, 305
  from methyl stearate, 326
  oxidation of, 328
Sterculic acid, 305, **881**
Stereochemistry, of addition polymers, 297-298
Stereochemistry (*continued*)
  of alkene epoxidations, 260-262
  of alkene hydroxylations, 257-258, 260-264
  of allenes, 273-274
  of amine oxides, 272
  of amines, 273
  of ammonium compounds, 272
  of *anti* bromine addition, 259, 266
  of cycloaddition reactions, 398-403
  of cycloalkenes, 274
  definition, 231
  of Diels-Alder adducts, 363-365
  of electrocyclic reactions, 384-397
  of electrophillic addition, 211-212, 263, 495-496, 501A
  of elimination reactions, 664-671
  of Hofmann degradation, 828
  of methylene additions, 300-303
  relating configurations, 265-268
  retention of configuration, 265
  of $S_N1$ reactions, 641-643
  of $S_N2$ reactions, 637-641
  of substituted biphenyls, 501A
  of sulfonium salts, 273
  Stereoisomerism, 231-233
  diastereomerism, 233
  enantiomerism, 233
  *cis-trans*, 47-48, 107-111, 232-233
  classes of, 233
  of cyclic compounds, 256-259
  definition, 232
  enantiomers, 233-253
  maximum number, 254
  meso compound, 256
  nomenclature, 239-243
  optical activity, 243-250
  reactions of, 265-269
  resolution of enantiomers, 269-272
  with two chiral carbons, 253-256
Stereoselective reactions, definition, 253, 260
Stereoselectivity, in enzyme-catalyzed reactions, 253
Stereospecific reactions, 260-265, 384, 398-403, 680A
  definition, 260
Steric effects, in electrophilic aromatic substitution, 466, 471
  in Diels-Alder reactions, 363-365, 376A, 401-402, 410A
Steric effects (*continued*)
  in esterification and hydrolysis, 757
  in Michael additions, 809
  and neighboring group participation, 654-657
  in $S_N2$ reactions, 322-323, 645-648
Steric hindrance, to esterification and hydrolysis, 757
  in $S_N2$ reactions, 322-323, 645-648
Steroids, 113, 409, 894-904
  biosynthesis, 908
  conformational structures, 895
  hydrocarbons, 895
  nomenclature, 894-896
  reactions, 182-183, 901-903
*cis*-Stilbene, 501A
Stigmasterol, 901
Stork, G., 785A
Strain, angle, 99-105
  torsional, 41
Strecker synthesis, 983
Structural formulas, representation of, 21-25
  and index of hydrogen deficiency, 189A
Structural isomers, definition, 23, 45, 232
  examples of, 45, 232
  physical properties of, 23
Structural theory, and families of compounds, 37
  proposal of, 3
Strychnine, 271, 865, 869
Styrene, 486
  bromine addition, 492-493
  ultraviolet absorption, 441
Styrene oxide, 709
Substitution reactions, allylic, 343-346
  *vs* elimination reactions, 181, 322-323
  of ethane by halogens, 42-45
  examples of, 43
  definition, 43
  electrophilic aromatic, 445-501
  of methane by halogens, 42-45, 127-144
  nucleophilic, 322-323, 630-657, 671-680, 821-823
  *see also* Halogenation; $S_N1$ reactions; $S_N2$ reactions; Electrophilic; and Nucleophilic; etc.
Succinate dehydrogenase, 169-170
Succinic acid, **741**
Succinic anhydride, **743**

Succinic anhydride (*continued*)
in Friedel-Crafts acylations, 462–463
Succinoylsulfathiazole, 845
Sucrose, 912, 939–940
Sugars, 912–948
fermentation of, 583
*see also* Carbohydrates; Aldoses; Monosaccharides; and Disaccharides; etc.
Sulfacetamide, 845
Sulfadiazine, 845
Sulfa drugs, 844–846
Sulfanilamide, 845
preparation, 847–848
Sulfapyridine, 845
Sulfate ion, resonance structures for, 36
structure of, 8–9
Sulfathiazole, 845
Sulfite esters, 605
Sulfonamides, 842–843
Sulfonation, of acetanilide, 498
of benzene, 412–414, 445, 454
of chlorobenzene, 468
of pyridine, 858–859
of toluene, 465
Sulfonic acid group, 498
Sulfonic acids, 412, 445, 454–455, 498, 596
Sulfonium salts, stereochemistry, 273, 622
Sulfuric acid, in alcohol dehydrations, 170–171
formal charge on atoms of, 9
fuming, 454
sulfur dioxide, 36A
Sulfur trioxide, 36A, 446, 454
Sulfur ylides, reactions, 709
Superacids, 68
reactions with alkanes, 150–151
Symmetry elements, 238–239
Syn addition, 206
to alkenylbenzenes, 494–496
of boron hydrides, 207
of hydrogen, 315–316
Syn *vs* anti addition, 494–496
Synthesis, introduction to, 53–55

2,4,5T (2,4,5-Trichlorophenoxyacetic acid), 571
Tagatose, 947
D-Talose, 935
Tartaric acid, absolute configuration, 268, 936
resolution of, 270
(±)-Tartaric Acid, 280
(−)-Tartaric Acid, 785A
*meso*-Tartaric Acid, 280
Tautomerization, 318, 695
Taylor, E. C., 552
Teflon, 291, 294
Temperature, effect on collision frequency, 132
Teratogens, 571
Terephthalic acid, **741**, 877
Terminal residue analysis, 959–962
Terpenes, 403–410, 910
Terpenoids, 403–410
synthesis of fenchone, 814B–814C
synthesis of linalool, 814A
Tertiary alcohol, 57
Tertiary amine, 62
Terylene, 877
Testosterone, 75, 897–898
1,2,3,4-Tetrachlorobutane, pmr spectrum, 574A
2,3,7,8-Tetrachlorodibenzodioxin, 571
1,2,3,4-Tetrachloro-3,4-dichlorocyclobutene, pmr spectrum, 548C
Tetrachloromethane, 16, 44–45, 127
1,1,1,3-Tetrachloro-3-methylpentane, 220
2,4,6,8-Tetradecaenes, 391–392
Tetradecane, **96**
Tetradecanoic acid, **738**, **880**. *See also* Myristic acid
*trans*-5-Tetradecene, 564
Tetraethyllead, as antiknock compound, 560
environmental effects, 572
Tetraethylsilane, 563
Tetrahaloalkanes, from alkynes, 316
Tetrahedral structure, of methane, 3, 12
representation of, 12–13
Tetrahydrofuran, 199, 561, **581**
Tetrahydropyranyl ethers, 735A
1,2,3,6-Tetrahydropyridine, 863
α-Tetralone, 463
Tetramethylammonium iodide, 816
2,2,3,3-Tetramethylbutane, **97**
1,2,3,4-Tetramethylcyclobutenium dication, 548C
2,3,5,6-Tetra-*O*-methyl-D-gluconic acid, 941
2,3,4,6-Tetra-*O*-methyl-D-glucose, 938
Tetramethyllead, 35–36
Tetramethylsilane (TMS), in NMR spectroscopy, 510–511
Tetrapropylene-based sodium alkylbenzenesulfonate, 886
Tetroses, 915
Thallation reactions, 552–559
Thallium trifluoroacetate, 553, 610
Thebaine, 871–873
Thermodynamics and chemical equilibrium, 288–291
Thiazole, 817
Thioacetals, desulfurization, 715
preparation, 715
reactions, 621–622
Thioethers, mass spectroscopy of, A15–A16
Thioketals, desulfurization, 715
preparation, 715
Thiol esters, 736
in lipid biosynthesis, 904–909
preparation, 771, 776
resonance stabilization, 772–773
Thiols, 620–621
in biochemistry, 623–624, 904–909
physical properties, 623
preparation, 622–623
reactions, with acyl chlorides, 771, 776
with hydrogen peroxide, 621
Thionyl chloride, 460, 551, 604–605, 752
Thiophene, electronic structure, 436–438
Thiourea, 623
Thomson, J. J., 281, 282
Three-center bonds, 177
Threonine, 950
D-(−)-Threose, 933
Thymine, 986
synthesis of, 814A
Thymol, 627
Tiger moth, sex attractant, 75
TMS, *see* Tetramethylsilane
Tollens' reagent, 727, 922
*o*-Tolualdehyde, 682
Toluene, 412, 414, 433, **579**
bromination of, 465
chlorination, 465
infrared spectrum, 537
nitration of, 464
pmr spectrum, 526
side chain halogenation, 487–488
side chain oxidation, 491
sulfonation of, 465
from tolu balsam, 411
*m*-Toluenesulfonic acid, 465
*o*-Toluenesulfonic acid, 465
*p*-Toluenesulfonic acid, 465, 596

*p*-Toluenesulfonyl chloride, 596
*o*-Toluic acid, from *o*-xylene, 491
*p*-Toluic acid, **738**
from *p*-isopropyltoluene, 491
from *p*-methylacetophenone, 492
*m*-Toluidine, 836
*o*-Toluidine, 835
*p*-Toluidine, 816, **818**
*m*-Toluenediazonium fluoroborate, 836
Torr, 71
Torsional energy, 41, 98
Torsional strain, 41, 98, 101–102
Tosylation, 596–597
Tosyl group, 596–597
Transaminase, 956
Transamination, 956
Transesterification, 758–759, 778, 877–878
Transition state, 135–137
in alcohol dehydrations, 175–179
in alkane halogenations, 146–149
in carbocation rearrangements, 177
and carbocation stability, 175–179
four-center, 205–206
and Hammond's postulate, 146
and molecularity of reaction, 635
Trehalose, 948
Triacylglycerols, 879–890
biological function, 889–890
hydrogenation, 881–883
saponification, 883–886
2,3,5-Tri-*O*-benzoyl-*β*-D-ribofuranosylamine, 989
2,4,6-Tribromoaniline, 435, 467
1,2,4-Tribromobenzene, 434
1,3,5-Tribromobenzene, 837, 838
2,4,6-Tribromophenol, 466
Tributylphosphine, 563
Tricarboxylic acid cycle, 197
Trichloroacetic acid, **738**
1,2,3-Trichlorobenzene, 434
1,1,2-Trichloroethane, pmr spectrum, 505
1,1,2-Trichloroethene, 47
1,1,1-Trichlorohexane, 220
Trichloromethane, dipole moment of, 15
synthesis of, 44–45, 127
*see also* Chloroform
2,4,5-T (2,4,5-Trichlorophenoxyacetic acid), 570–571
Tridecane, **96**
Tridehydro [18] annulene, 423
Trienes, 351
Triethylamine, 651, 815, **818**
Triethylammonium iodide, 821
Triethylisopropylammonium chloride, 651
(Trifluoromethyl)benzene, 468
Trifluoromethyl radical, 153
3,3,3-Trifluoropropene, addition of hydrogen chloride, 230A, 474–475
*α*,*α*,*α*-Trifluorotoluene, 468
Trimethoxyglutaric acid, 938
Trimethylamine, **818**
Trimethylammonium bromide, 816
1,2,4-Trimethylbenzene, 458
2,3,6-Tri-*O*-methyl-D-glucose, 941
2,2,4-Trimethylpentane, 221
Trimethylsulfonium bromide, 622
Trimethylsulfoxonium iodide, 733
2,4,6-Trinitroaniline, 838
2,4,6-Trinitrochlorobenzene, 673
2,4,6-Trinitrophenol, **582**, **613**, 673
Triols, reactions with periodate, 927–928
Triose phosphate isomerase, 697–698
Trioses, 915
Tripentylboron, 225
Triphenylcarbinol, 576
Triphenylcarbonium perchlorate, 427
Triphenylphosphine, 552, 610, 706
Triphenylphosphine oxide, 705
Tripropylamine, **818**
Tripropylboron, 205
Trisaccharides, stachyose, 948A
Triterpenes, 403–410
Trivial names, 90
Tropinone, 868
Tropylium bromide, 427
Tropylium ion, *see* Cycloheptatrienyl cation
Trypsin, 963
Trypsinogen, 967
Tryptophan, 438, 950
in alkaloid biosynthesis, 870, 874
Tsherning, Kurt, 897
Tuberculostearic acid, **881**
Turpentine, 405
Twist conformation, 102–105
Tyrosine, 438, 950
in alkaloid biosynthesis, 870–874

Ultraviolet light, promotion of halogenation, 127
Ultraviolet spectra, *see* Visible-ultraviolet spectroscopy
Undecadeuteriocyclohexane, pmr spectrum, 532–533
Undecane, **96**
preparation, 114
*α*,*β*-Unsaturated acids from cyanohydrins, 692
from Perkin condensations, 814B
"Unsaturated" compounds, 51, 157. *See also* Alkenes; Alkynes; etc.
*α*,*β*-Unsaturated esters in Michael additions, 807–808
*α*,*β*-Unsaturated nitriles in Michael additions, 808–809
Unshared electron pairs, *see* Nonbonding electron pairs
Uracil, 986
Urea, 623
from ammonium cyanate, 2
Uridine, 988

Vaccenic acid, 889
Valence bond tautomerism, 695
Valence bond theory, introduction to, 32–34
*vs* molecular orbital theory, 32
Valence shell electron pair repulsion, and shapes of molecules, 12–15, 36A
Valine, 950
Valylglycine, 957
Van der Waals forces, attractive and repulsive, 98
origin of, 71
Van der Waals radius, 98
Vanillin, 684
van't Hoff, J. H., 3, 231, 238, 607
Vasopressin, 963–965
Veronal, 811
Victoria, Queen, 584
Vinyl acetate, 742
Vinyl acetate, polymerization of, 294
Vinyl alcohol, 294
from alkynes, 317–319
Vinylbenzene, 486. *See also* Styrene
Vinylboranes, 315, 319–320
Vinyl bromide, 159, 330–331, **559**. *See also* Bromoethene
Vinyl cation, 672
Vinyl chloride, **559**
polymerization of, 293
Vinyl fluoride, **559**
polymerization of, 295
Vinyl group, 158, 242

Vinylic halides, from alkynes, 317, 551
and nucleophilic substitution, 672-674
tests for, 333
Vinylidene chloride, polymerization of, 293
Vinyl iodide, **559**
Vinyllithium, 561
Vinylmagnesium bromide, 562
Visible-ultraviolet spectroscopy, 366-372
of aldehydes and ketones, 684
of aromatic compounds, 441
Visual cycle, 383
Vital force, 2
Vitalism, 2
Vitamin A, 75, 371, 406-407
synthesis, 629A, 703, 814B
all-*trans*-Vitamin A, 379-383
11-*cis*-Vitamin A, 382-383
Vitamin C, natural *vs* synthetic, 2
synthesis, 713-714
Vitamin D, 900
Viton, 295
von Baeyer, Adolf, 100, 332, 811
Vulcanization, 407

Wald, George, 377
Walden, Paul V., 655
Walden cycle, 655
Walden inversion, 655
Warren, J. C., 584
Water, bond angles of, 12
dielectric constant of, 653
dipole moment of, 15
Water (*continued*)
and electron pair repulsion, 12
formal charge on atoms of, 9
mass spectrum of, A7
shape of, 12-13
Water pollution, by organic halides, 569-572
by organometallic compounds, 571-572
*see also* Environmental effects; Pollution
Watson, J. D., 985
Wave, amplitude, 285
equation, 285
standing, 284-286
Wave equations, origin of, 26
Wave functions, 286
origin of, 26
*see also* Psi functions
Wavelength, 283, 367
Wave mechanics, 25
Wave velocity, 283
Waxes, 893-894
Weak acids, 65-68
Whitmore, F., 172, 230A
Wieland, Heinrich, 896
Wilkins, Maurice, 985
Wilkinson, Geoffrey, 568
Williamson synthesis, 609
Willstätter, Richard, 415, 668, 913
Windaus, Adolf, 896
Winstein, S., 280A, 639
Wittig, Georg, 706
Wittig reaction, 186, 705-708, 729
Wöhler, Friedrich, 2
Wolff-Kishner reductions, 718-719
Woods, D. D., 846
Woodward, R. B., 385, 911A, 913
Woodward-Hoffmann rules, 385-386, 390, 392
Wool, 875
Wurtz reaction, 115

X-ray diffraction, of alkanes, 95-97
of proteins, 973, 976, 979-982
X-rays, 366-368, 973, 976, 979-982, 993
*m*-Xylene, 434
infrared spectrum, 541
pmr spectrum, 540
*o*-Xylene, 434
infrared spectrum, 541
oxidation of, 491
pmr spectrum, 540
*p*-Xylene, 434
infrared spectrum, 542
pmr spectrum, 504
D-Xylose, 935

Yeast, 583
Ylides, 622. *See also* Sulfur ylides; Phosphorus ylides; and Wittig reaction

Ziegler, Karl, 298
Ziegler-Natta catalysts, 407
Zinc, in dehalogenation, 181-183
Zinc amalgam, 462
Zinc-copper couple, 304-306
Zingiberene, 189A, 405
Zwitterions, *see* Dipolar ions


The Modern Periodic Table of the Elements
PERIODS
1
2
3
4
5
6
7
IA
IIA
IIIB
IVB
VB
VIB
VIIB
VIII
IB
IIB
IIIA
IVA
VA
VIA
VIIA
NOBLE GASES O
H
atomic number
atomic mass
H
Li Be B C N O F Ne
Na Mg Al Si P S Cl Ar
K Ca Sc Ti V Cr Mn Fe Co Ni Cu Zn Ga Ge As Se Br Kr
Rb Sr Y Zr Nb Mo Tc Ru Rh Pd Ag Cd In Sn Sb Te I Xe
Cs Ba *La Hf Ta W Re Os Ir Pt Au Hg Tl Pb Bi Po At Rn
Fr Ra †Ac Ku Ha
He
Ce Pr Nd Pm Sm Eu Gd Tb Dy Ho Er Tm Yb Lu
Th Pa U Np Pu Am Cm Bk Cf Es Fm Md No Lr

# Table of Atomic Weights

| Element | Symbol | Atomic Number | Atomic Weight |
|---|---|---|---|
| Actinium | Ac | 89 | (227)a |
| Aluminum | Al | 13 | 26.98154 |
| Americium | Am | 95 | (243) |
| Antimony | Sb | 51 | 121.75 |
| Argon | Ar | 18 | 39.948 |
| Arsenic | As | 33 | 74.9216 |
| Astatine | At | 85 | (210) |
| Barium | Ba | 56 | 137.34 |
| Berkelium | Bk | 97 | (247) |
| Beryllium | Be | 4 | 9.01218 |
| Bismuth | Bi | 83 | 208.9804 |
| Boron | B | 5 | 10.81 |
| Bromine | Br | 35 | 79.904 |
| Cadmium | Cd | 48 | 112.40 |
| Calcium | Ca | 20 | 40.08 |
| Californium | Cf | 98 | (251) |
| Carbon | C | 6 | 12.01115 |
| Cerium | Ce | 58 | 140.12 |
| Cesium | Cs | 55 | 132.9054 |
| Chlorine | Cl | 17 | 35.453 |
| Chromium | Cr | 24 | 51.996 |
| Cobalt | Co | 27 | 58.9332 |
| Copper | Cu | 29 | 63.546 |
| Curium | Cm | 96 | (247) |
| Dysprosium | Dy | 66 | 162.50 |
| Einsteinium | Es | 99 | (254) |
| Erbium | Er | 68 | 167.26 |
| Europium | Eu | 63 | 151.96 |
| Fermium | Fm | 100 | (257) |
| Fluorine | F | 9 | 18.99840 |
| Francium | Fr | 87 | (223) |
| Gadolinium | Gd | 64 | 157.25 |
| Gallium | Ga | 31 | 69.72 |
| Germanium | Ge | 32 | 72.59 |
| Gold | Au | 79 | 196.9665 |
| Hafnium | Hf | 72 | 178.49 |
| Hahnium | Ha | 105 | (260)b |
| Helium | He | 2 | 4.00260 |
| Holmium | Ho | 67 | 164.9304 |
| Hydrogen | H | 1 | 1.00797 |
| Indium | In | 49 | 114.82 |
| Iodine | I | 53 | 126.9045 |
| Iridium | Ir | 77 | 192.22 |
| Iron | Fe | 26 | 55.847 |
| Krypton | Kr | 36 | 83.80 |
| Kurchatovium | Ku | 104 | (260)c |
| Lanthanum | La | 57 | 138.9055 |
| Lawrencium | Lr | 103 | (256) |
| Lead | Pb | 82 | 207.19 |
| Lithium | Li | 3 | 6.941 |
| Lutetium | Lu | 71 | 174.97 |
| Magnesium | Mg | 12 | 24.305 |
| Manganese | Mn | 25 | 54.9380 |
| Mendelevium | Md | 101 | (258) |
| Mercury | Hg | 80 | 200.59 |
| Molybdenum | Mo | 42 | 95.94 |
| Neodymium | Nd | 60 | 144.24 |
| Neon | Ne | 10 | 20.179 |
| Neptunium | Np | 93 | 237.0482 |
| Nickel | Ni | 28 | 58.71 |
| Niobium | Nb | 41 | 92.9064 |
| Nitrogen | N | 7 | 14.0067 |
| Nobelium | No | 102 | (255) |
| Osmium | Os | 76 | 190.2 |
| Oxygen | O | 8 | 15.9994 |
| Palladium | Pd | 46 | 106.4 |
| Phosphorus | P | 15 | 30.97376 |
| Platinum | Pt | 78 | 195.09 |
| Plutonium | Pu | 94 | (244) |
| Polonium | Po | 84 | (210) |
| Potassium | K | 19 | 39.098 |
| Praseodymium | Pr | 59 | 140.9077 |
| Promethium | Pm | 61 | (147) |
| Protactinium | Pa | 91 | 231.0359 |
| Radium | Ra | 88 | 226.0254 |
| Radon | Rn | 86 | (222) |
| Rhenium | Re | 75 | 186.2 |
| Rhodium | Rh | 45 | 102.9055 |
| Rubidium | Rb | 37 | 85.4678 |
| Ruthenium | Ru | 44 | 101.07 |
| Samarium | Sm | 62 | 150.4 |
| Scandium | Sc | 21 | 44.9559 |
| Selenium | Se | 34 | 78.96 |
| Silicon | Si | 14 | 28.086 |
| Silver | Ag | 47 | 107.868 |
| Sodium | Na | 11 | 22.98977 |
| Strontium | Sr | 38 | 87.62 |
| Sulfur | S | 16 | 32.06 |
| Tantalum | Ta | 73 | 180.9479 |
| Technetium | Tc | 43 | 98.9062 |
| Tellurium | Te | 52 | 127.60 |
| Terbium | Tb | 65 | 158.9254 |
| Thallium | Tl | 81 | 204.37 |
| Thorium | Th | 90 | 232.0381 |
| Thulium | Tm | 69 | 168.9342 |
| Tin | Sn | 50 | 118.69 |
| Titanium | Ti | 22 | 47.90 |
| Tungsten | W | 74 | 183.85 |
| Uranium | U | 92 | 238.029 |
| Vanadium | V | 23 | 50.9414 |
| Xenon | Xe | 54 | 131.30 |
| Ytterbium | Yb | 70 | 173.04 |
| Yttrium | Y | 39 | 88.9059 |
| Zinc | Zn | 30 | 65.38 |
| Zirconium | Zr | 40 | 91.22 |

a Value in parentheses is the mass number of the most stable or best-known isotope.
b Suggested by American workers but not yet accepted internationally.
c Suggested by Russian workers. American workers have suggested the name Rutherfordium.

ISBN 471-03564-0