IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NSX OPERATING CO., LLC, | : |
| | : |
| Plaintiff and Counterclaim-Defendant, | : |
| | : |
| v. | :     2:25-cv-02129 |
| | : |
| SPRING COATING SYSTEMS-AMERICAS CORP. (D/B/A SPRING COATING SYSTEMS USA AND SPRING COATING SYSTEMS, | : |
| | : |
| Defendant and Counterclaim-Plaintiff. | : |

## ORDER

**AND NOW**, this 27th day of April 2026, for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Court construes the following claim terms of US Patent No. 9,897,921 as follows:

| Claim Term | Court's Construction |
|---|---|
| "Mineral Spirits" | "a petroleum-derived liquid comprising aliphatic and/or aromatic hydrocarbons that is also known as white, spirit, mineral turpentine, turpentine substitute, petroleum sprits, solvent naphtha (petroleum), varsol, or Stoddard solvent; typically, it is a mixture of aliphatic and alicyclic C7 to C12 hydrocarbons with a maximum |

1

|  | content of 25% of C7 to C12 aromatic hydrocarbons" |
|---|---|
| "Odorless Mineral Spirits" | Indefinite |
| "about 49 wt. %" | 47 wt. % - 51 wt. % |
| "about 28 wt. %" | 26 wt. % - 30 wt. % |
| "about 20 wt. %" | 18 wt. % - 22 wt. % |

BY THE COURT:

GAIL A. WEILHEIMER, J.

2